RECEIVED
JUL - 5 2005
CLERK
U.S. DISTRICT COURT
MIDDLE DIST. OF ALA.

IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

Antonio Rodregis Duff #186551 )
Full name and prison number of )
plaintiff(s) )
 )
v. )  CIVIL ACTION NO. 2:05cv627-F
 )  (To be supplied by the Clerk of the
Bullock County Correctional Facility, )  U.S. District Court)
Prison Health Services, Dr. Siddiq, )
Officer H. Ruffin C.O.I, )
Officer M. Foster C.O.I, )
Name of person(s) who violated )
your constitutional rights. )
(List the names of all the persons) )

I. PREVIOUS LAWSUITS

A. Have you begun other lawsuits in state or federal court dealing with the same or similar facts involved in this action?  Yes ( )  No (X)

B. Have you begun other lawsuits in state or federal court relating to your imprisonment?  Yes ( )  No (X)

C. If your answer to A or B is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline).

1. Parties to this previous lawsuit
   Plaintiff(s) _____
   Defendant(s) _____N/A_____

2. Court (if federal court, name the district; if state court, name the county)
   _____N/A_____

3. Docket No. _____N/A_____

4. Name of Judge to whom case was assigned _____N/A_____

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) N/A

6. Approximate date of filing lawsuit  N/A

7. Approximate date of disposition  N/A

II. PLACE OF PRESENT CONFINEMENT Bullock County Correctional Facility Bullock County, Union Springs Alabama, 36089 P.O. Box 5107

PLACE OR INSTITUTION WHERE INCIDENT OCCURRED Bullock County Correctional Facility

III. NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

| NAME | ADDRESS |
|---|---|
| 1. Bullock County Correctional Facility | P.O. Box 5107 Union Springs Ala. 36089 |
| 2. Nurse Grooms (D.O.N) | P.O. Box 5107 Union Springs Ala. 36089 |
| 3. Nurse K. Taylor (L.P.N) | P.O. Box 5107 Union Springs Ala. 36089 |
| 4. Dr. Siddiq (Physician) | P.O. Box 5107 Union Springs Ala. 36089 |
| 5. Officer M. Foster (C.O.I) | P.O. Box 5107 Union Springs Ala. 36089 |
| 6. Officer H. Ruffin (C.O.I) | P.O. Box 5107 Union Springs Ala. 36089 |

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED 06-01-05 and 06-02-05

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE: Refusal of Proper medical care and not Giving or Providing Proper medication

STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND. (State as best you can the time, place, manner, and person involved).
After several trips to hospital for Chronic constipation and severe abdominal Pain, also after having certain testing done the Physician and the medical staff Refuse to Provide me with the Proper medication and Proper medical care. (See attached)

-2-

GROUND TWO: Officer M. Foster and Officer H. Ruffin Refuse to notify medical staff of illness

SUPPORTING FACTS: On 06-01-05 and 06-02-05, Officer M. Foster and Officer H. Ruffin Refuse to notify the medical staff about me vomiting and having severe stomach pain and constipation after I complained to them several times throughout their shift on both dates shown above. Also since being placed in segregation. Since they are the segregation officers

GROUND THREE: _____

SUPPORTING FACTS: _____

VI. STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT. CITE NO CASES OR STATUTES.
Proper medical care and attention while incarcerated within the Alabama Department of Corrections. Transfer to facility with the appropriate medical staff. And to seek punitive damages.

*Antonio R. Duff #186551*
Signature of plaintiff(s)

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED on June 29, 2005
              (date)

*Antonio R. Duff #186551*
Signature of plaintiff(s)

-3-

In The United States District Court For The
Middle District of Alabama
RECEIVED
2005 JUL -5 PM 12:
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

Antonio Rodregis Duff #186551
    Plaintiff

Civil Action No. 2:05cv627-F

— VS —

Nurse Grooms, Nurse Taylor, Doctor Siddiq, sued in their individual capacities, and Officer Foster, Officer Ruffin, sued in their individual and official capacities.
    Defendants

Jury Trial Demanded

## Complaint For Refusual of Proper Medical Care

This is a civil rights action filed by Antonio R. Duff #186551, a state prisoner, for damages and injunctive relief under 42 U.S.C. 1983, alleging negligence and refusual of proper medication, medical care and/or treatment in violation of the Eighth Amendment to the United States Constitution and confinement in segregation in violation of the Due Process Clause of the Fourteenth Amendment to the Constitution. The Plaintiff also alleges the torts of Cruel and Unusual Punishment and medical negligence.

The Plaintiff, Antonio R. Duff #186551, is incarcerated at Bullock County Correctional Facility (Bullock) during the events described in this complaint.

Defendants Officer Michael Foster and Officer Harvey Ruffin are Correctional officers employed at Bullock. They are sued in their individual and official capacities.

Defendant Nurse Grooms is the Director of Nurses (D.O.N) and is Generally Responsible for ensuring the provision of medical care to prisoners and specifically for scheduling medical appointments outside the prison when a prisoner needs specialized treatment or evaluation. She is being sued in her individual and official capacities.

Defendant Nurse Taylor is a L.P.N and employed at Bullock. She is being Sued in her individual capacity.

Defendant Doctor Siddiq is the Physician employed at Bullock. He is sued in his individual and official capacities.

Defendants Officer Foster and Officer Ruffin are Correctional officers that are assigned to the segregation unit on the first shift 6:00 A.M to 2:00 P.M. They Refused to notify the medical staff to provide medical attention.

Antonio R. Duff #186551
Affiant

June 29, 2005