**RECEIVED**

JUL - 5 2005

CLERK
U.S. DISTRICT COURT
MIDDLE DIST. OF ALA.

IN THE UNITED STATES DISTRICT COURT FOR THE

MIDDLE DISTRICT OF ALABAMA

AFFIDAVIT IN SUPPORT OF REQUEST TO PROCEED
*IN FORMA PAUPERIS*

Antonio Rodregis Duff #186551
Plaintiff(s)

v.

Bullock County Correctional Facility
Prison Health Services, Dr. Siddiq
Defendant(s)

2:05cv627.F

I, Antonio Rodregis Duff #186551, being first duly sworn, depose and say that I am the plaintiff in the above entitled case; that in support of my motion to proceed without being required to prepay fees, costs, or give security therefor, I state that because of my poverty I am unable to pay the costs of said proceeding or to give security therefor; that I believe I am entitled to relief. I recognize that I may be prosecuted for any false statement which I may make herein.

I further swear that the responses which I have made to questions and instructions below are true.

1. Are you presently employed?    Yes ( )  No (X)

   A. If the answer is YES, state the amount of your salary or wages per month, and give the name and address of your employer. N/A

   B. If the answer is NO, state the date of last employment and the amount of salary or wages per month, and give the name and address of your employer. 1999 until September of 2000. Wren Funeral Home Inc. 2516 Finley Blvd. Birmingham, Ala. 35234 Bishop Peter Wren SR., President and Director

2. Have you received within the past twelve months any money from any of the following sources?

   A. Business, profession, or form of self-employment?    Yes ( )  No (X)

   B. Rent payments, interest, or dividends?    Yes ( )  No (X)

   C. Pensions, annuities, or life insurance payments?    Yes ( )  No (X)

   D. Gifts or inheritances?    Yes (X)  No ( )

   E. Any other sources?    Yes ( )  No (X)

   If the answer to any of the above is YES, describe each source of money and state the amount received from each during the past twelve months. Gifts, to support certain needs and to purchase certain supplys while incarcerated. $25.00 to $60.00

3.    Do you own cash, or do you have money in a checking or savings account? [Include any prison accounts].    Yes ( ✓ )    No ( )

If the answer is YES, state the total value of the items owned. _Prison Account_
$ 86.66

4.    Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property [ordinary household furnishings and clothing]?    Yes ( )    No ( X )

If the answer is YES, describe the property and state its approximate value. _____
_____ N/A _____

5.    List the persons who are dependent upon you for support, state your relationship to those and indicate how much you contribute toward their support. _____
_____ N/A _____

_Antonio R. Duff 186551_
Signature of Affiant

STATE OF ALABAMA
COUNTY OF _____Bullock_____ )

Before me, a Notary Public in and for said County, in said State, personally appeared _____
_Antonio Rodregis Duff_, whose name is signed to the foregoing complaint

first duly sworn, deposes on oath and says:

That the information set forth in the foregoing affidavit is true and correct to the best of his knowledge and belief.

_Antonio R. Duff 186551_
Signature of Affiant

Sworn to and subscribed before me on this _9th_ day of _June, 2005_

_Lance C. Anthony_
NOTARY PUBLIC STATE OF ALABAMA AT LARGE
MY COMMISSION EXPIRES: Mar 18, 2007
_____Bullock_____ Cour
My Commission Expires: _____

<u>O R</u>

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___June 29, 2005_____
                          (date)

_Antonio R. Duff_ # 186551_
Signature of Affiant

<u>CERTIFICATE</u>

I hereby certify that the plaintiff herein has the sum of $___86.66_____ on account to his credit at the ___BULLOCK COUNTY CORR. FAC._____ institution where he is confined. I further certify that plaintiff likewise has the following securities to his credit according to the records of said institution: _____

I further certify that he has had the average sum on account at this institution as of the first day of each month of the immediate preceding months [not to exceed six (6) months].

A.    $_____ on the first day of_____
B.    $_____ on the first day of_____
C.    $_____ on the first day of_____
D.    $_____ on the first day of_____
E.    $_____ on the first day of_____
F.    $_____ on the first day of_____

Date: __6/24/2005__

_Patsy Faulkner_
Authorized Officer of Institution

BULLOCK COUNTY CORR. FACILITY

```
                          STATE OF ALABAMA
                      DEPARTMENT OF CORRECTIONS
                    BULLOCK CORRECTIONAL FACILITY


   AIS #: 186551       NAME: DUFF, ANTONIO 1/05          AS OF: 06/24/2005
```

| MONTH | # OF DAYS | AVG DAILY BALANCE | MONTHLY DEPOSITS |
|-------|-----------|-------------------|------------------|
| JUN | 6 | $1.17 | $0.00 |
| JUL | 31 | $6.23 | $20.00 |
| AUG | 31 | $0.40 | $0.00 |
| SEP | 30 | $0.40 | $0.00 |
| OCT | 31 | $3.99 | $65.00 |
| NOV | 30 | $4.17 | $20.00 |
| DEC | 31 | $5.80 | $20.00 |
| JAN | 31 | $12.97 | $0.00 |
| FEB | 28 | $5.33 | $20.00 |
| MAR | 31 | $29.95 | $60.00 |
| APR | 30 | $68.61 | $50.00 |
| MAY | 31 | $120.45 | $25.00 |
| JUN | 24 | $114.16 | $0.00 |