In The United States District Court For The
Middle District Of Alabama

2005 JUL -5 P 12: 42

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

Antonio R. Duff,
  Plaintiff,

-vs-

Doctor Siddiq, et al.,
  Defendants.

2:05cv627-F

Declaration In Support of Request For Leave
To Proceed In Forma Pauperis

Antonio R. Duff #186551 states:

1. I am the Plaintiff in the above entitled action. I make this declaration in support of my application for leave to proceed in forma pauperis pursuant to 28 U.S.C. 1915.

2. I am incarcerated in the Bullock County Correctional Facility.

3. The balance in my Prison account as of June 24, 2005, was $86.66.

4. I have received approximate $280.00 in gifts from family members over the past twelve months.

5. I have no other source of income and do not own any cash, bank accounts, real estate, stocks, bonds, notes, automobiles or other valuable property.

Pursuant to 28 U.S.C. 1746, I declare under penalty of purjury that the foregoing is true and correct to the best of my knowledge.

Antonio R. Duff #186551

June 29, 2005