In The United States District Court

For The

Middle District of Alabama

RECEIVED
2005 JUL 5 P 12:42
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

Antonio R. Duff #186551
　Plaintiff

Civil Action No. 2:05cv627-F

－VS－

Jury Trial Demanded

Nurse Grooms, Nurse Taylor, Doctor Siddiq, sued in their individual capacities, and Officer Foster, Officer Ruffin, sued in their individual and official capacities.
　　　　　Defendants

## Motion For The Appointment of Counsel

Plaintiff Antonio R. Duff #186551, requests this court to appoint counsel to represent him in this case for the following reasons:

1. The Plaintiff is unable to afford counsel.
2. The issues involved in this case are complex.
3. The Plaintiff, as a segregation inmate, has extremely limited access to the Law Library.
4. The Plaintiff has a limited knowledge of the Law.
5. The case involves medical issues that may require expert testimony.
6. The Plaintiff has demanded a jury trial.
7. The case will require discovery of documents and depositions of a number of witnesses.

8. The testimony will be in sharp conflict, since the Plaintiff alleges that the defendants did not provide Plaintiff with adequate medical care and/or provide medication.

9. The Plaintiff has no legal education.

10. As set forth in this motion, these facts, along with the legal merit of the Plaintiff's claim, support the appointment of counsel to represent the Plaintiff.

Wherefore, the Plaintiff's motion for appointment of counsel should be Granted.

Antonio R. Duff #186551

STATE OF ALABAMA, County of Bullock,

Before me, a Notary Public in and for said County, in said state, personally appeared _Antonio R Duff_, whose name is signed to the foregoing motion, who first duly sworn, deposes on oath and says:

That the information set forth in the foregoing affidavit is true and correct to the best of his knowledge and belief.

Antonio R. Duff #186551
Signature of Affiant

Sworn to and subscribed before me on this _29th_ day of _June, 2005_.

Lance P. Anthony
NOTARY PUBLIC
NOTARY PUBLIC STATE OF ALABAMA AT LARGE
MY COMMISSION EXPIRES: Mar 18, 2007

_Bullock_ County, Alabama

My commission expires: _____