In The United States District Court
For The Middle District of Alabama
Northern Division

RECEIVED
2005 JUL 20 A 10: 23

Antonio Rodrecis Duff
#186551
    Plaintiff

Civil Action No. 2:05-CV-627-F
WO

-v-

Bullock County
Correctional Facility, et al;
    Defendants.

## Notice of Change of Address

This is a notice to inform this Court the change of address of Plaintiff. When Plaintiff filed compliant, Plaintiff's address was Bullock County Correctional Facility, P.O. Box 5107 Union Springs, Alabama 36089.

Please make notice that Plaintiff's current address is W.E Donaldson Correctional Facility, 100-Warrior Lane Bessemer Alabama 35023. Please make it neccesarry to forward any documents to the above address.

Done this 18 day of July 2005

Antonio R. Duff
Affiant