| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X *Edwina Calhoun*  ☒ Agent  ☐ Addressee<br>B. Received by (Printed Name): Edwina Calhoun  C. Date of Delivery: 7-22-05 |
| 1. Article Addressed to:<br>Dr. Siddiq<br>Bullock County Correctional Facility<br>PO Box 5107<br>Union Springs, AL  36089-5107<br><br>C90  05-627 | D. Is delivery address different from item 1? ☐ Yes<br>   If YES, enter delivery address below: ☐ No<br><br>3. Service Type<br>  ☒ Certified Mail   ☐ Express Mail<br>  ☐ Registered      ☐ Return Receipt for Merchandise<br>  ☐ Insured Mail    ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number<br>(Transfer from service label) | 7005 1160 0001 3017 3195 |

PS Form 3811, August 2001     Domestic Return Receipt     102595-02-M-1540

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Nurse Grooms
Bullock County Correctional Facility
PO Box 5107
Union Springs, AL  36089-5107

05-627  C+O

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X *Edwina Calhoun*  ☒ Agent  ☐ Addressee

B. Received by (Printed Name): Edwina Calhoun
C. Date of Delivery: 7-22-05

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
   ☒ Certified Mail     ☐ Express Mail
   ☐ Registered         ☒ Return Receipt for Merchandise
   ☐ Insured Mail       ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label):  7005 1160 0001 3017 3164

PS Form 3811, August 2001    Domestic Return Receipt    102595-02-M-1540

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X *Edwina Calhoun*  ☒ Agent  ☐ Addressee<br>B. Received by (Printed Name): Edwina Calhoun   C. Date of Delivery: 7-22-05 |
| 1. Article Addressed to:<br><br>Michael Foster, CO<br>Bullock County Correctional Facility<br>PO Box 5107<br>Union Springs, AL   36089-5107<br><br>C d O   05-627 | D. Is delivery address different from item 1?  ☐ Yes<br>If YES, enter delivery address below:  ☐ No<br><br>3. Service Type<br>☒ Certified Mail    ☐ Express Mail<br>☐ Registered       ☒ Return Receipt for Merchandise<br>☐ Insured Mail     ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)    ☐ Yes |
| 2. Article Number<br>(Transfer from service label) | 7005 1160 0001 3017 3171 |

PS Form 3811, August 2001    Domestic Return Receipt    102595-02-M-1540

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X *Edwina Calhoun* ☒ Agent ☐ Addressee<br>B. Received by (Printed Name): Edwina Calhoun   C. Date of Delivery: 7-22-05 |
| 1. Article Addressed to:<br><br>Harvey Ruffin, CO<br>Bullock County Correctional Facility<br>PO Box 5107<br>Union Springs, AL   36089-5107<br><br>C&O   05-627 | D. Is delivery address different from item 1? ☐ Yes<br>   If YES, enter delivery address below: ☐ No<br><br>3. Service Type<br>☒ Certified Mail   ☐ Express Mail<br>☐ Registered       ☒ Return Receipt for Merchandise<br>☐ Insured Mail     ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| 2. Article Number<br>(Transfer from service label)   7005 1160 0001 3017 3188 | |

PS Form 3811, August 2001     Domestic Return Receipt     102595-02-M-1540