**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

K. Taylor, Nurse
Bullock County Correctional Facility
PO Box 5107
Union Springs, AL   36089-5107

C&O  05-627

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X *Edwina Calhoun*   ☒ Agent  ☐ Addressee

B. Received by (Printed Name): Edwina Calhoun
C. Date of Delivery: 7-22-05

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:   ☐ No

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered        ☒ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label)
   7005 1160 0001 3017 3157

PS Form 3811, August 2001    Domestic Return Receipt    102595-02-M-1540