In The United States District Court
For The Middle District of Alabama
Northern Division

2005 JUL 28
DEBF
U.S
MID

Antonio Rodregis Duff #186551
Plaintiff,

V.

Bullock County Correctional Facility, et al.,
Defendants.

Civil Action No. 2:05-CV-627-F
(WO)

## Notice of Change of Address

Plaintiff Antonio Rodregis Duff #186551, comes now to advise this Court of Plaintiff's change of address. Plaintiff's new address is 100-Warrior Lane Bessemer, Alabama 35023.

Please deliver other means to:
Antonio Rodregis Duff
186551-6-2-30
100 Warrior Lane
Bessemer, Alabama
35023

Antonio R. Duff #186551
affiant
July 25, 2005