IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ANTONIO RODREGIS DUFF, #186551, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:05cv627-F |
| | ) |
| BULLOCK COUNTY CORRECTIONAL FACILITY, *et al.*, | ) |
| | ) |
| Defendants. | ) |

**ORDER**

On July 20, 2005, the Magistrate Judge filed a Recommendation in this case to which no timely objections have been filed. (Doc. # 7) Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is

ORDERED and ADJUDGED as follows:

1. That the Recommendation be and is hereby ADOPTED.

2. That the plaintiff's claims against the Bullock County Correctional Facility be and are hereby dismissed with prejudice prior to service of process in accordance with the provisions of 28 U.S.C. § 1915(e)(2)(B)(i).

3. That the Bullock County Correctional Facility be and is hereby dismissed from this cause of action.

4. That this case, with respect to the claims presented against the remaining defendants, be referred back to the undersigned for additional proceedings.

Done this the 10th day of August 2005.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE