IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ANTONIO RODREGIS DUFF (AIS# 186551), | * |
| | * |
| Plaintiff, | * |
| V. | * |
| | *   2:05-CV-627-F |
| BULLOCK COUNTY CORRECTIONAL FACILITY, ET AL. | * |
| Defendants. | * |

## MOTION TO EXTEND TIME TO FILE SPECIAL REPORT AND ANSWER

COME NOW the Defendants, Prison Health Services, Inc., Anne Groom, R.N., Katherine Taylor, L.P.N. and Tahir Siddiq, M.D. and move this Honorable Court to extend the time period in which they have to provide a Special Report and Answer in this matter, and in support of this motion show as follows:

1. On July 5, 2005, inmate Antonio Duff brought an action against these Defendants for allegedly failing to properly treat his stomach conditions.

2. On July 20, 2005 this Honorable Court issued an Order directing these Defendants to investigate the facts relevant in the above matter and provide it with an Answer and Special Report explaining the factual basis of this inmate's claims.

3. Pursuant to this Honorable Court's July 20, 2005 Order, these Defendants have until August 29, 2005 to respond.

4.  Due to the high number of medical providers sued and due to unavoidable scheduling conflicts arising from their practices, Defense counsel has been unable to schedule meetings with these Defendants in order to file the appropriate pleadings the above matter.

WHEREFORE, these Defendants request that this Honorable Court afford them an additional fifteen (15) days up to and including September 13, 2005 to provide an Answer and Special Report in this matter. No parties will be prejudiced by this brief extension of time.

Respectfully submitted,

s/L. Peyton Chapman, III
Alabama State Bar Number CHA060
s/R. Brett Garrett
Alabama State Bar Number GAR085
Attorneys for Defendants Prison
Health Services, Inc., Anne Groom,
R.N., Katherine Taylor, L.P.N. and
Tahir Siddiq, M.D.

RUSHTON, STAKELY,
JOHNSTON & GARRETT, P.A.
Post Office Box 270
Montgomery, Alabama 36101-0270

Telephone: (334) 834-8480
Fax: (334) 262-6277
E-mail: lpc@rsjg.com

## **CERTIFICATE OF SERVICE**

I hereby certified that I have mailed via U.S. mail, properly addressed and first-class postage prepaid, the foregoing document this the 23rd day of August, 2005, to the following:

Antonio Rodregis Duff AIS#186551
William E Donaldson Correctional Facility
100 Warrior Lane
Bessemer, AL 35023

s/R. Brett Garrett
Alabama State Bar Number GAR085