IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

ANTONIO RODREGIS DUFF,          *
#186 551
    Plaintiff,                  *

v.                              *  CIVIL ACTION NO. 2:05-CV-627-F

PRISON HEALTH SERVICES, *et al*.,  *

    Defendants.                 *

**ORDER ON MOTION**

Upon consideration of Defendants' August 23, 2005 Motion for Extension of Time and for good cause, it is ORDERED that:

1. Defendants' Motion for Extension of Time (Doc. No. 15) is GRANTED;

2. Defendants are GRANTED an extension from August 29, 2005 to September 13, 2005 to file their answer and written report.

Done this 25th day of August, 2005.

                    /s/Charles S. Coody
                  CHARLES S. COODY
                  CHIEF UNITED STATES MAGISTRATE JUDGE