IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RECEIVED
2005 AUG 29  P 4: 25

| | |
|---|---|
| ANTONIO RODREGIS DUFF, ) | |
| #186551 ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CV NO. 2:05-CV-627-F |
| ) | |
| BULLOCK COUNTY ) | |
| ) | |
| CORRECTIONAL FACILITY, *et.al.*, ) | |
| ) | |
| Defendants. ) | |

## MOTION FOR ENLARGEMENT OF TIME

COME NOW, the Defendants, **Bullock County Correctional Facility, Mose Foster and Harvey Ruffin** by and through the Attorney General for the State of Alabama, Honorable Troy King, and move, pursuant to Federal Rules of Civil Procedure (FRCVP) 6(b)(2), for an enlargement of time to comply with this Honorable Court's July 20, 2005 ORDER, establishing a deadline for the Defendants to comply. Due to the length and complexity of Plaintiff's complaint and the amount of legal issues presented, the undersigned has encountered some difficulty and delay in securing the affidavits and other discovery materials ordered by this Court. Accordingly, the undersigned respectfully requests an additional 30 days to gather the necessary information and file the Special Report.

Respectfully submitted,

TROY KING
ATTORNEY GENERAL

_/s/ Matthew Y. Beam_
MATTHEW Y. BEAM (BEA065)
ASSISTANT ATTORNEY GENERAL

**ADDRESS OF COUNSEL**

Office of the Attorney General
General Civil Litigation
11 South Union Street
Montgomery, Alabama 36130
(334) 242-7340
(334) 242-2433 fax

**CERTIFICATE OF SERVICE**

I hereby certify that this 29th day of August, 2005 served a copy of the foregoing on the plaintiff by placing same in the United States mail, postage prepaid and addressed as follows:

Antonio R. Duff
186551
Donaldson Correctional Facility
100 Warrior Lane
Bessemer, AL 35023-7299

_/s/ Matthew Y. Beam_
MATTHEW Y. BEAM (BEA065)
ASSISTANT ATTORNEY GENERAL