IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

ANTONIO RODREGIS DUFF,     *
#186 551
      Plaintiff,                     *

v.                                     *      CIVIL ACTION NO. 2:05-CV-627-F

PRISON HEALTH SERVICES, *et al*.,   *

      Defendants.                 *

**ORDER ON MOTION**

Upon consideration of Defendants' August 29, 2005 Motion for Extension of Time and for good cause, it is ORDERED that:

1. Defendants' Motion for Extension of Time (Doc. No. 29) is GRANTED;

2. Defendants Foster and Ruffin are GRANTED an extension from August 29, 2005 to September 27, 2005 to file their answer and written report.

Done this 31st day of August, 2005.

                                                /s/Charles S. Coody
                                            CHARLES S. COODY
                                            CHIEF UNITED STATES MAGISTRATE JUDGE