EXHIBIT

A

# A F F I D A V I T

STATE OF ALABAMA        )
                        )
_____COUNTY       )

    I, Cheryl Bryant hereby certify and affirm that I am a Medical Rec. Clerk, at Donaldson Correction Fac., that I am one of the custodians of medical records at this institution; that the attached documents are true, exact, and correct photocopies of certain medical records maintained here in the institution medical file of one Duff, Antonio , AIS# 186551 ; and that I am over the age of twenty-one years and am competent to testify to the aforesaid documents and matters stated therein.

    I further certify and affirm that said documents are maintained in the usual and ordinary course of business at Donaldson Correctional Facility and that said documents (and the entries therein) were made at, or reasonably near, the time that by, or from information transmitted by, a person with knowledge of such acts, events, and transactions referred to therein are said to have occurred.

    This, I do hereby certify and affirm to on this the _____ day of _____, 2005.

                Cheryl Bryant

SWORN TO AND SUBSCRIBED BEFORE ME THIS THE _____ Day of _____, 2005.

_____
Notary Public

_____
My Commission Expires

AL  BAMA DEPARTMENT OF CORRECTIONS
MENTAL HEALTH SERVICES

PROBLEM LIST

Name: Duff, Antonio

AIS Number: 186551

Date of Birth: ████████

Medication Allergies: PCN

Mental Health Code: (SMI)    HARM HIST    NONE    Date Code Assigned: _____
(Changes in Mental Health Code should be identified on the Problem List)

| Date Identified | Chronic (Long-Term) Problems Roman Numerals for Medical/Surgical Capital Letters for Psychiatric/Behavioral | Date Resolved | Health Care Practitioner Initial |
|---|---|---|---|
| | Date: _____ 2/18/14 ___ | | |
| | Evaluated by Treatment Team | | |
| | Coded: SMI | | |
| | Signed: _Eddie Lancaster, Ph.D._ | | |
| 5/17/04 | | | |
| Dx : | Depression NOS | | ξ⌐ |
| | Dysthymia | | |
| | R/o schizoaffective d/o | | |
| | R/o MDD w/ psychosis | | |
| 5-11-04 | HTN | | QV |
| 5/04 | TBccc 20mm, Tx started 04/01/04 | | |
| | Pulmonary Chronic Care | | |
| 11-04-04 | Mild Gastritis | | |
| 8/9/05 | CIWUCL | | |
| | | | |
| | | | |
| | | | |
| | | | ALDOC! |

4 of 4

AR 453 – Febn

Alabama Department of Corrections Mental Health Services
Treatment Plan: Outpatient Care

**Treatment Plan Initiated on:**                          **Treatment Coordinator**: J. Gooden
**Institution**: Bullock County Correctional Facility     **Inmate's Location:**      Seg. Cell #2

**DSM IV Diagnosis**:
Axis I:          Mood Disorder
Axis II:         Deferred
Axis III:        None Reported
Axis IV:         Incarceration
Axis V:          50

| | |
|---|---|
| **Problem # 1**     History of Depressive symptoms -- Poor sleep, low self-esteem. | |
| **Goal:**    Inmate will report signs/symptoms of depression in remission | |
| **Target Date for Resolution:**      6 months | |
| **Intervention(s)**: 1. Medications as directed; 2. Nurse to monitor compliance; 3. Depression group. | |
| **Staff Member(s) Responsible**: Mr. Gooden/Psychiatrist/LPN          **Frequency:** Monthly | |
| **Problem # 2**     Inmate reporting mood swings -- Depression/Mania | |
| **Goal:**    To eliminate/reduce mood swings toward depression/mania. | |
| **Target Date for Resolution:**      6 months | |
| **Intervention(s)**: 1. Medications as directed; 2. Nurse to monitor compliance; 3. See treatment coordinator monthly | |
| **Staff Member(s) Responsible**: Mr. Gooden/Psychiatrist/LPN     **Frequency:** Monthly | |
| **Problem #3** | |
| **Goal:** | |
| **Target Date for Resolution:** | |
| **Intervention(s):** | |
| **Staff Member(s) Responsible:**          **Frequency:** | |

**Psychiatrist**:_____         Date:_____

**Treatment Coordinator:** B. Tell m↩          Date: 4\25\5

**Mental Health Nurse:**_____         Date:_____

                 Inmate in seg
**Inmate Agreement:** unable to sign          Date: 4\25\5

**Treatment Plan Review to be Conducted by:**          **(within six months)**

| **Inmate Name:   Duff, Antonio** | **AIS#  186551** |
|---|---|

ALABAMA DEPARTMENT OF CORRECTIONS
MENTAL HEALTH SERVICES
TREATMENT PLAN: CRISIS INTERVENTION

Treatment Plan Initiated On: 7/8/05    Treatment Coordinator: J. Gooden, MS, MHP

Inmate's Housing Location: SEG #2    Institution: BCCF

Presenting Crisis: Suicidal thoughts / ideations / gestures

DSM IV Diagnosis:
Axis I: Mood Disorder
Axis II: Deferred
Axis III: Deferred
Current Precautionary Measures: SEG - Cell #2

Problem #1 Suicidal Gesture / ideations / Watch
Goal: Reduce / Eliminate Suicidal ideations / gestures. Inmate will not exhibit suicidal intent or self-injurious behavior.
Target Date for Resolution: 1 day
Intervention(s): Im will be placed in Segregation on Suicide status per psychiatrist Dr. Chitwood orders. Im was placed in the segregation Seg cell 5 no Smock. Im will take prescribe meds regime.
Staff Member(s) Responsible: TC/Psychiatrist/Nurse    Frequency: Daily

Problem #2 Suicidal Gesture / ideation / watch
Goal: Reduce / Eliminate suicidal ideations / gestures.
Target Date for Resolution: 1 day
Intervention(s): "Smock", Im will take prescribe meds regime; Monitor IM Daily until released by psychiatrist.
Staff Member(s) Responsible: TC/Psychiatrist/nurse    Frequency: Daily

Second Page attached:    Yes ☐    No ☐

Treatment Team Members
Psychiatrist: _____    Date: _____
Mental Health Nurse: _____    Date: _____
Treatment Coordinator: _____ MS, MHP    Date: 7/8/05
Inmate Agreement: _____    Date: _____

Treatment Plan Review by: _____    (within one working day)

Inmate Name: Duff, Antonio    AIS # 186551

ALDOC Form 462-03

Day 1
Day 2
7/11/05

AR462– October 5

ALABAMA DEPARTMENT OF CORRECTIONS MENTAL HEALTH SERVICES
TREATMENT PLAN: CRISIS INTERVENTION

**Treatment Plan Initiated On:** 05/13/2005    **Treatment Coordinator:** J. Gooden
**Inmate's Housing Location:** BCCF Segregation suicide status    **Institution:** Bullock County Correctional Facility
**Presenting Crisis:** Suicidal Ideations/Gestures

**DSM IV Diagnosis:**
**Axis I:** Mood Disorder
**Axis II:** v71.09
**Axis III:** Deferred to medical
**Axis IV:** Incarceration
**Axis V:** GAF-45-50(current)

**Problem #1:** Inmate Duff exhibited suicidal ideation by stating that he is going to hang himself. Inmate also gestured suicide intent, by tying a sheet into a "noose" hanging it from the cell vent to the sink.
**Goal:** Inmate will not exhibit suicidal intent or self-injurious behavior.

**Target Date for Resolution:** 72 hours
**Intervention:** Inmate will be placed in segregation on suicide status per psychiatrist Dr. Sanders orders. Inmate was placed in the segregation safe cell with "smock" only and sack meals. Inmate will take prescribe medication regime, inmate will comply with treatment team recommendations. Inmate will enroll in the depression group upon release from segregation.

