ALABAMA DEPARTMENT OF CORRECTIONS
MENTAL HEALTH SERVICES
## PSYCHIATRIC PROGRESS NOTES

DATE: 5/2/05          TIME:

| Target Symptoms | Behavioral Rating Scale  0=No problem  5= worst | Today vs Before |
|---|---|---|
| Reports Att | | 4 |
| | | |
| | | |
| | | |

Medications: Trilavic

Compliance: Inmate report  0  % vs MAR  —  %

Informed Consent  ↳

In addition to the information in the tables above and below, then inmate-patient:

**S** Pt States he Needs help i Uon Tell Hi ✗ Hurt Himself

Side effects: 0

**O** Pt Refuses to Talk Medat + us Placed in Hee Misbehav - Advice A While + Mastebat o Nurse Uses Suicid Trrat to get out of Seg to Hee

| Selected Issues | NO | YES | If yes, comment on pertinent positive findings |
|---|---|---|---|
| Psychosis | | | |
| Serious Depression | | | |
| Self-Injurious Thoughts | | ? | |
| Suicidal intent | | | ✓ |
| Aggressive | | | |
| Seriously Impulsive | | | |
| Situational Upset | | | |

Lab info:     Labs Ordered:     Labs Reviewed:     AIMS:?

**ASSESSMENT/Diagnosis (DSM-IV)** Pt is A Sense Pd manipulative Aspcl n ClusterB.

**PLAN:** Keep on Suicid Watch + arrang ✗ Take med

Return to clinic:     Print Last Name:     Sign:

| Patient's Name: (Last, First, Middle) | AIS # | Age | R/S | Code | Institution |
|---|---|---|---|---|---|
| Duff, Antonio | 186561 | 31 | Bm | SmP | BCCF |

Disposition: Medical File

ADOC AR 632, 633, 623,615
ADOC Form MH-025  March 2, 2005

ALABAMA DEPARTMENT OF CORRECTIONS
MENTAL HEALTH SERVICES
## PSYCHIATRIC PROGRESS NOTES

| DATE: 4/29/05 | TIME: | |
|---|---|---|
| Target Symptoms | Behavioral Rating Scale   0=No problem  5= worst | Today vs Before |
| | _Suicidal_ | |
| | | |
| | | |
| | | |

| Medications: _Prozac – not today, refuse today_ | Informed Consent |
|---|---|
| Compliance:   Inmate report _____ % vs MAR _____ % | |

In addition to the information in the tables above and below, then inmate-patient:

**S** _Reports hearing voices commanding him to kill himself – "I'll figure out_
_a way." Reports refuse for._
Side effects:

**O** _Obt NAD affect noted, mood noted - dysphoric (significantly disorient_
_to respond Reports in it has been). Reports auditory command hallucinations_
_Does not appear to be responding to internal stimuli. Sensorium clear_

| Selected Issues | NO | YES | If yes, comment on pertinent positive findings |
|---|---|---|---|
| Psychosis | | | |
| Serious Depression | | | |
| Self-Injurious Thoughts | | | |
| Suicidal intent | | √ | |
| Aggressive | | | |
| Seriously Impulsive | | | |
| Situational Upset | | | |

| Lab info: | Labs Ordered: | Labs Reviewed: | AIMS:? |
|---|---|---|---|

**A**SSESSMENT/Diagnosis (DSM-IV)
_Personality D/o_
_Depression_

**P**LAN. ① _D/c Prozac (not taking) ② will offer Trazo? for reported_
_hallucinations and depression_

| Return to clinic: | Print Last Name: _Autrey_ | Sign: |
|---|---|---|

| Patient's Name: (Last, First, Middle) | AIS # | Age | R/S | Code | Institution |
|---|---|---|---|---|---|
| _Duff_ | 186551 | 31 | B/M | SMI | RCF |

Disposition: Medical File

ALABAMA DEPARTMENT OF CORRECTIONS
MENTAL HEALTH SERVICES
## PSYCHIATRIC PROGRESS NOTES

DATE: _____  TIME: _____

| Target Symptoms | Behavioral Rating Scale  0=No problem  5= worst | Today vs Before |
|---|---|---|
| Suicidal | | |
| | | |
| | | |

Medications: Prozac 60, qd — refused yesterday & today per staff

Informed Consent

Compliance: Inmate report _____ % vs MAR _____ %

In addition to the information in the tables above and below, then inmate-patient:

S  "You can't stop me" (from killing himself). Has refused meds, will report refused but this AM eating now.

Side effects:

O  Alert in MHU. Smiling c good ranged affect, mood does not appear significantly depressed. No evidence of flight/suicidal intent.

| Selected Issues | NO | YES | If yes, comment on pertinent positive findings |
|---|---|---|---|
| Psychosis | | | |
| Serious Depression | | | |
| Self-Injurious Thoughts | | | |
| Suicidal intent | | √ | |
| Aggressive | | | |
| Seriously Impulsive | | | |
| Situational Upset | | | |

Lab info:    Labs Ordered: _____   Labs Reviewed: _____   AIMS:? _____

ASSESSMENT/Diagnosis (DSM-IV)
Personality D/O
Depression / Dysthymia

PLAN.  no d in management @ this time

Return to clinic: _____  Print Last Name: _____  Sign: _____

| Patient's Name: (Last, First, Middle) | AIS # | Age | R/S | Code | Institution |
|---|---|---|---|---|---|
| Duff Antonio | 186551 | 31 | | SM I | BCF |

Disposition: Medical File

ADOC AR 632, 633, 623,615
ADOC Form MH-025  March 2, 2005

ALABAMA DEPARTMENT OF CORRECTIONS
MENTAL HEALTH SERVICES
## PSYCHIATRIC PROGRESS NOTES

| DATE; 4/27/05 | TIME: | |
|---|---|---|
| Target Symptoms | Behavioral Rating Scale   0=No problem   5= worst | Today vs Before |
| *Suicidal* | | |
| | | |
| | | |
| Medications: *Prozac 60 mg* | | Informed Consent |
| Compliance:    Inmate report _____ % vs MAR _____ % | | |

In addition to the information in the tables above and below, then inmate-patient:

**S** "*I don't know*" *re suicidal / homicidal thoughts — continues ē no plan*
Ⓓ *had sought to behavior yesterday. Is doing now*
Side effects: *denies any S/Es / specifics*

**O** *Alert in NAD. Affect ē good. Judgement appears rational.*
*Evidence from S/H education. No S/Ss of formal thought Dⓧ noted*

| Selected Issues | NO | YES | *If yes, comment on pertinent positive findings* |
|---|---|---|---|
| Psychosis | | | |
| Serious Depression | | | |
| Self-Injurious Thoughts | | | |
| Suicidal intent | | | *Strong support, maintains to him* |
| Aggressive | | | |
| Seriously Impulsive | | | |
| Situational Upset | | | |

| Lab info: | Labs Ordered: _____ | Labs Reviewed: _____ | AIMS:? _____ |
|---|---|---|---|

**ASSESSMENT**/Diagnosis (DSM-IV)
*depression NOS / R/O chronic*
*Personality NOS, r° Antisocial C*

**PLAN:** ① *Cont Prozac* ② *cont in Special*

| Return to clinic: *1m* | Print Last Name: *B. Chisum* | Sign: _____ |
|---|---|---|

| Patient's Name: (Last, First, Middle) | AIS # | Age | R/S | Code | Institution |
|---|---|---|---|---|---|
| *Antonio Duff* | *136551* | *31* | *BM* | *SUI* | *BCF* |

Disposition: Medical File

ALABAMA DEPARTMENT OF CORRECTIONS
MENTAL HEALTH SERVICES
## PSYCHIATRIC PROGRESS NOTES

DATE: 4/21/05    TIME: _____

| Target Symptoms | Behavioral Rating Scale 0=No problem 5= worst | Today vs Before |
|---|---|---|
| Suicide Thoughts | | |
| | | |
| | | |
| | | |

Medications: Prozac 20

Informed Consent

Compliance: Inmate report ✓    % vs MAR    %

In addition to the information in the tables above and below, then inmate-patient:

**S**    Pt. Thata Suich & longest pup

Side effects:

**O**    Calm - relaxed. not agile, denial on
Suice

| Selected Issues | NO | YES | If yes, comment on pertinent positive findings |
|---|---|---|---|
| Psychosis | | | |
| Serious Depression | | | |
| Self-Injurious Thoughts | | | |
| Suicidal intent | | | ✓ |
| Aggressive | | | |
| Seriously Impulsive | | | |
| Situational Upset | | | |

Lab info:    Labs Ordered: _____    Labs Reviewed: _____    AIMS:? _____

**A**SSESSMENT/Diagnosis (DSM-IV)    APD / Cluster B.

**P**LAN.    mute i Sv

Return to clinic: _____    Print Last Name: Smith    Sign: _____

| Patient's Name: (Last, First, Middle) | AIS # | Age | R/S | Code | Institution |
|---|---|---|---|---|---|
| Duff, Antonio | 186551 | 31 | B/m | Six 8 | BCCF |

Disposition: Medical File

ADOC AR 632, 633, 623,615
ADOC Form MH-025 March 2, 2005

# Alabama Department of Corrections
## Psychiatric Progress Note

| DATE: 4/21/05 | | TIME: 930 | | Today vs Before |
|---|---|---|---|---|
| **Target Symptoms** | | Behavioral Rating Scale  0=No problem 5= worst | | |
| SUICIDAL TALK | | | | / / ? |
| DEPRESSION | | | | / / ? |
| | | (INSEG) | | |
| **Medications:** DESYREL 60 | | | | **Informed Consent** |
| **Compliance:** Inmate report _____ % vs MAR_____ % | | | | |

In addition to the information in the tables above and below, then inmate-patient:

**S** THREATNING TO KILL HIMSELF, BUT HAS NO DEFINITE PLAN

Side effects?

**O** O X 3, MILDLY HOSTILE & WITHDRAWN

| Selected Issues | NO | YES | If yes, comment on pertinent positive findings |
|---|---|---|---|
| Psychosis | | | |
| Serious Depression | | | |
| Self-Injurious Thoughts | | | |
| Suicidal intent | | | |
| Aggressive | | | |
| Seriously Impulsive | | | |
| Situational Upset | | | |

Lab info:    Labs Orderd_____    Labs Reviewed_____    AIMS ?_____

**A**SSESSMENT/Diagnosis (DSM-IV):
Depression
Dysthmia

**P**lan: No change — MH Evaluation for ___ Completed

J. ANDREWS M.D.

Return to clinic: 1MW    Print last Name_____    Sign_____

| Patient's Name: (Last, First, Middle) | ASI# | Age | R/S | Code | Institution |
|---|---|---|---|---|---|
| DUFF, ANTONIO | 186551 | | Bm | Pm | BCCF |

ADOC Form 61 P

ALABAMA DEPARTMENT OF CORRECTIONS
MENTAL HEALTH SERVICES
## PSYCHIATRIC PROGRESS NOTES

| DATE: _____ | TIME: _____ | |
|---|---|---|
| **Target Symptoms** | **Behavioral Rating Scale   0=No problem   5= worst** | **Today vs Before** |
| _Suicidal_ | | _3_ |
| | | |
| | | |
| | | |

| Medications: _Prozac 40 mg ↓_ | **Informed Consent** |
|---|---|
| Compliance:   Inmate report _100_ % vs MAR _100_ % | |

In addition to the information in the tables above and below, then inmate-patient:

**S** _Seen on crisis Unit - placed there last PM 2° suicidal ideation, from a knot in sheet..._ _"yeah" when asked re suicidal thoughts —_

Side effects: _no plan. Stressor: conflict c̄ NOC/family — would not discuss. Told nursing_

**O** _staff he intended to starve himself. Denied possibility of court - voiced..._ _..._

_Denies psychotic Sx. No evidence of..._ _..._

| Selected Issues | NO | YES | If yes, comment on pertinent positive findings _mood neutral. Sensorium clear._ |
|---|---|---|---|
| Psychosis | ✓ | | |
| Serious Depression | | ✓ | _does not appear significantly dysphoric_ |
| Self-Injurious Thoughts | ✓ | | _alive_ |
| Suicidal intent | | ✓ | _as above. No plan_ |
| Aggressive | ✓ | | _broke cell window_ |
| Seriously Impulsive | | ✓ | _see above_ |
| Situational Upset | | ✓ | |

| Lab info: | Labs Ordered: | Labs Reviewed: | AIMS:? |
|---|---|---|---|
| | | | |

**ASSESSMENT**/Diagnosis (DSM-IV)
  _Depression NOS/Dysthymia_
  _Suicidal gesture_

**PLAN:** ① _↑ Prozac_ ② _doubt pt is significantly suicidal @ this time._
③ _D/C to Segregation. Safe cell or suicide watch; smock only_

