# MENTAL HEALTH OBSERVATION FORM

Inmate Name __Dull, Antonio__    Ais# __186551__    Date/Time Initialed _____

| Date | Time | Observer | Comments |
|------|------|----------|----------|
| 12/06/04 | 1000 | W. Thomas RN | P-Released back to Seg. per Dr. Sanders. — W. Thomas |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

Mental Health Observation Form

# MENTAL HEALTH OBSERVATION FORM

Inmate Name _Duff Antonio_  Ais# _186551_  Date/Time Initialed _____

| Date | Time | Observer | Comments |
|------|------|----------|----------|
| 12/05/04 | 11:45 | G. Thomas LPN | S- Quiet<br>O- Placed in cell #7. Suicide vest intact lying on mattress on floor. No acute distress noted.<br>A- A.M.S.<br>P- Will continue suicide watch. _G Thomas LPN_ |
| 12/05/04 | 1500 | G. Thomas LPN | S- Quiet<br>O- Standing in cell door window looking no distress noted. Voiced no pain or discomforts.<br>A- A.M.S.<br>P- Suicide watch will continue. |
| 12/05/04 | 2100 | Christine LPN | S- "Okay."<br>O- Inmate standing at the door of his cell on rounds. Alert and Oriented x3. Able to make need known. Resp. reg. and unlabored. No distress noted.<br>A- Altered Mental status<br>P- Will continue to observe on suicide watch q15 minutes. |
| 12/06/04 | 0200 | M. Ennew | S- 0<br>O- Ambien on floor, resp even + unlabored<br>A- AMS<br>P- Will cont. suicide watch |
| | 0630 | | S- none<br>O- Pt. at head in cell on knees next to door. Quick + alert responds to verbal stimuli by look, no direction. Nurse. No verbal response given.<br>A- AMS<br>P- Continue c M/H/W. DR. Song aware s/p note. _M Ennew_ |

Mental Health Observation Form

## ALABAMA DEPARTMENT OF CORRECTIONS
## MENTAL HEALTH UNIT (RTU/SU): INITIAL NURSING ASSESSMENT

### Educational Assessment

Highest Grade Completed:_____ ☐ Regular Classes  ☐ Special Education
☐ Able to Read  ☐ Able to Write  ☐ Able to Communicate  ☐ Able to Understand Current Diagnosis
☐ Unable to Read  ☐ Unable to Write  ☐ Unable to Communicate  ☐ Unable to Understand Current Diagnosis

### Mental Status

**Age:** ☑ Appears Stated Age    ☐ Appears Younger    ☐ Appears Older

**Dress/Grooming:**    ☐ Appropriate  ☑ Marginal  ☐ Disheveled  ☐ Bizarre

**Posture:**  ☐ Unremarkable  ☐ Rigid  ☐ Stooped

**Facial:**  ☑ Unremarkable  ☐ Hostile  ☐ Worried  ☐ Tearful  ☐ Sad

**Eyes:**  ☐ Unremarkable  ☐ Glances Furtively  ☐ Stares  ☐ Poor Eye Contact

**Motor Activity:** ☐ Increased  ☑ Decreased  ☐ Gait Unsteady  ☐ Gait Rigid  ☐ Gait Slow
    ☐ Agitation  ☐ Tremors  ☐ Tics

**General Attitude/Behavior:** ☐ Spontaneous  ☐ Preoccupied  ☐ Suspicious  ☐ Argumentative
    ☐ Self-Destructive  ☐ Withdrawn  ☐ Regressed  ☐ Seductive  ☐ Hostile

**Mood / Affect:**  ☑ Flat  ☐ Depressed  ☐ Euphoric  ☐ Apathetic  ☐ Fearful  ☐ Labile
    ☐ Blunt  ☐ Inappropriate  ☐ Constricted

**Speech / Communication:**  ☑ Normal  ☐ Aphasia  ☐ Slurred  ☐ Rapid  ☐ Mute
☐ Flight of Ideas  ☐ Confabulation  ☐ Muttering  ☐ Tangential  ☐ Loose Associations  ☐ Over Productive

**Thought Content:**  ☐ Suicidal Thoughts/Plans  ☐ Homicidal Thoughts/Plan  ☐ Antisocial Attitudes
☐ Phobias  ☑ Indecisiveness  ☐ Self-Derogatory  ☐ Excessive Religion  ☐ Bizarre  ☐ Self-Pity
☐ Assaultive Ideas  ☐ Hypochondriasis  ☐ Alienation  ☐ Obsessive  ☐ Blames Others  ☐ Suspiciousness
☐ Helplessness  ☐ Inadequacy  ☐ Poverty of Content  ☐ Ideas of Guilt  ☐ No Deficit Identified

**Abstract Thinking:**  ☐ Unimpaired  ☐ Concrete  *impaired*

**Delusions:**  ☐ None  ☐ Persecution  ☐ Systematized  ☐ Somatic  ☐ Other_____

**Hallucinations:**  ☐ None  ☐ Auditory  ☑ Visual  ☐ Olfactory  ☐ Tactile

**Memory:**  ☐ Grossly Intact  ☐ Inability to Concentrate  ☐ Poor Recent Memory  ☐ Poor Remote Memory

**Insight / Judgment:**  ☐ Unimpaired  ☑ Poor Judgment  ☐ Poor Insight

    ☐ Does not know reason for transfer to RTU/SU  ☐ Unmotivated for Treatment
Assessment Completed by:_____ *a. Thomas LPN*  Date: *12/15/04*

    ☐  ADDITIONAL COMMENTS IN ADMISSION PROGRESS NOTES

Page 2 of 2

| Inmate Name *Duff Antonio* | AIS # *186551* |

# Monthly Activities

Date: *12-8-04*

IM Name: *Antonio Huff*    AIS#: *186551*

Was offered the following recreational activities during the month of:

Western, Reality Orientation, Music Therapy, Expressive Art,

Creative Writing, Movies, S.A.S. Group, ADL, Depression, Choir,

Understanding Your Treatment Plans, Grief, World News, Reading,

Primary Social Skills, Social Skills, Effective Communication,

Gospel/80's, Open Recreation, Mental Stimulation, Bingo,

His level of participation was generally *active/marginal/reluctant/resistant/refused to participate* in the previously mentioned group(s). This is *consistent/inconsistent* with his use of recreational services to date. Affect was generally *angry/hostile/animated/blunt/euthymic/flat/inappropriate/ neutral/sad*. Mood appeared *angry/sad/neutral/euthymic/depressed/surly/belligerent/indifferent*. Hygiene was *good/WNL/poor*. IM was generally *on time/late*. General appearance was *Neat/WNL/Disheveled/Shabby*. Speech was generally *clear/mumbling/slurred/unintelligible*. Interpersonal interactions were generally *relevant/irrelevant/insightful/superficial/confrontational/ Indifferent/no interaction*.

Comments:_____

_____

_____

_____

Therapeutic services will continue to be offered on a regular basis. His level of participation *will be/has been* communicated to his treatment team.

_____
Signature

## ALABAMA DEPARTMENT OF CORRECTIONS
## MENTAL HEALTH SERVICES
### MENTAL HEALTH CONSULTATION TO DISCIPLINARY PROCESS

Inmate Name: _Antonio Duff_          AIS#: _B/18655/_

Institution: _Bullock Co_      Date of Disciplinary Report: _12-01-04_

#57  Insubordination

Is the inmate currently on the mental health caseload?          (Yes)    No

     If Yes, referred for mental health evaluation/consultation on: _____

**HEARING OFFICER:**

Hearing officer must refer the inmate for mental health consultation if the inmate appears unable to understand what the charge is and what might happen as a result of the charge or the inmate appears unable to actively participate in the hearing as suggested by the following:

*Does the inmate know where he is?*     *Does the inmate know what date it is?*     *Does inmate know why he is seeing hearing officer?*
*Is the inmate appropriately dressed?*     *Is inmate able to speak coherently?*     *Does the inmate avoid eye contact?*
*Does the inmate make sense?*     *Are the inmate's statements logical and organized or unusual?*

Should the inmate be referred for mental health evaluation of competency?     Yes     No
    If Yes, referred for mental health evaluation/consultation on: _____

**MENTAL HEALTH STAFF:**

Date request for consult received: _12-8-04_          Date consult returned: _12-8-04_

Is the inmate competent to participate in the hearing?          (Yes)    No
    If NO, why is the inmate not competent?