**Staff Member Responsible:** Psychiatrist, MHP, Nurses    **Frequency:** Daily

**Problem #2:** Suicidal ideation / water
**Goal:** Im to comply ê meds and food intake. Reduce suicidal ideation TC daily until released from suicidal watch by psch.
**Target Date for Resolution:** 1 day
**Intervention:**
**Staff Member Responsible:**    **Frequency:**

**Problem #3:** Suicidal ideation / water
**Goal:** Im to comply ê meds and food intake. Reduce suicidal ideation TC daily until released from suicidal watch by psychiatrist.
**Target Date for Resolution:**
**Intervention:**
**Staff Member Responsible:**    **Frequency:**

**Treatment Team Members**

Psychiatrist:    Date:
Mental Health Nurse:    Date:
Treatment Coordinator: [signature], MS, MHP    Date: 5/13/05
Inmate Agreement:    Date:
Treatment Plan Review by:    (within six months)

| Inmate Name: Duff, Antonio | AIS# 186551 |

# ALABAMA DEPARTMENT OF CORRECTIONS
## MENTAL HEALTH SERVICES
### TREATMENT PLAN: CRISIS INTERVENTION  *(REVIEW)*

Treatment Plan Reviewed on: _5/3/05_    Treatment Plan Initiated on: _4/21/05_

Inmate's Current Housing Location: _____  Institution: _BCCF_

Current Precautionary Measures: _Im to remain on Suicide watch until released by Psychiatrist_

### CURRENT STATUS

#### Problem #1    Suicidal- Auditory hallucinations

Day 9
5/3/05

Target Date for Resolution: _1 day_
Status:    Resolved ☐    No Change ☑    Modified ☐

Outcome/Modification: _Im to comply with meds/Food Intake. See Tx Coordinator daily until released from Suicide watch by psy. To reduce **All** Suicidal ideations._

#### Problem #2    Auditory hallucinations/Suicidal

Day 10
5/4/05

Target Date for Resolution: _1 day_
Status:    Resolved ☐    No Change ☑    Modified ☐

Outcome/Modification: _Im to comply c meds/food intake. See Tx Coordinator daily until released from Suicide watch by Psychiatrist. ↓ Suicidal ideations._

Comments: _Auditory Hallucinations/Suicidal. I/m will continue to comply c meds/food intake. See Tx Coordinator daily until released from Suicide watch by Psychiatrist. ↓ Suicidal ideations_

Day 11
5/5/05

Second Page attached:    Yes ☐    No ☐

### Treatment Team Members

Psychiatrist: _____    Date: _____
Mental Health Nurse: _____    Date: _____
Treatment Coordinator: _J. Gooden, MS, MHP_    Date: _5/3/05_

Inmate Agreement: _____    Date: _____

Next Treatment Plan Review to be Conducted by: _____ (within one working day)

| Inmate Name _Duff, Antonio_ | AIS # _186551_ |

ALABAMA DEPARTMENT OF CORRECTIONS
MENTAL HEALTH SERVICES
TREATMENT PLAN: CRISIS INTERVENTION  (*REVIEW*)

Treatment Plan Reviewed on: 4/29/15 _____ Treatment Plan Initiated on: 4/21/15 _____

Inmate's Current Housing Location: Seg H. 6 _____ Institution: BCCF _____

Current Precautionary Measures: Im to remain on Suicide Watch
until released by Psychiatrist.

## CURRENT STATUS

Day 7
4/29/15

Problem #1 Suicidal · Auditory hallucinations

Target Date for Resolution: 1 day
Status:        Resolved ☐      No Change ☑      Modified ☐

Outcome/Modification: Reporting command hallucinations & is
continuing to refuse meds & food · Im has been
offered Trial / Pot AHs. To remain in safe cell
until release by Psy.

Day 8
5/2/05

Problem #2 Auditory hallucination / Suicidal ideation

Target Date for Resolution: 1 day
Status:        Resolved ☐      No Change ☑      Modified ☐

Outcome/Modification: To Reduce the Suicidal ideation, Meds compliance
& Food intake.  ADoc & Lpn to monitor compliance.
See tx coordinator daily until released from Suicide watch by
Psy.

Comments:

Second Page attached:    Yes ☐    No ☐
## Treatment Team Members

Psychiatrist: _____ Date: _____
Mental Health Nurse: A. Thomas RN _____ Date: _____
Treatment Coordinator: B. Fell ms _____ Date: 4/29/15

Inmate Agreement: _____ Date: _____

Next Treatment Plan Review to be Conducted by: _____ (within one working day)

| Inmate Name | AIS # |
|---|---|
| D. A. Antonio | 186551 |

ALABAMA DEPARTMENT OF CORR    TIONS
MENTAL HEALTH SERVICES
TREATMENT PLAN: CRISIS INTERVENTION  (REVIEW)

Treatment Plan Reviewed on: 4/27/15    Treatment Plan Initiated on: 4/27/15

Inmate's Current Housing Location: Seg Cell #2    Institution: Bccf

Current Precautionary Measures: Inmate under suicide watch +
will remain so until determined by Psychiatrist.

CURRENT STATUS

Day 5
4/27/15

### Problem #1  wants back infirmary
to "rest".

Target Date for Resolution: 4/28/15
Status:        Resolved ☐      No Change ☑      Modified ☐

Outcome/Modification: Praised Im for taking meds +
eating. Will continue.

Day 6
4/28/15

### Problem #2  Suicidal Ideations

Target Date for Resolution: 4/28/15
Status:        Resolved ☐      No Change ☐      Modified ☐

Outcome/Modification: Im making suicidal threats + refusing
meds + meals. Im to be monitored as
required + will remain on suicide watch.

Comments:

Second Page attached:    Yes ☐    No ☐

### Treatment Team Members

Psychiatrist: _____
Mental Health Nurse: _____    Date: _____
Treatment Coordinator: B. Fell MS    Date: _____
                                      Date: 4/28/15
Inmate Agreement: _____    Date: _____

Next Treatment Plan Review to be Conducted by: _____ (within one working day)

| Inmate Name | AIS # |
|---|---|
| D. Ffi Antonio | 186551 |

ABAMA DEPARTMENT OF CORREC    ONS
MENTAL HEALTH SERVICES
TREATMENT PLAN: CRISIS INTERVENTION *(REVIEW)*

Treatment Plan Reviewed on: __4/25/5__ Treatment Plan Initiated on: __4/21/5__

Inmate's Current Housing Location: __Seg Cell #2__ Institution: __Barr??__

Current Precautionary Measures: Inmate placed on suicide watch in Seg Unit until released by Psychiatrist / Psychologist.

## CURRENT STATUS

Problem #1 Inmate refuses medication & continuing to make suicidal statements

Target Date for Resolution: 3 days

Status:            Resolved ☐        No Change ☑        Modified ☐

Outcome/Modification: Inmate depressed b/c sisters death Im to continue to process grief. Attend Anger/stress mng't release from seg. Decrease suicidal ideation. medication compliance. Nurse to monitor —

Day 3
4/25/-

Problem #2 Inmate has history of refusing meds & suicidal ideations

Target Date for Resolution: 4/29??

Status:            Resolved ☐        No Change ☐        Modified ☑

Outcome/Modification: Inmate indicates intent to resume taking meds today & will eat as needed MHP to continue to follow until released from suicide watch by Psychiatrist

Day 4
4/24

Comments:

Second Page attached:    Yes ☐    No ☐
Treatment Team Members

Psychiatrist: _____ Date: 4/25/05
Mental Health Nurse: __B. Ma??__ Date: _____
Treatment Coordinator: __B. Bell, MS__ Date: 4/25/5

Inmate Agreement: _____ Date: _____

Next Treatment Plan Review to be Conducted by: __4/24/5__ (within one working day)

| Inmate Name | AIS # |
|---|---|
| Duff, Antonio | 186551 |

### ALABAMA DEPARTMENT OF CORRECTIONS
### MENTAL HEALTH SERVICES
### TREATMENT PLAN: CRISIS INTERVENTION

Treatment Plan Initiated on: *4-21-05*    Treatment Coordinator: *N. Shuford*

Inmate's Housing Location: *Seg*    Institution: *BCCF*

Presenting Crisis: *Im attempted suicide by hanging (sheet) - also expresses suicide ideations*

DSM IV Diagnosis:
Axis I: *Mood Disorder*

Axis II: _____

Axis III: _____

Current Precautionary Measures: *placed in safe cell w/smock only*

---

**Day 1**

*Attempted suicide, expressed* Problem #1 *suicide ideations*
Goal: *protect from self-harm*

Target Date for Resolution: *3 days*
Intervention(s): *placed in safe cell w/smock only, mental health assessment, medication modification, nurses to monitor, psych to monitor, TC to see daily*