Return to clinic: _2 wks_   Print Last Name: _Chitwood_   Sign: _____

| Patient's Name: (Last, First, Middle) | AIS # | Age | R/S | Code | Institution |
|---|---|---|---|---|---|
| _Dutt, Antonio_ | _136557_ | _31_ | _Bm_ | _BMI_ | _BCCF_ |

Disposition: Medical File

ALABAMA DEPARTMENT OF CORRECTIONS
MENTAL HEALTH SERVICES
## PSYCHIATRIC PROGRESS NOTES

DATE; 4/15/05    TIME:

| Target Symptoms | Behavioral Rating Scale  0=No problem  5= worst | Today vs Before |
|---|---|---|
| Suicid Thrt | | 0 |
| | | |
| | | |
| | | |

Medications: Prozac 40g                                          Informed Consent

Compliance:   Inmate report   0   % vs MAR   0   %

In addition to the information in the tables above and below, then inmate-patient:

**S**  Pt. stated when his mood is bad He appear happy.

Side effects:   0

**O**  Pt. not try suic. is smile + appropriate
Sy - not suicidal approp. Did not
matin his sisten.

| Selected Issues | NO | YES | If yes, comment on pertinent positive findings |
|---|---|---|---|
| Psychosis | | | |
| Serious Depression | | | |
| Self-Injurious Thoughts | | | |
| Suicidal intent | | √ | |
| Aggressive | | | |
| Seriously Impulsive | | | |
| Situational Upset | | | |

| Lab info: | Labs Ordered: | Labs Reviewed: | AIMS:? |
|---|---|---|---|

**A**SSESSMENT/Diagnosis (DSM-IV)    Mood Disord
ASPD

**P**LAN:  Sppre in Sy.  maintn med Reg.

Return to clinic:_____  Print Last Name:_____  Sign:_____

| Patient's Name: (Last, First, Middle) | AIS # | Age | R/S | Code | Institution |
|---|---|---|---|---|---|
| DUFF Antonio | 186551 | 31 | Bm | SMP | BCCF |

Disposition/Medical File

PHM Correctional Services

ALABAMA DEPARTMENT OF CORRECTIONS
MENTAL HEALTH SERVICES
**PSYCHIATRIC PROGRESS NOTES**

DATE; 4/14/05   TIME:

| Target Symptoms | Behavioral Rating Scale  0=No problem  5= worst | Today vs Before |
|---|---|---|
| Suicide Threat | | Unremitting |
| | | |
| | | |
| | | |

Medications: Prozac 40, Refusing in HCU.

Compliance: Inmate report _____ % vs MAR _____ %

Informed Consent

In addition to the information in the tables above and below, then inmate-patient:

**S** If you don't give me a blanket, mattress & claths I'm not going to take med or eat.

Side effects: NA.

**O** Pt presents c̄ a single smile, but will not change his position that he is suicide.

| Selected Issues | NO | YES | If yes, comment on pertinent positive findings |
|---|---|---|---|
| Psychosis | | | |
| Serious Depression | | | ? |
| Self-Injurious Thoughts | | | ? |
| Suicidal intent | | | ✓ |
| Aggressive | | | |
| Seriously Impulsive | | | |
| Situational Upset | | | |

| Lab info: | Labs Ordered: | Labs Reviewed: | AIMS:? |
|---|---|---|---|

**A**SSESSMENT/Diagnosis (DSM-IV)  Pt seems to have adopted a defiant attitude but will not recant suicidal.
- MOD

**P**LAN.  ASPO. ✓ Psych Dr.
Continue on Suicide watch - Consult Dr Gimlso?

Return to clinic: _____   Print Last Name: Sands   Sign: ___

| Patient's Name: (Last, First, Middle) | AIS # | Age | R/S | Code | Institution |
|---|---|---|---|---|---|
| Nep, Antonio | 18655 | 3? | Bm | SWP | BCC |

Disposition: Medical File

ADOC AR  632, 633, 623,615
ADOC Form MH-025  March 2, 2005

MHM Correctional Services
Dr. Bill Sanders

# Alabama Department of Corrections
# Psychiatric Progress Note

| DATE: _4/13/05_ | TIME: | | |
|---|---|---|---|
| Target Symptoms | Behavioral Rating Scale  0=No problem 5= worst | | Today vs Before |
| _Suicide Threat_ | | | _4 - 5_ |
| | | | |
| | | | |
| | | | |

**Medications:** _PROZAC 40_                                      Informed Consent

**Compliance:** Inmate report _____ % vs MAR _____ %

In addition to the information in the tables above and below, then inmate-patient:

**S** _Pt still related w/ much ↓ Was Gastric_
_& facial expn  ∅ communicate with Pt's here_

**Side effects?** _∅_

**O** _Pt. is Dysenic. He may also be manipulative_
_But his expression of depressed mood is congruent._
_c̄ his preselect_

| Selected Issues | NO | YES | If yes, comment on pertinent positive findings |
|---|---|---|---|
| Psychosis | ✓ | | |
| Serious Depression | | ✓ | |
| Self-Injurious Thoughts | | ✓ | |
| Suicidal intent | | ? | |
| Aggressive | ✓ | | |
| Seriously Impulsive | ✓ | ? | |
| Situational Upset | ✓ | | |

**Lab info:**      Labs Orderd_____      Labs Reviewed_____ AIMS ?_____

**ASSESSMENT/Diagnosis (DSM-IV):** _I MDD_
_II ASPD_

**Plan:** _D/c Trazodone   ↑ Prozac 40 mg_

Return to clinic: _____ Print last Name: _Sanders_   Sign _____

| Patient's Name: (Last, First, Middle) | ASI# | Age | R/S | Code | Institution |
|---|---|---|---|---|---|
| _DUFF, Antonio_ | _186551_ | _31_ | _Bm_ | _SI+I_ | _BCCF_ |

ADOC Form 61 P

MHM Correctional Services
Dr. Bill Sanders

# Alabama Department of Corrections
# Psychiatric Progress Note

| DATE: _4/12/05_ | TIME: | | Today vs Before |
|---|---|---|---|
| Target Symptoms | Behavioral Rating Scale  0=No problem 5=worst | | |
| _Suicide THreat_ | | | _5_ |
| | | | |
| | | | |
| | | | |
| | | | |

**Medications:** _TriMile 2-25, PudZAc 2°_          **Informed Consent**

**Compliance:** Inmate report _____% vs MAR __?__%          _4_

In addition to the information in the tables above and below, then inmate-patient:

**S** _Pt STATES He WAts to Die + go Live with his_
_Dead Sister_

Side effects?

**O** _Pt's Demeanor Does Not Suggest Congruence F_
_WAnt to Die 2° MDD._

| Selected Issues | NO | YES | If yes, comment on pertinent positive findings |
|---|---|---|---|
| Psychosis | | | |
| Serious Depression | | | |
| Self-Injurious Thoughts | | | |
| Suicidal intent | | | |
| Aggressive | | | |
| Seriously Impulsive | | | |
| Situational Upset | | | |

**Lab info:** Labs Orderd_____ Labs Reviewed_____ AIMS?_____

**A**SSESSMENT/Diagnosis (DSM-IV): _Mood Disorder_
_Suicid threat_

**P**lan: _Place in Suicide Watch_

Return to clinic: _____ Print last Name: _Sander_ Sign _[signature]_

| Patient's Name: (Last, First, Middle) | ASI# | Age | R/S | Code | Institution |
|---|---|---|---|---|---|
| _Duff, Antonio_ | _186551_ | _31_ | _Bn_ | _5M/P_ | _BCCF_ |

ADOC Form 61P

MHM Correctional Services
Dr. Bill Sanders

Thursday July 7, 2005

Dr. Chitwood,

I understand that you are aware of my present situation. But the officers are not making it any better. Sgt. Specks keep making statements toward me concerning the officer that I threaten to kill. Every time I ask to speak with my counsler they never let him know. Things are only getting worse. I can't call home to let my family know what's going on, my letters don't seem to be getting to them. Everytime I write an attorney the letter comes back to me. This has happen on two different occasions.

Dr. Chitwood, I am very afraid because of this and because my family don't know what's going on with me. I haven't heard from them in 4 months. Because of all this I'm suffering from emotional distress and mental anguish. I still can't sleep at night. I feel as I'm in a room full of snakes. I need help and I need it before its too late. The officers working here in Seg. keep provoking me to do negative things when I say I need to talk with my counsler.

Please let me come to your office and discuss this matter futher. I need your help.

Thank You So Kindly
Antonio R. Duff

William Chitwood, MD

William Chitwood, MD

Gooden

Thursday June 30, 2005

Dr. Chitwood,

In writing this letter I've come to the conclusion that someone is out to get me. I can't sleep at night I wake up in a cold sweat and I have nightmares. I'm very ~~paranit~~ paranoid and I believe that someone is putting something in my food.

Since I threaten to kill that female officer these officers started harassing me over that. I've told Captain that I no longer feel safe here and He fail to do anything about it. I have filed a civil complaint against him and the Department of Corrections for violating my eighth Amendment to the Constitution. I am very frighten of these officers because I know what they can do to prolong my stay in prison. I have also come to the conclusion that when and if I get the chance I will carry out my threat before they carry out ~~theirs~~ theirs. And I will succeed.

All I ask, is that, I be transfered to Kilby's Mental Health until my transfer is approved for West Jefferson. In my civil suit I've also named a few mental health employees along with D.O.C officials because I fear for my life here at Bullock. I've tried to explain this to you for the last two weeks and you did nothing about it. Please Do Something about this situation before it turns into a serious problem that no one can handle.

Thank You So Kindly

Sincerely Yours,
Antonio Duff

*2nd Shift*

# ALABAMA DEPARTMENT OF CORRECTIONS
## MENTAL HEALTH SERVICES
### MENTAL HEALTH CONSULTATION TO DISCIPLINARY PROCESS

Inmate Name: *Antonio Duff*                              AIS#: *B/186551*

Institution: *BCCF*                    Date of Disciplinary Report: *5-14-05*

Is the inmate currently on the mental health caseload?                              ☐ (Yes)    ☐ No
    If Yes, referred for mental health evaluation/consultation on: *#86, Failure to Obey*
*A D=Rect Order*

### HEARING OFFICER:
Hearing officer must refer the inmate for mental health consultation if the inmate appears unable to
understand what the charge is and what might happen as a result of the charge or the inmate appears
unable to actively participate in the hearing as suggested by the following:

*Does the inmate know where he is?*          *Does the inmate know what date it is?*          *Does inmate know why he is seeing hearing officer?*
*Is the inmate appropriately dressed?*       *Is inmate able to speak coherently?*            *Does the inmate avoid eye contact?*
*Does the inmate make sense?*                *Are the inmate's statements logical and organized or unusual?*

Should the inmate be referred for mental health evaluation of competency?    ☐ Yes    ☐ No
    If Yes, referred for mental health evaluation/consultation on: _____

### MENTAL HEALTH STAFF:
Date request for consult received: *5-17-05*            Date consult returned: *5-17-05*

Is the inmate competent to participate in the hearing?
    If NO, why is the inmate not competent?                                        (Yes)    No

If NO, what treatment will assist the inmate in becoming competent?

Are there mental health issues that may have impacted inmate's behavior at the time of the charge?    Yes    (No)
    If YES, briefly describe the issues:

Are there mental health issues to be considered regarding disposition if inmate found guilty?    Yes    (No)
    If YES, briefly describe the issues and possible relation to the disposition:

Does mental health staff want to be present at the disciplinary hearing to provide input?    Yes    (No)
Mental Health Staff Member: *Mike Harris*            Phone Contact: *132*

### DISCIPLINARY HEARING:

Does the inmate appear to be competent to participate in the hearing?    Yes    No
Have the mental health recommendations been considered?                  Yes    No

Hearing Officer: _____    Date: _____

| Inmate Name | AIS # |
| --- | --- |
|  |  |

*+ have talked w the mmowtal health staff many
times about the S. I have interviewed him many
times, the last time being 5-11-05, He can go to
disciplinary court. all senss.........  Mike Harris LH*

*2nd Shift*

ALABAMA DEPARTMENT OF CORRECTIONS
MENTAL HEALTH SERVICES
MENTAL HEALTH CONSULTATION TO DISCIPLINARY PROCESS

Inmate Name: _Antonio Duff_ AIS#: _B/186551_

Institution: _BCCF_ Date of Disciplinary Report: _5-14-05_

Is the inmate currently on the mental health caseload?  (Yes)  No
If Yes, referred for mental health evaluation/consultation on: _#6a, Intentionally_
_Creating A Security, Safety or Health Hazzard_

HEARING OFFICER:
Hearing officer must refer the inmate for mental health consultation if the inmate appears unable to understand what the charge is and what might happen as a result of the charge or the inmate appears unable to actively participate in the hearing as suggested by the following:

*Does the inmate know where he is?*    *Does the inmate know what date it is?*    *Does inmate know why he is seeing hearing officer?*
*Is the inmate appropriately dressed?*    *Is inmate able to speak coherently?*    *Does the inmate avoid eye contact?*
*Does the inmate make sense?*    *Are the inmate's statements logical and organized or unusual?*

Should the inmate be referred for mental health evaluation of competency?    Yes    No
If Yes, referred for mental health evaluation/consultation on:_____

MENTAL HEALTH STAFF:
Date request for consult received: _5-17-05_    Date consult returned: _5-17-05_

Is the inmate competent to participate in the hearing?    (Yes)    No
If NO, why is the inmate not competent?