    If NO, what treatment will assist the inmate in becoming competent?

Are there mental health issues that may have impacted inmate's behavior at the time of the charge?     Yes     (No)
    If YES, briefly describe the issues:

Are there mental health issues to be considered regarding disposition if the inmate is found guilty?     Yes     (No)
    If YES, briefly describe the issues and possible relation to the disposition:

Does mental health staff want to be present at the disciplinary hearing to provide input?     Yes     (No)

Mental Health Staff Member: _Mike Hayms_          Phone Contact: _02_

**DISCIPLINARY HEARING:**

Does the inmate appear to be competent to participate in the hearing?     Yes     No
Have the mental health recommendations been considered?     Yes     No

Hearing Officer: _____          Date: _____

| Inmate Name | AIS # |
|---|---|
|  |  |

ALDOC Form 466-01

AR 466 – December 11, 2001

S was reviewed by the mental health staff. He can go to disciplinary court. file it Perry Logi mHom     Mike Hayms

## INTERDISCIPLINARY PROGRESS NOTES

| DATE | TIME | NOTES | SIGNATURE |
|------|------|-------|-----------|
| | 12/6/04 | S) Pt c/o a suicide | |
| | | O) He is not suicidal or serious mentally ill | |
| | | A) He is a manipulative ASPD | |
| | | P) Seal lock & Sp | MHM Correctional Services Dr. Bill Sanders |
| | 12-7-04 | S) Patient seen in sess't. and he denies suicide | |
| | | O) Patient will begin fine again in sess't all finished fine | |
| | | A) Pt. MDD | |
| | | P) will continue to follow — Dr ECC | |
| 12/13/04 | | Mental Health Disciplinary Note — Terry/Mike Haynes | |
| 1/12/05 | 2200 | S- "I am feeling better" | |
| | | O - Inmate has been ill and is now feeling better. He is not suicide. Denies hearing any voices. | |
| | | A - clinically stable. | |
| | | P - will continue present plan of treatment — Ernestine Tyson LPN | |
| 1.14.05 | | S) Patient says he's better today "feels good". My chart had been lost for a month. They say they've now found it." | |
| | | O) Review ① S/S of depression much better - Not as worried about medical issues ② Mood swings have subsided | |
| | | A) Stable, compliant | |
| | | P) will continue to follow — Dr ECC | |

| Patient's Name, (Last, First, Middle) | AIS# | Age | R/S | Facility |
|---|---|---|---|---|
| Buff, Antoni | 186551 | | B/c | BCC |

F-61

## IN  RDISCIPLINARY PROGRESS N  S

| DATE | TIME | NOTES | SIGNATURE |
|---|---|---|---|
| 10/18 /2004 | | Activity Therapist Beginning Note: Inmate _Antonio Duff_ AIS# _186551_ has enrolled in Creative Writing Group.  Creative Writing group is a four week threapeutic group that allows the inmate the opportunity to express thoughts and emotions through written work on a given topic.  Upon completion a certificate of excellence will be given. | _S. Arnold_ AT |
| 11/18/04 | 1330 | (3) Pt reports depression ((+) loss of interest / pleasure nightmares, poor sleep, ↓ appetite, + irritability )  pt brought to PSI OHT.  Reports waking fr nightmares → p̄ writing a self. Denies hx bedwetting Denies HAs, weakness or other neuro s/s.  Pt Lancaster reports frequent depressed affect.  O Polite, depressed  A MDD vs depression NOS  P Add prozac, my next ↑ dose F/U in 3 wk | _M. Burns_ |
| pt brought to office per Dr Lancaster | | | |
| 12/04/04 | 1220 | S- "I'm still having nightmares et it feels like the walls are closing in on me."  O- Inmate in seg. Alert et relaxed c̄ present. Continue to c/o of the above statements.  A- AMS  P- Scheduled to see Mrs Webb 12/06/04. | _R. French_ |

| Patient's Name, (Last, First, Middle) | AIS# | Age | R/S | Facility |
|---|---|---|---|---|
| Duff, Antonio | 186551 | | B/M | BCCF |

F-61

# Monthly Activities

Date: _11/18/04_

IM Name: _Antonio Duff_    AIS#: _186551_

Was offered the following recreational activities during the month of: _November 04_

Western, Reality Orientation, Music Therapy, Expressive Art,

Creative Writing, Movies, S.A.S. Group, ADL, Depression, Choir,

Understanding Your Treatment Plans, Grief, World News, Reading,

Primary Social Skills, Social Skills, Effective Communication,

Gospel/80's, Open Recreation, Mental Stimulation, Bingo,

His level of participation was generally *active/marginal/reluctant/resistant/refused to participate* in the previously mentioned group(s). This is *consistent/inconsistent* with his use of recreational services to date. Affect was generally *angry/hostile/animated/blunt/euthymic/flat/inappropriate/ neutral/sad*. Mood appeared *angry/sad/neutral/euthymic/depressed/surly/belligerent/indifferent*. Hygiene was *good/WNL/poor*. IM was generally *on time/late*. General appearance was *Neat/WNL/Disheveled/Shabby*. Speech was generally *clear/mumbling/slurred/unintelligible*. Interpersonal interactions were generally *relevant/irrelevant/insightful/superficial/confrontational/ Indifferent/no interaction*.

Comments:_____

_____

_____

_____

Therapeutic services will continue to be offered on a regular basis. His level of participation *will be/has been* communicated to his treatment team.

_____
Signature

# Monthly Activities

Date: _10 14 04_

IM Name: _Antnee Plugg_     AIS#: _186551_

Was offered the following recreational activities during the month of:

Western, Reality Orientation, Music Therapy, Expressive Art,

Creative Writing, Movies, S.A.S. Group, ADL, Depression, Choir,

Understanding Your Treatment Plans, Grief, World News, Reading,

Primary Social Skills, Social Skills, Effective Communication,

Gospel/80's, Open Recreation, Mental Stimulation, Bingo,

His level of participation was generally *active/marginal/reluctant/resistant/refused to participate* in the previously mentioned group(s). This is *consistent/inconsistent* with his use of recreational services to date. Affect was generally *angry/hostile/animated/blunt/euthymic/flat/inappropriate/ neutral/sad*. Mood appeared *angry/sad/neutral/euthymic/depressed/surly/belligerent/indifferent*. Hygiene was *good/WNL/poor*. IM was generally *on time/late*. General appearance was *Neat/WNL/Disheveled/Shabby*. Speech was generally *clear/mumbling/slurred/unintelligible*. Interpersonal interactions were generally *relevant/irrelevant/insightful/superficial/confrontational/ Indifferent/no interaction*.

Comments:_____

_____

_____

_____

Therapeutic services will continue to be offered on a regular basis. His level of participation *will be/has been* communicated to his treatment team.

_____
Signature

# Monthly Activities

Date: *9·22·04*

IM Name: *Antonio Huff*     AIS#: *186551*

Was offered the following recreational activities during the month of:

Western, Reality Orientation, Music Therapy, Expressive Art,

Creative Writing, Movies, S.A.S. Group, ADL, Depression, Choir,

Understanding Your Treatment Plans, Grief, World News, Reading,

Primary Social Skills, Social Skills, Effective Communication,

Gospel/80's, Open Recreation, Mental Stimulation, Bingo,

His level of participation was generally *active/marginal/reluctant/resistant/refused to participate* in the previously mentioned group(s). This is *consistent/inconsistent* with his use of recreational services to date. Affect was generally *angry/hostile/animated/blunt/euthymic/flat/inappropriate/ neutral/sad*. Mood appeared *angry/sad/neutral/euthymic/depressed/surly/belligerent/indifferent*. Hygiene was *good/WNL/poor*. IM was generally *on time/late*. General appearance was *Neat/WNL/Disheveled/Shabby*. Speech was generally *clear/mumbling/slurred/unintelligible*. Interpersonal interactions were generally *relevant/irrelevant/insightful/superficial/confrontational/ Indifferent/no interaction*.