Staff Member(s) Responsible: *psych, nurses, TC*    Frequency: *daily*

---

**Day 2**
**4/22/5**

*Denies suicidal ideations* Problem #2 *Im compliance to state*
Goal: *med compliance protect from self harm*  *today he won't take meds*

Target Date for Resolution: *3 days*
Intervention(s): *placed in extraction safe cell on suicide watch per psy order psych LPN to monitor med compliance*

Staff Member(s) Responsible: *psych LPN TC*    Frequency: *Daily*

Second Page attached:    Yes ☐    No ☐

---

### Treatment Team Members

Psychiatrist: _____    Date: _____
Mental Health Nurse: _____    Date: _____
Treatment Coordinator: *N. Shuford MHP*    Date: *4/21/05*
    *CR Helms*
Inmate Agreement: _____    Date: _____

Treatment Plan Review to be Conducted by: _____ (within one working day)

---

| Inmate Name *Duff, Antonio* | AIS # *186551* |
|---|---|

**ALABAMA DEPARTMENT OF CORRECTIONS**
**MENTAL HEALTH SERVICES**
**TREATMENT PLAN: CRISIS INTERVENTION  (*REVIEW*)**

**Treatment Plan Reviewed On:**  4/15/05          **Treatment Plan Initiated On:** 4/12/05

**Inmate's Current Housing Location:    Inf. #2**          **Institution: Bullock Cty. Corr. Fclty.**

**Current Precautionary Measures:** Inmate to be placed in infirmary safe-cell under suicidal watch until released by psychiatrist , medication/compliance

CURRENT STATUS:

**Problem #1** Inmate expressing suicidal/harmful statements/thoughts
Target Date for Resolution:

Status:                Resolved ☐        No Change ☐          Modified ☐
Outcome/Modification:    Inmate reports he is no longer suicidal. Plans are in place to release inmate on 4/14/05

**Problem #2**

Target Date for Resolution:

Status:                Resolved ☐        No Change ☐          Modified ☐
Outcome/Modification:

Comments:

Second Page attached:        Yes ☐   No ☐

Psychiatrist:_____   Date: _____

Mental Health Nurse:_____   Date: _____

Treatment Coordinator: B. Fellins_____   Date: 4/15/15

Inmate Agreement:_____   Date:_____

Next Treatment Plan Review by:_____ (within one working day)

| Inmate Name: Duff, Antonio | AIS #  186551 |
|---|---|

ALABAMA DEPARTMENT OF CORRECTIONS MENTAL HEALTH SERVICES
TREATMENT PLAN: CRISIS INTERVENTION

**Treatment Plan Initiated On:** 4/12/05          **Treatment Coordinator:** B. Fell, MS
**Inmate's Housing Location:** 19B          **Institution:** Bullock County Correctional Facility
**Presenting Crisis:** Inmate expressing suicidal/harmful statements/thoughts

**DSM IV Diagnosis:**
**Axis I:**     Mood Disorder
**Axis II:**    Deferred
**Axis III:**   None Reported

| | |
|---|---|
| **Problem #1:** Signs/symptoms of Major Depression: Suicidal thoughts/statements | |
| **Goal:** Inmate to reduce/eliminate suicidal thoughts/statements. Understand nature of grief related to sister's death. | |
| **Target Date for Resolution:** 2 weeks | |
| **Intervention:** Inmate to be placed in infirmary safe-cell under suicidal watch until released by psychiatrist., medication/compliance | |
| **Staff Member Responsible:**     Psychiatrist/LPN/Ms Fell          **Frequency:**          Daily | |

| | |
|---|---|
| **Problem #2:** | |
| **Goal:** | |
| **Target Date for Resolution:** | |
| **Intervention:** | |
| **Staff Member Responsible:**          **Frequency:** | |

| | |
|---|---|
| **Problem #3:** | |
| **Goal:** | |
| **Target Date for Resolution:** | |
| **Intervention:** | |
| **Staff Member Responsible:**          **Frequency:** | |

**Treatment Team Members**

Psychiatrist:                                             Date:

Mental Health Nurse: _Emogene Smith_          Date: 4-12/05

Treatment Coordinator: B. Fell, ms          Date: 4\12\5

Inmate Agreement:                                     Date:

Treatment Plan Review by: 4\12\5          (within next business day)

| | |
|---|---|
| Inmate Name: Duff, Antonio | AIS#  186551 |

**ALABAMA DEPARTMENT OF CORRECTIONS**
**MENTAL HEALTH SERVICES**
**TREATMENT PLAN: CRISIS INTERVENTION** *(REVIEW)*

**Treatment Plan Reviewed On:** 4/13/05          **Treatment Plan Initiated On: 4/12/05**

**Inmate's Current Housing Location:** Inf. #2          **Institution: Bullock Cty. Corr. Fclty.**

**Current Precautionary Measures:** Inmate to be placed in infirmary safe-cell under suicidal watch until released by psychiatrist , medication/compliance

CURRENT STATUS:

**Problem #1** Inmate expressing suicidal/harmful statements/thoughts
Target Date for Resolution:

Status:          Resolved ☐     No Change ☐     Modified ☑
Outcome/Modification:     Inmate reports he is no longer suicidal. Plans are in place to release inmate on 4/14/05

**Problem #2**

Target Date for Resolution:

Status:          Resolved ☐     No Change ☐     Modified ☐
Outcome/Modification:

Comments:

Second Page attached:  Yes ☐  No ☐
Psychiatrist:_____  Date: 4/13/05
Mental Health Nurse:_____  Date:_____
Treatment Coordinator: B. Fell, ms  Date: 4/13/5
Inmate Agreement:_____  Date:_____
Next Treatment Plan Review by: 4/14/5  (within one working day)

Inmate Name: Duff, Antonio          AIS # 186551

**PRISON HEALTH SERVICES**

Name: _____
Inmate #: _____
DOB: _____ Race: _13_ Gender _M_

**Physician's Chronic Care Clinic**

Date: _3/12/05_  Time: _1650_  Facility: _BCCF_

Check all applicable CICs being evaluated: _Card/HTN __DM__GI__ID__PUL__SZ __TB

**SUBJECTIVE:**

**OBJECTIVE:**  BP _130,98_ HR _88_ RR _20_ Temp _104_ Wt _207_ Peak Flow____

NOTE: PE findings for CIC patients should be disease-specific and focused on prevention of end-organ
Complications: DM-eye ground, skin, cardiopulmonary, extremities; HTN/Card-eye grounds,
Cardiopulmonary, abdomen, extremities,; ID-all systems; PUL-HEENT,
Cardiopulmonary, A/P ratio; SZ-HEENT, neurological; GI-abdomen.

**ASSESSMENT:** Circle the appropriate Degree of Control and Status for each clinic monitored during today's
Visit. Degree of Control: G=Good, F=Fair, P=Poor
Status: I=Improved, S=Stable, W=Worsened

| DM | HTN/CARD | SZ | PUL | ID | GI | OTHER |
|---|---|---|---|---|---|---|
| Degree of Control | Degree of Control | Degree of Control | Degree of Control | Degree of Control | Degree of Control | Degree of Control |
| G F P | G F P | G F P | G F P | G F P | G F P | G F P |
| Status | Status | Status | Status | Status | Status | Status |
| I S W | I S W | I S W | I S W | I S W | I S W | I S W |

**PLAN:** _will continue on Tenormin 50mg SR_

F/U:  Routine 90 days: _✓_

Other ____

Problem List updated   Yes / No

_____ MD
Physician

Revised 2/28/05

**PRISON HEALTH SERVICE**

Name:
Inamte #:
DOB: ████████  Race: _B_  Gender _M_

### Nurse's Chronic Care Clinic

Date: _3/12/05_  Time: _1650_  Facility: _BCCF_

Check all applicable CICs being evaluated: _✓_Card/HTN __DM__GI__ID _✓_PUL__SZ__TB

## SUBJECTIVE:

For diabetic patients, list the # of hypoglycemic reactions since the last CIC visit:__ Dates:_____
See attached for monofilament check.
For asthma patients, list the # of asthma attack visits since the last CIC visit: ___ Dates:_____
For seizure patients, list the # of witnessed seizures since the last CIC visits:___ Dates:_____

ALLERGIES: _PCN_                    CURRENT DIET: _Low Sodium_
DESCRIBE MED AND DIET ADHERANCE: _Non Compliant c meals_
DESCRIBE ANY MED SIDE EFFECTS: _None Noted_
VACCINES: Flu____ Pneumovax_____ Hep A_____ Hep B_____
For asthma pts, list the number of short-acting inhaler canisters refilled in the past month.____
                    (*This should equate to one inhaler per month.)