If NO, what treatment will assist the inmate in becoming competent?

Are there mental health issues that may have impacted inmate's behavior at the time of the charge?    Yes    (No)
If YES, briefly describe the issues:

Are there mental health issues to be considered regarding disposition if the inmate is found guilty?    Yes    (No)
If YES, briefly describe the issues and possible relation to the disposition:

Does mental health staff want to be present at the disciplinary hearing to provide input?    Yes    (No)
Mental Health Staff Member: _Milo Hanner_    Phone Contact: _132_

DISCIPLINARY HEARING:

Does the inmate appear to be competent to participate in the hearing?    Yes    No
Have the mental health recommendations been considered?    Yes    No

Hearing Officer:_____    Date:_____

| Inmate Name | AIS # |
|---|---|
|  |  |

ALDOC Form 466-01

AR 466 – December 11, 2001

I have talked w the mental health staff and the S
J a number of occasions. My last interview w. Duff was
on 5-11-05. His thinking has always been clear. He
can go to disciplinary court.
File in penny box matter    _Milo Hanner_

2 of #2

## ALABAMA DEPARTMENT OF CORRECTIONS
### MENTAL HEALTH SERVICES
#### MENTAL HEALTH CONSULTATION TO DISCIPLINARY PROCESS

Inmate Name: Antonio Duff _____ AIS#: B/186551

Institution: Bullock Co _____ Date of Disciplinary Report: 4-21-05

#69 Destroying or Damaging State Property (Yes)   No
Is the inmate currently on the mental health caseload?
If Yes, referred for mental health evaluation/consultation on:_____

HEARING OFFICER:
Hearing officer must refer the inmate for mental health consultation if the inmate appears unable to understand what the charge is and what might happen as a result of the charge or the inmate appears unable to actively participate in the hearing as suggested by the following:

*Does the inmate know where he is?    Does the inmate know what date it is?    Does inmate know why he is seeing hearing officer?*
*Is the inmate appropriately dressed?    Is inmate able to speak coherently?    Does the inmate avoid eye contact?*
*Does the inmate make sense?    Are the inmate's statements logical and organized or unusual?*

Should the inmate be referred for mental health evaluation of competency?    Yes    No
If Yes, referred for mental health evaluation/consultation on:_____

MENTAL HEALTH STAFF:
Date request for consult received: 4-27-05    Date consult returned: 4-27-05

Is the inmate competent to participate in the hearing?    (Yes)   No
If NO, why is the inmate not competent?

If NO, what treatment will assist the inmate in becoming competent?

Are there mental health issues that may have impacted inmate's behavior at the time of the charge?    Yes    (No)
If YES, briefly describe the issues:

Are there mental health issues to be considered regarding disposition if the inmate is found guilty?    Yes    (No)
If YES, briefly describe the issues and possible relation to the disposition:

Does mental health staff want to be present at the disciplinary hearing to provide input?    Yes    (No)
Mental Health Staff Member: Mike Haynes    Phone Contact: 177

DISCIPLINARY HEARING:

Does the inmate appear to be competent to participate in the hearing?    Yes    No
Have the mental health recommendations been considered?    Yes    No

Hearing Officer:_____    Date:_____

| Inmate Name | AIS # |
|---|---|
|  |  |

ALDOC Form 466-01

5 of 5

AR 466 – December 11, 2001

S was reviewed in the mental health staff meeting
and interviewed in the seg. unit. He can go to
disciplinary court

File in Perry    log written    Mike Haynes 4/1

ALABAMA DEPARTMENT OF CORRECTIONS
MENTAL HEALTH SERVICES
MENTAL HEALTH CONSULTATION TO DISCIPLINARY PROCESS

Inmate Name: _Antonia Duff_ AIS#: _Bm/ 186551_

Institution: _BCCF_ Date of Disciplinary Report: _May 2, 2005_

_#56 — Failure to Obey a Direct Order_

Is the inmate currently on the mental health caseload?    (Yes)    No

If Yes, referred for mental health evaluation/consultation on: _May 9, 2005_

## HEARING OFFICER:

Hearing officer must refer the inmate for mental health consultation if the inmate appears unable to understand what the charge is and what might happen as a result of the charge or the inmate appears unable to actively participate in the hearing as suggested by the following:

*Does the inmate know where he is?*    *Does the inmate know what date it is?*    *Does inmate know why he is seeing hearing officer?*
*Is the inmate appropriately dressed?*    *Is inmate able to speak coherently?*    *Does the inmate avoid eye contact?*
*Does the inmate make sense?*    *Are the inmate's statements logical and organized or unusual?*

Should the inmate be referred for mental health evaluation of competency?    Yes    No
– – If Yes, referred for mental health evaluation/consultation on:_____

## MENTAL HEALTH STAFF:

Date request for consult received: _5-10-05_        Date consult returned: _5-10-05_

Is the inmate competent to participate in the hearing?                    (Yes)    No
   If NO, why is the inmate not competent?

   If NO, what treatment will assist the inmate in becoming competent?

Are there mental health issues that may have impacted inmate's behavior at the time of the charge?    Yes    (No)
   If YES, briefly describe the issues:

Are there mental health issues to be considered regarding disposition if the inmate is found guilty?    Yes    (No)
   If YES, briefly describe the issues and possible relation to the disposition:

Does mental health staff want to be present at the disciplinary hearing to provide input?    Yes    (No)

Mental Health Staff Member: _Mike Haynes_    Phone Contact: _132_

## DISCIPLINARY HEARING:

Does the inmate appear to be competent to participate in the hearing?    Yes    No
Have the mental health recommendations been considered?    Yes    No

Hearing Officer:_____        Date:_____

| Inmate Name | AJS # |
|-------------|-------|
|             |       |

ALDOC Form 466-01

AR 466 – December 11, 2001

I was seen by me in the segunt. His thinking was clean. He can go to disciplinary court.

File + Perry, Legal MHtm        Mike Haynes 4II

2nd
SLFL

ALABAMA DEPARTMENT OF CORRECTIONS
MENTAL HEALTH SERVICES
MENTAL HEALTH CONSULTATION TO DISCIPLINARY PROCESS

Inmate Name: _Antonio Duff_      AIS#: _B/ 186551_

Institution: _Bullock Co_   Date of Disciplinary Report: _4-21-05_

#62  Intentionally creating a security, safety or health hazard
Is the inmate currently on the mental health caseload?        (Yes)   No
      If Yes, referred for mental health evaluation/consultation on:_____

**HEARING OFFICER:**
Hearing officer must refer the inmate for mental health consultation if the inmate appears unable to understand what the charge is and what might happen as a result of the charge or the inmate appears unable to actively participate in the hearing as suggested by the following:

*Does the inmate know where he is?        Does the inmate know what date it is?   Does inmate know why he is seeing hearing officer?*
*Is the inmate appropriately dressed?      Is inmate able to speak coherently?     Does the inmate avoid eye contact?*
*Does the inmate make sense?               Are the inmate's statements logical and organized or unusual?*

Should the inmate be referred for mental health evaluation of competency?    Yes    No
        If Yes, referred for mental health evaluation/consultation on:_____

**MENTAL HEALTH STAFF:**
Date request for consult received: _4-27-05_    Date consult returned: _4-27-05_

Is the inmate competent to participate in the hearing?                          (Yes)   No
  If NO, why is the inmate not competent?

  If NO, what treatment will assist the inmate in becoming competent?

Are there mental health issues that may have impacted inmate's behavior at the time of the charge?    Yes   (No)
  If YES, briefly describe the issues:

Are there mental health issues to be considered regarding disposition if the inmate is found guilty?   Yes   (No)
  If YES, briefly describe the issues and possible relation to the disposition:

Does mental health staff want to be present at the disciplinary hearing to provide input?    Yes   (No)
Mental Health Staff Member:_____    Phone Contact:_____

**DISCIPLINARY HEARING:**
Does the inmate appear to be competent to participate in the hearing?    Yes   No
Have the mental health recommendations been considered?                  Yes   No

Hearing Officer:_____    Date:_____

| Inmate Name | AIS # |
|---|---|
| | |

ALDOC Form 466-01

5 of 5

AR 466 – December 11, 2001

S was reviewed and interviewed. He can go to disciplinary count.

File w Perry log MHan

[signature]

ALABAMA DEPARTMENT OF CORRECTIONS
MENTAL HEALTH SERVICES
MENTAL HEALTH CONSULTATION TO DISCIPLINARY PROCESS

Inmate Name: _Antonio Duff_  AIS#: _B/ 18655 /_

Institution: _Bullock_  Date of Disciplinary Report: _6-3-05_

~~#38 Indecent Exposure / Exhibitionism~~

Is the inmate currently on the mental health caseload?  ☑ Yes  ☐ No
  If Yes  referred for mental health evaluation/consultation on:_____

## HEARING OFFICER:

Hearing officer must refer the inmate for mental health consultation if the inmate appears unable to understand what the charge is and what might happen as a result of the charge or the inmate appears unable to actively participate in the hearing as suggested by the following:

*Does the inmate know where he is?*       *Does the inmate know what date it is?*      *Does inmate know why he is seeing hearing officer?*
*Is the inmate appropriately dressed?*    *Is inmate able to speak coherently?*         *Does the inmate avoid eye contact?*
*Does the inmate make sense?*             *Are the inmate's statements logical and organized or unusual?*

Should the inmate be referred for mental health evaluation of competency?  ☐ Yes  ☐ No
  If Yes, referred for mental health evaluation/consultation on:_____

## MENTAL HEALTH STAFF:
Date request for consult received: _6-13-05_  Date consult returned: _6-13-05_

Is the inmate competent to participate in the hearing?
  If NO, why is the inmate not competent?                                                (Yes)    No

  If NO, what treatment will assist the inmate in becoming competent?

Are there mental health issues that may have impacted inmate's behavior at the time of the charge?   Yes   (No)
  If YES, briefly describe the issues:

Are there mental health issues to be considered regarding disposition if inmate found guilty?   Yes   (No)
  If YES, briefly describe the issues and possible relation to the disposition:

Does mental health staff want to be present at the disciplinary hearing to provide input?   Yes   (No)
Mental Health Staff Member: _Mike Harris_  Phone Contact: _132_

## DISCIPLINARY HEARING:

  Does the inmate appear to be competent to participate in the hearing?   Yes   No
  Have the mental health recommendations been considered?                 Yes   No

  Hearing Officer:_____  Date:_____

| Inmate Name | AIS # |
|---|---|
|  |  |

_s was reviewed by the MH staff and interviewed by me._
_His content was appropriate for the situation. He can go_
_to disciplinary court_
_file LPerry  (or MHun        Mike Harris 411_

## INT `DISCIPLINARY PROGRESS NO⌐ S

| DATE | TIME | NOTES | SIGNATURE |
|---|---|---|---|
| 7/20/05 | MD 1055 | Ⓢ "I'm OK" | |
| | | Ⓞ INTERVIEWED c̄ TEAM, CREWS PUN CONSTRUCTED. INMATE CALM, ALERT, ACCEPTS ⊘ RESPONSIBILITY FOR ACTIONS, MAKES VAGUE THREATS TO SUE IF HIS NEEDS ARE NOT MET. NO DELUSIONS, LOA, FOI, IOR EVIDENT. DENIED ANY SI/HI. A&O X3. 1/J - PROBABLY CHRONIC / UNPREDICTABLE RISK OF HARM TO SELF/OTHERS 2° TO PERSONALITY STRUCTURE. | |
| | | Ⓐ 1) MALINGERING TO CHANGE LOCATION ⊘ MI/SI. | |
| | | 2) ASPD | |
| | | Ⓟ 1) D/C FROM SUICIDE WATCH. | |
| | | 2) DISCHARGE TO DOC | |
| | | 3) F/U c̄ MD — IF STILL STABLE, CODE 4x. INFORMED INMATE HOW ACCESS SOONER PRN. | |
| | | [signature] | |
| 7/20/05 | Late Entry 0925 | Ⓢ Inmate standing @ cell door. "I'm Okay" | |
| | | Ⓞ Alert, verbal, poor eye contact, denies ideations of self injury/harm, denies ideas of harming others, | |
| | | Ⓐ stable, | |
| | | Ⓟ Continues to monitor — A Gill ln | |
| 7/20/05 | 1300 | DC'd from Crisis cell 5-25. to Lee. Placed by DOC ——— A Gill ln | |
| 8/9/05 | MO 1330 | Ⓢ " I DON'T LIKE SEG... I HEAR VOICES... " | |
| | | Ⓞ CLINICALLY, DOES NOT APPEAR PSYCHOTIC AT ALL, CALM, NEAT, LINEAR & COHERENT SPEECH. NO DEL, LOA, FOI, IOR NOW. A&O X3. | |
| | | 1/J - AS ABOVE | |
| | | Ⓐ 1) ASPD  2) REPORTING NON-COMMAND A/H AS MALINGERING ATTEMPT TO MOVE | |
| | | Ⓟ DISCHARGE FROM CASELOAD | |

| Patient's Name, (Last, First, Middle) | AIS# | Age | R/S | Facility |
|---|---|---|---|---|
| Duff, Antonio | 186 551 | 31 | B/M | WKCF |