Comments: _____

_____

_____

_____

Therapeutic services will continue to be offered on a regular basis. His level of participation *will be/has been* communicated to his treatment team.

_____
Signature

INT   DISCIPLINARY PROGRESS NO___

| DATE | TIME | NOTES | SIGNATURE |
|---|---|---|---|
| 8/27/04 | | S: Im stated "I can't sleep since I came back from seg", "I like seg because I get to be by myself and I can think", "I feel comfortable in RTU" | |
| | | O: Stable, polite, talkative, very relaxed, open | |
| | | A: Mood disorder | |
| | | P: Send to treatment team for eval. for general pop. | N. Shuford MHP |
| 9/24/04 | TX Review Ind. Couns. | S) Im says his depressed because he is having stomach problems + the doctor told him he may have intestinal problems he has not been eating because it hurts his stomach | |
| | | O) Im seems stable but he is sad and frustrated about his condition | |
| | | A) Mood disorder, depression | |
| | | P) refer Im to doctor for more info on condition. Monitor Im weekly - supportive counseling - | N. Shuford MHP |

| Patient's Name, (Last, First, Middle) | AIS# | Age | R/S | Facility |
|---|---|---|---|---|
| Duff, Antonio | 186551 | | | BCCF |

F-61

## ALABAMA DEPARTMENT OF CORRECTIONS
### MENTAL HEALTH SERVICES

### PSYCHOTROPIC MEDICATION REPORT

INMATE NAME: _Duff, Antonio_

AIS #: _18658 1_                    LOCATION: _BCCF_

## PSYCHOTROPIC MEDICATION(S) PRESCRIBED:

| Medication | Dosage | Frequency | Stop Date |
|---|---|---|---|
| Prozac | 20 mg a | 0\ | |
| Wellbutrin | 100 mg | 0\ — 4m | |

**PROBLEM REPORTED:**
Side effects: _____ Medication-Related Problem: _____ Non-Compliance: _✓_
Explanation:

_Non - compliant to prozac, Wellbutrin_

Reported by: _Thomas, Annie LPN_        Date: _07/27/04_

**MENTAL HEALTH NURSE FOLLOW-UP:**

_Counselled._

Follow-Up by: _Herbert R Williamson_        Date: _07/27/04_

**PSYCHIATRIC REVIEW/PLAN:**

Follow-Up by: _[signature]_        Date:

| Inmate Name | AIS # |
|---|---|
| _Duff, Antonio_ | _18655 1_ |

DOC Form #458-01

AR 458 – August 30, 2001

DATE: 7/29/14

## SEGREGATION CONTACT SHEET

PATIENT: Duff, Antonio                AIS#: 186551

REASON FOR SEGREGATION: Indecent Exposure – Exhibitionism

COMMENTS: Im reports "I'm okay. Nothings changed since yesterday". MHP explained process of treatment team and will share outcome ā Im next week. No other problems discussed.

B Fell ms

Eddie Lancaster, Gn.D

DATE: 7/28/4

## SEGREGATION CONTACT SHEET

PATIENT: Duff, Antonio                    AIS#: 186551

REASON FOR SEGREGATION: Indecent Exposure -
Exhibitionism -

COMMENTS: Seen during Seg Rounds Im
indicated interest in outcome
of treatment team meeting. Reports
no mental health issues today. No
SI/HI - Limited treatment compliance -
mildly depressed mood/blunted
affect -

Im to remain in Seg @ present
and will be followed by MHM
staff -

B. Fell MS

Eddie Lancaster, Ph D

## ALABAMA DEPARTMENT OF CORRECTIONS
### MENTAL HEALTH SERVICES

### PSYCHOTROPIC MEDICATION REPORT

INMATE NAME: _Duff, Antonio_

AIS #: _18561_    LOCATION: _BC CF_

## PSYCHOTROPIC MEDICATION(S) PRESCRIBED:

| Medication | Dosage | Frequency | Stop Date ___ |
|---|---|---|---|
| Wellbutrin | 100mp | 8 ))e-5P | |

**PROBLEM REPORTED:**
Side effects:_____ Medication-Related Problem:_____ Non-Compliance: _____/_
Explanation:

_Non compliant c̄ Rx Wellutrn X 6 times ._

Reported by: _Thomas, Annie._    Date: _09/15/04_

**MENTAL HEALTH NURSE FOLLOW-UP:**

_Counseled._

Follow-Up by: _Robert R. Williams rn_    Date: _08/16/04_

**PSYCHIATRIC REVIEW/PLAN:**

Follow-Up by: _____    Date: _____

| Inmate Name | AIS # |
|---|---|
| _Duff, Antonio_ | _18561_ |

DOC Form #458-01

AR 458 – August 30, 2001

# Monthly Activities

Date: _8·9·04_

IM Name: _Antonio Cluff_    AIS#: _186551_

Was offered the following recreational activities during the month of:

Western, Reality Orientation, Music Therapy, Expressive Art,

Creative Writing, Movies, S.A.S. Group, ADL, Depression, Choir,

Understanding Your Treatment Plans, Grief, World News, Reading,

Primary Social Skills, Social Skills, Effective Communication,

Gospel/80's, Open Recreation, Mental Stimulation, Bingo,

His level of participation was generally *active/marginal/reluctant/resistant/refused to participate* in the previously mentioned group(s)  This is *consistent/inconsistent* with his use of recreational services to date  Affect was generally *angry/hostile/animated/blunt/euthymic/flat/inappropriate/ neutral/sad.* Mood appeared *angry/sad/neutral/euthymic/depressed/surly/belligerent/indifferent.* Hygiene was *good/WNL/poor.*  IM was generally *on time/late.*  General appearance was *Neat/WNL/Disheveled/Shabby.*  Speech was generally *clear/mumbling/slurred/unintelligible.* Interpersonal interactions were generally *relevant/irrelevant/insightful/superficial/confrontational/ Indifferent/no interaction.*

Comments: _Inmate Cluff, is in segregation._
_We will continue to offer mental Stim-_
_ulation work sheet on a regular basis_

Therapeutic services will continue to be offered on a regular basis.  His level of participation *will be/has been* communicated to his treatment team

_[signature]_
Signature

## PSYCHOLOGICAL INTERVIEW / DATA ENTRY FORM

Name: _____  AIS #: _____ R/S _____

Date: _____ DOB: ███████████ / ████████ AGE: _____

Beta II _____ WAIS _____ / _____  WRAT-RL _____  Last School
Grade Completed _____

MMPI Welsh _____  Megargee _____
Code                                  Type

### General Appearance

_____ a.  Neat and generally appropriate          _____ c.  Flat or avoiding interaction

_____ b.  Poorly groomed                          _____ d.  Sad or worried

_____ e.  Other _____

_____

_____

**I.  Interpersonal Functioning**

_____ a.  Normal–good relationships likely        _____ d.  Lacks skill or confidence

_____ b.  Withdrawn / apparent loner              _____ e.  Probably difficult to get along with

_____ c.  Likely to ignore rights / needs         * Other (Specify) _____ 1. _____ 2.

_____ 3. _____ 4. _____ 5. _____ 6.  (See Copy) _____

_____

**II.  Personality**

_____ a.  Healthy                                 _____ d.  Explosive

_____ b.  Antisocial                              _____ e.  Dependent

_____ c.  Paranoid                                _____ f.  Passive–Aggressive

Other (Specify): _____ 1. Schizoid _____ 2. Schizotypal _____ 3. Histrionic _____ 4. Narcissistic