Lab/Diagnostic test(s) w/ date(s): HbA1c_____ on_____; CD4 & HIV-RNA ___/___ on _____;
Peak Flow___; LFTs____ on_____; Serum Drug Levels __ on _____; EKG ____; CXR___;

## MEDICATIONS:                                                      wt 207

_Tenormin 50mg qd_

_Albuterol Inhaler_

Patient Educated on: _↑ dis c CV/HTN, PC notd S/S_
_Pt as per has no educated R Instructed_

Inmate Signature _Antonio Duff_

Nurses Signature and Title

(01/31/05

DEPARTMENT OF CORRECTIO

PHYSICIAN'S

# CV/HTN CHRONIC CARE CLINIC

| S: CHRONIC CARE CLINIC | ALLERGIES |
|---|---|
| DATE/TIME 76  18          2/18/05 | |
| O: VS T | |
| BP 100/70  WT 184 | |
| REVIEW OF NURSES CCC RECORD | |
| YES          NO | |
| Carotid Bruits          Y    N      RT  LT | |
| Gallops                 Y    N | |
| Murmurs                 Y    N | |
| Describe | |
| Fundoscopic Exam:  Wr | P: LABS |
| | WNL     Y    N   / |
| Peripheral pulses:  2+ | |
| | Fasting Chem profile yrly ✓ |
| | UA yrly ✓ |
| | CXR q 2 yr if > 50 y/o ✓ |
| | EKG q yr if > 50 y/o ✓ |
| TREATMENT GOALS: | ORDERS: |
| maha f HTN Complicati | |
| NOTES: | MEDICATION: |
| Rx: Contin an | Tenormin 50 SE |
| Denia 1x SE | |
| | STATUS: (circle) |
| | IMPROVED, UNCHANGED, WORSENED |
| | CONTROL LEVEL: (circle) |
| | GOOD, FAIR, POOR |
| | CCC WITH NURSE (circle) |
| | EVERY 1, 2, 3 MONTHS. |
| EDUCATION DONE          TOPIC | CCC WITH MD (circle) |
| YES          NO | EVERY 1, 2, 3, 4, 5, 6 MONTHS. |

| INMATE NAME | NUMBER | AGE | RACE/SEX | SIGNATURE: |
|---|---|---|---|---|
| | | | | |

Control    Good—BP < 140/90
           Fair----BP 140-160/>100          Status:    Improved—BP< previous visit
           Poor—BP > 160/100                            Unchanged—BP unchanged
                                                        Worsened----BP increased

60519-AL



DEPARTMENT OF CORRECTIONS
## NURSE'S
## CVHTN CHRONIC CARE CLINIC

| S: CHRONIC CARE CLINIC | | | ALLERGIES  _PCN_ |
|---|---|---|---|
| DATE/TIME  10/11/04 | | | |
| O: VS T 98.8  P 84  R 20   WT 194 | | | HX a treadmill?   Y  (N) |
| BP 122/72   IF BP > 140/90 REFER TO MD/NP/PA | | | Date: |
| Do you smoke? | (Y) | N | HX bypass surgery:   Y  (N) |
| Use salt? | Y | (N) | Date: |
| Family History of CVHTN?  _mother_ | (Y) | N | |
| Obese? | Y | (N) | |
| Stress? | (Y) | N | |
| Blurred vision | (Y) | N | |
| Headache | (Y) | N | |
| Fatigue | (Y) | N | |
| Muscle weakness | (Y) | (N) | |
| Polyuria | (Y) | N | |
| Epistaxis | Y | (N) | P: LABS REVIEWED  5/1/04 Cholesterol |
| S.O.B. | (Y) | N | Labs ordered  216 |
| Compliant with meds | (Y) | N | Last CMP-14 4/1/04 |
| KOP | (Y) | (N) | Last EKG 8/13/04 SR |
| Counseled on risk factors | (Y) | N | |
| Describe: _Smoking_ | | | |
| Labs/EKG WNL         NA  | Y | N | |
| CXR if over 50 | | | |
| Education Done | (Y) | N | |
| Topic: _Harm & Smoking_ | | | |
| Recently admitted to hospital/infirmary | Y | N | CURRENT MEDICATIONS:  _Zenorm_ |
| Notes: _Instructed on Harm_ _of Smoking auth HTN_ | | | |
| | | | |
| | | | |
| | | | Status: (circle)  IMPROVED UNCHANGED WORSENED |
| | | | Level of Control: (circle)  GOOD  FAIR  POOR |
| | | | CCC WITH NURSE (circle)  1, 2, (3) Months |
| | | | CCC WITH MD (circle)  1, 2, 3, 4, 5, (6) Months |

| INMATE NAME | NUMBER | AGE | RACE/SEX | SIGNATURE: |
|---|---|---|---|---|
| _Duff, Antonio_ | 186551 | 30 | BM | |

Control  Good--BP < 140/90
Fair----BP 140-160/90/100
Poor---BP > 160/100

Status:  Improved---BP< previous visit
Unchanged—BP unchanged
Worsened----BP increased,

DEPARTMENT OF CORR
NURSE'S

# TB CHRONIC CARE CLINIC

| S: CHRONIC CARE CLINIC | | | ALLERGIES |
|---|---|---|---|
| DATE/TIME 10/11/04 | | | PCN |
| O: VS T 98.8  P 84  R 20 | | | |
| BP 120/72  WT 194  WT CHANGE 194 | Y | (N) | |
| Date PPD done 5/11/04 | | | |
| Results in MM 2mm | | | |
| Last CXR Date | | | |
| Results | | | |
| Cough | (Y) | N | |
| Sputum production | (Y) | N | |
| Description Bloody Sputum | | | |
| AFB + Smear | Y | N | 6/4/04 |
| HIV test (date) | Y | N | P: LABS REVIEWED SGOT |
| Lung fields | | | Labs ordered 31 |
| Nausea—Vomiting—Fatigue | (Y) | N | LFT Baseline Date |
| Loss of appetite | (Y) | N | |
| Smoke | (Y) | N | |
| Review of FLU shot date | Y | (N) | |
| Review of Pneumovax date | | | |
| Medication compliant | (Y) | N | |
| Education Done | (Y) | N | |
| Topic: Smoking / Disposal of germs | | | |
| Recently admitted to hospital/infirmary | Y | (N) | CURRENT MEDICATIONS: Date Started Date To End |
| Update TB Summary Record | Y | N | INH 900 mg |

**NOTES:** pt has an appt
c̄ Dr Jackson in Montgomery
on Nov 14 See Progress
notes

B6 50 2X's
/week

| | CCC WITH NURSE (circle) (1), 2, (3) Months |
|---|---|
| | CCC WITH MD EVERY (circle) 1, 2, 3, 4, 5, (6) Months |

| INMATE NAME | NUMBER | AGE | RACE/SEX | SIGNATURE: |
|---|---|---|---|---|
| Duff, Antonio | 186551 | 30 | B M | |

**PHS**
PRISON HEALTH SERVICES, INC.

# YEARLY HEALTH EVALUATION

| I. | HISTORY – (LPN or RN) | YES | NO | COMMENT(S) | mH |
|---|---|---|---|---|---|
| | Weight Change (greater 15 lbs.) (Compare Weight Below) | | ✓ | Last weight at least 6 months ago | |
| | Persistent Cough | ✓ | | | |
| | Chest Pain | ✓ | | has chest pain calls | |
| | Blood in Urine or Stool | | ✓ | | |
| | Difficult Urination | ✓ | | | |
| | Other Illnesses (Details) | ✓ | | HTN @ MD see /copp /Asymth mH | |
| | Smoke) Dip or Chew | ✓ | | RN | |
| | ALLERGIES | | | | |

Weight 189   Temp 98   Pulse ___   Resp 20   Blood Pressure 90/70
If greater than > 140/90, repeat in 1 hour.
Eye Exam 20 OD   20 OS   20 OU   Refer to M.D. if remains > 140/90.