F-61

## INTERDISCIPLINARY PROGRESS NOTES

| DATE | TIME | NOTES | SIGNATURE |
|------|------|-------|-----------|
| 7/19/05 | 0620 Nsg | S) I/M standing @ cell door, states he's doing alright | |
| | | O) A&O x 3 quiet calm demeanor, denies s/I @ this time | |
| | | A) Stable | |
| | | P) Will cont. to monitor | Birdfield LPN |
| 7/19/05 reviewed chart, spoke ē nurse wells this am S-2r SU cell. saw x2 | MD 1050 | S) "I'm FINE NOW, CAN I GET OUT OF HERE?" | |
| | | O) INMATE NEW FROM BULLOCK AS OF YESTERDAY. RECORDS REFLECT VARIOUS Dx INCLUDING MOOD D/O, DEP NOS, PERSONALITY D/O, SCHIZO-AFFECTIVE D/O. APPARENTLY ACTED IN FASHION TO MOVE OFF G BLOCK BECAUSE HE DIDN'T LIKE IT. TODAY WAS CALM, ALERT, ORIENTED x3. LINEAR + COHERENT SPEECH. NO DEL, LOA, FOI, ICR EVIDENT NOW. DENIED ANY CURRENT SI/HI I/S - PROBABLY CHRONIC/UNPREDICTABLE RISK OF ACTS OF HARM TO SELF/OTHERS 2° PERSONALITY STRUCTURE. | |
| | | A) INITIAL IMPRESSION IS OF MANIPULATION TO MOVE. NO CLEAR EVIDENCE OF DEPRESSION, PSYCHOSIS, MANIA NOW. | |
| | | P) 1) MAINTAIN IN SU'S-2r SU FOR OBSERVATION. | |
| | | 2) STOP TRIAVIL - NO INDICATION NOW. | |
| | | 3) IF STABLE IN AM - DISCHARGE TO DOC. | |
| | | | PRICKETT LPN |

| Patient's Name, (Last, First, Middle) | AIS# | Age | R/S | Facility |
|----------------------------------------|------|-----|-----|----------|
| Duff, Antonio | 186 551 | 31 | B/M | WDCF |

F-61

# IN RDISCIPLINARY PROGRESS NC S

| DATE | TIME | NOTES | SIGNATURE |
|---|---|---|---|
| 7-18-05 | 2350 2300 | (S) "I'm paranoid and I'm having suicidal thoughts." | |
| | | (O) Inmate seen at 6 block cell 30 per DOC report of suicidal thoughts. Verbally responsive, initial % as above, ⊕ eye contact. Calm + cooperative disposition. Affect blunted. States suicidal thoughts without any specific plan of action. States "I'm just having all kinds of crazy thoughts, just whatever I come up with." Denies HI. States transferred today from Bullock correctional facility. Says they put him under safety watch at Bullock when this happened. Numerous previous suicidal thoughts and threats in chart (see Psychiatrist notes). | |
| | | (A) AMS? | |
| | | (P) Dr. Nevels contacted by phone @ 2345. Orders recieved to place inmate in 5-25 crisis cell with suicide precautions to include safety smock, safety blanket + safety mattress, c sack lunch only. Orders received to give Prolixin 5mg PO and Pamelor 50mg PO now + c hs in place of Triavil which is not available at this time. Triavil not sent from Bullock per PHS. Relate above to Dr. Pilkinton, D. Coogan CRNP, for follow up in AM and medication orders. [signature] RN | |

| Patient's Name, (Last, First, Middle) | AIS# | Age | R/S | Facility |
|---|---|---|---|---|
| Duff, Antonio | 186551 | 31 | B/M | WDCF |

F-61

## INTERDISCIPLINARY PROGRESS NOTES

| DATE | TIME | NOTES | SIGNATURE |
|------|------|-------|-----------|
| 6/17/05 | | Mental/Psy Contact<br>(S) "I'm okay." Im reports that<br>he is not having any problems<br>at the present time. Denies<br>any depression symptoms. Denies<br>mood swings. Im reports that<br>he has been taking his meds<br>(O) Im up (b/m, Alert<br>oriented and rational.<br>(A) P#1 - Stable    P#2<br>Stable - overall the<br>Im appears Stable.  (P)<br>continue to monitor the<br>Im while in SEG unit.<br>Weekly visits with Chaplain | J. Gordon, MS, M** |
| 7-4-05 | 2⁴⁵pm | S Im hearing voices and I feel<br>paranoid<br>O alert oriented x3 BP 115/70 seems<br>anxious in spc cell<br>A Altered mental status<br>P Called Dr. Nevels r/o Haldol 5mg/m<br>x1 dose - Given ∅ problems — V Harris RN | V Harris RN |
| 7-8/05 | 1475 | Im placed in SEG - Cell #2<br>for Suicidal gestures/thoughts/<br>ideations per Dr. Chebund / Whatley. orders<br>remove all clothes and recorded.<br>Crisis intervention Tx plan implemented. | J. Gordon, MS, m |
| 7/11/05 | 1315 | MHP visitation to SEG - Cell #2<br>(Antonio Duff). Im in "smock".<br>He indicated that he was<br>alright. "I told them that<br>I was alright on Friday. I<br>don't know why they put me in here.<br>I want my clothes back, check to<br>See if I could get my clothes." — | J. Gordon, MS, MHP |

| Patient's Name, (Last, First, Middle) | AIS# | Age | R/S | Facility |
|---|---|---|---|---|
| Duff, Antonio | 186551 | 31 | B/m | BCCF |

F-61

## INTERDISCIPLINARY PROGRESS NOTES

| DATE | TIME | NOTES | SIGNATURE |
|------|------|-------|-----------|
| 5-15-05 | cont | Stating that he is going to hang himself. I/m also gestured suicide intent by tying a sheet into a "Noose" hangit it from the cell vent to the sink. I/m was sent to the infirmary for body check. proper Authorities Notified (Perrin, Don, Dr Sanders & Cpt. Perkins) Orders given I/m returned to SEG Unit #2 "Safe-Cell, Smockonly" Crisis intervent Tx plan Completed. — J. Gorden, MS, MHP | |
| 5/19/05 | | Note: (S) is competent, can participate in disciplinary hearing. — Linda Perry | |
| 5/31/05 | 1920 | S - "I am alright" O - Inmate is Alert + responsive X3. Color good. Stable. good mood. Denies pain or discomfort. no sign of depression. Denies Hallucination. no noted EPS. A - Alteration in comfort P - Continue to monitor and chart as ordered. — J. Smith | |
| 6/16/05 | | Note (6) is competent, can participate in disciplinary hearing. — J. Mike Haynes | |
| 6-16-05 | Pill Call | S Im Okay O Alert and oriented x3 denies any problems @ this time A Stable P Continue to monitor — Villegman LPN | |

| Patient's Name, (Last, First, Middle) | AIS# | Age | R/S | Facility |
|------|------|-----|-----|----------|
| Duff, Antonio | 186551 | 31 | B/m | BCCF |

F-61

## INTERDISCIPLINARY PROGRESS NOTES

| DATE | TIME | NOTES | SIGNATURE |
|------|------|-------|-----------|
| 5/10/05 | 5:?? pm | out of the above + ordered until to include admission of "special segregation" Smash only + self injury watch ————— per ?? | J.K. |
| 5/11/05 | | Rec'd call from SEG UNIT VIA RADIO (via Sgt Ferry) indicating that I/m Antonio Duff had requested to see his Counselor. Upon entering SEG unit, spoke with I/m, he stated that he felt like bursting his head. "I'm going to burst my head on the corner of the sink. I need to be in 5 pts. restraints. I'm going to really do it." MHP reported to the infirmary to inform Dr. Sanders Perrin, RN, DON. Spoke to Dr. Sanders via phone, informed him of the situation and what the I/m stated. Dr. Sanders asked whether or not the I/m had bursted his head, I replied "No". He stated "Right now, he is just making a threat. When he bursts his head we will deal with it and I will give him a shot." MHP will continue to monitor I/m mental stability and behavior. ———— J. Gordon, MS. MHP |  |
| 5/12/05 | | Note to chart. I/m seen in Seg a SI + plan - Referred to MHP of record | B. Fell, MS |
| 5/13/05 | 11:30/am | Crisis Intervention. Informed by another MHP (Fell) who was making her rounds in SEG unit that I/m had made suicidal threats. Responded to the SEG unit. I/m exhibited suicidal ideation by |  |

| Patient's Name, (Last, First, Middle) | AIS# | Age | R/S | Facility |
|---|---|---|---|---|
| Duff, Antonio | 186551 | 31 | | BCCF |

F-61

# INTERDISCIPLINARY PROGRESS NOTES

| DATE | TIME | NOTES | SIGNATURE |
|------|------|-------|-----------|
| 5/4/05 | | Calm Mood. I/m reports that he is in Compliance with Meds and eating. (A) Coherent (P) Maintain Compliance ē Meds and food intake. Remain in Safe Cell Until released by psych. Inst MHP F/u daily Until Released. | J. Gooden, MS, MHP |
| 5/5/05 | | (S) "I'm doing good. When will I get my clothes back? Is the doctor here today?? (O) 31 y/o B/m-IM Alert & Oriented, Appropriate and calm (A) Improved A great deal within the past week - change in Attitude Noted (P) Continue in Safe Cell until Released by psy. MHP Will F/u daily Until Released. | J. Gooden, MS, MHP |
| 5/6/05 | | (S) "What's up"? "I'm doing real good and I will do the Right thing." (O) 31 y/o B/m - Alert, Calm and Cooperative. I/m denies Suicidal ideations. (A) Continues to improve in Attitude/Behavior (P) Per psy. orders to Move I/m off Suicide Watch and return his Clothes to him. I/m must Continue to exhibit Appropriate behavior, Meds and food intake Compliance. MHP Will f/u with I/m Once a week while on the Seg Unit. | J. Gooden, MS, MHP |
| 5/6/05 | | Native Disciplinary Filed, (S) can Participate in Hearing | Perry |
| 5/10/05 | 5⁰⁰ᵐ | Reported to this nurse by MHP Gooden Inmate "threatening to hurt himself; inmate also "paranoid"; Dr. Sanders advised - cont O Perry | |

| Patient's Name, (Last, First, Middle) | AIS# | Age | R/S | Facility |
|---|---|---|---|---|
| Duff, Antonio | 186551 | 31 | B/m | BCCF |

F-61

# INTERDISCIPLINARY PROGRESS NOTES

| DATE | TIME | NOTES | SIGNATURE |
|------|------|-------|-----------|
| 4/28/5 | | in seg Safe-Cell until released by Psychiatrist. MHP to follow daily ———— | B. Fell, MS |
| 4/29/5 | | Note to Chart: MHP saw Im ā Dr. Chitwood @ apx. 11:30 am + appear a content of his note this day ———— | B. Fell, MS |
| 5/2/05 | | (S) "I'm hearing things and these people are trying to get at me." (O) 31 yo B/m presented with Suicidal ideation. Mood is subject to change at any given moment. Appeared to calm during the conversation. (A) IM is coherant he appears to be manipulating the System (attention seeking). Unsure if the Im is med and nutrition compliance. (P) Continue in safety cell until released by psy. MHP to follow up daily | J. Gooden, MS, MHP |
| 5/3/05 | | (S) "I don't feel Suicidal anymore, I'm not hearing voices" (O) 31 yo BM - Im coherant appropriate and calm. (A) Appears Manipulative (P) MHP F/u daily / Continue in Safety Cell Until released by psy. | J. Gooden, MS, M |
| 5/4/05 | | (S) "I'm alright. I got some mail from my brother and a friend. My Mother sent me some Money. I want to write them back but I can't have a pencil because of my Self Injurious behavior. Can you see if I can get my clothes back" "I'm not having voices and I'm Not Suicidal." (O) 31 yo B/m presented in a | |

| Patient's Name, (Last, First, Middle) | AIS# | Age | R/S | Facility |
|---|---|---|---|---|
| Duff, Antonio | 186551 | 31 | B/M | BCCF |