_____ 5. Borderline _____ 6. Avoidant _____ 7. Compulsive _____ 8. Atypical/mixed

_____ 9. See Copy (Write in your wording) _____

_____

**III.  Substance Abuse**

_____ a.  Alcohol addiction / abuse history _____

_____

_____ b.  Drug addiction / abuse history _____

_____

_____

I-259

White to Central Records File
Yellow to Institutional File
Pink to Hospital Records

*See manual for selections and numbers for "other"

Psychological Interview / Data Entry Form
Page Two

_____ c.  Current Use _____

_____

_____

_____ d.  Current addiction _____

_____

_____

* Other  _____ 1. _____ 2. _____ 3. _____ 4. _____ 5. _____ 6. _____ 7. _____ 8.
_____ 9.  (See Copy) _____

_____

IV.    Emotional Status

_____ a.  No significant problems

_____ b.  Depressed _____

_____

_____ c.  Anxious or stressful _____

_____

_____ d.  Angry or resentful _____

_____

_____ e.  Confusion or psychotic symptoms _____

_____

_____

_____ f.  Mood disturbances _____

_____

_____ g.  Sexual maladjustment _____

_____

_____ h.  Paranoid ideation _____

_____

_____ i.  Sleep / appetite disorder _____

_____

* Other  _____ 1. _____ 2. _____ 3. _____ 4. _____ 5. _____ 6. _____ 7. _____ 8.
_____ 9.  (See Copy) _____

_____

_____

V.    Mental Deficiency

_____ a.  Mild                          _____ d.  Borderline
_____ b.  Moderate                      _____ e.  Organic impairment suspected
_____ c.  Severe                        _____ f.  Memory deficit
Remarks: _____

_____

*See manual for selections and numbers for "other"

Psychological Interview / Data Entry Form
Page Three

VI.    Management Problems          Ideation _____

_____ a.   Suicide Potential       Plans _____

                                   History of attempts / gestures _____

                                   _____

_____ b.   Serious mental history (specify) _____

                                   _____

_____ c.   Impulsive / acting-out behaviors predicted _____

_____ d.   Authority conflict _____

_____ e.   Manipulative / untrustworthy _____

_____ f.   Easily victimized _____

_____ g.   Escape potential _____

_____ h.   Assaultivenes _____

* Other _____ 1. _____ 2. _____ 3. _____ 4. _____ 5. _____ 6. _____ 7. _____ 8. _____ 9. (See Copy)

_____

VII.   Educational Needs
       _____ a. ABE      _____ b.  Special Education      _____ c.  Trade School      _____ d.  Jr. College
VIII.  Mental Health Needs                        Date referred   Month _____    Year _____
       _____ A.  Refer to psychiatric service      _____ C.  Depression          _____ K.  Personal Development
       _____ B.  Substance abuse counseling        _____ E.  Sexual adjustment
       _____ D.  Stress management                 _____ G.  Anger induced acting out
       _____ F.  Reality therapy                   _____ I.  Self-concept enhancement
       _____ H.  Values clarification              _____ J.  Healthy use of leisure
       RECOMMENDATIONS / REMARKS: _____

       _____

       _____

       _____ Signature _____    _____ Date _____

manual (pages 23-25) for selections for "other" Give number and wording of selection



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# SPECIAL NEEDS COMMUNICATION FORM

**Date:** 4-5-05

**To:** Inmate

**From:** Medical

**Inmate Name:** Duff, Antonio     **ID#:** 186551

**The following action is recommended for medical reasons:**

1. House in _Lay-in X 10 days. Expire: 4-15-05_

2. Medical Isolation _____

3. Work restrictions _____

4. May have extra _____ until _____

5. Other _____

**Comments:**

_____

_____

_____

_____

**Date:** 4/5/05   **MD Signature:** Dr Siddig /Gghan,CP   **Time:** 2000



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

Attachment E, IMPP 10-127
Effective 3-22-91

### DEPARTMENT OF CORRECTIONS

## REFUSAL TO SUBMIT TO TREATMENT

Date: ___3/22/05___                Time: ___2/05___ ~~A.M.~~ (P.M.)

I have been advised by Medical Staff ___C. Eubanks RN___

that it is necessary for me to undergo the following treatment:

___O₂ Sat pulse ox.___
(Describe Operation Or Treatment)

The effect and nature of this treatment have been explained to me.

Although my failure to follow the advice I have received may seriously imperil my life or health, I

nevertheless refuse to submit to the recommended treatment. I assume the risks and consequences

involved and release the above named Medical Personnel, the ___Bullock Prison___
(Name of Facility)

and its agents and employees from any liability.

Inmate: _____     Date: _____

Witness: _C. Eubanks RN_               Date: _3/22/05_

Witness: _Patricia Robles_             Date: _3/22/05_

_Inmate refused to sign._
_Marq Gayler_

**DOC # 010-127-004** _Jerell K. Olin co1_

| INMATE NAME (LAST, FIRST, MIDDLE) | DOC# | DOB | R/S | FAC |
|---|---|---|---|---|
| _Duffy  Antonio_ | _186551_ | | _B/m_ | _Bullock_ |

PHS-MD-70032                                          DOC # 010-127-004



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# SPECIAL NEEDS COMMUNICATION FORM

**Date:** 3-31-05

**To:** DOC    BCCF

**From:** HCU

**Inmate Name:** Duff Antonio          **ID#:** 186551

The following action is recommended for medical reasons:

1. House in _____
2. Medical Isolation _____
3. Work restrictions _____
4. May have extra _____ until _____
5. Other _____

**Comments:**

① Breathing treatment PRN X 30 days

_____

_____

_____

**Date:** 3-31-05   **MD Signature:** Sid Dig/B Stuckey LPN   **Time:** 0800pm

60418



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# SPECIAL NEEDS COMMUNICATION FORM

**Date:** 2-18-05

**To:** Inmate

**From:** Infirmary

**Inmate Name:** Duff Antonio          **ID#:** 186551

**The following action is recommended for medical reasons:**

1. House in _____

2. Medical Isolation _____

3. Work restrictions _____

4. May have extra _____ until _____

5. Other _____

**Comments:**

1. Dahieth Double mattress X 1 month.

2. Lay in X 20 days.

**Date:** 2-18-05    **MD Signature:** Sirliq / Kmee    **Time:** 0900

60418



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# SPECIAL NEEDS COMMUNICATION FORM

**Date:** _2-5-05_

**To:** _____

**From:** _Medical_

**Inmate Name:** _Duff Antonio_      **ID#:** _186551_

**The following action is recommended for medical reasons:**

1. House in _____

2. Medical Isolation _____

3. Work restrictions _____

4. May have extra _____ until _____

5. Other _____

**Comments:**

_Inmate has Metamucil Tid X 6 Months_

_Order Stop 4-4-05_

**Date:** _2-5-05_ **MD Signature:** _Dr Siddley /m Griba_   **Time:** _09N_

60418



**PHS**

PRISON
HEALTH
SERVICES
INCORPORATED

# SPECIAL NEEDS COMMUNICATION FORM

**Date:** _02/04/05_

**To:** _Inmate._

**From:** _Infirmary_

**Inmate Name:** _Antonio Duff_      **ID#:** _186551_

**The following action is recommended for medical reasons:**

1.  House in _____

2.  Medical Isolation _____

3.  Work restrictions _____

4.  May have extra _____ until _____

5.  Other _____

**Comments:**

_Mr. Duff,_

_You need to come to pill call to get_

_your Mitamucil. It is not a KOP med._

_____

**Date:** _02/04/05_  **MD Signature:** _Dr. Siddiq / D. Robinson RN_  **Time:** _18:25_

60418

## PRISON HEALTH SERVICES
## SEGREGATION LOG

Name: DUFF Antonio     AIS _____     DOB 126551 / _____     UNIT Seg     YEAR 2004

| MONTH | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| JANUARY | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| FEBRUARY | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| MARCH | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| APRIL | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| MAY | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| JUNE | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| JULY | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| AUGUST | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| SEPTEMBER | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| OCTOBER | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| NOVEMBER | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| DECEMBER | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

NURSES SIGN AND INITIAL

KEY:   M – MEDICAL
       D – DENTAL
       P – PSYCHIATRIC
       N/C – NO COMPLAINTS

NC 072



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

### PHYSICIANS' ORDERS

---

NAME: Duff Antonio
186551

D.O.B
ALLERGIES: PCN

Use Last    Date 8/12/05

DIAGNOSIS (If Chg'd)
Milk of Magnesia 2-4 tablespoons
PO followed by glass of water x
3 days.