| II. | TESTING – (LPN or RN) | RESULTS Asymptomatic 7/1/2 sh |
|---|---|---|
| | Tuberculin Skin Test (q yr) | Date given CXR   Site IN HH |
| | | Read on ___ Results ___ mm |
| | Past Positive TB Skin Test → (Chest x-ray if clinical symptoms) | Survey Completed ___ |
| | | Date ___ Results ___ |
| | RPR (q 3 yrs) | Date 1/23/03 Results NR |
| | EKG (baseline at 35, over 45 q 3 yrs) | NR 2003 |
| | Cholesterol (at 35 then q 5 yrs) | NR NR |
| | Tetanus/Diptheria (q 10 yrs) | Last Given 1/1/01   Due 2011 |
| | (if done today) | Site given ___ Dose ___ Lot # ___ |
| | Optometry Exam (@ 50 if not already seen) | Date N/A   Results N/A |
| | Mammogram (females @ 40, q 2 yrs/other M.D. order) | |

| III. | PHYSICAL RESULTS – (RN, Mid-Level M.D.) | |
|---|---|---|
| | Heart | Regular S₁S₂ |
| | Lungs | CTA @ L |
| | Breast Exam | WNL's |
| | Rectal (yearly after 45) with Hemoccult | Results Refused |
| | | Results N/A |
| | Pelvic and PAP (q 1 yr) | Date N/A   Results N/A |

Facility Bullock   Nurse Signature C. Eubanks   Date 2/27/05

M.D. or Mid-Level Signature ___ 3/16   Date ___

| INMATE NAME | AIS# | D.O.B. | RACE/SEX |
|---|---|---|---|
| Duff, Antonio | 186551 | | B/M |

# U/A DIPSTICK REPORT

Name: _Duff, Antonio_ AIS# _18653_ R/S _B/m_

DOB: ▓▓▓▓▓▓▓▓   AGE: _31_

Collection Date: _2/27/05_   TIME _1600_

Annual Physical _✓_   Random _____ Repeat _____ Daily _____

After Rx. Completion _____ Chronic Care Clinic Porotocal _____

Urine Appearance:   Color _Yellow_ Clarity: _Clear_ Odor: _0_

Specific Gravity: _1.0_

PH: _5.0_

LEUKOCYTES: _0_

NITRATE: _0_

PROTEIN: _0_

GLUCOSE: _Normal_

KEYTONES: _0_

UROBILINOGEN: _0_

BILIRUBIN: _Normal_

BLOOD: _0_   HEMOGLOBIN: _____

WNL: _✓_   ABNORMAL _____

OBTAINING NURSE'S SIGNATURE: _C. Eubanks, RN_ _2/27/05_
Date

REVIEWING PHYSICIAN's Signature: _____
Date

_3/1_



**PHS**

PRISON
HEALTH
SERVICES
INCORPORATED

## DEPARTMENT OF CORRECTIONS

## NOTIFICATION OF NEXT OF KIN

**In the event of a serious injury or illness, I request the following person be notified:**

Bishop Peterwren Sr.                    Father
Name                                      Relationship

2516        Fenley Bvd.              (205) 250 4994
Street Address                                    Phone Number

Bckungham , AL                                      35234
City                            State              Zip Code

X Antonio Duff              186551        X 2-27-05
Inmate Signature          Doc#      S S #       Date

C. Guledyh                              2/27/05
Witness                                        Date

| INMATE NAME (LAST, FIRST  MIDDLE) | DOC# | DOB | RACE/SEX | FAC |
|---|---|---|---|---|
| Duff, Antonio | 186551 | | B/m | Bullo |

PHS-MD-70003          (White – Medical Record, Yellow – Active File, Pink –  Control Center)

**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

## TUBERCULOSIS SUMMARY RECORD

Site: _Bulloh_    Building/Cell: _____    Date: _05/10V_

Ai's 186551

| Name: Duff, Antonio | Date: 07/20V | SBI# | | | | | |
|---|---|---|---|---|---|---|---|
| DOB: | | SS# | | | | | |
| | | | Address: | | | | |
| PPD Planted | PPD Read | Initials | Size in MM | PPD Planted | PPD Read | Initials | Size in MM |
| 05/40V | | RT | 20mm | | | | |
| | | | | | | | |
| | | | | | | | |
| CXR Date 5/0V | Results Normal | CXR Date | Results | CXR Date | Results | CXR Date | Results |
| | | | | | | | |

| Initial PPD Positive Date: | | |
|---|---|---|
| Preventive Treatment Consider : Y   N | | Comments: |
| Date: | | |

### Sputums Times Three

| Date | Sputum # | Smear Results | Culture Results | Comments: |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

CHEMOTHERAPY FOR INFECTION OR DISEASE

INH: ✓ START: 07/01/0V STOP: 010505    OTHER: _____

RIF: ____ START: _____ STOP: _____    START: _____

PZA: ____ START: _____ STOP: _____    STOP: _____

EMB: ____ START: _____ STOP: _____

60407        Rev 12/99

Montgen County Health Department , Alabama    Date 5-15-04

Name Antonio Duff _____ Age ____ Sex ____

Address AIS 186551 _____ Weight ____

Rx    INH 900 mg 2x week x 6 months

B6 50 mg 2x week x 6 months

CHR #
DOB
Date
one

ets: YES/NO

____ KHAN ____ M.D.    _____ M.D.
Product Selection Permitted         Dispense as Written

Refill ____ Times   ACSC _____   DEA _____   20.

ADPH-A-51/Rev 8-93

Last pos smear: _____ (aerosol ____ spontaneous ____)    Date: _____
Last pos cul: _____ (aerosol ____ spontaneous ____ other ____)    Sensitive to all drugs: YES/NO
Resistant to: _____

MANTOUX SKIN TEST: Date: 5/14/04   Result: (mm of induration): 20mm
Other skin tests: _____        "(+) per history" in record
Signature: ____ Taylor, DO ____          Date: 5/14/04
FILM INTERPRETATION: _____

5-14-04

STATUS: (Please circle one) NORMAL/ABNORMAL  –If abnormal, please circle one:  Cavitary–Noncavitary–Stable–Worsening–Improving
DIAGNOSES: (According to diagnostic standards)

RECOMMENDATIONS:

Check JCHD records if took 6 mo.
INH. If not, INH + B6 for DOPT
protocol.

____ KHAN ____ M.D.                    Date: 5-20-04

CHR 19

ADPH-CHR-19/Rev 9-00-rm

*Class I*

**PHS**
PRISON HEALTH SERVICES INC

## ADMISSION DATA

Date *1-29-04*    Social Security No ▓▓▓▓▓▓    Inmate I.D. No. *186551*

Inmate *Duff          Antonio*          Date Booked *1995*
       (Last)           (First)        (M.I.)

s _____    County *Jefferson* *Bullock*
   (Last)      (First)

Address *Haey 82 E Union Springs, Al 36089*
      (Street)          (City)      (State)    (Zip)

Telephone *334  738-3556*    Birthdate ▓▓▓▓    Religion *Church of God/Bapt*

Education Completed *4 yrs College*    Special Education *N/A*

Martial Status (Circle one) S M W **D** Sep    Read/Write **English** Yes No Other _____

Previous Incarcerations *Venteus*                                    *7-17-62*
           (Facility)                           (Date)

## MEDICAL HISTORY

Notify in Emergency *Sondra Anderson*

Address *1637 Shadywood Dr Birmingham, Al.*    Phone *205 836 8522*    (Relationship) *Mother*
     (Street)         (City)      (State)   (Zip)

Health Insurance *N/A*
                (Type)                   (State)          (Number)

Family Physician *Dr Siddig*
           (Name)       (Address)      (City)      (State)    (Zip)

Past Hospitalizations (Past Surgery/Major Injuries) Specify *Hernia*

*Lloyd Nolen B'Ham, Al*
   (Location)      (Address)      (City)      (State)    (Zip)

Head Injury w/Loss of Consciousness *NKn*    Last Tetanus *1-1-01*    Immunization *flu shot*

Allergies *NKA*

rent Medications(s) *tenomin, albuteral*

## MENTAL HEALTH EVALUATION

spitalization for Mental Health Reasons (Circle One) Yes (NO) If Yes, _____
                                                        (Why)