F-61

## INTERDISCIPLINARY PROGRESS NOTES

| DATE | TIME | NOTES | SIGNATURE |
|------|------|-------|-----------|
| 4/2/05 | | S: "I'm going to start taking my meds today & will eat better." O: 31 yr old B/M presents c improving mood affect. ↓ Depression sx's (s/i) + taking meds A: A. Based on statements ↑m improved med compliance Oriented X4. Coherent. P: MHP to share c Dr Sanders ↑minted to take meds To refer to new MHP + F/U daily | B Fell, MS |
| 4/27/5 | | S: "I want to be moved back to infirmary & I won't break any more windows" MHP explained this isn't option as this is security decision. O: 31 yr old B/M presents c improved mood/affect - ↑ in med & eating compliance & ↓ in depression. ↑m reports ↑ in inability to rest & concentrate. A: Improving Coherent. P: Maintain med compliance | B Fell, MS |
| 4/28/5 | | S/O: ↑m still expressing manipulative behaviors by stating "I'm going to kill myself & you can't stop me!" Decrease in med compliance & eating Increase in depression & grief Oriented X4. A/P: Exhibit depression/anger. Continues to indicate SI - Will remain | |

| Patient's Name, (Last, First, Middle) | AIS# | Age | R/S | Facility |
|---|---|---|---|---|
| Duff, Antonio | 183551 | 31 | B/m | Bcctf |

F-61

## INTERDISCIPLINARY PROGRESS NOTES

| DATE | TIME | NOTES | SIGNATURE |
|------|------|-------|-----------|
| 4/22/5 | | S: "I'm not going to take my meds" O: 31 yr old Blm presents in Seg Safe-cell on suicide watch per psych orders. in denial to today? A: Coherent, noncompliant. P: Remain in Seg Safe-cell until released by psychiatrist. MHP to F/U on 4/25/5 | B Fellms |
| 4/22/5 | | Addendum: MHP made Don Pettinaware I/M continues to indicate intent to refuse meds | B Fellms |
| 4/25/5 | | S: "I'll take my meds if they are changed" "I'm still depressed about my sister" O: 31 yr old Blm remains on suicide watch in Seg Unit. Admits Suicidal Ideation. ↑ in depression related to sister death. Continues to refuse meds. ↑ in anger. A: Coherent, Oriented X4. Increase in depression. ↑ anger @ not getting way. P: ① Review by Psychiatric staff, ② Nurse to monitor compliance c̄ meds, ③ MHP to F/U c̄ MHP of record on 4/26/5 | B. Fellms |

| Patient's Name, (Last, First, Middle) | AIS# | Age | R/S | Facility |
|---|---|---|---|---|
| Duff, Antonio | 186551 | 31 | Blm | Beef |

F-61

**MHM – Bullock Correctional Facility**
**SAFE / CRISIS CELL NURSING ASSESSMENT – March 2005**

| Bullock Correctional | Crisis / Safe Cell: *Suicide Watch* | Date/Time of Admission: 4/21/05 |
|---|---|---|
| Inmate Name: *Duff, Antonio* | AIS # *18655* | DOB: ▇▇▇▇▇ |

### PAST MEDICAL HISTORY

Diabetes  Heart Disease    Kidney Disease  (Hypertension)    Cancer    TB    Stroke
Seizures  COPD    Back Problems    Liver Disease    Peptic Ulcer D/O    Congenital    D/O
Peripheral Vascular Disease    Other:

### ASSISTIVE DEVICES

Walker  Crutches  Cane    Wheelchair  Artificial Limb (s)  Glasses    Hearing Aide    Partial Dentures    Upper Dentures
Lower Dentures  Other:  *N/A*

Presenting Problem / Crisis  *Suicide Watch*

Current Medications / Dosages: *Atenolol 50mg 1 po qd, Prozac 40mg q days, Albuterol 4mg 1 BID, Colace 100mg 1 TID, Psyllium 1 tsp po TID, Zantac 150mg BID*

Hygiene:    Good    (Fair)    Poor    Showers    times per week
Appetite:    (Good)    Fair    Poor    (Appears Adequately Nourished)    Deficit

### MENTAL STATUS – circle all that applies -- see other directions*

**APPEARENCE / MANNER OF DRESS:**
Appropriate    Casual
(Disheveled)    Eccentric
Meticulously near
Seductive    Other

**MEMORY**
(Intact)
Immediate recall deficit
Recent memory deficit
Remote memory deficit

**AFFECT**
Appropriate
Blunted
Constricted
Labile
Dramatized
(Flat)
Other

**CONCENTRATION**
Normal
(Mildly impaired)
Moderately impaired
Severely impaired

**MOOD**
Calm    Cheerful  Anxious
Fearful  Tearful  Depressed
Neutral  (Elated)  Pessimistic
Angry  Euphoric  Optimistic
Irritable  Other

**ORIENTATION**
(Oriented in all spheres)
Oriented for person only
Oriented for person and place only
Oriented for person and time only

**THOUGHT * (elaborate)**
Form – Loosening of association; racing thoughts, flight of ideas, word salad / incoherent, Thought blocking
Progress - Words go from stimulus to logical conclusion, circumstantial, Tangential
Content – (observed, not reported)
Suicidal thoughts/ plans
Homicidal thoughts / plans
Assaultive thoughts / plans
Obsessions / or compulsions
Phobias / fears
Ideas of influence
Ideas of entitlement

**SPEECH**
(Normal)  Slow
Rapid  Pressured
Hesitant  Emotional
Soft  Monotonous
Loud  Slurred
Mumbled
Other

**DELUSIONS**
(None)  Persecution
Systematized
Somatic
Other

**HALLUCINATIONS**
(None)  Visual
Auditory  Olfactory
Tactile

**INTELLECT/ IQ * (Elaborate)**
(Average)  Below
Above  Retarded

**JUDGEMENT *(elaborate)**
Good    (Poor)

**CONCRETE VS ABSTRACT THINKING * (elaborate)**
Orange / Banana  Dog / Cat    Let sleeping dogs lie    Don't bite hand that feeds you

Assessment Completed by: _____    Date: 4-21-05

| Inmate Name  *Duff, Antonio* | AIS # *18655* |

INTERDISCIPLINARY PROGRESS NOTES

| DATE | TIME | NOTES | SIGNATURE |
|------|------|-------|-----------|
| 4/12/5 | | S: "I'm still depressed about my sister." Im states he "doesn't like feeling this way." MHP Im discussed family contact & Im reports there isn't any. Im made statements indicating he may harm himself but denies suicidal ideation. When pressed he reports "I don't know what I'll do." MHP Im discussed grief process briefly. Im continues to state "I don't know what I'll do." O: 31 year old Blm ā depressed mood. Affect congruent ā mood. Presents ā potential for self-harm. A: Depressed possibly considering suicide or other harmful behavior. P: Will refer to Dr. Sanden for assessment & review. | B. Tell, ms |
| 4/13/5 | | S: "I won't do this again." O: 31 yr old Blm presents is "safe cell" after making suicidal statements. Mood/affect greatly improved. A: Improved, coherent, stable. P: Im to be released @ decision of Dr. Sanden. | B. Tell, ms |
| 4/15/5 | | S/O: Im presents in safe cell and reports he's able to return to seg as ordered by Dr. S. improving. A/P: Stable compliant. F/u in one week. | B. Tell, ms |

| Patient's Name, (Last, First, Middle) | AIS# | Age | R/S | Facility |
|---|---|---|---|---|
| Duff, Antonio | 186551 | 31 | B/M | Bccr |

F-61

# MEDICATION ADMINISTRATION RECORD   I of I

07/01/2005

STDT0:

(BUL-465) BULLOCK

| MEDICATIONS | HOUR | 1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17 18 19 20 21 22 |
|---|---|---|

**ALBUTEROL (PROVENTIL-VENTOLIN) 4MG TAB**
TAKE 1 TABLET(S) BY MOUTH  TWICE DAILY

11.00
17.00

RX:   7254144 SIDDIO, M.D , TAHIR , MD
START - 04/15/2005    STOP - 07/05/2005

*See below*

**PSYLLIUM INST(HYDROCI-METAMU) PKT**
DISSOLVE 1 PACKET(S) IN LIQUID & DRINK 3
TIMES DAILY
RX:   7266492 SIDDIO, M.D , TAHIR , MD
START - 04/17/2005    STOP - 07/15/2005

4.00
11.00
17.00

**DOCUSATE 500 (COLACE) (CARDS) 100MG CAP**
TAKE 1 CAPSULE(S) BY MOUTH  3 TIMES DAILY
*DO NOT CRUSH*
RX:   7266494 SIDDIO, M.D , TAHIR , MD
START - 04/17/2005    STOP - 07/15/2005

4.00
11.00
17.00

**AMITRIPTYLINE (ELAVIL) 50MG TAB**
TAKE 1 TABLET(S) BY MOUTH  AT BEDTIME
MAY CAUSE DROWSINESS
RX:   7412394 SANDERS, M.D. (MHM), WILLIAM , 1700
START - 05/17/2005    STOP - 08/14/2005

D/C 7/15/05

Zantac 150 mg PO BID X 90 days
6/21/05 → 9/21/05

1100
1700

Tylenol 650 mg PO TID
X 10 days
6/21/05 → 7/01/05

4.00
11.00
17.00

Triavil 2/25 po qhs X
90 days
6/23/05 → 9/23/05

1700

D/C 7/15/05 see new order

Albuterol 4mg ½ po
Bid X 90 days
7/02/05 to 10/07/05

1100
1700

*Label*

| MEDICATIONS | HOUR | 1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17 18 19 20 21 22 23 24 25 26 27 28 29 |
|---|---|---|

NURSE'S ORDERS, MEDICATION NOTES AND INSTRUCTIONS ON REVERSE SIDE

| CHARTING FOR | 07/01/2005 | THROUGH | 07/31/2005 | |
|---|---|---|---|---|
| Physician | SANDERS, M.D. (MHM), WILLIAM | | Telephone No | Medical Record No |
| Alt Physician | | | Alt Telephone | |
| Allergies | NONE KNOWN | | Rehabilitative Potential | |

Diagnosis

| Issuing Center | Medicare Number | Complete Entries Checked: By: *Kimberly Miles* | Title: LPN | Date: 7-1 |
|---|---|---|---|---|
| PATIENT | | PATIENT CODE | ROOM NO | BED / FACILITY |
| DUFF, ANTONIO | | 186551 | RTU | 1 |

# MEDICATION ADMINISTRATION RECORD

STDT01

| MEDICATIONS | HOUR | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Tenormin 50mg. Now | 1235 | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 7/18        Breetling | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Tenormin 50mg. QD X 90d. | 0800 0300 | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 7/18        Breetling | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Albuterol 4mg. Bid X 90d. | 0300 0800 1800 1500 | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Triavil 4/50 QHS X 90d. | 1500 1800 | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Prolixin 5mg Tab, Ť PO Now and q̄ hs until Triavil available | 0010 | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 7-18-05        Nevels | 1500 | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Pamelor 50mg PO Now q̄nd q̄ hs until Triavil available | 0010 | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 7-18-05        Nevels | 1500 | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Zantac 150mg PO BID X 90 days | 0300 1500 | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 6-21-05/9-21-05 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Fleets Enema Now x 1 Now dose | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 7/29-7/29/05 Mosley/y | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Fiber-Con ii PO BID prn x 180 days | 0800 | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 7/29-1/29/06 Mosley/y | 1800 | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

NURSE'S ORDERS, MEDICATION NOTES AND INSTRUCTIONS ON REVERSE SIDE

CHARTING FOR **7/18** THROUGH **7/31**

| | |
|---|---|
| Physician | Telephone No. |
| Alt. Physician | Alt. Telephone |
| ergies **PCN** | Medical Record No |
| | Rehabilitative Potential |
| nosis | |
| Medicaid Number | Medicare Number | Complete Entries Checked: |
| PATIENT **Duff, Antonio** | By: | Title: | PATIENT CODE **186551** | ROOM NO **6-30** | BED | FACILITY |

# MEDICATION ADMINISTRATION RECORD  II to II

STDT01

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | A |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Tehonnen 50mg 1 tab
po Q day x 90 days        1100
7/07/05 to 10/07/05

*Label*

TRAVIL 4/50 1 p.o hs
X 90 day         & 1700
Dr Chitwood
7-15-05      10-15-05

NURSE'S ORDERS MEDICATION NOTES AND INSTRUCTIONS ON REVERSE SIDE

CHARTING FOR 7/01/05      THROUGH 7/31/05

Physician _Sidak_

Alt. Physician

Allergies _none_

Telephone No

Alt. Telephone

Rehabilitative Potential

Medical Record No

Diagnosis

| Medicaid Number | Medicare Number | Complete Entries Checked: By _Volema Masey_ | Title _LPN_ | Date 7/01 |
|---|---|---|---|---|