V/O Brutley / R. Cw

☐ GENERIC SUBSTITUTION IS NOT PERMITTED

---

NAME: Duff, A.
18655
noted!
8/9/05
Khomiom
1315

D.O.B. / /
ALLERGIES:

Use Fourth    Date 8/9/05

DIAGNOSIS (If Chg'd)
① CHNGE CODE TO 1st

V.O. Dr Pilkerton / JKhomio RN

☐ GENERIC SUBSTITUTION IS NOT PERMITTED

---

NAME: Duff Antonio
*186551

D.O
ALLERGIES: PCN

Use Third    Date 7/22/05

DIAGNOSIS (If Chg'd)
① Fleets Enema (Phos Soda) New
② Fiber Lax tabs x ii Po Bid PRN
x 180 days take

Dr Mosley

☐ GENERIC SUBSTITUTION IS NOT PERMITTED

---

NAME: Duff, Antonio
#186551

D.O.B
ALLERGIES: PCN

Use Second    Date 7/22/05

DIAGNOSIS (If Chg'd)
① 1 Bottle Magnesium Citrate PO
New
② Flat & upright of abd.

Dr. Mosley

☐ GENERIC SUBSTITUTION IS NOT PERMITTED

---

NAME: Duff, Antonio
noted
7/19/05

D.O.B. / /
ALLERGIES:

Use First    Date 7/19/05

DIAGNOSIS
① STOP TRIAVIL

☐ GENERIC SUBSTITUTION IS NOT PERMITTED

---

MEDICAL RECORDS COPY

60110 (4/03)

**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

DEPARTMENT OF CORRECTIONS
## TRANSFER & RECEIVING SCREENING FORM

RECEIVED: Inmate/Health Record

Ins ion: **WDCF**

Date: **7/18/05**  Time: **1230**  AM/**PM**

RECEIVED FROM:
Institution/Work Release Center/Free-World Hospital
**Bullock**

RECEIVING MEDICAL STATUS
- [ ] Population
- [ ] Infirmary
- [ ] Isolation

RELEASED: Inmate/Health Record

Institution: **Bullock**

Date: **7/18/05**  Time: **0500**  AM/PM

RELEASE FROM:
- [ ] Infirmary      [ ] Segregation
- [✓] Population      [ ] Mental Health
- [ ] Other

RELEASE TO:
- [✓] DOC   [ ] Infirmary   [ ] Mental Health

Institution/Work Release Center/Free-World Hospital

ALLERGIES:
**PCN**

PHYSICAL EXAMINATION

Date of last exam: _____

Chest X-Ray Date: **1/25/04**  Result: _____

PPD Reading _____

Classification: _____

Limitations: _____

| LAB RESULTS - - LAST REPORT | Date | Normal | Abnormal |
|---|---|---|---|
| CBC | _____ | [ ] | [ ] |
| Urinalysis | _____ | [ ] | [ ] |
| | _____ | [ ] | [ ] |

| | YES | NO |
|---|---|---|
| Wears Glasses/Contacts | [ ] | [ ] |
| Dental Prosthesis | [ ] | [ ] |
| Hearing Aide | [ ] | [ ] |
| Other Prosthesis | [ ] | [ ] |

Recieving Nurse _____

CURRENT OR CHRONIC MEDICAL/DENTAL/MENTAL HEALTH PROBLEMS OR COMPLAINTS

**INH 2003**

CURRENT MEDICATION - - DOSAGE AND FREQUENCY

**Tenormin 50mg ÷ tab daily**
**Trivil 4/50 ÷ po hs**
**Albuterol 4mg ÷ po bid**
**x 90 dʒs**
**Zantac 150mg po Bid**

SCHEDULE FOR CHRONIC CARE CLINIC

ATE: _____     LAST CLINIC: _____

|  | Sent w / inmate | Not sent w / inmate |
|---|---|---|
| MEDICATIONS | [✓] | [ ] |
| X-RAY FILM | [ ] | [ ] |
| HEALTH RECORD | [✓] | [ ] |

Released to: **WDCF**

Date: **7/18/05**  Time: **1230**  AM/PM

|  | Received | Not Received |
|---|---|---|
| MEDICATIONS | [✓] | [ ] |
| X-RAY FILM | [ ] | [ ] |
| HEALTH RECORD | [✓] | [ ] |

CHART REVIEWED  [✓] YES  [ ] NO

Received by: **Amynick LPN**
Signature of Receiving Nurse

Date: **7/18/05**  Time: **1230**  AM/PM

FOLLOW-UP CARE NEEDED      Date      Time      With Whom - - Location (Sending Nurse)      Date/Appt. Made w/Whom (Rec Nurse)
- [ ] Medical   [ ] Dental    **7/18/05**                        **M.H.   Amynick**
- [ ] Mental Health

| HISTORY | Yes | No |
|---|---|---|
| Drug Use | ✓ | |
| Mental Illness | ✓ | |
| Suicide Attempt | ✓ | |
| Chronic Care | | ✓ |

| STATUS | Yes | No |
|---|---|---|
| Special Diet | | ✓ |
| Appearance | | ✓ |

OTHER PERTINENT NURSING ASSESSMENT

NURSING ASSESSMENT (RECEIVING NURSE)
(Noted from inmate assessment)

| SKIN | Yes | No |
|---|---|---|
| Open Sores | | |
| Lice | | |
| Edema | | |
| Warm & Dry | ✓ | |
| Cool & Moist | | |

| CONDITION | | |
|---|---|---|
| Alert | ✓ | |
| Oriented | | |
| Uncooperative | | |
| Depressed | | |

INTAKE

Sick Call Procedures Explained _____

Height _____

Weight _____

Blood Pressure _____

Temperature _____

Pulse Resp _____

Other _____

_____ **ria Roger** _____ RN
Nurse Completing Assessment (Sending Nurse)

**7/18/05**
Date

Signature of Intake Screening Nurse (Receiving Nurse) _____     Date

| NAME (LAST FIRST MIDDLE) | DOC# | DOB | Race/Sex | FAC |
|---|---|---|---|---|
| **H. Antonio** | **186551** | ▓▓▓▓▓ | **B M** | **Bullock** |



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

## PHYSICIANS' ORDERS

---

NAME: Duff, Antonio
AIS# 186 551

D.O.B: ▮▮▮▮
ALLERGIES: PCN

Noted!
*[signature]*
7-18-05
2345

Use Last    Date 7/18/05

DIAGNOSIS (If Chg'd)    Done 7-18-05 @ 2400 *[initials]*
Place in 5-25 crisis cell c̄
suicide precautions. To be evaluated
by MD in AM.
T.O: Dr. Nevels / *[signature]*

☐ GENERIC SUBSTITUTION IS NOT PERMITTED

---

NAME: Duff, Antonio
AIS# 186551

D.O.B: ▮▮▮▮
ALLERGIES: PCN

Noted!
*[signature]*
7-18-05
2345

Use Fourth    Date 7/18/05

DIAGNOSIS (If Chg'd)
Give Prolixin 5mg PO and Pamelor 50mg
PO Now and ℥ hs to replace
Triavil 4/50.
T.O: Dr. Nevels / *[signature]*