Where *N/A*                                    When _____
  (Location)      (Street)    (City)    (State)   (Zip)                  (Date)

Psychotropic Meds (Specify Type & Last Dose) *N/A*

Prior Counseling/Out-Patient Treatment for *No*

Where *No*                                    When _____
  (Location)      (Street)    (City)    (ZiP)                (Date)

Have you ever attempted suicide? *yes*    How *Bullock cau.*    When *12-2003*
                                                       (Date)

Have you recently considered committing suicide? *No*

Do people consider you a violent person? *No*

Have you ever been arrested for a violent crime/sexual offense? (Specify) *NO*
                                                          (Type)           (Date)

Have you ever been a victim of a crime? (Specify) *No*
                                                  (Type)           (Date)

Do you have a history of head injury or seizures? (Specify) *No*
                                                      (Type)           (Date)

Street drugs *No*        *N/A*                    Smoker ✓    Etoh _____
    (Type-Quantity)        (How often)       (How long)

**Mental Health Observation**

| | N | A/Comment |
|---|---|---|
| Orientation (person -lace, Time) | ✓ | |
|   eral appearance | | |
|   r behavior | | |
|   risms) | ✓ | |
| ect (response to incarceration) | | |
| Content of though | | |
| History of suicide | ✓ | |
| Present thoughts | | |
| of suicide | | |

*Antonio Duff*    *1-29-04*
Inmate's Signature    Date

*Martha Jackson*    *1-29-04*
Interviewer's Signature    Date

_____    _____
Witness (If Intake Physical Refused)    Date

60100 (8/01)

# NAPHCARE
# PERIODIC HEALTH ASSESSMENT

HISTORY – (Nurse)                                    YES    NO        COMMENTS

    Weight Change (>15 lb.) _____ _____ Last weight at least 6 mos.
    (Compare Weight Below) _____ _____ ago _____
    Persistent Cough _____ _____ _____
    Chest Pain _____ _____ _____
    Blood in Urine or Stool _____ _____ _____
    Difficult Urination _____ _____ _____
    Other Illnesses (Details) _____ _____ _Asthma, HTN, Mental illn_
    Smoke, Dip or Chew _____ _____ _1 pack Cigarettes per day_
    ALLERGIES _____ _PCN_ _____

Weight _191_  Temp _98.8_  Pulse _90_   Resp _28_   B.P. _156/97_

                                  71 1/2

II     TESTING – (Nurse)                              RESULTS

    Tuberculin Skin Test (q yr.)            Date given _CXR_   Site _InH on part_
    (chest x-ray if clinical symptoms)      Read on _____ Results ___ mm
    RPR (q3yrs)                             Date _1-23-03_ Results _NK_
    EKG (baseline at 35, over 45 q 3 yrs)   _____ _NA_  _2003_
    Cholesterol (at 35 then q 5 yrs.)       _____ _NA_
    Tetanus/Diptheria (q10 years)           Last given _1-1-01_  Due _2011_
    If Done Today:                          Site given _____ Dose _____ Lot # _____
    Optometry exam (age 50 if not already seen)  _____

III.    PHYSICAL    RESULTS

    Heart                  _WNL_
    Lungs                  _Clean x 2_
    Breast (q2 yrs. p 30)  Date _NA_ Results _____
    Rectal (yearly p50)    Results _NA_
    With Hemoccult         Results _NA_
    Pelvic and PAP (q 1 yr)  Date _NA_ Results _____

Emergency Addressee _Sondra Anderson_
Address _1037 Shady Wood Dr Birmingham, Al_          Phone# _205 836 8522_
Facility _Bullock_  Nurse Signature _Martha Jackson_       Date _1-8-03_
Physician Signature _Tadday_                              Date _1-8-03_
DOB _____ AGE _28_  RACE _Blk_  SEX _Male_  SSN _____
Inmate Name _Duff, Antonio_                          AIS # _186551_

NC070

# NAPHCARE
## Annual Health and TB Screening for Inmates

Facility _Ventress_

| | |
|---|---|
| Date Given: _____ | Date Read _____ |
| Site Given: _____ | Size in M.M. _____ |
| Lot# _____ | |
| Nurse _____ | Nurse _____ |

Note: **Past Positives and conversions**, use Assessment of Tuberculin status for PPD reactors form _in addition to completing the bottom of this form._

I have received a fact sheet on TB and have had the opportunity to have my questions answered. I agreed to testing by PPD. I understand the PPD must be read 72 hours after being administered. I have never had a positive reaction to a TB skin test, nor have I ever been treated with TB drugs. I have also been instructed to check with my regular physician or the public health department if I am released prior to the TB test being read.

1-24-01

Current Weight _179_ Previous Weight _185_ B/P _120/80_

                                    circle
            Recent chest pain        Yes or No
Kitchen clearance assess. done and attached    Yes or No
            Productive cough         Yes or No
            Any bleeding             Yes or No

Emergency contact _Sandra Anderson_ Phone# _205-834-8522_

Address _836 Shady Wood, Dr._

_Birmingham, AL_    _35206_

Inmate signature _Antonio Duff_    Date _4/15-02_

Witness signature _J. Smith Lpn_    Date _4/15/02_

DOB ▬▬▬ AGE _28_ Race _B_ SEX _M_ SSN ▬▬▬

**Inmate Name** _Duff, Antonio_    AIS# _186551_

NC-069

Alabama Department of Corrections
Mental Health Services
Treatment Plan: Crisis Intervention

Treatment Plan Initiated on: _7/20/05_ Treatment Coordinator: _T Bryant_
Inmate's Housing Location _HVS ACH_    Institution: _WEDCF_

Presenting Crisis: _TIREATED SELF INJURY D+x IF ARRIVES AT CAMP._

DSM IV Diagnosis:
Axis I: _MALINGERING_
Axis II: _ASPD_
Axis III: _Non-contributory_

| Problem # 1 |
|---|
| Goal: _ESTABLISH ALTERNATIVE METHODS OF COPING._ |
| Target Date for Resolution: _SENTENCE NOW._ |
| Intervention(s): _1 will FOLLOW, KEEP EDUCATE._ |
| Staff Member(s) Responsible: _PILKINTON_    Frequency: _F/U fmo,_ |

| Problem # 2 |
|---|
| Goal: |
| Target Date for Resolution: |
| Intervention(s): |
| Staff Member(s) Responsible:    Frequency: |

Second Page Attached: Yes ☐  NO ☐

Treatment Team Members
Psychiatrist: _____    Date: _____
Mental Health Nurse: _____    Date: _____
Treatment Coordinator: _____    Date: _7/20/2005_

Inmate Agreement: _Antonio Duff_    Date: _7/20/2005_
Treatment Plan Review to be Conducted by: _7/21/05_ (within one working day)

| Inmate Name: _DUFF ANTONIO_ | AIS# _186557_ |
|---|---|

Referral Form

Name _Kluff, Cenlone_ AIS _186551_

Date _7/18/05_

Refer To _M·H·_

Refer From _Clinic (Bullock) transfer 7/18/05)_

Reason for referral _Takes Triavil #/50 QHS,_
_and Elainlsomg. QItS. 2/25_

Scheduled date _____ By _____

Should be supported by a progress note and an order either on the order sheet,
body chart or sick call slip. This form is for coordinating referrals to assure follow
through.



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# SPECIAL NEEDS COMMUNICATION FORM

**Date:** 7-18-05

**To:** ADOC Sgt. M<sup>c</sup>Call

**From:** MHM Dr. Nevels / Shelelian

**Inmate Name:** Duff, Antonio     **ID#:** 186551

The following action is recommended for medical reasons:

1  House in _____

2.  Medical Isolation _____

3.  Work restrictions _____

4.  May have extra _____ until _____

5  Other _____

**Comments:**

Move from 6-30 to 5-25 Crisis cell with

suicide precautions to include safety smock,

safety blanket, safety mattress and sack

lunches only.