PATIENT _Duff Antonio_

PATIENT CODE 180551    ROOM NO    BED/FACILITY

# MEDICATION ADMINISTRATION RECORD



STDT01

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Amoxil 500mg PO TID
× 10 days
0400
1100
1700
5-31-05 — 6-9-05

Actified 1 PO TID
× 10 days
0400
1100
1700
5-31-05 — 6-9-05

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

CHARTING FOR 5-1-05          THROUGH 5-31-05

Physician Siddiq

Alt. Physician

| | Telephone No | Medical Record No |
|---|---|---|
| | Alt. Telephone | |

Allergies NKA

Rehabilitative Potential

Diagnosis

| Medicaid Number | Medicare Number | Complete Entries Checked: By: (sig) | Title: LPN | Date: 5-31 |
|---|---|---|---|---|

PATIENT Duff, Antonio

| PATIENT CODE | ROOM NO | BED | FACILITY Bu |
|---|---|---|---|

# MEDICATION ADMINISTRATION RECORD
05/01/2005

(BUL-465) BULLOCK CORRECTIONAL FAC

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

ATENOLOL (TENORMIN) 50MG TAB
TAKE 1 TABLET(S) BY MOUTH DAILY

RX:   7188757 SIDDIO, M.D , TAHIR , MD
START - 04/02/2005      STOP - 06/21/2005
`1100 pulse 76`

FLUOXETINE (PROZAC) 20MG CAP
TAKE 2 CAPSULE(S) BY MOUTH =40MG DAILY

RX:   7252414 SANDERS, M D (MHM), WILLIAM ,
START - 04/15/2005      STOP - 07/13/2005
`DC'd 4/29/05`

ALBUTEROL (PROVENTIL-VENTOLIN) 4MG TAB
TAKE 1 TABLET(S) BY MOUTH TWICE DAILY

RX:   7254144 SIDDIO, M.D , TAHIR , MD
START - 04/15/2005      STOP - 07/05/2005
`1100` `1700`

RANITIDINE (ZANTAC) 150MG TAB
TAKE 1 TABLET(S) BY MOUTH TWICE DAILY

RX:   7266491 SIDDIO, M.D , TAHIR , MD
START - 04/17/2005      STOP - 05/16/2005
`1100` `1700`

PSYLLIUM INST(HYDROCI-METAMU) PKT
DISSOLVE 1 PACKET(S) IN LIQUID & DRINK 3
TIMES DAILY
RX:   7266492 SIDDIO, M.D , TAHIR , MD
START - 04/17/2005      STOP - 07/15/2005
`0500` `1100` `1700`

DOCUSATE SOD (COLACE) (CARDS) 100MG CAP
TAKE 1 CAPSULE(S) BY MOUTH 3 TIMES DAILY
*DO NOT CRUSH*
RX:   7266494 SIDDIO, M.D , TAHIR , MD
START - 04/17/2005      STOP - 07/15/2005
`0500` `1100` `1700`

`Triavil 4/50mg tablet`
`+ qHS x 90 days`

`4/28/05 ——→ 7/28/05`     `1700`

`Baul 50mg po QHS x50 days`
`Sand  1700`

`start 5-16-05   stop 8-16-05`     `Start when available`

`Dulcolax — PO TID`
`x 7 days`
`0400` `1100` `1700`

`5/24 → 6/01/05`

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

| CHARTING FOR | 05/01/2005 | THROUGH | 05/31/2005 | | |
|---|---|---|---|---|---|
| Physician | SIDDIO, M D , TAHIR | | Telephone No. | | Medical Record No |
| Alt. Physician | | | Alt. Telephone | | |
| Allergies | NONE KNOWN | | Rehabilitative Potential | | |

Diagnosis

| | | Complete Entries Checked: By: | | Title: | Date: 4/30 |
|---|---|---|---|---|---|
| PATIENT | DUFF, ANTONIO | | PATIENT CODE 186551 | ROOM NO RTU | BED B / FACILITY |

# MEDICATION ADMINISTRATION RECORD

1 of 3

STDT01

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Psyllium 1 tsp PO Tid x90 days — 0400 / 1100 / 1700

Colace 100Meg 1 PO Tid x 90 days — 0400 / 1100 / 1700   04/05/05

Albuterol 4mg 1 tab PO Bid x 90 days — 1100 / 1900   4/5/05

Tenormin 50mg 1 po q day x 90 days — 1100 pulse   4/5/05

Prozac 40mg q day x 90 days — 1100   4-13-05 – 7-13-05  Sandoz

Metanol 1 tsp PND — 0400 / 1100 / 1700   4/5 – 7/5/05

Colace 100mg PO Tid x 9 — 0400 / 1100 / 1700   4/5 – 7/5/05

Zantac 150mg po bid x 30d — 1100 / 1700   4/15  4-15 to 5-5-05

Metamucil 1 pk. tid po x 90 days — 0500 / 1100 / 1700   4/15  4/15 – 7/15/05

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

CHARTING FOR 4/09/05   THROUGH 4/34/05

Physician: Siddig
Alt. Physician:

Allergies: PCN
Diagnosis:

Telephone No:
Alt Telephone:
Rehabilitative Potential:

Medical Record No: 18655

Medicaid Number:    Medicare Number:

Complete Entries Checked: By: C. Robbins

Title:    Date:

PATIENT: Dupt Antonio    PATIENT CODE 18655    ROOM NO    BED    FACILITY Bcc

# MEDICATION ADMINISTRATION RECORD

04/01/2005

2 of 3

STDT01

(BUL-465) BULLOCK CORRECTIONAL FAC

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

PSYLLIUM (REGULOID) POW
1-TSP BY MOUTH 3 TIMES DAILY
0406
1100
1700
RX:   6335008 SIDDIQ, M D  (MD DIR, TAHIR
START - 10/07/2004    STOP - 04/04/2005
STOP

DOCUSATE SOD (COLACE) (CARDS) 100MG CAP
TAKE 1 CAPSULE(S) BY MOUTH  3 TIMES DAILY   0400
*DO NOT CRUSH*
RX:   6335009 SIDDIQ, M D  (MD DIR, TAHIR ,
START - 10/07/2004    STOP - 04/04/2005
1100
1700
STOP

RANITIDINE (ZANTAC) 150MG TAB
TAKE 2 TABLET(S) BY MOUTH  TWICE DAILY
1100
RX:   6614952 SIDDIQ, M D  (MD DIR, TAHIR , M
START - 12/07/2004    STOP - 04/04/2005
1700
R/D  4/7/05

FLUOXETINE (PROZAC) 20MG CAP
TAKE 1 CAPSULE(S) BY MOUTH  DAILY AT BEDTIME
1700
RX:   6960000 SANDERS, M D  (MHM), WILLIAM
START - 02/16/2005    STOP - 05/16/2005
Re-ordered
4-13-05

PERPHEN-AMITRIP (TRIAVIL 2-25) 2/25MG TAB
TAKE 1 TABLET(S) BY MOUTH  AT BEDTIME
1700
RX:   6960683 SANDERS, M D  (MHM), WILLIAM
START - 02/16/2005    STOP - 05/16/2005
Dc'd
4/13/05

Tenormin 50mg tablet
po Qday x 90days Siddig
Smith
3/21/05 → 6/21/05
1100
R/D 4/7/4

Albuterol 4mg tablet
po QID x 90days Siddig
Smith
3/21/05 → 6/21/05
1100
1700
R/D 4/7/05

Ducolax 1 tablet rectal
po

Breathing Treatment
PRN x 30days Siddig
3/21/05 → 4/21/05
PHS
STOP

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

CHARTING FOR          04/01/2005       THROUGH           04/30/2005

Physician   SANDERS, M D  (MHM), WILLIAM

Alt Physician

Allergies   MORE KNOWN  PCN

Diagnosis

| Telephone No | | Medical Record No |
|---|---|---|
| Alt Telephone | | |
| Rehabilitative Potential | | |

Medicaid Number        Medicare Number

Complete Entries Checked:
By: J Stringer          Title: LPN          Date: 3/28

PATIENT
DUFF, ANTONIO

| PATIENT CODE | ROOM NO | BED | FACILITY |
|---|---|---|---|
| 186551 | RTU | | BL |

# MEDICATION ADMINISTRATION RECORD   3 of 3

STD701

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Colace 100mg po tid x 90 d  4/15 to 7/15/05 | 0500 1100 1700 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Phenergan 50mg IM Stat  Dr Nevels 4/21/05 | 1845 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Prozac 60mg capsule po qd x 90 days Chitwood 4/22/06 → 7/22/05 | 1100 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Phenergan 50 mg IM Now. Dr. Nevels 4-24-05 | 13:45 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Haldol 5 mg IM Now | 0250 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Trazal H/50 ÷ q HS. x 90 days 4/28/05  7/28/05 | 1200 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

CHARTING FOR 4-15-05  THROUGH 4-30-05

Physician: Siddiq
Alt. Physician:
Allergies: PCN
Diagnosis:

Complete Entries Checked: By: Q. Dixon RN   4/15/05

PATIENT: Duff, Antonio   PATIENT CODE: 186551

# MEDICATION ADMINISTRATION RECORD

03/01/2005
STDT01

I & II    (BUL-465) BULLOCK CORRECTIONAL FAC

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

PSYLLIUM (REGULOID) POW
1-TSP BY MOUTH 3 TIMES DAILY    0400 / 1100 / 1700
RX:   6335008 SIDDIG, M.D (MD DIR, TAHIR, M
START - 10/07/2004    STOP - 04/04/2005

DOCUSATE SOD (COLACE) (CARDS) 100MG CAP
TAKE 1 CAPSULE(S) BY MOUTH  3 TIMES DAILY    0400 / 1100 / 1700
#DO NOT CRUSH#
RX:   6335009 SIDDIG, M.D (MD DIR, TAHIR, M
START - 10/07/2004    STOP - 04/04/2005

RANITIDINE (ZANTAC) 150MG TAB
TAKE 2 TABLET(S) BY MOUTH  TWICE DAILY    1100 / 1200
RX:   6614952 SIDDIG, M.D. (MD DIR, TAHIR, M
START - 12/07/2004    STOP - 06/04/2005

ATENOLOL (TENORMIN) 50MG TAB
TAKE 1 TABLET(S) BY MOUTH  DAILY  Pulse    1100 / Pulse
RX:   6817928 SIDDIG, M.D. (MD DIR, TAHIR, M
START - 01/19/2005    STOP - 03/12/2005

ALBUTEROL (PROVENTIL-VENTOLIN) 4MG TAB
TAKE 1 TABLET(S) BY MOUTH  TWICE DAILY    1100 / 1700
RX:   6817935 SIDDIG, M.D. (MD DIR, TAHIR, M
START - 01/19/2005    STOP - 03/12/2005

FLUOXETINE (PROZAC) 20MG CAP
TAKE 1 CAPSULE(S) BY MOUTH  DAILY AT BEDTIME
RX:   6960000 SANDERS, M.D (MHM), WILLIAM,    1200
START - 02/16/2005    STOP - 05/16/2005

PERPHEN-AMITRIP (TRIAVIL 2-25) 2/25MG TAB
TAKE 1 TABLET(S) BY MOUTH  AT BEDTIME
RX:   6960683 SANDERS, M.D (MHM), WILLIAM,    1200
START - 02/16/2005    STOP - 05/16/2005

Tenormin 50mg PO Qday
Smith    X90days    1100
3/21 → 6/21/05

Albuterol 4mg PO BID    1100 / 1700
Smith    X90days
3/21 → 6/21/05

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

NURSE'S ORDERS, MEDICATION NOTES AND INSTRUCTIONS ON REVERSE SIDE

CHARTING FOR    03/01/2005    THROUGH    03/31/2005

| | | |
|---|---|---|
| Physician  SANDERS, M.D (MHM) WILLIAM | Telephone No. | Medical Record No |
| Alt. Physician | Alt Telephone | |
| ergies  PENICILLINS | Rehabilitative Potential | |

Diagnosis

| Medicaid Number | Medicare Number | Complete Entries Checked: By: Maud Shepler LPN   2/27/05 | | |
|---|---|---|---|---|
| | | | | Date: |
| PATIENT  DUFF, ANTONIO | PATIENT CODE  184551 | ROOM NO  RTU | BED | FACILITY |

# MEDICATION ADMINISTRATION RECORD

STDT01 _Dm 11_                                    _I g II_

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Amoxil 500mg + po Tid    0400
X10das                    1100
3/10 - 3/20/05 Sidas/chew 1700

Actifed + po Tid X10das   0400
                          1100
3/10 -3/20/05 sidas/chew  1700