☐ GENERIC SUBSTITUTION IS NOT PERMITTED

---

NAME: Duff, Antonio
186551

D.O.B    /    /
ALLERGIES: NKDA

Use Third    Date 7/15/05

DIAGNOSIS (If Chg'd)
D/t Triavil to 4/50 PO *[illegible]*
*[illegible]* Elavil

William Chitwood, MD

☐ GENERIC SUBSTITUTION IS NOT PERMITTED

---

NAME: Duff, Antonio

D.O.B ▮▮▮▮
ALLERGIES:

Use Second    Date 7/11/05

DIAGNOSIS (If Chg'd)
*[illegible] Remove from Suicide watch*

☐ GENERIC SUBSTITUTION IS NOT PERMITTED

---

NAME: Duff, Antonio
# 186551

D.O.B    /    /
ALLERGIES: none

Use First    Date 7/09/05

DIAGNOSIS
Albuterol 4mg tab ī po Bid
Atenolol 50mg ī po q day    x 90 days

☐ GENERIC SUBSTITUTION IS NOT PERMITTED

---

60110 (4/03)



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

## PHYSICIANS' ORDERS

| NAME: | DIAGNOSIS (If Chg'd) |
|---|---|
| | |
| D.O.B    /    / | |
| ALLERGIES: | |
| Use Last    Date    /    / | ☐ GENERIC SUBSTITUTION IS <u>NOT</u> PERMITTED |

| NAME: Duff, Antonio 186551 | DIAGNOSIS (If Chg'd) |
|---|---|
| | ① Suicide watch in "seg" ∓ NO belongs |
| D.O.B. ▮▮▮▮ | ② if no attempt or suicide ident. ∓ |
| ALLERGIES: PCN | re-eval here "smock only" p̄ 24 hrs |
| Noted DonlAR 7/8/05 | Robert G. Whatley, CRNP |
| Use Fourth    Date 7/8/05 | ☐ GENERIC SUBSTITUTION IS <u>NOT</u> PERMITTED |

| NAME: Duff Antonio | DIAGNOSIS (If Chg'd) |
|---|---|
| | Haldol 5 mg IM x 1 |
| D.O.B ▮▮▮▮ | /O Dr. Rivers /C. Rippen |
| ALLERGIES: PCN | |
| Noted R. Rippen RN 7-1-05 | |
| Use Third    Date 7/1/05 | ☐ GENERIC SUBSTITUTION IS <u>NOT</u> PERMITTED |

| NAME: Duff, Antonio 186557 | DIAGNOSIS (If Chg'd) |
|---|---|
| | ① Travil 2/25 ∓ Ponstan 906 |
| D.O.B ▮▮▮▮ | William Chitwood, MD |
| ALLERGIES: PCN | |
| Noted 6/23/05 S. Anders | |
| Use Second    Date 6/23/05 | ☐ GENERIC SUBSTITUTION IS <u>NOT</u> PERMITTED |

| NAME: Duff Antonio 186551C | DIAGNOSIS |
|---|---|
| | Zantac 150 PO bid x 90 D |
| D.O.B ▮▮▮▮ | ① Tylenol 650 PO ᵀⁱᵈ x 100 PRN |
| ALLERGIES: PCN 6/21/05 | |
| Use First    Date    /    / | ☐ GENERIC SUBSTITUTION IS <u>NOT</u> PERMITTED |

MEDICAL RECORDS COPY

;110 (4/00)



PHS

PRISON
HEALTH
SERVICES
INCORPORATED

# PROGRESS NOTES

| Date/Time | Inmate's Name: D.O.B.: / / |
|---|---|
| 5/31/0[illegible] | S) Go Campbell & Russell PC |
| | O) Thoroughly investigated for GERD [illegible] |
| | EGD was done to [illegible] |
| | [illegible] |
| | A/P) Campbell & Russell PC |
| | Will do Acid test, see surgeon |
| | [signature] |
| 6/21/05 | S) Med Zantac Prevacid |
| | O) Hx of med Gastritis |
| | no vomiting |
| | no bleeding |
| | normal EGD & [illegible] |
| | [illegible] |
| | A/P Gastritis |
| | will give Zantac 150 Bid [signature] |



**PRISON**
**HEALTH**
**SERVICES**
INCORPORATED

## PROGRESS NOTES

| Date/Time | Inmate's Name: | D.O.B.:  /  / |
|---|---|---|

*[Handwritten progress notes - illegible]*



**PRISON HEALTH SERVICES INCORPORATED**

*Antonio. Daff*

## PROGRESS NOTES

| Date/Time | Inmate's Name: | D.O.B.: / / |
|---|---|---|

1/18/04   S *Still have back pr. still passing*
*Blood c stool + vomiting*

D) *Hr of chest symptom x smell*
*CT sc of Abd up*
*ECG, now* ( 80
*Been seen up*
*all Blood Suck; m*

A *Dyspepsia / Constipation*

P *will curl a lab, Prilon &*
*pictantc Maalox.*

3/10/0   S *Smelling for COL*

D) *NPSm*
*eus m*
*up al*
*Ando*
*Eme*
*will sml move / x 70*



**PHS**

PRISON
HEALTH
SERVICES
INCORPORATED

*Antonio Duff*

## PROGRESS NOTES

| Date/Time | Inmate's Name: | D.O.B.: | √ | / |
|-----------|----------------|---------|---|---|

11/13/04
8v

S/ c̄/o ʰ̄ʸ constipated, less appetite

O nk8ⁿO
Audo soft s̄/)ⁿ NT ND
Heart PR
Ext - ul
Abdom - s8ⁿ NT · ND
Pt has had Barium Enema
EGD, and, ct8ⁿ all normal

A Constipation
P will cont continue on metamucil and,
colace tor, and need to ↑ fluid

11/12/05
8v

S/ Better had Pneumo _____ Smij

2/1/05

S Care for GI Consult

O Abd soft (ah) 8ⁿ n-al

Ap will Plus c̄ PPI which he's
already on _____ Smij



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# EMERGENCY

| ADMISSION DATE 7-12-05 | 1308 TIME | AM/PM | ORIGINATING FACILITY WDCF | | | ☐ SICK CALL ☑ EMERGENCY |
|---|---|---|---|---|---|---|
| | | | ☐ SIR ☐ PDL ☐ ESCAPEE ☐ | | | ☐ OUTPATIENT |

| ALLERGIES PCN | CONDITION ON ADMISSION ☑ GOOD ☐ FAIR ☐ POOR ☐ SHOCK ☐ HEMORRHAGE ☐ COMA |
|---|---|

| VITAL SIGNS: TEMP 98.6 | ORAL/RECTAL | RESP 18 | PULSE 80 | B/P 132/80 | RECHECK IF SYSTOLIC <100> 50 |
|---|---|---|---|---|---|

| NATURE OF INJURY OR ILLNESS | ABRASION /// | CONTUSION # | BURN xx/xx | FRACTURE Z/Z | LACERATION / _____ SUTURES |
|---|---|---|---|---|---|

Ⓢ "I haven't Urinated ± since early yest. Morning & I haven't had a Bowel Movement since Today. The Nurse gave me some MOM Yesterday but It didn't work & I suposed To have Stomic Cancer. Dr. Montgomery Told me that @ Bullock. I been Drinking alot of Water

PHYSICAL EXAMINATION

Ⓞ VSS, EGD from Nov 2004, Showed enedence of "mild Reflux Dx. & mild Gastritis. No Mention of CA, & No Evedence ulcers., Pt. is being Tx'd ± Zantac as recomended @ time of consult. No edma, noted, Bowel sounds ++++

Ⓐ alt. P.N comfort

| ORDERS / MEDICATIONS / IV FLUIDS | TIME | BY |
|---|---|---|
| Ⓟ Sick-call for follow up 1 Bottle Mag citrate Po Now — Follow up right of clinic | | |