**Date:** 7-18-05 **MD Signature:** Dr. Nevels / Shelelian     **Time:** 2345

Sgt George McCall

60418

ALABAMA DEPARTMENT OF CORRECTIONS
MENTAL HEALTH SERVICES
## PSYCHIATRIC PROGRESS NOTES

DATE: 7/15/05    TIME:

| Target Symptoms | Behavioral Rating Scale  0=No problem  5= worst | | Today vs Before |
|---|---|---|---|
| | Suicide threat | | 0 |
| | Depression | | 2 |
| | Hallucination | | 1-2 |
| | | | |
| | | | |

Medications: Trav, 7 2/25

Compliance:   Inmate report _____ % vs MAR ___?___ %    Informed Consent

In addition to the information in the tables above and below, then inmate-patient:

S _Saw in Seg. MAR's I tell no Etoh. More depressed hears voices_
_told - requests Pin Trail._

Side effects:

0 _Alert, awake Ox_ _affect labile, mood depressed_
_SI/HI_ _no voices Thoughts & housing_
_Delusions (beg_

| Selected Issues | NO | YES | If yes, comment on pertinent positive findings |
|---|---|---|---|
| Psychosis | | ✓ | |
| Serious Depression | | ✓ | |
| Self-Injurious Thoughts | ✓ | | |
| Suicidal intent | ✓ | | ✓ |
| Aggressive | ✓ | | |
| Seriously Impulsive | ✓ | | |
| Situational Upset | ✓ | | |

Lab info: _____ Labs Ordered: _____ Labs Reviewed: _____ AIMS:? _____

_ASSESSMENT_/Diagnosis (DSM-IV)  ASPD
_Depression c psychosis_

_PLAN:_ (1) ↑ Trazil

Return to clinic: _1 wk_    Print Last Name: _____    Sign: William Chitwood, MD

| Patient's Name: (Last, First, Middle) | AIS # | Age | R/S | Code | Institution |
|---|---|---|---|---|---|
| Duff, Antonio | 136557 | 37 | BM | SM3 | BCF |

Disposition: Medical File

ADOC AR  632, 633, 623,615
ADOC Form MH-025  March 2, 2005

ALABAMA DEPARTMENT OF CORRECTIONS
MENTAL HEALTH SERVICES
## PSYCHIATRIC PROGRESS NOTES

| DATE; _2/4/05_ | TIME: | |
|---|---|---|
| Target Symptoms | Behavioral Rating Scale  0=No problem  5= worst | Today vs Before |
| Suicide Threat. | | |
| | | |
| | | |
| | | |

| Medications: _TMMu 2-25 hs_ | Informed Consent |
|---|---|
| Compliance:    Inmate report ___ % vs MAR ___ % | |

In addition to the information in the tables above and below, then inmate-patient:

**S** Pt Reported Tied A Sheet arnd his Ng Pri +
Was placed on Suic Wat.
Side effects: no

**O** Pt Calm, coopert, Ozyal, Not psdeter or Mynia
Denies he was ever Suicidl nor in he pres.

| Selected Issues | NO | YES | If yes, comment on pertinent positive findings |
|---|---|---|---|
| Psychosis | ✓ | | |
| Serious Depression | | | |
| Self-Injurious Thoughts | | | |
| Suicidal intent | | | ✓ |
| Aggressive | | | |
| Seriously Impulsive | | | |
| Situational Upset | | | |

| Lab info: | Labs Ordered: | Labs Reviewed: | AIMS:? |
|---|---|---|---|

**ASSESSMENT**/Diagnosis (DSM-IV)
Suicide Gesture
ASPD.

**PLAN:** Renew of Suic Wtch

Return to clinic: ___ Print Last Name: _Snds_ Sign _____

| Patient's Name: (Last, First, Middle) | AIS # | Age | R/S | Code | Institution |
|---|---|---|---|---|---|
| DMPP, Antonio | 186551 | 37 | VS | SmP | BCCF |

Disposition: Medical File

ADOC AR 632, 633, 623,615
MHM Correctional Services ADOC Form MH-025 March 2, 2005
Dr. Bill Sanders

ALABAMA DEPARTMENT OF CORRECTIONS
MENTAL HEALTH SERVICES
**PSYCHIATRIC PROGRESS NOTES**

DATE: 7/8/05    TIME: _____

| Target Symptoms | Behavioral Rating Scale  0=No problem  5= worst | Today vs Before |
|---|---|---|
| | Suicidal attempt | 4 |
| | | |
| | | |
| | | |

Medications: Trianil 2/25 → po ×3

Compliance:    Inmate report _____ % vs MAR _____ %

Informed Consent

In addition to the information in the tables above and below, then inmate-patient:

S staff reports inmate standing on sink i sheet around his neck + placing i air grill — he denies SIU ideation or present

Side effects

O agitated, manipulative — ⊘ evidence plan harm or present

| Selected Issues | NO | YES | If yes, comment on pertinent positive findings |
|---|---|---|---|
| Psychosis | ✓ | | |
| Serious Depression | ✓ | | |
| Self-Injurious Thoughts | | ✓ | Standing on sink in seg i sheet around neck |
| Suicidal intent | | ✓ | tied sheet tied around his neck i seg |
| Aggressive | ✓ | | |
| Seriously Impulsive | ✓ | | |
| Situational Upset | ✓ | | |

Lab info:    Labs Ordered: _____    Labs Reviewed: _____    AIMS:? _____

**ASSESSMENT**/Diagnosis (DSM-IV)

suicidal attempt / intent

**PLAN.** plan #2 Seg cell — suicidal watch — ⊘ belongings 24° — if no attempt or ideation find him "smoking" DJS 24°

Return to clinic: _____    Print Last Name: White    Sign: _____

| Patient's Name: (Last, First, Middle) | AIS # | Age | R/S | Code | Institution |
|---|---|---|---|---|---|
| Duff Antric | 186551 | 37 | BM | SMP | BCCF |

Disposition: Medical File

MHM Correctional Services
Dr. Bill Sanders

ADOC AR 632, 633, 623,615
ADOC Form MH-025 March 2, 2005

# Alabama Department of Corrections
## Psychiatric Progress Note

| DATE: 6/28/0_ | TIME: | Today vs Before |
|---|---|---|
| Target Symptoms | Behavioral Rating Scale 0=No problem 5= worst | |
| | Suicidal | 0/0 |
| | A/H | 0/0 |
| | paranoia | 1/0 |
| | | |
| Medications: Trianal 0/25 i145 | | Informed Consent |
| Compliance: Inmate report 1/N % vs MAR 1/N % | | yes |

In addition to the information in the tables above and below, then inmate-patient:

**S** "I'm on stay paranoid" – dx – S/H/etc.

Side effects? Ø

**O** A+y+3 – full ment – recent med A (6/25)
(residence program) – OBSODn ON3

| Selected Issues | NO | YES | If yes, comment on pertinent positive findings |
|---|---|---|---|
| Psychosis | | ✓ | mild paranoia |
| Serious Depression | | | |
| Self-Injurious Thoughts | | | |
| Suicidal intent | | | |
| Aggressive | | | |
| Seriously Impulsive | | | |
| Situational Upset | | | |

| Lab info: | Labs Orderd | Labs Reviewed | AIMS ? |
|---|---|---|---|

**A**SSESSMENT/Diagnosis (DSM-IV): MDD c psychosis

**P**lan: cnt present tx

Return to clinic: ___ Print last Name: Whatley Sign ___

| Patient's Name: (Last, First, Middle) | AS#I | Age | R/S | Code | Institution |
|---|---|---|---|---|---|
| Duff Antonio | 186551 | 37 | Bm | Sne | BUR |

ADOC Form 61 P1

**Robert G. Whatley, CRNP**

ALABAMA DEPARTMENT OF CORRECTIONS
MENTAL HEALTH SERVICES
## PSYCHIATRIC PROGRESS NOTES

DATE: 6/23/05     TIME:

| Target Symptoms | Behavioral Rating Scale   0=No problem   5= worst | Today vs Before |
|---|---|---|
| | _Suicidal Ideation_ | ∅ |
| | _[illegible]_ | 0 |
| | _Depression_ | 1-2 |

Medications: _Elavil 75 g/h_     Informed Consent

Compliance:   Inmate report _100_ % vs MAR _____ %

In addition to the information in the tables above and below, then inmate-patient:

S _2° [illegible] reports paranoia – "sun" appears he might not be able to resist_
_violent urges._