Ducolox 1 Tab PO          1100
BID x 10d
3/21/05   3/31/05         1700

Breathing Treatment
PRN x 30d
3/21/05   4/31/05

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

NURSE'S ORDERS  MEDICATION NOTES AND INSTRUCTIONS ON REVERSE SIDE

CHARTING FOR 3/2      THROUGH 3/31/05

Physician Staley
Alt. Physician                          Telephone No
                                        Alt. Telephone          Medical Record No  180551

Allergies  NKDA                         Rehabilitative
                                        Potential

Diagnosis

Medicaid Number     Medicare Number     Complete Entries Checked:
                                        By Carolyn Dees          Title LPN     Date 3/

PATIENT  Duff, Antonio                  PATIENT CODE  180551   ROOM NO   BED   FACILITY

# MEDICATION ADMINISTRATION RECORD

02/01/2005

STD701

(BUL-465) BULLOCK CORRECTIONAL FAC

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

PSYLLIUM (REGULOID)  POW
1-TSP BY MOUTH 3 TIMES DAILY        0400
RX:    6335008 SIDDIQ, M.D. (MD DIR, TAHIR ,    1100
START - 10/07/2004    STOP - 04/04/2005

DOCUSATE SOD (COLACE) (CARDS) 100MG CAP
TAKE 1 CAPSULE(S) BY MOUTH 3 TIMES DAILY    0400
*DO NOT CRUSH*
RX:    6335009 SIDDIQ, M.D. (MD DIR, TAHIR ,  M 60   1700
START - 10/07/2004    STOP - 04/04/2005

FLUOXETINE (PROZAC) 20MG CAP
TAKE 1 CAPSULE(S) BY MOUTH EVERY MORNING   1100
RX:    6548126 WEBB, N.P. (MHM PSY), MARTTY ,
START - 11/20/2004    STOP - 02/17/2005

RANITIDINE (ZANTAC) 150MG TAB
TAKE 2 TABLET(S) BY MOUTH TWICE DAILY      1100
RX:    6614952 SIDDIQ, M.D. (MD DIR, TAHIR , M   1700
START - 12/07/2004    STOP - 06/04/2005

ATENOLOL (TENORMIN) 50MG TAB
TAKE 1 TABLET(S) BY MOUTH DAILY            1100
RX:    6817828 SIDDIQ, M.D. (MD DIR, TAHIR , M  PULSE
START - 01/19/2005    STOP - 03/12/2005

ALBUTEROL (PROVENTIL-VENTOLIN) 4MG TAB
TAKE 1 TABLET(S) BY MOUTH TWICE DAILY      1100
RX:    6817835 SIDDIQ, M.D. (MD DIR, TAHIR , M  1700
START - 01/19/2005    STOP - 03/12/2005

Trnvil 2-25mg po QHS
X 90 dms                1700
Start 2-14-05    Stops-14-05

Prozac 20mg po QHS
X 90 dms                1700
Start 2-14-05    Stop 5-14-05

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

NURSE'S ORDERS, MEDICATION NOTES AND INSTRUCTIONS ON REVERSE SIDE

CHARTING FOR    02/01/2005    THROUGH    02/28/2005

Physician    SIDDIQ, M.D. (MD DIR, TAHIR

Alt. Physician

Telephone No

Alt. Telephone

Medical Record No

Allergies    PENICILLINS

Rehabilitative Potential

Diagnosis

Medicaid Number    Medicare Number

Complete Entries Checked:
By: RGlenn    Title: Ln    Date: 1/28/0

PATIENT
DUFF, ANTONIO

PATIENT CODE    184551    ROOM NO    RTU    BED    FACILITY    BU

# MEDICATION ADMINISTRATION RECORD

01/01/2005

STDT01

*PH5 Non Compliante [handwritten] Reported on 1/2/05*

(BUL-465) BULLOCK CORRECTIONAL FAC

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

**ATENOLOL (TENORMIN) 50MG TAB**
TAKE 1 TABLET(S) BY MOUTH DAILY    1100
RX:  5018145 SIDDIQ, M.D. (MD DIR, TAHIR, M
START - 01/04/2004    STOP - 01/01/2005

**ALBUTEROL (PROVENTIL-VENTOLIN) 4MG TAB**
TAKE 1 TABLET(S) BY MOUTH TWICE DAILY    1100
RX:  5018148 SIDDIQ, M.D. (MD DIR, TAHIR, M    1700
START - 01/04/2004    STOP - 01/01/2005

**PSYLLIUM (REGULOID) POW**
1-TSP BY MOUTH 3 TIMES DAILY    0400 / 1100
RX:  6335008 SIDDIQ, M.D. (MD DIR, TAHIR, M    1700
START - 10/07/2004    STOP - 04/04/2005

**DOCUSATE SOD (COLACE) (CAROS) 100MG CAP**
TAKE 1 CAPSULE(S) BY MOUTH 3 TIMES DAILY    0400
*DO NOT CRUSH*    1100
RX:  6335009 SIDDIQ, M.D. (MD DIR, TAHIR, M    1700
START - 10/07/2004    STOP - 04/04/2005

**FLUOXETINE (PROZAC) 20MG CAP**
TAKE 1 CAPSULE(S) BY MOUTH EVERY MORNING    1100
RX:  6546126 WEBB, N.P. (MHM PSY), MARTTY,
START - 11/20/2004    STOP - 02/17/2005

**RANITIDINE (ZANTAC) 150MG TAB**
TAKE 2 TABLET(S) BY MOUTH TWICE DAILY    1100
RX:  6614752 SIDDIQ, M.D. (MD DIR, TAHIR, M    1700
START - 12/07/2004    STOP - 06/04/2005

*Maalox 30cc tid X 14*
*days*    0400 / 1100 / 1700
*12/23 → 1/16/05    Siddiq*

*Mag Citrate ī Bottle*    0900
*X 1*
*1-12-05*

*Tenormin 50mg ī tab*    11:00
*qd X 90 days*    1700
*1/12/05 - 3/12/05*    Pulse

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

| CHARTING FOR | 01/01/2005 | THROUGH | 01/31/2005 | | |
|---|---|---|---|---|---|
| Physician SIDDIQ, M.D. (MD DIR, TAHIR | | | Telephone No. | | Medical Record No |
| Alt. Physician | | | Alt Telephone | | |
| ergies PENICILLINS | | | Rehabilitative Potential | | |

| Diagnosis | | | | |
|---|---|---|---|---|
| Medicaid Number | Medicare Number | Complete Entries Checked: By: [signature] | Title: [handwritten] | Date: 12/28 |
| PATIENT | | PATIENT CODE | ROOM NO | BED FACILIT |

# MEDICATION ADMINISTRATION RECORD

STDT01

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Proventil 4mg BID X 90 days 1/12/05 - 3/12/05 | 1100 1700 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

MEDICATIONS   HOUR   1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17 18 19 20 21 22 23 24 25 26 27 28

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

CHARTING FOR 1/01/05   THROUGH 1/31/05

Physician Dr. Siddig

Alt. Physician

Telephone No

Alt. Telephone

Rehabilitative Potential

Medical Record N

Allergies PCN

Diagnosis

Medicaid Number   Medicare Number

Complete Entries Checked:

By SS Cottgyw

Title:

Date:

PATIENT

PATIENT CODE 18655-1   RCOM NO 1   BED FACIL

| | | | |
|---|---|---|---|
| **Patient Name:** | Duff, Antonio | **Inmate Number:** | 186551DU |
| **Service Authorized:** | Office Visits: Outpatient G.I. Consult | **Effective Dates:** | 12/13/2004 |
| **Effective:** | Visits authorized for 60 days from effective date | **Visits Authorized:** | 1 |
| **Responsible Facility:** | Bullock Correctional Facility | **Contact Name:** | Michelle Pope |
| **Authorization Number:** | 14491784 | **Telephone Number:** | (334)395-5973 Ext 14 |

**Note to Provider of Services:**

- Medicare/Medicaid do not cover any health services provided to an inmate in custody, except in certain circumstances not applicable to this inmate.
- Authorization is diagnosis and procedure specific. Any additional tests, procedures, and inpatient or outpatient services must receive prior authorization to ensure benefit eligibility and payment. (Use above contact name and telephone number)
- Authorization for payment of service is guaranteed only if service is provided during the actual time of confinement to the referring correctional facility.
- HIPAA: Please be advised Prison Health Services, Inc. ("PHS") is not a covered entity under HIPAA's Rule on the Privacy of Individually Identifiable Health Information Standard ("Privacy Rule"). Because PHS does not engage in electronic transactions under HIPAA's Electronic Transactions and Code Set Standards ("Transaction Standards"), HIPAA's Privacy Rule does not apply to PHS.
- Payment will not be processed until we receive a clinical summary.

**For Payment Please Submit Claims To:**

Prison Health Services
P.O. Box 967
Brentwood, TN 37024-0967

---

**The consulting physician should complete this section.
The completed form will be sealed in the attached envelope and
returned with an officer to the correctional facility.**

**Clinical Summary or Attached Report**

1. Daily hematemesis with heme negtive stools          @ Irritable bowel syndrome

2. Mild inflammation without ulcer on EGD

3. Chronic abdominal pain

4. Chronic constipation

Recommend: CBC, start on PPI of choice, increase fluid intake to 2 quarts/day. Does not require colonoscopy, US of Gallbladder

*** For security and safety, please do not inform patient of possible follow-up appointments. ***

Signature of Consulting Physician: _Joseph W Parker_          Date: 1/31/05          Time: _____

Reviewed and Signed By
Medical Director: _____          Date: _____          Time: _____

Dr. Jackson
2055 Normandie Drive
Si e200
Montgomery, AL
288-8840
January 31 at 3pm                    2/1/05   8A

12/13/2004

ВAMA DEPARTMENT OF CORRI     NS
MENTAL HEALTH SERVICES

## PSYCHOTROPIC MEDICATION REPORT

3/2 -10/05

INMATE NAME: _Duff Antonio_     AIS #: _186551_

INSTITUTION: _BCCF_     LOCATION: _INPT 19-26_

PSYCHOTROPIC MEDICATION(S) PRESCRIBED:

| Medication | Dosage | Frequency | Stop Date |
|---|---|---|---|
| TRiavil | 2:25 | HS | |
| PRozac | 20 mg | HS | |

PROBLEM REPORTED:
Side effects: _____     Medication-Related Problem: _____     Non-Compliance: _✓_
Explanation: _Missed 3 out of 4 doses_
_I was Referring Refereeing a Basket Ballgame. I am an INStituted_
_Referee_

Reported by: _Mary Soggel LPN_     Date: _3/10/05_

MENTAL HEALTH NURSE FOLLOW-UP:
① _Im Patances Being 100% Compliant was stressed to inmate_
② _Come to Prescribed Pill Call._
③ _Continue to Monitor Compliance By check-my MAR_
④ _Person to PHS gives inmate Non Complience I Medical need_
⑤

Follow-Up by: _Mary Soggel LPN_     Date: _3/11/05_

PSYCHIATRIC REVIEW/PLAN:

_Nc_

Follow-Up by: _____     Date: _3/14/05_

| Inmate Name | AIS # |
|---|---|
| Duff, Antonio | 186551 |

# Arizona Department of Corrections
## Psychiatric Progress Note

| DATE: 2/4/05 | TIME: 7⁴⁵ | |
|---|---|---|
| **Target Symptoms** | **Behavioral Rating Scale  0=No problem 5= worst** | **Today vs Before** |
| Depression, Poor Sleep, ↓ Appetite | | 4/2 |
| Sister was killed (18 yo in Am. Trag.) | | |
| | | |
| | | |
| **Medications:** Prozac 20 | | **Informed Consent** |
| **Compliance:** Inmate report 100 % vs MAR 100 % | | yes |

In addition to the information in the tables above and below, then inmate-patient:

**S** Pt States 14 CMEi – Ca't ext et.

**Side effects?** 0

**O** Cln + Neut. Subdued.

| Selected Issues | NO | YES | If yes, comment on pertinent positive findings |
|---|---|---|---|
| Psychosis | ✓ | | |
| Serious Depression | | ✓ | As above |
| Self-Injurious Thoughts | ✓ | | |
| Suicidal intent | ✓ | | |
| Aggressive | ✓ | | |
| Seriously Impulsive | | ✓ | Past Hx. |
| Situational Upset | . | ✓ | Sister's Death. |

**Lab info:** Labs Ordered _____ Labs Reviewed _____ AIMS ? _____

**ASSESSMENT/Diagnosis (DSM-IV):** MDD, (R/o ASPD)

**Plan:** Add Trazil 2-25 hs to Prozac

Return to clinic: 2 ho   Print last Name: Sanders   Sign ____

| Patient's Name: (Last, First, Middle) | ASI# | Age | R/S | Code | Institution |
|---|---|---|---|---|---|
| Niño, Antonio | 186551 | 30 | BM | SMP | BCCF |

ADOC Form 67 P

MHM Correctional Service
Dr. Bill Sanders

# Monthly Activities

Date: _____ 2 _____ / / / / 2005

Inmate Name: _Antonio Duff_____ AIS# _186551_____

Was offered the following recreational activities during the month of: *February 05*

**Gospel, Book Club, Creative Writing, Reality Orientation, Music Therapy, Movies, Therapeutic Animation, Schizophrenia, ADL, Social Activities, Effective Communication, Med Education, Primary Social Skills, Therapeutic Art (Puzzles), Anger Management, Self Expression, Western, Conflict Resolution, Depression, Anger/Stress, Current Events, Sleep, Concept, Open Recreation, Mental Stimulation, Bingo, Mental Health Education.**

His level of participation was generally (active/marginal/reluctant/resistant/refused) to participant in the previously mentioned group(s). This is (consistent/inconsistent) with his use of recreational services to date. Affect was generally **(angry/hostile/animated/blunt/euthymic/flat/inappropriate/neutral/sad)** Mood appeared **(angry/sad/neutral/euthymic/depressed/surly/belligerent/indifferent)**. Hygiene was **(good/WNL/poor)** Inmate was generally (on time/late). General appearance was (neat/WNL/disheveled/shabby). Speech was generally (clear/mumbling/slurred/unintelligible). Interpersonal interactions were generally (relevant/irrelevant/insightful/superficial/confrontational/indifferent/no interaction)

Comments:_____

_____

_____

_____

Therapeutic services will continue to be offered on a regular basis. His level of participation (**will be/has been**) communicated to his treatment team.