DIAGNOSIS

INSTRUCTIONS TO PATIENT
Ⓘ Fill out Sick-call for follow up

| DISCHARGE DATE 7-12-05 | 1308 TIME | AM/PM | RELEASE / TRANSFERRED TO ☑ DOC ☐ AMBULANCE ☐ | CONDITION ON DISCHARGE ☑ SATISFACTORY ☐ POOR ☐ FAIR ☐ CRITICAL |
|---|---|---|---|---|

| NURSE'S SIGNATURE | DATE 7-12-05 | PHYSICIAN'S SIGNATURE | DATE 7/14/05 | CONSULTATION |
|---|---|---|---|---|

| INMATE NAME (LAST, FIRST MIDDLE) Duff Antonio | DOC# 186551 | DOB | R/S B/M | FAC 833 |
|---|---|---|---|---|

**PHS**
PRISON HEALTH SERVICES INCORPORATED

# EMERGENCY

| ADMISSION DATE 7/18/05 | TIME 1225 AM/PM | ORIGINATING FACILITY WEDC 9 □ SIR □ PDL □ ESCAPEE |  | □ SICK CALL  □ EMERGENCY ☑ OUTPATIENT |
|---|---|---|---|---|

| ALLERGIES PCN | | CONDITION ON ADMISSION ☑ GOOD □ FAIR □ POOR □ SHOCK □ HEMORRHAGE □ COMA |

| VITAL SIGNS: TEMP _____ ORAL RECTAL | RESP 20 | PULSE 76 | B/P 130/66 | RECHECK IF SYSTOLIC <100> 50 |

NATURE OF INJURY OR ILLNESS

Transfer to WEDC9 from Bullock. Referral done for MH. Takes Elavil, Triavil, Albuterol, Atenolol, and Zantac 300mg. C/o H/A. Has not had BP med. Will give now.
P: Release to DOC to go to 6-30, Amyrick LPN —

| ABRASION /// | CONTUSION # | BURN xx xx | FRACTURE Z Z | LACERATION / _____ SUTURES |
|---|---|---|---|---|

PROFILE RIGHT OR LEFT

RIGHT OR LEFT

PHYSICAL EXAMINATION

| ORDERS / MEDICATIONS / IV FLUIDS | TIME | BY |
|---|---|---|
| Tenormin 50mg. Now | 1235 | Am |

DIAGNOSIS Transfer from Bullock Body Chart

INSTRUCTIONS TO PATIENT Sign s/c if needed.

| DISCHARGE DATE 7/18/05 | TIME AM/PM | RELEASE / TRANSFERRED TO ☑ DOC □ AMBULANCE □ | 6-30 | CONDITION ON DISCHARGE □ SATISFACTORY □ POOR □ FAIR □ CRITICAL |
|---|---|---|---|---|

| NURSE'S SIGNATURE Amyrick LPN | DATE 7/18/05 | PHYSICIAN'S SIGNATURE | DATE 7/18/05 | CONSULTATION |

| INMATE NAME (LAST, FIRST, MIDDLE) Duff, Antonio | DOC# 186551 | DOB | R/S 9m | FAC WEDC9 |



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# PRISON HEALTH SERVICES, INC.
## SICK CALL REQUEST

Print Name: Antonio R. Duff          Date of Request: 8-10-05
ID # 186551                Date of Birth: ▓▓▓▓  Location: 6-2
Nature of problem or request: Need to see M.D about stomach Problems. I'm
Constantly having Problems with constipation and vomiting. I have yet to
see M.D since arriving here on 7-18-05 and after Putting in several
sick call Request Also need something for Jock-itch and shaving Profile
                                    Antonio R. Duff
                                        Signature

### DO NOT WRITE BELOW THIS LINE

Date: 8/12/05
Time: 0550 (AM) PM
Allergies: PCN

RECEIVED
Date: 8/10/05
Time: 1945
Receiving Nurse Intials: dr

**(S)ubjective:** I'm constipated. I haven't had a BM
in 2 weeks —

**(O)bjective** (V/S): T: 98² ~~133~~  P: 102  R: 18  BP: 132/78  WT: 95ª  O₂ Sat 95%

No left Upper Quadrant abd pain

**(A)ssessment:** alt in comfort

**(P)lan:** Milk of Magnesia 2-4 tablespoons PO
followed by glass of water X 3days

Refer to:   MD/PA   Mental Health   Dental   Daily Treatment      Return to Clinic PRN
CIRCLE ONE
Check One:   ROUTINE ( )    EMERGENCY ( )
If Emergency was PHS supervisor notified:   Yes ( )    No ( )
Was MD/PA on call notified:   Yes ( )    No ( )

_____
SIGNATURE AND TITLE

WHITE:   INMATES MEDICAL FILE
YELLOW:  INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT
GLF-1002  (1/4)



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

## PRISON HEALTH SERVICES, INC.
## SICK CALL REQUEST

Print Name: Antonio R. Duff    Date of Request: 3-10-05
ID # 186551    Date of Birth: ▇▇▇▇ Location: 6-2
Nature of problem or request: Need to see M.D about stomach problems. I'm
constantly having problems with constipation and vomiting. I have yet to
see M.D since arriving here on 7-18-05 and after putting in several
sick call request. Also need something for jock itch, and shaving profile

*Antonio R. Duff*
Signature

### DO NOT WRITE BELOW THIS LINE

Date: 8/12/05
Time: 0550  AM PM
Allergies: QKN

```
RECEIVED
Date: 8|10|05
Time: 1945
Receiving Nurse Intials: ch
```

**(S)ubjective:** I'm constipated. I haven't had a BM
in 2 weeks —

**(O)bjective** (V/S): T: 98²/37.6  P: 102  R: 18  BP: 132/78  O₂ sat: 95%

To left upper quadrant abd pain

**(A)ssessment:** Alt in comfort

**(P)lan:** Milk of Magnesia 2-4 tablespoons PO
followed by glass of water x 3 days

Refer to:    MD/PA   Mental Health   Dental   Daily Treatment      Return to Clinic PRN
CIRCLE ONE
Check One:   ROUTINE ( )     EMERGENCY ( )
    If Emergency was PHS supervisor notified:   Yes ( )    No ( )
        Was MD/PA on call notified:   Yes ( )    No ( )

_____
*SIGNATURE AND TITLE*

WHITE:    INMATES MEDICAL FILE
YELLOW:  INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

GLF-1002   (1/4)



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# PRISON HEALTH SERVICES, INC.
## SICK CALL REQUEST

Print Name: **Antonio R. Duff**    Date of Request: **7-27-05**
ID # **186551**    Date of Birth: ▓▓▓▓    Location: **6-30**
Nature of problem or request: **Very Constipated, haven't had a bowel movement in over a week almost two, I've been vomiting a lot and coughing up blood, and I'm in severe Pain**

*Antonio R. Duff*
*Signature*

### DO NOT WRITE BELOW THIS LINE

Date: **7/24/05**
Time: **2000**    AM PM
Allergies: **NKA**

┌─────────────────────────────┐
│          RECEIVED           │
│ Date:                       │
│ Time:                       │
│ Receiving Nurse Intials ____│
└─────────────────────────────┘

**(S)ubjective:** My Stomic has went down some but I still haven't had a bowel movement

**(O)bjective** (V/S): T: **98.6**    P: **84**    R: **18**    BP: **134/84**    WT: **0**

**(A)ssessment:** abd. flat & Non distended Bowel Sounds ##

**(P)lan:** Cant Find Report @ this time + Too Late to call Friday night tomorrow would be 2wks

Refer to: MD/PA   Mental Health   Dental   Daily Treatment   (Return to Clinic PRN)
CIRCLE ONE

Fleets Enema

Check One: ROUTINE (X)   EMERGENCY ( )
If Emergency was PHS supervisor notified:   Yes ( )   No ( )
Was MD/PA on call notified:   Yes ( )   No ( )

*SIGNATURE AND TITLE*

WHITE:   INMATES MEDICAL FILE
YELLOW: INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT



**PHS**

PRISON
HEALTH
SERVICES
INCORPORATED

# PRISON HEALTH SERVICES, INC.
## SICK CALL REQUEST

Print Name: Antonio R. Duff          Date of Request: 7-22-05

ID # 186551          Date of Birth: ▓▓▓▓▓   Location: 6-30

Nature of problem or request: Haven't had a bowel movement since last Saturday and
haven't urinated since earlier yesterday. → (Thursday morning)
very constipated

_Antonio R. Duff_
Signature

## DO NOT WRITE BELOW THIS LINE

Date: ____/____/____
Time: _____ AM  PM
Allergies: _____

| RECEIVED |
|---|
| Date: |
| Time: |
| Receiving Nurse Intials _____ |

**(S)ubjective:**


**(O)bjective** (V/S): T: _____   P: _____   R: _____   BP: _____   WT: _____


**(A)ssessment:**  Seen by Mr Green
on 7/22/05 Body chart
done.

**(P)lan:**


Refer to:    MD/PA   Mental Health   Dental   Daily Treatment       Return to Clinic PRN
CIRCLE ONE
Check One:   ROUTINE ( )     EMERGENCY ( )
    If Emergency was PHS supervisor notified:   Yes ( )    No ( )
          Was MD/PA on call notified:   Yes ( )    No ( )


_____
*SIGNATURE AND TITLE*

WHITE:    INMATES MEDICAL FILE
YELLOW:   INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

GLF-1002   (1/4)

# PRISON HEALTH SERVICES
## SICK CALL REQUEST

Print Name: **Antonio R. Duff**    Date of Request: **06-20-05**

ID # **186551**    Date of Birth: ▓▓▓▓    Location: **SeG-4 cell**

Nature of problem or request: *Need to see the doctor to Renew medication for Stomach (ie Zautac) also something for Pain. I'm still Couching up Mucas I also need to ask him a few questions.*

*Antonio R. Duff*
Signature

### DO NOT WRITE BELOW THIS LINE

Date: ___/___/___
Time: _____ AM PM
Allergies: _____

```
RECEIVED
Date:
Time:
Receiving Nurse Intials _____
```

**(S)ubjective:**

**(O)bjective:**

**(A)ssessment:**

**(P)lan:**

Refer to:   MD/PA   Mental Health   Dental   Daily Treatment      Return to Clinic PRN
CIRCLE ONE

Check One:  ROUTINE ( )    EMERGENCY ( )
If Emergency was PHS supervisor notified:   Yes ( )    No ( )
Was MD/PA on call notified:   Yes ( )    No ( )

*SIGNATURE AND TITLE*

WHITE:   INMATES MEDICAL FILE
YELLOW:  INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

GLF1000 7/95


**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

## EMERGENCY

| ADMISSION DATE 06/18/05 | TIME 1350 ☑AM ☐PM | ORIGINATING FACILITY Bullock ☐SIR ☐PDL ☐ESCAPEE | | ☐SICK CALL ☑EMERGENCY ☐OUTPATIENT |
|---|---|---|---|---|

| ALLERGIES | CONDITION ON ADMISSION ☑GOOD ☐FAIR ☐POOR ☐SHOCK ☐HEMORRHAGE ☐COMA |
|---|---|

| VITAL SIGNS: TEMP 98⁶ ☑ORAL ☐RECTAL | RESP 18 | PULSE 72 | B/P 128, 72 | RECHECK IF SYSTOLIC <100> 50 ___ |
|---|---|---|---|---|

**NATURE OF INJURY OR ILLNESS**

S- "My Chest is hurting"

| | ABRASION /// | CONTUSION # | BURN XX XX | FRACTURE Z Z | LACERATION / _____ SUTURES |
|---|---|---|---|---|---|

PROFILE RIGHT OR LEFT

location of pain

RIGHT OR LEFT

**PHYSICAL EXAMINATION**

O- BM male ambulated to
LCU. A/O x3. Resp Reg c̄ ease
Skin warm et dry to touch
& intact). Inmate denies
nausea or vomiting. Inmate
stated pain starts after
eating. No distress noted @
this time.
A- Alt in comfort r/t pain =
P- Refer to see md if problem
persist.

| ORDERS / MEDICATIONS / IV FLUIDS | TIME | BY |
|---|---|---|
| | | |
| | | |
| | | |
| | | |

**DIAGNOSIS**

**INSTRUCTIONS TO PATIENT**

| DISCHARGE DATE 06/18/05 | TIME 1355 ☐AM ☑PM | RELEASE / TRANSFERRED TO ☑DOC ☐AMBULANCE ☐ | CONDITION ON DISCHARGE ☑SATISFACTORY ☐POOR ☐FAIR ☐CRITICAL |
|---|---|---|---|

| NURSE'S SIGNATURE Smith | DATE 6/18/05 | PHYSICIAN'S SIGNATURE Dr. Ogo | DATE | CONSULTATION |
|---|---|---|---|---|

| INMATE NAME (LAST, FIRST, MIDDLE) Kurr Antonio | DOC# 186551 | DOB | R/S BM | FAC BCCF |
|---|---|---|---|---|

PHS MD 70007

(White – Record Copy, Yellow – Pharmacy Copy)

# PHS N HEALTH SERVICES, INC.
## SICK CALL REQUEST

Print Name: Antonio R Duff                Date of Request: 6-02-05

ID # 186551                Date of Birth: ▓▓▓▓    Location: Sec-2

Nature of problem or request: Need something for stomach pain and constipation haven't had a bowel movement since last Thursday

I need to talk with the doctor

Signature Antonio R Duff

## DO NOT WRITE BELOW THIS LINE

Date: ___/___/___
Time: _____ AM  PM
Allergies: _____

```
┌─────────────────────────────┐
│        RECEIVED             │
│ Date:                       │
│ Time:                       │
│ Receiving Nurse Intials ____│
└─────────────────────────────┘
```

**(S)ubjective:**

**(O)bjective:**

**(A)ssessment:**

**(P)lan:**

Refer to:   MD/PA   Mental Health   Dental   Daily Treatment       Return to Clinic PRN
CIRCLE ONE
Check One:  ROUTINE ( )    EMERGENCY ( )
        If Emergency was PHS supervisor notified:   Yes ( )   No ( )
            Was MD/PA on call notified:   Yes ( )   No ( )

_____

*SIGNATURE AND TITLE*

WHITE:    INMATES MEDICAL FILE
YELLOW:  INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

GLF1000 7/95

# SON HEALTH SERVICES, IN
## SICK CALL REQUEST

Print Name: Antonio Rodrec.s Duff _____ Date of Request: 05-30-05

ID # 186551 _____ Date of Birth: ▓▓▓▓ Location: Seg 2 cell

Nature of problem or request: I'm Continuing to have Stomach Problems, and I feel as if I'm not digesting Properly. I Continue to vomit and having Problems having a bowel movement Everyday I feel as if I'm Getting weaker and can hardly walk due to the stomach Pains I'm also coughing up Green Colored mucus

_Antonio R. Duff_
Signature

## DO NOT WRITE BELOW THIS LINE

Date: ___/___/___
Time: _____ AM PM
Allergies: _____

```
+-------------------------------------+
|            RECEIVED                 |
| Date:                               |
| Time:                               |
| Receiving Nurse Intials _____      |
+-------------------------------------+
```

(S)ubjective

(O)bjective

(A)essessment

(P)lan:

Refer to:   MD/PA   Mental Health   Dental   Daily Treatment     Return to Clinic PRN
CIRCLE ONE

Check One:  ROUTINE ( )    EMERGENCY ( )
If Emergency was PHS supervisor notified:   Yes ( )    No ( )
Was MD/PA on call notified:   Yes ( )    No ( )

_____
SIGNATURE AND TITLE

WHITE:   INMATES MEDICAL FILE
YELLOW:  INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

GLF1000 7/05