Side effects: _∅_

O _Alert, cooperative. Affect [illegible] mood [illegible]. ⊖ active suicidal_
_[illegible]. ⊕ paranoia._
_Sensorium clear._

| Selected Issues | NO | YES | If yes, comment on pertinent positive findings |
|---|---|---|---|
| Psychosis | | ✓ | |
| Serious Depression | | ✓ | |
| Self-Injurious Thoughts | | ✓ | |
| Suicidal intent | ✓ | | |
| Aggressive | | ✓ | _Thoughts_ |
| Seriously Impulsive | | | |
| Situational Upset | | ✓ | |

Lab info: _____  Labs Ordered: _____  Labs Reviewed: _____  AIMS.? _____

_ASSESSMENT_/Diagnosis (DSM-IV)
_MDD c psychosis_

_PLAN_: ① _cont. [illegible]_ ② _add Trazo 2/25 – 10 p.o._

William Chitwood, MD

Return to clinic: _____  Print Last Name: _____  Sign: _____

| Patient's Name: (Last, First, Middle) | AIS # | Age | R/S | Code | Institution |
|---|---|---|---|---|---|
| _[illegible], [illegible]_ | 136551 | 37 | BM | 8m I | BCCF |

Disposition: Medical File

ADOC AR 632, 633, 623,615
ADOC Form MH-025 March 2, 2005

# Alabama Department of Corrections
## Psychiatric Progress Note

| DATE: 6/17/01 | TIME: | |
|---|---|---|
| **Target Symptoms** | **Behavioral Rating Scale  0=No problem 5= worst** | **Today vs Before** |
| | *Suicidal ideation* | 0 |
| | *acute H/O* | 0 |
| | *depression* | 1-2 |

**Medications:** *Elavil 50 g hs*

**Informed Consent**

**Compliance:** Inmate report ___100___ % vs MAR_____ %

In addition to the information in the tables above and below, then inmate-patient:

**S** *Says he is sleeping well, appetite good, depression improving. Sleeping has been better, wishes to close.*

**Side effects?** *no*

**O** *alert, calm, cooperative, affect no lab, mood dysphoric, O/H: Psychosis: thought goal — less ideation.*

| Selected Issues | NO | YES | If yes, comment on pertinent positive findings |
|---|---|---|---|
| Psychosis | ✓ | | |
| Serious Depression | | ✓ | |
| Self-Injurious Thoughts | ✓ | | |
| Suicidal intent | ✓ | | |
| Aggressive | ✓ | | |
| Seriously Impulsive | ✓ | | |
| Situational Upset | ✓ | | |

**Lab info:**   Labs Orderd_____   Labs Reviewed_____   AIMS ?_____

**A** SSESSMENT/Diagnosis (DSM-IV):  *MDD*

**P** lan: *↓t Elavil to 75 ghs*

Return to clinic: ___1 dc___ Print last Name: _____   Sign _____

| Patient's Name: (Last, First, Middle) | ASI# | Age | R/S | Code | Institution |
|---|---|---|---|---|---|
| | 186557 | 37 | Blk | Sui | BUF |

ADOC Form 61 P

**William Chitwood, MD**

ALABAMA DEPARTMENT OF CORRECTIONS
MENTAL HEALTH SERVICES
## PSYCHIATRIC PROGRESS NOTES

DATE: 5/23/05    TIME:

| Target Symptoms | Behavioral Rating Scale  0=No problem  5= worst | Today vs Before |
|---|---|---|
| Suicidal ideat | | ∅ |
| A H. | | ∅ |
| | | |
| | | |
| | | |

| Medications: Elail 50 HS | Informed Consent |
|---|---|
| Compliance:   Inmate report  100  % vs MAR  100  % | yes |

In addition to the information in the tables above and below, then inmate-patient:

**S**  "I'm doing good taf" "the medicine is working fine"

Side effects: ∅

**O**  A&O x3 - full Nur - Cal tangents

| Selected Issues | NO | YES | If yes, comment on pertinent positive findings |
|---|---|---|---|
| Psychosis | ✓ | | |
| Serious Depression | | | |
| Self-Injurious Thoughts | | | |
| Suicidal intent | | | ✓ |
| Aggressive | | | |
| Seriously Impulsive | | | |
| Situational Upset | ✓ | | |

| Lab info: | Labs Ordered: | Labs Reviewed: | AIMS:? |
|---|---|---|---|

**A**SSESSMENT/Diagnosis (DSM-IV)
Major depress S/O

**P**LAN:  cur prisen med   Robert G. Whatley, CRNP

| Return to clinic: | Print Last Name: Whatley | Sign: |
|---|---|---|

| Patient's Name: (Last, First, Middle) | AIS # | Age | R/S | Code | Institution |
|---|---|---|---|---|---|
| Duff Antonio | 186551 | 31 | B/M | JmF | BCCF |

Disposition: Medical File

ADOC AR  632, 633, 623,615
ADOC Form MH-025  March 2, 2005

# Alabama Department of Corrections
## Psychiatric Progress Note

| DATE: 5/16/05 | TIME: | Today vs Before |
|---|---|---|
| **Target Symptoms** | Behavioral Rating Scale  0=No problem 5= worst | |
| Small Thret | | ⊙ |
| | | |
| | | |
| | | |

| Medications: Thran 450 | Informed Consent |
|---|---|
| Compliance:  Inmate report ___3___ % vs MAR _____ % | |

In addition to the information in the tables above and below, then inmate-patient:

**S** _d oL._

Side effects?

**O** _Alt appyto not Suml, ple_

| Selected Issues | NO | YES | If yes, comment on pertinent positive findings |
|---|---|---|---|
| Psychosis | / | | |
| Serious Depression | \ | | |
| Self-Injurious Thoughts | | | |
| Suicidal intent | / | | |
| Aggressive | / | | |
| Seriously Impulsive | ( | | |
| Situational Upset | \ | | |

Lab info:    Labs Order____    Labs Reviewed_____    AIMS ?_____

**A** SSESSMENT/Diagnosis (DSM-IV):  _Clrste BPD_

**P** lan:  _Chy Thail & Emin soH_
_Renon of Suil rett_

Return to clinic: _____ Print last Name: _Sml_ Sign __pl__

| Patient's Name: (Last, First, Middle) | ASI# | Age | R/S | Code | Institution |
|---|---|---|---|---|---|
| _Duff Antonio_ | 186551 | 31 Bm | Bn | Sim2 | Eelf |

ADOC Form 61 P

MHM Correctional Services
Dr. Bill Sanders

ALABAMA DEPARTMENT OF CORRECTIONS
MENTAL HEALTH SERVICES
## PSYCHIATRIC PROGRESS NOTES

DATE; 5/6/05                    TIME:

| Target Symptoms | Behavioral Rating Scale  0=No problem  5= worst | | Today vs Before |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

Medications: _Trans 450 g h_                          Informed Consent

Compliance: Inmate report _450_ % vs MAR _050_ %

In addition to the information in the tables above and below, then inmate-patient:

**S** _Seems still likes to move out — denies he is suicidal_
_anymore. Making plans for the future._

Side effects: ✔ _ny before — denies need to alter Prozac. doing better_

**O** _Alert, calm, congestive. affect appropriate. mood "okay." appears_
_a little. denies S/H S ideas. No A/V or visual, no command._
_thoughts goal oriented. Sensorium clear._

| Selected Issues | NO | YES | If yes, comment on pertinent positive findings |
|---|---|---|---|
| Psychosis |  |  |  |
| Serious Depression |  | ✓ | _better_ |
| Self-Injurious Thoughts | ✓ |  |  |
| Suicidal intent | ✓ |  | ✓ |
| Aggressive | ✓ |  |  |
| Seriously Impulsive | ✓ |  |  |
| Situational Upset | ✓ |  |  |

| Lab info: | Labs Ordered: | Labs Reviewed: | AIMS:? |
|---|---|---|---|

**A**SSESSMENT/Diagnosis (DSM-IV)

_Personality d/o NOS_
_Depressive NOS chronic_

**P**LAN: _— move off suicide watch_
_— cont. meds_

Return to clinic: _____   Print Last Name: _____   Sign: _____

**William Chitwood, MD**

| Patient's Name: (Last, First, Middle) | AIS # | Age | R/S | Code | Institution |
|---|---|---|---|---|---|
| _Jeff, Antonio_ | _186557_ | _31_ | _BM_ | _SMI_ | _BCCF_ |

Disposition: Medical File

ADOC AR  632, 633, 623,615
ADOC Form MH-025  March 2, 2005