_signature_

Signature

## ALABAMA DEPARTMENT OF CORRECTIONS
### MENTAL HEALTH SERVICES

*IN Patient*

### PSYCHOTROPIC MEDICATION REPORT

INMATE NAME: _Duff, Antonio_ Inpatient

AIS #: _186551_    LOCATION: _RCF) IN PHAH DII-26_

PSYCHOTROPIC MEDICATION(S) PRESCRIBED:

| Medication | Dosage | Frequency | Stop Date |
|---|---|---|---|
| Prozac | 20 QHS | QHS | 3/18/05 |
| Trivail | 2/25 | | |

PROBLEM REPORTED:

Side effects: ____  Medication-Related Problem: ____  Non-Compliance: ✓

Explanation: _Missed Being 7 DOSes_

_I am in the gym alot; th tine_

Reported by: _Maus Slopful LPN_    Date: _3/31/05_

MENTAL HEALTH NURSE FOLLOW-UP:

① _Importance a Being 100% compliant ē meds Restressed_
② _Continue to monitor Compliance By checkig MARS_

Follow-Up by: _Maus Slopful LPN_    Date: _4/1/05_

PSYCHIATRIC REVIEW/PLAN:

Follow-Up by: _____    Date: _3/31/05 : 4/14/05_

| Inmate Name | AIS # |
|---|---|
| _Duff, Antonio_ | _186551_ |

DOC Form #458-01

AR 458 – August 30, 2001

# ALABAMA DEPARTMENT OF CORRECTIONS
## MENTAL HEALTH SERVICES
### MENTAL HEALTH CONSULTATION TO DISCIPLINARY PROCESS

Inmate Name: _Antonio Duff_   AIS#: _186551_

Institution: _Bullock County C.F_ Date of Disciplinary Report: _4/7/05_
_Rule # 31 Assault on Another Inmate_

Is the inmate currently on the mental health caseload?    ☑ Yes   ☐ No
If Yes, referred for mental health evaluation/consultation on:_____

## HEARING OFFICER:
Hearing officer must refer the inmate for mental health consultation if the inmate appears unable to understand what the charge is and what might happen as a result of the charge or the inmate appears unable to actively participate in the hearing as suggested by the following:

*Does the inmate know where he is?*   *Does the inmate know what date it is?*   *Does inmate know why he is seeing hearing officer?*
*Is the inmate appropriately dressed?*   *Is inmate able to speak coherently?*   *Does the inmate avoid eye contact?*
*Does the inmate make sense?*   *Are the inmate's statements logical and organized or unusual?*

Should the inmate be referred for mental health evaluation of competency?   ☐ Yes   ☐ No
If Yes, referred for mental health evaluation/consultation on:_____

## MENTAL HEALTH STAFF:
Date request for consult received: _4-11-05_       Date consult returned: _4-11-05_

Is the inmate competent to participate in the hearing?                    (Yes)   No
If NO, why is the inmate not competent?

If NO, what treatment will assist the inmate in becoming competent?

Are there mental health issues that may have impacted inmate's behavior at the time of the charge?   Yes   (No)
If YES, briefly describe the issues:

Are there mental health issues to be considered regarding disposition if inmate found guilty?   Yes   (No)
If YES, briefly describe the issues and possible relation to the disposition:

Does mental health staff want to be present at the disciplinary hearing to provide input?   Yes   (No)
Mental Health Staff Member: _Mrk Haynes_   Phone Contact: _133_

## DISCIPLINARY HEARING:

Does the inmate appear to be competent to participate in the hearing?   Yes   No
Have the mental health recommendations been considered?                 Yes   No

Hearing Officer:_____   Date:_____

| Inmate Name | AIS # |
|---|---|

was reviewed by the MH staff and interviewed by me in the seg. unit. He can go to disciplinary court. _Mrk Haynes CLH_

ALABAMA DEPARTMENT OF CORRECTIONS
MENTAL HEALTH SERVICES
MENTAL HEALTH CONSULTATION TO DISCIPLINARY PROCESS

Inmate Name: _Antonio Duff_____   AIS#: B/M 186551

Institution: _BBCF_____   Date of Disciplinary Report: 3-8-05

Is the inmate currently on the mental health caseload?   Yes   (No)
_# 38 Indecent exposure / exhibitionism_____

**HEARING OFFICER:**
Hearing officer must refer the inmate for mental health consultation if the inmate appears unable to understand what the charge is and what might happen as a result of the charge or the inmate appears unable to actively participate in the hearing as suggested by the following:

Does the inmate know where he is?   Does the inmate know what date it is?   Does inmate know why he is seeing hearing officer?
Is the inmate appropriately dressed?   Is inmate able to speak coherently?   Does the inmate avoid eye contact?
Does the inmate make sense?   Are the inmate's statements logical and organized or unusual?

Should the inmate be referred for mental health evaluation of competency?   Yes   No
-- If Yes, referred for mental health evaluation/consultation on:____

**MENTAL HEALTH STAFF:**
Date request for consult received: 3-8-05     Date consult returned: 3-8-05

Is the inmate competent to participate in the hearing?   (Yes)   No
If NO, why is the inmate not competent?

If NO, what treatment will assist the inmate in becoming competent?

Are there mental health issues that may have impacted inmate's behavior at the time of the charge?   Yes   (No)
If YES, briefly describe the issues:

Are there mental health issues to be considered regarding disposition if the inmate is found guilty?   Yes   (No)
If YES, briefly describe the issues and possible relation to the disposition:

Does mental health staff want to be present at the disciplinary hearing to provide input?   Yes   (No)
Mental Health Staff Member: _Mrs Haynes_____   Phone Contact: 122

**DISCIPLINARY HEARING:**
Does the inmate appear to be competent to participate in the hearing?   Yes   No
Have the mental health recommendations been considered?   Yes   No

Hearing Officer:_____   Date:_____

| Inmate Name | AJS # |
|---|---|

ALDOC Form 466-01

5 of 5

AR 466 – December 11, 2001

Was reviewed in the mental health staff meeting and interviewed by ume in my office. His thinking is clear and he can present his side of the story. He can go to disciplinary court. Mrs Haynes file WPerry Log MHUm

## INTERDISCIPLINARY PROGRESS NOTES

| DATE | TIME | NOTES | SIGNATURE |
|------|------|-------|-----------|
| 3/22/05 | 1925 | S "I am alright." O - Inmate alert and oriented correctly x 3. Denies any hallucination. No voices. No depression noted. Inmate is manipulate and try to get his way. No depression noted. A - Clinically stable. P Continue present plan of TX. Follow-up q 3 weeks | TYSON LPN |
| 3/3/05 | | Mental Health Disciplinary ?. S is competent to participate in hearing | Jerry Mike Haynes |
| 4/3/05 | 2145 | S "I am doing fine" "How are you doing?" O - Alert and oriented x 3. No voices. Admits to being depressed. Managing c Depression. A - Depressed. P Continue present TX plan. Follow-up q 3 weeks c TYSON APN | |

| Patient's Name, (Last, First, Middle) | AIS# | Age | R/S | Facility |
|---|---|---|---|---|
| Duff, Antonio | 186551 | 31 | B/M | BCCF |

F-61

## INTERDISCIPLINARY PROGRESS NOTE

| DATE | TIME | NOTES | SIGNATURE |
|------|------|-------|-----------|
| 2/12/05 | 1220pm | S- Inmate states he needs to talk with somebody. States sister was killed on Thursday during training to go to Kuwait. Inmate states he's depressed, Hasn't spoken c̄ Mom since Christmas until last night. Also states that Mother & her doesn't see eye to eye. O- Alert polite appears to be sadden when talking about family. A- Stable at this time P- Allowed Inmate to verbalize feeling & encouraged Inmate to be strong. Find a way to use his time constructive. Reading, etc. Continue current plan of care | J Stringer |
| 1/28/05 | | No major difficulties reported, and no sign of disorder was observed. He is on the DOC history caseload. He will be monitored by the DOC mental health team. | G Jones / M. Heymer |
| 2/22/05 | 1045 AM | S- Inmate states He's doing OK. no problems. Denies any feeling. Still grieving over sisters death. O- Inmate alert oriented polite. No distress noted. @ this time. A- Stable @ this time. P- Continue plan of care. | J Stringer |
| 3-8-05 | | S- Patient just nodded "I got a disciplinary" O- Judgment poor 1> Oriental x4 A- Per of problem ① S/S depression current due to exposure chy ② Mood swings current P- will continue to follow | Dr E L |

| Patient's Name, (Last, First, Middle) | AIS# | Age | R/S | Facility |
|---|---|---|---|---|
| Daff, Antonio | 186551 | | B/M | BCF |

F-61

_Shft_

ALABAMA DEPARTMENT OF CORRECTIONS
MENTAL HEALTH SERVICES
MENTAL HEALTH CONSULTATION TO DISCIPLINARY PROCESS

Inmate Name: _Antonio Duff_    AIS#: _B/M 186651_

Institution: _B CCF_    Date of Disciplinary Report: _December 27, 2004_

_#38 Indecent Exposure_

Is the inmate currently on the mental health caseload?    (Yes)    No
    If Yes, referred for mental health evaluation/consultation on:_____

**HEARING OFFICER:**
Hearing officer must refer the inmate for mental health consultation if the inmate appears unable to understand what the charge is and what might happen as a result of the charge or the inmate appears unable to actively participate in the hearing as suggested by the following:

_Does the inmate know where he is?    Does the inmate know what date it is?    Does inmate know why he is seeing hearing officer?_
_Is the inmate appropriately dressed?    Is inmate able to speak coherently?    Does the inmate avoid eye contact?_
_Does the inmate make sense?    Are the inmate's statements logical and organized or unusual?_

Should the inmate be referred for mental health evaluation of competency?    Yes    No
    – – If Yes, referred for mental health evaluation/consultation on:_____

**MENTAL HEALTH STAFF:**
Date request for consult received: _1-12-05_    Date consult returned: _1-12-05_

Is the inmate competent to participate in the hearing?    (Yes)    No
    If NO, why is the inmate not competent?

    If NO, what treatment will assist the inmate in becoming competent?

Are there mental health issues that may have impacted inmate's behavior at the time of the charge?    Yes    (No)
    If YES, briefly describe the issues:

Are there mental health issues to be considered regarding disposition if the inmate is found guilty?    Yes    (No)
    If YES, briefly describe the issues and possible relation to the disposition:

Does mental health staff want to be present at the disciplinary hearing to provide input?    Yes    (No)
Mental Health Staff Member: _Mike Haynes_    Phone Contact: _132_

**DISCIPLINARY HEARING:**

Does the inmate appear to be competent to participate in the hearing?    Yes    No
Have the mental health recommendations been considered?    Yes    No

Hearing Officer:_____    Date:_____

| Inmate Name | AIS # |
|---|---|
|  |  |

ALDOC Form 466-01

5 of 5

AR 466 – December 11, 2001

Duff was reviewed in the staff meeting and interviewed by me in my office. His thinking was clear. He would like Dr. Lancaster to attend the hearing with him. Dr. Lancaster has no knowledge of the incident and thinks Duff should face charges. S can go to disciplinary court.

File    LPerry    Log MHM    _Mike Haynes_ LPC