Please send this form to the authorization department or to the service provider at the time of the Appointment

## DEMOGRAPHICS

**Site Name & Number:** Bullock 832

**Site Phone #:** (334) 738 - 5625

**Site Fax #:** (334) 738 - 8763

**Patient Name: (Last, First)** DUFF, Antonio

**Alias: (Last, First)**

**Inmate #** 186551

**SS Number** ▮▮▮▮▮▮▮

**Date: (mm/dd/yy)** 12, 13, 04

**Date of Birth: (mm/dd/yy)** ▮▮▮▮▮▮

**PHS Custody Date: (mm/dd/yy)** 03, 07, 01

**Potential Release Date: (mm/dd/yy)** 05, 29, 27

**Will there be a charge?** ☑ Yes ☐ No

**Sex** ☑ Male ☐ Female

**Responsible party:** ☑ PHS   ☐ Auto Ins.   ☐ Health Ins. (Excludes Medicare/Medicaid Managed Care alternative plans )   ☐ Other, be specific (Excludes Medicare and Medicaid):

## CLINICAL DATA

**Requesting Provider:** ☑ Physician   ☐ NP, PA   ☐ Dental

**Facility Medical Director Signature and Date:**

☐ Service meets criteria for "approval via protocol"

**Place a check mark (✓) in the Service Type requested (one only) and complete additional applicable fields.**

☑ Office Visit (OV)   ☐ X-ray (XR)   ☐ Scheduled Admission (SA)
☐ Outpatient Surgery (OS)   ☐ Dialysis (DA)
☐ Routine   ☐ Urgent

**Estimated Date of Service (mm/dd/yy):** ___/___/___
(This starts the approval window for the "open authorization period")

**Multiple Visits/Treatments:**   ☐ Radiation therapy   ☐ Chemotherapy
**Number of Visits/Treatments:** ___   ☐ Other:

**Specialist referred to:** Dr. Jackson

**Type of Consultation, Treatment, Procedure or Surgery:**
Fu i Dr Jackson p
(endoscopy)

**You must include copies of pertinent reports such as lab results, x-ray interpretations and specialty consult reports with this form.**
☐ Pertinent Documents have been attached and faxed.

**History of Illness/Injury/symptoms with Date of Onset:**
Pt c constant abd pain
constipation, bloating,
and vomiting, vomited
blood once

**Results of a complaint directed physical examination:**
Dr Jackson has been
following up on
him

**Previous treatment and response (including medications):**
EGD Done, CT done,
Barium enema done -
needs Fu.

***For security and safety, please do not inform patient of possible follow-up appointments***

## UM DETERMINATION:

☐ Alternative Treatment Plan (explain here):

☐ More Information Requested: (See Attached)

☐ Resubmitted with requested information

☐ Offsite Service Recommended and Authorized

**Date resubmitted:** ___/___/___

**Regional Medical Director Signature, printed name and date required:**

Do not write below this line. For Case Manager and Corporate Data Entry ONLY.   ___/___/___ (mm/dd/yy)

**Cert Type:**

**Med Class:**

**UR Auth #:**

UM Referral review form 2-05-2004

| Patient Name: | Duff, Antonio | Inmate Number: | 186551DU |
|---|---|---|---|
| Service Authorized: | Office Visits: Outpatient G.I. Consult | Effective Dates: | 12/13/2004 |
| Effective: | Visits authorized for 60 days from effective date | Visits Authorized: | 1 |
| Responsible Facility: | Bullock Correctional Facility | Contact Name: | Michelle Pope |
| Authorization Number: | 14491784 | Telephone Number: | (334)395-5973 Ext 14 |

**Note to Provider of Services:**

- Medicare/Medicaid do not cover any health services provided to an inmate in custody, except in certain circumstances not applicable to this inmate.
- Authorization is diagnosis and procedure specific. Any additional tests, procedures, and inpatient or outpatient services must receive prior authorization to ensure benefit eligibility and payment. (Use above contact name and telephone number)
- Authorization for payment of service is guaranteed only if service is provided during the actual time of confinement to the referring correctional facility
- HIPAA: Please be advised Prison Health Services, Inc. ("PHS") is not a covered entity under HIPAA's Rule on the Privacy of Individually Identifiable Health Information Standard ("Privacy Rule"). Because PHS does not engage in electronic transactions under HIPAA's Electronic Transactions and Code Set Standards ("Transaction Standards"), HIPAA's Privacy Rule does not apply to PHS
- Payment will not be processed until we receive a clinical summary.

**For Payment Please Submit Claims To:**

Prison Health Services
P.O. Box 967
Brentwood, TN 37024-0967

**The consulting physician should complete this section.
The completed form will be sealed in the attached envelope and
returned with an officer to the correctional facility.**

**Clinical Summary or Attached Report**

1. Daily hematemesis with heme negative stools  ⓐ Irritable bowel syndrome
2. Mild inflammation without ulcer on EGD
3. Chronic abdominal pain
4. Chronic constipation

Recommend : CBC, start on PPI of choice, increase fluid intake to 2quarts/day. Does not require colonoscopy, US of Gallbladder

*** For security and safety, please do not inform patient of possible follow-up appointments ***

Signature of Consulting Physician: _Joseph W Parker_        Date: 1/31/05        Time:

Reviewed and Signed By Medical Director:        Date:        Time:

Dr. Jackson
2055 Normandie Drive
te 200
Montgomery, AL
288-8840
January 31 at 3pm 15

12/13/2004

# PRISON HEALTH SERVICES: AUTHORIZATIONS LETTER

| | | | |
|---|---|---|---|
| **Patient Name:** | Duff, Antonio | **Inmate Number:** | 186551DU |
| **Service Authorized:** | Office Visits: Outpatient G I Consult | **Effective Dates:** | 12/13/2004 |
| **Effective:** | Visits authorized for 60 days from effective date | **Visits Authorized:** | 1 |
| **Responsible Facility:** | Bullock Correctional Facility | **Contact Name:** | Michelle Pope |
| **Authorization Number:** | 14491784 | **Telephone Number:** | (334)395-5973 Ext 14 |

## Note to Provider of Services:

- Medicare/Medicaid do not cover any health services provided to an inmate in custody, except in certain circumstances not applicable to this inmate.
- Authorization is diagnosis and procedure specific. Any additional tests, procedures, and inpatient or outpatient services must receive prior authorization to ensure benefit eligibility and payment. (Use above contact name and telephone number)
- Authorization for payment of service is guaranteed only if service is provided during the actual time of confinement to the referring correctional facility
- HIPAA: Please be advised Prison Health Services, Inc ("PHS") is not a covered entity under HIPAA's Rule on the Privacy of Individually Identifiable Health Information Standard ("Privacy Rule"). Because PHS does not engage in electronic transactions under HIPAA's Electronic Transactions and Code Set Standards ("Transaction Standards"), HIPAA's Privacy Rule does not apply to PHS
- Payment will not be processed until we receive a clinical summary.

**For Payment Please Submit Claims To:**

Prison Health Services
P.O. Box 967
Brentwood, TN 37024-0967

---

**The consulting physician should complete this section.
The completed form will be sealed in the attached envelope and
returned with an officer to the correctional facility.**

### Clinical Summary or Attached Report

*** For security and safety, please do not inform patient of possible follow-up appointments. ***

Signature of Consulting Physician: _____

| Date | | Time |
|---|---|---|

Reviewed and Signed By
Medical Director: _____

| Date | | Time |
|---|---|---|

Dr. Jackson
2-5 Normandie Drive
Suite 200
Montgomery, AL
788-8840
anuary 31 at 3:15pm

12/13/2004

Please send this form w... the Authorization Letter to the service provider and ... of the appointment

For ... must be Complete and Legible. You must Type or Pri...

Case 2:05-cv-00627-MEF-CSC Document ... 09/13/2005 Page ...

PHS

## DEMOGRAPHICS

**Site Name & Number:** Bullock 832

**Site Phone #:** (334) 738 - 5625

**Site Fax #:** (334) 738 - 8763

**Patient Name: (Last, First)** Duff, Antonio

**Alias: (Last, First)**

**Inmate #** 186551

**SS Number** ~~redacted~~

**Date: (mm/dd/yy)** 12/13/04

**Date of Birth: (mm/dd/yy)** ~~redacted~~

**PHS Custody Date: (mm/dd/yy)** 02/07/01

**Potential Release Date: (mm/dd/yy)** 05/29/27

**Will there be a charge?** ☑ Yes ☐ No
**Sex** ☑ Male ☐ Female

**Responsible party:** ☑ PHS ☐ Auto Ins. ☐ Health Ins.(Excludes Medicare/Medicaid Managed Care alternative plans ) ☐ Other, be specific (Excludes Medicare and Medicaid):

## CLINICAL DATA

**Requesting Provider:** ☑ Physician ☐ NP, PA ☐ Dental

**Facility Medical Director Signaure and Date:**

☐ Service meets criteria for "approval via protocol"

**Place a check mark (✓) in the Service Type requested (one only) and complete additional applicable fields.**

☑ Office Visit (OV) ☐ X-ray (XR) ☐ Scheduled Admission (SA)
☐ Outpatient Surgery (OS) ☐ Dialysis (DA)

☐ Routine ☐ Urgent

**Estimated Date of Service (mm/dd/yy)** ___/___/___
**(This starts the approval window for the "open authorization period")**

**Multiple Visits/Treatments:** ☐ Radiation therapy ☐ Chemotherapy
**Number of Visits/Treatments:** _____ ☐ Other:

**Specialist referred to:** Dr. Jackson

**Type of Consultation, Treatment, Procedure or Surgery:**
Flu i Dr Jackson p (endoscopy)

**You must include copies of pertinent reports such as lab results, x-ray interpretations and specialty consult reports with this form.**
☐ Pertinent Documents have been attached and faxed.

**History of Illness/Injury/sypmtoms with Date of Onset:**
Pt c constant abd Pain Constipation bloating, and vomiting smelind Blood in it —

**Results of a complaint directed physical examination:**
Dr Jackson has been following up on him

**Previous treatment and response (including medications):**
EGD done, CT done, Barim enem done needs f/u

***For security and safety, please do not inform patient of possible follow-up appointments***

**UM DETERMINATION:**
☐ Alternative Treatment Plan (explain here):
☐ More Information Requested: (See Attached)
☐ Resubmitted with requested information.

☐ Offsite Service Recommended and Authorized

**Date resubmitted:** ___/___/___

**Regional Medical Director Signature, printed name and date required:**

Do not write below this line. For Case Manager and Corporate Data Entry ONLY.       ___/___/___ (mm/dd/yy)

**Cert Type:** | **Med Class:** | **UR Auth #:**

UM Referral review form 2-05-2004



# DIGESTIVE DISORDERS & LIVER DISEASE
## ASSOCIATES

Joseph Wellington Jackson, M.D.

2055 Normandie Drive, Suite 200
Montgomery, AL 36111
(334) 288-8840

November 4, 2004

Dr. Tahir Siddiq
Bullock County Correctional Facility
P.O. Box 5017
Highway 80 East
Union Springs, Alabama 36089

RE: Antonio Duff
Medical Record #: 21370.0

Dear Dr. Siddiq:

Antonio Duff underwent an esophagogastroduodenoscopy on November 4, 2004 and was found to have erythema of the distal esophagus suggesting mild gastroesophageal reflux disease. There was no evidence of ulcers noted. In the stomach, the cardio fundus and body were normal. He had erythema of the antrum. This suggested a mild gastritis. The patient's duodenum was normal. We recommend starting the patient on Zantac 150 mg orally each day or Pepcid 40 mg orally each day

Sincerely,

Joseph W. Jackson, M.D.

JWJ/dh
CC:   Dr. Brian Whyte

Duff, Antonio
P.O. Box 5107 Hwy 82 East                11-04-04
Bullock Co. Correct. Ctr.                10119950
UNION SPRINGS AL 36089      JACKSON, M.D.,

**Montgomery Surgical Cente**
**GASTROINTESTINAL**
**ENDOSCOPY & DIAGNOSTIC EXAM**

### ESOPHAGO GASTRODUODENOSCOPY

DATE: *11.4 04*

REFERRING PHYSICIAN: *Tahir Siddiq / B. Whyte*

ENDOSCOPIST: *J. Tseh*

ASSISTANT(S):

PRE-OP DIAGNOSIS: *Abdominal pain*

POST-OP DIAGNOSIS: *GERD / Abd pain*

ANESTHESIA: ~~Demerol~~ *MAC*

INSTRUMENT(S): *GIF-106*

PROCEDURES: [✓] Biopsy   [ ] Cytology   [ ] Polypectomy   [ ] Electrocoagulation

[ ] Photo   [ ] Duodenal Drainage   [✓] Other *CLO Test*

FINDINGS:

*Esophagus - erythema of the*
*distal esophagus*

*Stomach - normal incisura fundus*
*body - Antral erythema*
*Duodenum - normal*

RECOMMENDATIONS:

*Zantac 150 mg PO qhs*

Duff, Antonio                    11-04-04
P.O. Box 5107 Hwy 82 East        10119950
Bullock Co. Correct. Ctr. JACKSON, M.D.,
UNION SPRINGS AL 36089

DIGES
DR. JC

## POST-ENDOSCOPY ORDERS

Date: _____   Name: _____

Procedure:  ☑ EGD          ☐ Colonoscopy          ☐ ERCP

Diagnosis: _____

MEDICATION:

Meperidine _____ mg   Diazepam _____ mg   Midazolam _____ mg

Others: _____ *MAC* _____

☑ 1    Vital signs q _____ ☐ min or ☐ hr until awake and alert.
☑ 2    NPO until awake and alert.
☑ 3    Clear liquids when awake and alert. After 4 hours may have diet as ordered
       below.
       Diet: *Regular* _____
☐ 4    Continue IV fluids at _____ cc/hr
☑ 5    Discontinue IV fluids.
☑ 6    Notify Dr. Joseph Jackson if the patient has abdominal pain, vomiting,
       hematemesis, hematochezia, or temperature > 100.5.
☑ 7    If outpatient, please discharge when awake and alert.
☐ 8    If outpatient, schedule follow up appointment with Dr. Joseph Jackson on
       *No Follow Up* at _____ pm. (Please check chart for appointment
       card, if there is not a card on the chart, call 288-8840 for an appointment.)

POST ENDOSCOPY MEDICATIONS:
☐ 1    _____
☐ 2    _____
☐ 3    _____

POST ENDOSCOPY LABORATORY AND X-RAYS:
   ☐ Electrolytes          ☐ BUN              ☐ Creatinine
   ☐ Glucose               ☐ Amylase and lipase
   ☐ GPT                   ☐ Alk. Phos.       ☐ GOT
   ☐ Phosphorus            ☐ CBC              ☐ Magnesium
   ☐ Type and cross-match for _____ units packed RBC's  Transfuse _____ units
   of packed RBC's if the Hgb<8.5 or HCT<25. Notify Dr Jackson with the results
   of Hgb and HCT.
   ☐ CXR                   ☐ KUB
   ☐ CT scan of the:
          ☐ chest          ☐ abdomen          ☐ pelvis
   for the following Dx: _____

Signed _____   Date: _____

| Patient Name: | Duff, Antonio | Inmate Number: | 186551DU |
|---|---|---|---|
| Service Authorized: | Outpatient Surgery: Egd - High Cost | Effective Dates: | 09/24/2004 |
| Effective: | Visits authorized for 60 days from effective date. | Visits Authorized: | 1 |
| Responsible Facility: | Bullock Correctional Facility | Contact Name: | Michelle Pope |
| Authorization Number: | 14226023 | Telephone Number: | (334)395-5973 Ext 14 |

**Note to Provider of Services:**

- Medicare/Medicaid do not cover any health services provided to an inmate in custody, except in certain circumstances not applicable to this inmate.
- Authorization is diagnosis and procedure specific. Any additional tests, procedures, and inpatient or outpatient services must receive prior authorization to ensure benefit eligibility and payment. (Use above contact name and telephone number)
- Authorization for payment of service is guaranteed only if service is provided during the actual time of confinement to the referring correctional facility.
- HIPAA: Please be advised Prison Health Services, Inc. ("PHS") is not a covered entity under HIPAA's Rule on the Privacy of Individually Identifiable Health Information Standard ("Privacy Rule"). Because PHS does not engage in electronic transactions under HIPAA's Electronic Transactions and Code Set Standards ("Transaction Standards"), HIPAA's Privacy Rule does not apply to PHS
- Payment will not be processed until we receive a clinical summary

**For Payment Please Submit Claims To:**

Prison Health Services
P.O. Box 967
Brentwood, TN 37024-0967

---

### The consulting physician should complete this section.
### The completed form will be sealed in the attached envelope and
### returned with an officer to the correctional facility.

| Clinical Summary or Attached Report |
|---|
| |
| |
| |
| |
| |
| |

### *** For security and safety, please do not inform patient of possible follow-up appointments. ***

| Signature of Consulting Physician: | Date | Time |
|---|---|---|
| Reviewed and Signed By Medical Director: | Date | Time |

Dr. Jackson
Montgomery Surgical Center
Montgomery, AL
November 4 at 7 AM

09/24/2004

# UTILIZATION MANAGEMENT REFERRAL REVIEW FORM PHS

Please send this form with the Authorization Letter to the service provider at time of the Appointment. It must be Complete and Legible. You must Type.

## DEMOGRAPHICS

| | | |
|---|---|---|
| **Site Name & Number:** Bullock 832 | **Patient Name: (Last, First,)** Duff, Antonio | **Date: (mm/dd/yy)** 09,22,04 |
| **Site Phone #** (334)738.5625 | **Alias: (Last, First,)** | **Date of Birth: (mm/dd/yy)** ▓▓▓▓▓▓▓ |
| **Site Fax #** (334)738.8763 | **Inmate #** 186551 | **PHS Custody Date: (mm/dd/yy)** 02,07,01 |
| **Will there be a charge?** ☑Yes ☐No  **Sex** ☑Male ☐Female | **SS Number** ▓▓▓▓▓▓▓▓ | **Potential Release Date: (mm/dd/yy)** 05,29,27 |

**Responsible party:** ☑ PHS  ☐ Auto Ins.  ☐ Health Ins (Excludes Medicare/Medicaid Managed Care alternative plans )  ☐ Other, be specific (Excludes Medicare and Medicaid):_____

## CLINICAL DATA

**Requesting Provider:** ☑ Physician  ☐ NP, PA  ☐ Dental

**Facility Medical Director Signature and Date:** _(signature)_ 9/23/04

☐ Service meets criteria for "approval via protocol"

**History of illness/injury/sypmtoms with Date of Onset:**
Pt c wt loss, lost of appetite, abd pain with abnormal x Rays

**Place a check mark (✓) in the Service Type requested (one only) and complete additional applicable fields.**

☐ Office Visit (OV)  ☐ X-ray (XR)  ☐ Scheduled Admission (SA)
☐ Outpatient Surgery (OS)  ☐ Dialysis (DA)

☐ Routine  ☐ Urgent

**Estimated Date of Service (mm/dd/yy)** ___/___/___
**(This starts the approval window for the "open authorization period")**

**Multiple Visits/Treatments:** ☐ Radiation therapy  ☐ Chemotherapy
**Number of Visits/Treatments:** _____  ☐ Other:_____

**Specialist referred to:**

**Type of Consultation, Treatment, Procedure or Surgery:**
EGD as per Dr Jackson

**Results of a complaint directed physical examination:**
He has seen GE who suggest he has endoscopy

**Previous treatment and response (including medications):**

**You must include copies of pertinent reports such as lab results, x-ray interpretations and specialty consult reports with this form.**
☐ Pertinent Documents have been attached and faxed

***For security and safety, please do not inform patient of possible follow-up appointments***

## UM DETERMINATION:

☐ Alternative Treatment Plan (explain here):
☐ More Information Requested: (See Attached)
☐ Resubmitted with requested information.

☐ Offsite Service Recommended and Authorized

**Date resubmitted:** ___/___/___

**Regional Medical Director Signature, printed name and date required:** ___/___/___ (mm/dd/yy)

---

Do not write below this line. For Case Manager and Corporate Data Entry ONLY.

| **Cert Type:** | **Med Class:** | **UR Auth #:** |
|---|---|---|

UM Referral review form 2-05-2004

## DIGESTIVE DISORDERS & LIVER DISEASE ASSOCIATES
### 2055 Normandie Drive, Suite 200
### Montgomery, Alabama 36111

### CONSULTATION

**NAME: DUFF, ANTONIO**
**MEDICAL RECORD #: 21370.0**
**DATE: 09/21/04**

**REFERRING PHYSICIAN:** Dr. Tahir Siddiq at Bullock Correctional Facility.

**REASON FOR REFERRAL:** Abnormal x-rays

**IMPRESSION:**
1. Abdominal pain possibly ulcer related.
2. Constipation possibly related to poor intake.

**PLAN:**
1. Continue the patient on Zantac
2. Esophagogastroduodenoscopy.
3. Recommend CT scan of the abdomen.
4. Amylase and lipase to rule out pancreatitis.
5. Start the patient on a stool softener.

**HISTORY:** This patient is a 30-year-old African-American male with chronic abdominal pain of approximately three months duration. He states he has pain each time he eats. The patient has a 10-pound weight loss. He complains of frequent constipation. He has been using Tylenol for his pain without relief. The patient states that he does not eat because of the pain. He says the pain occurs sporadically. He has had a single episode of bright red blood on the tissue with bowel movements.

**DRUG ALLERGIES: Penicillin, which causes rash.**

**CURRENT MEDICATIONS:** Zantac and Tenormin.

**HOSPITALIZATIONS/ SURGERIES:** Right inguinal hernia repair.

**ACTIVE MEDICAL PROBLEMS:** Hypertension.

**FAMILY ISTORY:** Mother is alive at age 56 with asthma and coronary artery disease. Father is age 60, health status unknown. He has two brothers, six sisters, three sons and two daughters.

**HABITS:** One pack per day smoker for four years. He does not use alcohol and denies any drug use.

**SOCIAL HISTORY:** Marital status: Divorced. Occupation: Funeral director. The patient has been incarcerated for nine years. Education: The patient gives a history of having four years of college.

**CONTINUED...**

NAME: DUFF, ANTONIO
MEDICAL RECORD #: 21370.0
DATE: 09/21/04

PAGE...2

## REVIEW OF SYSTEMS:
**HEENT:** Negative for headaches, diplopia, blurred vision, epistaxis or rhinorrhea.
**PULMONARY:** No history of cough, sputum production or hemoptysis.
**CARDIAC:** No history of chest pain, claudication or palpitations.
**GU:** No frequency, urgency, dysuria, hematuria or pyuria.
**ENDOCRINE:** No history of polyuria, polyphagia or polydipsia.
**NEUROLOGIC:** No history of paraesthesias, dysesthesias, numbness or tingling.

**PHYSICAL EXAMINATION:** Shows a well developed, well nourished male in no acute distress. Temperature 97.1 degrees, pulse 60, respiration 24, blood pressure 120/94, weight 188 pounds.
**HEENT:** Head is atraumatic, normocephalic. Eyes-pupils equal round and reactive to light and accommodation. Sclerae and conjunctivae are normal. Ears normal. Nose normal. Throat normal.
**NECK:** Supple without thyromegaly, cervical adenopathy or carotid bruits. No jugular venous distention is noted.
**LUNGS:** Clear to auscultation without rales, rubs or rhonchi.
**HEART:** Sounds normal S1 and S2 without murmurs or gallops.
**ABDOMEN:** Active bowel sounds and soft without tenderness with no palpable masses. No hepatosplenomegaly.
**RECTAL:** Normal.
**EXREMITIES:** Normal.
**NEUROLOGIC:** Grossly intact.

JWJ/dh
D:09/23/04
T:10/01/04
CC:    Dr. Tahir Siddiq, Bullock Correctional Facility

_Joseph W. Jackson_ MD
Joseph W. Jackson, M.D.

RECORD SIGNED, BUT NOT
REVIEWED FOR ACCURACY
OR CORRECTNESS.

BULLOCK COUNTY HOSPITAL
102 W. CONECUH AVE
UNION SPRINGS, AL 36089
(334) 738-2140 EXT. 130

X-RAY REPORT

| | | |
|---|---|---|
| NAME:  ANTONIO DUFF | ROOM#: OP | HOSP#: 328537 |
| ATTENDING PHYSICIAN: DR. SIDDIQ | SEX: M | AGE: 30 |
| | DOB: ▇▇▇▇ | X-RAY#: 29002 |

REPORT:                                          DATE: 09.28.04

CT SCAN OF THE ABDOMEN WITHOUT/WITH CONTRAST:

Attention is directed to the pancreas. There are no definite defects identified within the liver.
The spleen is normal in size. The adrenal glands and kidneys are unremarkable. The gallbladder
is intact. The pancreas appears to be within normal limits. There is no evidence of a mass
identified in the region of the head of the pancreas. There is no ascities seen. The abdominal
aorta has a normal caliber. There is no retroperitoneal adenopathy identified.

OPINION:  UNREMARKABLE CT SCAN OF THE ABDOMEN


CT SCAN OF THE PELVIS WITHOUT/WITH CONTRAST.

The urinary bladder is well distended. There is no free fluid evident and no inguinal adenopathy
is identified. There are no abnormal soft tissue masses noted.

OPINION:  UNREMARKABLE CT SCAN OF THE PELVIS


_____
                    DR. JOHN C. TOMBERLIN

JCT/oc

D-09/29/04
T-09/29/04

| Patient Name: | Duff, Antonio | Inmate Number: | 186551DU |
|---|---|---|---|
| Service Authorized: | X-Ray: Ct Scan | Effective Dates: | 09/23/2004 |
| Effective: | Visits authorized for 60 days from effective date. | Visits Authorized: | 1 |
| Responsible Facility: | Bullock Correctional Facility | Contact Name: | Michelle Pope |
| Authorization Number: | 14223133 | Telephone Number: | (334)395-5973 Ext 14 |

**Note to Provider of Services:**
- Medicare/Medicaid do not cover any health services provided to an inmate in custody, except in certain circumstances not applicable to this inmate.
- Authorization is diagnosis and procedure specific  Any additional tests, procedures, and inpatient or outpatient services must receive prior authorization to ensure benefit eligibility and payment  (Use above contact name and telephone number)
- Authorization for payment of service is guaranteed only if service is provided during the actual time of confinement to the referring correctional facility.
- HIPAA: Please be advised Prison Health Services, Inc. ("PHS") is not a covered entity under HIPAA's Rule on the Privacy of Individually Identifiable Health Information Standard ("Privacy Rule")  Because PHS does not engage in electronic transactions under HIPAA's Electronic Transactions and Code Set Standards ("Transaction Standards"), HIPAA's Privacy Rule does not apply to PHS
- Payment will not be processed until we receive a clinical summary.

**For Payment Please Submit Claims To:**

Prison Health Services
P O  Box 967
Brentwood, TN 37024-0967

> ## The consulting physician should complete this section.
> ## The completed form will be sealed in the attached envelope and
> ## returned with an officer to the correctional facility.

| Clinical Summary or Attached Report |
|---|
| |
| |
| |
| |
| |
| |

**\*\*\* For security and safety, please do not inform patient of possible follow-up appointments. \*\*\***

| Signature of Consulting Physician: | | Date | | Time |
|---|---|---|---|---|
| Reviewed and Signed By Medical Director: | | Date | | Time |

*Bullock County Hospital*
*→ a W Coneluh*
*Union Springs, AL*
*938-2140*
*September 28 at 1 pm*

**Form must be Complete and Legible. You must ... An Authorization Letter to the service prov...**

## DEMOGRAPHICS

| | | |
|---|---|---|
| **Site Name & Number:** Bullock 832 | **Patient Name: (Last, First.)** DUFF, Antonio | **Date: (mm/dd/yy)** 09,22,04 |
| **Site Phone #** (334) 738-5625 | **Alias: (Last, First.)** | **Date of Birth: (mm/dd/yy)** |
| **Site Fax #** (334) 738-8763 | **Inmate #** 186551 | **PHS Custody Date: (mm/dd/yy)** 02,07,01 |
| **Will there be a charge?** ☑Yes ☐No  **Sex** ☑Male ☐Female | **SS Number** | **Potential Release Date: (mm/dd/yy)** 05,29,27 |

**Responsible party:** ☑PHS ☐Auto Ins.  ☐Health Ins.(Excludes Medicare/Medicaid Managed Care alternative plans)  ☐Other, be specific (Excludes Medicare and Medicaid):

## CLINICAL DATA

**Requesting Provider:** ☑Physician ☐NP, PA ☐Dental

**Facility Medical Director Signature and Date:** 9/23/04

☐ Service meets criteria for "approval via protocol"

**Place a check mark (✓) in the Service Type requested (one only) and complete additional applicable fields.**

☐ Office Visit (OV)  ☑ X-ray (XR)  ☐ Scheduled Admission (SA)
☐ Outpatient Surgery (OS)  ☐ Dialysis (DA)
☐ Routine  ☐ Urgent

**Estimated Date of Service (mm/dd/yy)** ___/___/___

**(This starts the approval window for the "open authorization period")**

**Multiple Visits/Treatments:**  ☐ Radiation therapy  ☐ Chemotherapy
**Number of Visits/Treatments:** ___  ☐ Other:

**Specialist referred to:** Bullock Co Hosp

**Type of Consultation, Treatment, Procedure or Surgery:** CT Abdomen & CT Pelvis

**You must include copies of pertinent reports such as lab results, x-ray interpretations and specialty consult reports with this form.**
☐ Pertinent Documents have been attached and faxed

**History of Illness/injury/sypmtoms with Date of Onset:** CT Scan of abdomen & Pelvis. as suggested by GE. to R/o Pancreatic mass

**Results of a complaint directed physical examination:**

**Previous treatment and response (including medications):**

**\*\*\*For security and safety, please do not inform patient of possible follow-up appointments\*\*\***

## UM DETERMINATION:

☐ Alternative Treatment Plan (explain here):
☐ More Information Requested: (See Attached)
☐ Resubmitted with requested information.
☐ Offsite Service Recommended and Authorized
**Date resubmitted:** ___/___/___

**Regional Medical Director Signature, printed name and date required:** ___/___/___ (mm/dd/yy)

**Do not write below this line. For Case Manager and Corporate Data Entry ONLY.**

| **Cert Type:** | **Med Class:** | **UR Auth #:** |
|---|---|---|

UM Referral review form 2-05-2004

# PRISON HEALTH SERVICES: AUTHORIZATION LETTER

| | | | |
|---|---|---|---|
| **Patient Name:** | Duff, Antonio | **Inmate Number:** | 186551DU |
| **Service Authorized:** | X-Ray: Ct Scan | **Effective Dates:** | 09/23/2004 |
| **Effective:** | Visits authorized for 60 days from effective date. | **Visits Authorized:** | 1 |
| **Responsible Facility:** | Bullock Correctional Facility | **Contact Name:** | Michelle Pope |
| **Authorization Number:** | 14223133 | **Telephone Number:** | (334)395-5973 Ext 14 |

**Note to Provider of Services:**

- **Medicare/Medicaid do not cover any health services provided to an inmate in custody, except in certain circumstances not applicable to this inmate.**
- Authorization is diagnosis and procedure specific. Any additional tests, procedures, and inpatient or outpatient services must receive prior authorization to ensure benefit eligibility and payment. (Use above contact name and telephone number)
- Authorization for payment of service is guaranteed only if service is provided during the actual time of confinement to the referring correctional facility.
- HIPAA: Please be advised Prison Health Services, Inc. ("PHS") is not a covered entity under HIPAA's Rule on the Privacy of Individually Identifiable Health Information Standard ("Privacy Rule"). Because PHS does not engage in electronic transactions under HIPAA's Electronic Transactions and Code Set Standards ("Transaction Standards"), HIPAA's Privacy Rule does not apply to PHS
- Payment will not be processed until we receive a clinical summary

**For Payment Please Submit Claims To:**

Prison Health Services
P.O. Box 967
Brentwood, TN 37024-0967

---

## The consulting physician should complete this section. The completed form will be sealed in the attached envelope and returned with an officer to the correctional facility.

### Clinical Summary or Attached Report

<br><br><br><br><br><br>

**\*\*\* For security and safety, please do not inform patient of possible follow-up appointments. \*\*\***

| Signature of Consulting Physician: | | |
|---|---|---|
| | Date | Time |
| Reviewed and Signed By Medical Director: | | |
| | Date | Time |

Bullock County Hospital
102 W Conecuh
Union Springs, AL
738-2140
September 28 at 1pm                    40

09/23/2004

## DEMOGRAPHICS

| Site Name & Number | Patient Name: (Last, First) | Date: (mm/dd/yy) |
|---|---|---|
| Bullock  832 | Duff  Antonio | 09,03,04 |

**Site Phone #:** (334)738-5625

**Alias: (Last, First)**

**Date of Birth: (mm/dd/yy)** ▬▬▬

**Site Fax #:** (334)738-8763

**Inmate #:** 186551

**PHS Custody Date: (mm/dd/yy)** 02,07,01

**Will there be a charge?** ☑ Yes ☐ No

**Sex** ☑ Male ☐ Female

**SS Number** ▬▬▬

**Potential Release Date: (mm/dd/yy)** 05,29,27

**Responsible party:** ☑ PHS  ☐ Auto Ins.   ☐ Health Ins. (Excludes Medicare/Medicaid Managed Care alternative plans )   ☐ Other, be specific (Excludes Medicare and Medicaid):

## CLINICAL DATA

**Requesting Provider:** ☑ Physician  ☐ NP, PA  ☐ Dental

**History of Illness/injury/sypmtoms with Date of Onset:**

Abd Pain & Persistent abnormal abdominal X Rays.

**Facility Medical Director Signature and Date:**  ___ 9/3/04

☐ Service meets criteria for "approval via protocol"

Place a check mark (✓) in the Service Type requested (one only) and complete additional applicable fields.

☑ Office Visit (OV)   ☐ X-ray (XR)   ☐ Scheduled Admission (SA)

☐ Outpatient Surgery (OS)   ☐ Dialysis (DA)

**Results of a complaint directed physical examination:**

☐ Routine   ☑ Urgent

**Estimated Date of Service (mm/dd/yy)** ___/___/___

(This starts the approval window for the "open authorization period")

**Multiple Visits/Treatments:**  ☐ Radiation therapy  ☐ Chemotherapy

**Number of Visits/Treatments:** _____  ☐ Other:

**Specialist referred to:** Dr. Jackson

**Previous treatment and response (including medications):**

URGENT

**Type of Consultation, Treatment, Procedure or Surgery:**

GI consult for abd Pain & Abnormal X Rays

You must include copies of pertinent reports such as lab results, x-ray interpretations and specialty consult reports with this form.

☐ Pertinent Documents have been attached and faxed.

**\*\*\*For security and safety; please do not inform patient of 'possible follow-up appointments\*\*\***

**UM DETERMINATION:**

☐ Alternative Treatment Plan (explain here):

☐ Offsite Service Recommended and Authorized

☐ More Information Requested: (See Attached)

☐ Resubmitted with requested information.

**Date resubmitted:** ___/___/___

**Regional Medical Director Signature, printed name and date required:**

_____ (mm/dd/yy)

Do not write below this line. For Case Manager and Corporate Data Entry ONLY.

| Cert Type: | Med Class: | UR Auth #: |
|---|---|---|
|  |  |  |

UM Referral review form 2-05-2004

| Patient Name: | Duff, Antonio | Inmate Number: | 186551DU |
|---|---|---|---|
| Service Authorized: | Office Visits: Outpatient G I Consult | Effective Dates: | 09/07/2004 |
| Effective: | Visits authorized for 60 days from effective date | Visits Authorized: | 1 |
| Responsible Facility: | Bullock Correctional Facility | Contact Name: | Michelle Pope |
| Authorization Number: | 14163663 | Telephone Number: | (334)395-5973 Ext 14 |

**Note to Provider of Services:**

- Medicare/Medicaid do not cover any health services provided to an inmate in custody, except in certain circumstances not applicable to this inmate.
- Authorization is diagnosis and procedure specific  Any additional tests, procedures, and inpatient or outpatient services must receive prior authorization to ensure benefit eligibility and payment  (Use above contact name and telephone number)
- Authorization for payment of service is guaranteed only if service is provided during the actual time of confinement to the referring correctional facility
- HIPAA: Please be advised Prison Health Services, Inc. ("PHS") is not a covered entity under HIPAA's Rule on the Privacy of Individually Identifiable Health Information Standard ("Privacy Rule")  Because PHS does not engage in electronic transactions under HIPAA's Electronic Transactions and Code Set Standards ("Transaction Standards"), HIPAA's Privacy Rule does not apply to PHS
- Payment will not be processed until we receive a clinical summary

**For Payment Please Submit Claims To:**

Prison Health Services
P.O  Box 967
Brentwood, TN 37024-0967

---

**The consulting physician should complete this section.**
**The completed form will be sealed in the attached envelope and**
**returned with an officer to the correctional facility.**

### Clinical Summary or Attached Report

*** For security and safety, please do not inform patient of possible follow-up appointments. ***

Signature of Consulting Physician:

| | Date | Time |
|---|---|---|

Reviewed and Signed By
Medical Director:

| | Date | Time |
|---|---|---|

Dr. Jackson
55 Normandie Drive
Suite 200
Montgomery, AL
288-8840
September 16 at 2:15 → September 21 at 3pm

09/07/2004

Site Name & Number: **Bullock 832**

Patient Name: (Last, First.) **Duff Antonio**

Date: (mm/dd/yy) **09103104**

Site Phone # **(334)738-5625**

Alias: (Last, First.)

Date of Birth: (mm/dd/yy) ▬▬▬

Site Fax # **(334)738-8763**

Inmate # **186551**

PHS Custody Date: (mm/dd/yy) **02107101**

SS Number ▬▬▬

Potential Release Date: (mm/dd/yy) **05129127**

Will there be a charge? ☑ Yes ☐ No

Sex ☑ Male ☐ Female

Responsible party: ☑ PHS ☐ Auto Ins.

☐ Health Ins.(Excludes Medicare/Medicaid Managed Care alternative plans )
☐ Other, be specific (Excludes Medicare and Medicaid):

## CLINICAL DATA

Requesting Provider: ☑ Physician ☐ NP, PA ☐ Dental

History of illness/injury/sypmtoms with Date of Onset:
*Abd Pain Persistent abnormal abdominal X Rays*

Facility Medical Director Signature and Date: *BW 9/3/04*

☐ Service meets criteria for "approval via protocol"

Place a check mark (✓) in the Service Type requested (one only)
and complete additional applicable fields.

☑ Office Visit (OV)  ☐ X-ray (XR)  ☐ Scheduled Admission (SA)
☐ Outpatient Surgery (OS)  ☐ Dialysis (DA)

☐ Routine  ☑ Urgent

Results of a complaint directed physical examination:

Estimated Date of Service (mm/dd/yy) ___/___/___

(This starts the approval window for the "open authorization period")

Multiple Visits/Treatments: 
Number of Visits/Treatments: _____

☐ Radiation therapy
☐ Chemotherapy
☐ Other: _____

Specialist referred to: **Dr. Jackson**

Type of Consultation, Treatment, Procedure or Surgery:
*GI consult for abd Pain & Abnormal X Rays*

Previous treatment and response (including medications):

*URGENT*

You must include copies of pertinent reports such as lab results,
x-ray interpretations and specialty consult reports with this form.

☐ Pertinent Documents have been attached and faxed.

***For security and safety, please do not inform patient of
possible follow-up appointments***

UM DETERMINATION:

☐ Offsite Service Recommended and Authorized

☐ Alternative Treatment Plan (explain here):

☐ More Information Requested: (See Attached)

☐ Resubmitted with requested information.

Date resubmitted: ___/___/___

Regional Medical Director Signature,
printed name and date required:

___/___/___ (mm/dd/yy)

Do not write below this line. For Case Manager and Corporate Data Entry ONLY.

| Cert Type: | Med Class: | UR Auth #: |
|---|---|---|

UM Referral review form 2-05-2004

BULLOCK COUNTY HOSPITAL
102 W. CONECUH AVE
UNION SPRINGS, AL 36089
(334) 738-2140 EXT. 130

## X-RAY REPORT

NAME:  ANTONIO DUFF
ATTENDING PHYSICIAN: DR. SIDDIQ

ROOM#: OP
SEX: M
DOB:

HOSP#: 328056
AGE: 30
X-RAY#: 29002

REPORT:                                          DATE: 09/14/04

BARIUM ENEMA:

Complete filling of the colon was achieved with reflux into a normal appearing terminal ileum.
There are no constricting lesions or constant intraluminal filling defects identified. Mucosa
pattern is unremarkable.

OPINION:  NEGATIVE BARIUM ENEMA.

DR. JOHN C. TOMBERLIN

JCT:cc

D-09/15/04
T-09/15/04

| Patient Name: | [Doe, Patrick] | Date Number: | 186551D5D |
|---|---|---|---|
| **Service Authorized:** | X-Ray: Lower Gi (Barium Enema) | **Effective Dates:** | 09/08/2004 |
| **Effective:** | Visits authorized for 60 days from effective date. | **Visits Authorized:** | 1 |
| **Responsible Facility:** | Bullock Correctional Facility | **Contact Name:** | Michelle Pope |
| **Authorization Number:** | 14168419 | **Telephone Number:** | (334)395-5973 Ext 14 |

**Note to Provider of Services:**

- Medicare/Medicaid do not cover any health services provided to an inmate in custody, except in certain circumstances not applicable to this inmate.
- Authorization is diagnosis and procedure specific. Any additional tests, procedures, and inpatient or outpatient services must receive prior authorization to ensure benefit eligibility and payment. (Use above contact name and telephone number)
- Authorization for payment of service is guaranteed only if service is provided during the actual time of confinement to the referring correctional facility.
- HIPAA: Please be advised Prison Health Services, Inc. ("PHS") is not a covered entity under HIPAA's Rule on the Privacy of Individually Identifiable Health Information Standard ("Privacy Rule"). Because PHS does not engage in electronic transactions under HIPAA's Electronic Transactions and Code Set Standards ("Transaction Standards"), HIPAA's Privacy Rule does not apply to PHS
- Payment will not be processed until we receive a clinical summary

**For Payment Please Submit Claims To:**

Prison Health Services
P.O. Box 967
Brentwood, TN 37024-0967

---

| **The consulting physician should complete this section.**<br>**The completed form will be sealed in the attached envelope and**<br>**returned with an officer to the correctional facility.** |
|---|
| **Clinical Summary or Attached Report** |

Waiting on report

*** For security and safety, please do not inform patient of possible follow-up appointments. ***

| Signature of Consulting Physician: | Date | Time |
|---|---|---|
| Reviewed and Signed By<br>Medical Director: | Date | Time |

Bullock Co Hospital
102 W. Conecuh
Union Springs AL
738-2140
September 14 at 7 AM

09/08/2004

| | | | |
|---|---|---|---|
| **Patient Name:** 00827-MEF-CSC | | Tel Number: 18633TDU | |
| **Service Authorized:** | X-Ray: Lower Gi (Barium Enema) | **Effective Dates:** | 09/08/2004 |
| **Effective:** | Visits authorized for 60 days from effective date | **Visits Authorized:** | 1 |
| **Responsible Facility:** | Bullock Correctional Facility | **Contact Name:** | Michelle Pope |
| **Authorization Number:** | 14168419 | **Telephone Number:** | (334)395-5973 Ext 14 |

**Note to Provider of Services:**

- Medicare/Medicaid do not cover any health services provided to an inmate in custody, except in certain circumstances not applicable to this inmate.
- Authorization is diagnosis and procedure specific. Any additional tests, procedures, and inpatient or outpatient services must receive prior authorization to ensure benefit eligibility and payment. (Use above contact name and telephone number)
- Authorization for payment of service is guaranteed only if service is provided during the actual time of confinement to the referring correctional facility.
- HIPAA: Please be advised Prison Health Services, Inc. ("PHS") is not a covered entity under HIPAA's Rule on the Privacy of Individually Identifiable Health Information Standard ("Privacy Rule"). Because PHS does not engage in electronic transactions under HIPAA's Electronic Transactions and Code Set Standards ("Transaction Standards"), HIPAA's Privacy Rule does not apply to PHS.
- Payment will not be processed until we receive a clinical summary.

**For Payment Please Submit Claims To:**

Prison Health Services
P.O. Box 967
Brentwood, TN 37024-0967

---

**The consulting physician should complete this section.
The completed form will be sealed in the attached envelope and
returned with an officer to the correctional facility.**

**Clinical Summary or Attached Report**

**\*\*\* For security and safety, please do not inform patient of possible follow-up appointments. \*\*\***

Signature of Consulting Physician:                      Date            Time

Reviewed and Signed By
Medical Director:                                       Date            Time

*Bullock Co Hospital
102 W. Conecuh
Union Springs, AL
738-2140
September 14 at 7 AM*

09/08/2004

| Site Name & Number: | Patient Name: (Last, First) | |
|---|---|---|
| Bullock 832 | Duff Antonio | 09,08,04 |

**Site Phone #**
(334) 738-5625

**Alias: (Last, First)**

**Date of Birth: (mm/dd/yy)**

**Site Fax #**
(334) 738-8263

**Inmate #**
186551

**PHS Custody Date: (mm/dd/yy)**
02,07,01

**Will there be a charge?** ☑ Yes ☐ No    **Sex** ☑ Male ☐ Female

**SS Number**

**Potential Release Date: (mm/dd/yy)**
05,29,27

**Responsible party:** ☐ PHS  ☐ Auto Ins.
☐ Health Ins.(Excludes Medicare/Medicaid Managed Care alternative plans )
☐ Other, be specific (Excludes Medicare and Medicaid):

## CLINICAL DATA

**Requesting Provider:** ☐ Physician  ☐ NP, PA  ☐ Dental

**Facility Medical Director Signature and Date:**
9/7/04

☐ Service meets criteria for "approval via protocol"

**Place a check mark (✓) in the Service Type requested (one only) and complete additional applicable fields.**

☐ Office Visit (OV)  ☐ X-ray (XR)  ☐ Scheduled Admission (SA)
☐ Outpatient Surgery (OS)  ☐ Dialysis (DA)

☐ Routine  ☐ Urgent

**Estimated Date of Service (mm/dd/yy)** ___/___/___
**(This starts the approval window for the "open authorization period")**

**Multiple Visits/Treatments:**  ☐ Radiation therapy
**Number of Visits/Treatments:** ___  ☐ Chemotherapy  ☐ Other:

**Specialist referred to:**

**Type of Consultation, Treatment, Procedure or Surgery:**

Basin Enemg

**You must include copies of pertinent reports such as lab results, x-ray interpretations and specialty consult reports with this form.**
☐ Pertinent Documents have been attached and faxed.

**History of Illness/Injury/sypmtoms with Date of Onset:**

Pt c abnormal
xrays of abdomen
Sp desir to Dr

**Results of a complaint directed physical examination:**

WZA, who suffers
the has Basmi
enema

**Previous treatment and response (including medications):**

**\*\*\*For security and safety, please do not inform patient of possible follow-up appointments\*\*\***

**UM DETERMINATION:**  ☐ Offsite Service Recommended and Authorized
☐ Alternative Treatment Plan (explain here):
☐ More Information Requested:  (See Attached)
☐ Resubmitted with requested information.  **Date resubmitted:** ___/___/___

**Regional Medical Director Signature, printed name and date required:**
___/___/___ (mm/dd/yy)

**Do not write below this line. For Case Manager and Corporate Data Entry ONLY.**

| Cert Type: | Med Class: | UR Auth #: |
|---|---|---|

UM Referral review form 2-05-2004

9/7/04

**Advanced
Surgical
Associates**
Proven surgical results from doctors who care

ANTONIO DUFF

This patient needs a Colonoscopy but is scheduled to see Dr. Joe Jackson 10/18/04. I think in the interim we should get a Barium ENEMA AND IF NEGATIVE CANCEL Dr. JACKSON'S VISIT.

Sincerely,
BWhyte

9/7/04

337 St. Lukes Drive Montgomery, AL 36117

| Patient Name: | Duff, Antonio | Inmate Number: | 186551DU |
|---|---|---|---|
| Service Authorized: | Office Visits: General Surgery Consult | Effective Dates: | 09/09/2004 |
| Effective: | Visits authorized for 60 days from effective date. | Visits Authorized: | 1 |
| Responsible Facility: | Bullock Correctional Facility | Contact Name: | Michelle Pope |
| Authorization Number: | 14173712 | Telephone Number: | (334)395-5973 Ext 14 |

**Note to Provider of Services:**

- Medicare/Medicaid do not cover any health services provided to an inmate in custody, except in certain circumstances not applicable to this inmate.
- Authorization is diagnosis and procedure specific. Any additional tests, procedures, and inpatient or outpatient services must receive prior authorization to ensure benefit eligibility and payment. (Use above contact name and telephone number)
- Authorization for payment of service is guaranteed only if service is provided during the actual time of confinement to the referring correctional facility.
- HIPAA: Please be advised Prison Health Services, Inc ("PHS") is not a covered entity under HIPAA's Rule on the Privacy of Individually Identifiable Health Information Standard ("Privacy Rule") Because PHS does not engage in electronic transactions under HIPAA's Electronic Transactions and Code Set Standards ("Transaction Standards"), HIPAA's Privacy Rule does not apply to PHS.
- Payment will not be processed until we receive a clinical summary.

**For Payment Please Submit Claims To:**

Prison Health Services
P O. Box 967
Brentwood, TN 37024-0967

---

**The consulting physician should complete this section.
The completed form will be sealed in the attached envelope and
returned with an officer to the correctional facility.**

**Clinical Summary or Attached Report**

*** For security and safety, please do not inform patient of possible follow-up appointments. ***

| Signature of Consulting Physician: | | |
|---|---|---|
| | Date | Time |
| Reviewed and Signed By Medical Director: | | |
| | Date | Time |

Dr. Whyte
37 St. Luke Drive
Montgomery, AL
271-2788
September 7-04

09/09/2004

| Site Name & Number: | Client Name: (Last, First) | Date: (mm/dd/yy) |
|---|---|---|
| Bullock 832 | Duff Antonio | 09 08 04 |

| Site Phone # | Alias: (Last, First) | Date of Birth: (mm/dd/yy) |
|---|---|---|
| (334) 738-5625 | | ▓▓▓▓▓ |

| Site Fax # | Inmate # | PHS Custody Date: (mm/dd/yy) |
|---|---|---|
| (334) 738-8763 | 186551 | 02 09 01 |

| Will there be a charge? | Sex | SS Number | Potential Release Date: (mm/dd/yy) |
|---|---|---|---|
| ☒ Yes ☐ No | ☒ Male ☐ Female | ▓▓▓▓▓▓ | 05 29 27 |

Responsible party: ☒ PHS ☐ Auto Ins. ☐ Health Ins.(Excludes Medicare/Medicaid Managed Care alternative plans ) ☐ Other, be specific (Excludes Medicare and Medicaid):

## CLINICAL DATA

Requesting Provider: ☒ Physician ☐ NP, PA ☐ Dental

Facility Medical Director Signature and Date:

☐ Service meets criteria for "approval via protocol"

History of illness/injury/sypmtoms with Date of Onset:

AF c̄ c̄lucky Pain, constipation, and abnormal x̄ Rays

**Place a check mark (✓) in the Service Type requested (one only) and complete additional applicable fields.**

☒ Office Visit (OV)  ☐ X-ray (XR)  ☐ Scheduled Admission (SA)
☐ Outpatient Surgery (OS)  ☐ Dialysis (DA)

☐ Routine  ☐ Urgent

Estimated Date of Service (mm/dd/yy): ___/___/___

(This starts the approval window for the "open authorization period")

Multiple Visits/Treatments: ☐ Radiation therapy ☐ Chemotherapy

Number of Visits/Treatments: _____ ☐ Other:

Specialist referred to:

Type of Consultation, Treatment, Procedure or Surgery:

Results of a complaint directed physical examination:

Previous treatment and response (including medications):

Abd Pain, AF levels, abnormal x Rays constipation

**You must include copies of pertinent reports such as lab results, x-ray interpretations and specialty consult reports with this form.**

☐ Pertinent Documents have been attached and faxed

***For security and safety, please do not inform patient of possible follow-up appointments***

UM DETERMINATION: ☐ Offsite Service Recommended and Authorized

☐ Alternative Treatment Plan (explain here):

☐ More Information Requested: (See Attached)

☐ Resubmitted with requested information.  Date resubmitted: ___/___/___

Regional Medical Director Signature, printed name and date required:

___/___/___ (mm/dd/yy)

Do not write below this line. For Case Manager and Corporate Data Entry ONLY.

| Cert Type: | Med Class: | UR Auth #: |
|---|---|---|

UM Referral review form 2-05-2004

Duff, Antonio
P.O.Box 5107 Hwy 82 East
Bullock Co. Correct. Ctr.
UNION SPRINGS AL 36089

11-04-04
10119950
JACKSON, M.D.,

**MONTGOMERY SURGIC**
855 East South Boul
Montgomery, AL 3
(334) 284-960.

**POST -ENDOSCOPY**
DISCHARGE INSTRUCTIONS - GASTROENTE...

## I. GENERAL INSTRUCTIONS

1  The medication given to you will slow your reaction time even though you make think your reaction time is normal. Also, you may feel light-headed for several hours  You may even experience some amnesia of the procedure

2  You are advised to rest and relax for the remainder of the day

3  You should remain in the presence of a responsible person today

4  Do not drive a motor vehicle, operate hazardous equipment or appliances for at least 24 hours following the procedure.

5  Do not drink alcoholic beverages for at least 24 hours.

6  Do not sign important documents or make important decisions for the next 24 hours.

## II. ESOPHAGOGASTRODUODENOSCOPY

1  Do not eat or drink anything until __10 45__ am/pm then you may begin sipping clear liquids (water, tea, soft drinks).

2  If you are not experiencing any difficulty in swallowing the liquids, your gag reflex has returned and you may begin eating

3  You may have a sore throat for a few hours but may use throat lozenges or gargle with warm water after your gag reflex has returned.

4  Notify your physician if you experience any of the following:
   a. Chest or abdominal pain.
   b. Difficulty swallowing
   c. Fever - 100 or above
   d. Persistant nausea and vomiting

## III. COLONOSCOPY

1  It is common to expel flatus (gas or air) following this procedure.

2  Lying on your left side or walking often aids in expelling flatus

3  Notify your physician if you experience any of the following:
   a  abdominal discomfort that worsens
   b  fever - 100  or greater
   c  rectal bleeding

## IV. POLYPECTOMY

1  You should not strain or lift for 2 weeks

2  Do not take any laxatives or use an enema for at least 14 days

3  Blood may be seen in your first bowel movement. Call your physician if the bleeding is excessive or persistent.

4  Avoid the use of aspirin products for at least one week. Aspirin increases the possibility of bleeding

## V. DIET

1  You may resume a normal diet unless a special diet has been prescribed by your physician

2  Special Diet Instructions (if applicable):
_____
_____
_____

## VI. MEDICATION

1  Resume your home medications

2  Your physician has written you a prescription for the following medication(s):_____
_____

Have the prescription(s) filled and take as directed

## VII. ADDITIONAL INSTRUCTIONS

_____
_____

☐ No specimen was taken
☒ A specimen was taken
Your physician will discuss with you the results of specimens taken

Please keep your follow-up appointment(s):
Dr _____ Date:_____ Time:_____
Dr _____ Date:_____ Time:_____

## VIII. PHONE NUMBER

In case of an emergency call:
Dr. Jackson    288-8840
Office #  288-8840
Montgomery Surgery Center - 284-9600
I hereby acknoledge and understand these written and verbal discharge instructions given

_Charles_
NAME/RELATIONSHIP

_Hermaine Bynes_     0945    11/4/04
NURSE / TIME

HCA

HEALTHCARE CORRECTIONS
RADIOLOGY SERVICES REQUEST AND REPORT

Name: _Duff ANToNio_

State ID No.: _186551_

INSTITUTION: _WDCF    Seg 6-30_

DOB: ▓▓▓▓▓

Race: _B_    Sex: _M_

NOTE: PERTINENT CLINICAL INFORMATION AND TENTATIVE DIAGNOSIS MUST BE PROVIDED FOR X-RAY EXAMINATION TO BE PERFORMED

| Requesting Physician/PA/NP | Date of request | Time of request | Routine | Priority | Transportation or special needs |
|---|---|---|---|---|---|
| _Mesier_ | _7-22-05_ | _1342_ | X | | _Seg 6-30_ |

HISTORY/DIAGNOSIS:

### X-RAY REQUEST

| | | | |
|---|---|---|---|
| ABDOMEN/KUB _Flat upright_ | FINGERS | NAVICULAR VIEW | SOFT TISSUE STUDIES |
| ACROMIO-CLAVICULAR JOINTS (W/WO WEIGHT) | FOOT | ORBITS | STERNUM |
| ANKLE | HAND | OS CALCIS (HEEL) | TEMPORO-MANDIBULAR JOINTS |
| CERVICAL SPINE | HIP | PELVIS | THORACIC SPINE |
| CHEST PA / LATERAL | HUMERUS | RADIUS/ULNA | TIBIA/FIBULA |
| COCCYX | KNEE | RIBS | TOES |
| CONE DOWN SELLA TURCICA | LUMBAR SPINE | SACRO-ILIAC JOINTS | WRIST |
| ELBOW | MANDIBLE | SCAPULA | ZYGOMA |
| FACIAL BONES | MAXILLA | SHOULDER | ZYGOMATIC ARCH |
| FEMUR | NASAL BONES | SKULL | |

### REPORT

Duff

ABDOMEN: The gas pattern is essentially normal. Soft tissue structures show no significant abnormality. There are no significant calcifications. If symptoms persist follow up would be recommended.
IMPRESSION: NEGATIVE STUDY.

D. & T: 07-26-05 Thomas J. Payne, III, M.D./jhi Board Certified Radiologist (Signature on file)

8/1/05

_Bettina Catlett_
X-RAY TECHNOLOGIST'S NAME (PRINT)

_Bettina Catlett_
X-RAY TECHNOLOGIST'S SIGNATURE

_7-25-05   6:45_
DATE, TIME EXAM PERFORMED

RADIOLOGIST'S NAME (PRINT)

RADIOLOGIST'S SIGNATURE

DATE SIGNED

P1-5000 (REV. 12/95)   WHITE-CHART COPY; CANARY-PHYSICIAN'S COPY; PINK-FILE COPY

**LabCorp**
Laboratory Corporation of America

LabCorp Birmingham
1801 First Avenue South, Birmingham, AL 35233-0000

**LabCorp**
Laboratory Corporation of America

Phone: 205-581-3500

| SPECIMEN | TYPE | PRIMARY LAB | REPORT STATUS | |
|----------|------|-------------|---------------|--|
| 151-205-5243-0 | S | MB | COMPLETE | Page #:    1 |

**ADDITIONAL INFORMATION**

FASTING: N
DOB:

| PATIENT NAME | SEX | AGE(YR./MOS.) |
|--------------|-----|---------------|
| DUFF,ANTONIO | M | 31  /  3 |

PT ADD.:

| DATE OF SPECIMEN | TIME | DATE RECEIVED | DATE REPORTED | TIME | |
|------------------|------|---------------|---------------|------|--|
| 5/31/2005 | 14:24 | 5/31/2005 | 6/02/2005 | 11:20 | 1358 |

**CLINICAL INFORMATION**
CD- 41167602182

| PHYSICIAN ID. | PATIENT ID. |
|---------------|-------------|
| SIDDIQ  I | 186551 |

ACCOUNT:  Bullock Correctional Facility
Prison Health Services
104 Bullock Dr.
Union Springs         AL   36089-5107
ACCOUNT NUMBER:    01389085

| TEST | RESULT | | LIMITS | LAB |
|------|--------|--|--------|-----|
| CMP14+CBC/D/Plt | | | | |
| Chemistries | | | | MB |
| Glucose, Serum | 76 | mg/dL | 65  -  99 | MB |
| BUN | 9 | mg/dL | 5  -  26 | MB |
| Creatinine, Serum | 1.0 | mg/dL | 0.5  -  1.5 | MB |
| BUN/Creatinine Ratio | 9 | | 8  -  27 | |
| Sodium, Serum | 141 | mmol/L | 135  -  148 | MB |
| Potassium, Serum | 4.2 | mmol/L | 3.5  -  5.5 | MB |
| Chloride, Serum | 102 | mmol/L | 96  -  109 | MB |
| Carbon Dioxide, Total | 23 | mmol/L | 20  -  32 | MB |
| Calcium, Serum | 10.2 | mg/dL | 8.5  -  10.6 | MB |
| Protein, Total, Serum | 7.7 | g/dL | 6.0  -  8.5 | MB |
| Albumin, Serum | 4.7 | g/dL | 3.5  -  5.5 | MB |
| Globulin, Total | 3.0 | g/dL | 1.5  -  4.5 | |
| A/G Ratio | 1.6 | | 1.1  -  2.5 | |
| Bilirubin, Total | 0.4 | mg/dL | 0.1  -  1.2 | MB |
| Alkaline Phosphatase, Serum | 45 | IU/L | 25  -  150 | MB |
| AST (SGOT) | 32 | IU/L | 0  -  40 | MB |
| > ALT (SGPT) | 49 H | IU/L | 0  -  40 | MB |
| | | | | MB |
| CBC, Platelet Ct, and Diff | | | | MB |
| White Blood Cell (WBC) Count | 5.8 | x10E3/uL | 4.0  -  10.5 | MB |
| Red Blood Cell (RBC) Count | 5.02 | x10E6/uL | 4.10  -  5.60 | MB |
| Hemoglobin | 15.6 | g/dL | 12.5  -  17.0 | MB |
| Hematocrit | 45.5 | % | 36.0  -  50.0 | MB |
| MCV | 91 | fL | 80  -  98 | MB |
| MCH | 31.0 | pg | 27.0  -  34.0 | MB |
| MCHC | 34.2 | g/dL | 32.0  -  36.0 | MB |
| RDW | 14.9 | % | 11.7  -  15.0 | MB |
| Platelets | 158 | x10E3/uL | 140  -  415 | MB |
| > Neutrophils | 35 L | % | 40  -  74 | MB |
| > Lymphs | 53 H | % | 14  -  46 | MB |
| Monocytes | 8 | % | 4  -  13 | MB |
| Eos | 4 | % | 0  -  7 | MB |
| Basos | 0 | % | 0  -  3 | MB |
| Neutrophils (Absolute) | 2.0 | x10E3/uL | 1.8  -  7.8 | MB |
| Lymphs (Absolute) | 3.1 | x10E3/uL | 0.7  -  4.5 | MB |
| Monocytes (Absolute) | 0.5 | x10E3/uL | 0.1  -  1.0 | MB |
| Eos (Absolute) | 0.2 | x10E3/uL | 0.0  -  0.4 | MB |
| Baso (Absolute) | 0.0 | x10E3/uL | 0.0  -  0.2 | MB |

| Pat Name:  DUFF,ANTONIO | Pat ID: 186551 | Spec #: 151-205-5243-0 | Seq #: 1358 |
|-------------------------|----------------|------------------------|-------------|

Results are Flagged in Accordance with Age Dependent Reference Ranges
Continued on Next Page



**LabCorp** Laboratory Corporation of America

LabCorp Birmingham
1801 First Avenue South, Birmingham, AL 35233-0000

Phone: 205-581-3500

| SPECIMEN 151-205-5243-0 | TYPE S | PRIMARY LAB MB | REPORT STATUS COMPLETE | Page #: 2 |
|---|---|---|---|---|

**ADDITIONAL INFORMATION**

FASTING: N
DOB:

| PATIENT NAME | SEX | AGE(YR /MOS ) |
|---|---|---|
| DUFF,ANTONIO | M | 31 / 3 |

PT ADD :

| DATE OF SPECIMEN | TIME | DATE RECEIVED | DATE REPORTED | TIME | |
|---|---|---|---|---|---|
| 5/31/2005 | 14:24 | 5/31/2005 | 6/02/2005 | 11:20 | 1358 |

**CLINICAL INFORMATION**
CD-41167602182

| PHYSICIAN ID SIDDIQ I | PATIENT ID 186551 |
|---|---|

ACCOUNT: Bullock Correctional Facility
Prison Health Services
104 Bullock Dr
Union Springs          AL   36089-5107
ACCOUNT NUMBER:   01389085

| TEST | RESULT | | LIMITS | LAB |
|---|---|---|---|---|
| Amylase, Serum | 73 | U/L | 0 - 99 | MB |
| Lipase, Serum | 28 | U/L | 0 - 59 | MB |
| Ceruloplasmin | 18.3 | mg/dL | 16.2 - 35.6 | MB |
| Copper, Serum | 82 | ug/dL | 70 - 155 | BN |
| | | | Detection Limit = 5 | |
| Angiotensin-Converting Enzyme | 49 | U/L | 12 - 68 | MB |

LAB: BN LabCorp Burlington          DIRECTOR: Frank Hancock  MD
1447 York Court, Burlington,  NC 27215-2230

LAB: MB LabCorp Birmingham          DIRECTOR: John Elgin N MD
1801 First Avenue South, Birmingham,  AL 35233-0000



| Pat Name:  DUFF,ANTONIO | Pat ID: 186551 | Spec #:  151-205-5243-0 | Seq #:  1358 |
|---|---|---|---|

Results are Flagged in Accordance with Age Dependent Reference Ranges
Last Page of Report

**LabCorp** LabCorp Birmingham
1801 First Avenue South, Birmingham, AL 35233-0000

*Copy*
*M HH*

**LabCorp** Laboratory Corporation of America

Phone: 205-581-3500

| SPECIMEN 133-205-5115-0 | TYPE S | PRIMARY LAB MB | REPORT STATUS COMPLETE | Page #: | 1 |
|---|---|---|---|---|---|

**ADDITIONAL INFORMATION**

FASTING: N
DOB:

| PATIENT NAME | SEX | AGE(YR/MOS) |
|---|---|---|
| DUFF,ANTONIO | M | 31 / 2 |

PT ADD :

| DATE OF SPECIMEN | TIME | DATE RECEIVED | DATE REPORTED | TIME | |
|---|---|---|---|---|---|
| 5/13/2005 | 14:08 | 5/13/2005 | 5/14/2005 | 7:41 | 1271 |

**CLINICAL INFORMATION**
CD-41167602123

| PHYSICIAN ID. SIDDIQ I | PATIENT ID. 186551 |
|---|---|

ACCOUNT: Bullock Correctional Facility
Prison Health Services
104 Bullock Dr
Union Springs        AL   36089-5107
ACCOUNT NUMBER:   01389085

| TEST | RESULT | | LIMITS | LAB |
|---|---|---|---|---|
| CMP14+LP+5AC | | | | |
| Chemistries | | | | MB |
| Glucose, Serum | 78 | mg/dL | 65 - 99 | MB |
| Uric Acid, Serum | 5.5 | mg/dL | 2.4 - 8.2 | MB |
| BUN | 13 | mg/dL | 5 - 26 | MB |
| Creatinine, Serum | 1.0 | mg/dL | 0.5 - 1.5 | MB |
| BUN/Creatinine Ratio | 13 | | 8 - 27 | |
| Sodium, Serum | 141 | mmol/L | 135 - 148 | MB |
| Potassium, Serum | 4.3 | mmol/L | 3.5 - 5.5 | MB |
| Chloride, Serum | 102 | mmol/L | 96 - 109 | MB |
| Carbon Dioxide, Total | 23 | mmol/L | 20 - 32 | MB |
| Calcium, Serum | 10.5 | mg/dL | 8.5 - 10.6 | MB |
| > Phosphorus, Serum | 4.6H | mg/dL | 2.5 - 4.5 | MB |
| Protein, Total, Serum | 7.7 | g/dL | 6.0 - 8.5 | MB |
| Albumin, Serum | 4.7 | g/dL | 3.5 - 5.5 | MB |
| Globulin, Total | 3.0 | g/dL | 1.5 - 4.5 | |
| A/G Ratio | 1.6 | | 1.1 - 2.5 | |
| Bilirubin, Total | 0.3 | mg/dL | 0.1 - 1.2 | MB |
| Alkaline Phosphatase, Serum | 52 | IU/L | 25 - 150 | MB |
| > LDH | 426 H | IU/L | 100 - 250 | MB |
| > AST (SGOT) | 145 H | IU/L | 0 - 40 | MB |
| > ALT (SGPT) | 144 H | IU/L | 0 - 40 | MB |
| > GGT | 83 H | IU/L | 0 - 65 | MB |
| Iron, Serum | 91 | ug/dL | 40 - 155 | MB |
| | | | | MB |
| Lipids | | | | MB |
| > Cholesterol, Total | 278 H | mg/dL | 100 - 199 | MB |
| > Triglycerides | 258 H | mg/dL | 0 - 149 | MB |
| HDL Cholesterol | 59 | mg/dL | 40 - 59 | MB |
| > VLDL Cholesterol Cal | 52 H | mg/dL | 5 - 40 | MB |
| > LDL Cholesterol Calc | 167 H | mg/dL | 0 - 99 | MB |
| Comment | | | | MB |

If initial LDL-cholesterol result is >100 mg/dL, assess for
risk factors and refer to the ATP-III table below.

Risk Category LDL Goal LDL Level (mg/dL)   LDL Level (mg/dL)
        mg/dL   at which to initiate    at which to
                Therapeutic Lifestyle   consider Drug
                Changes (TLC)           Therapy

| Pat Name:  DUFF,ANTONIO | Pat ID: 186551 | Spec #: 133-205-5115-0 | Seq #: 1271 |
|---|---|---|---|

Results are Flagged in Accordance with Age Dependent Reference Ranges
Continued on Next Page



**LabCorp**
Laboratory Corporation of America

LabCorp Birmingham
1801 First Avenue South, Birmingham, AL 35233-0000

LabCorp
Laboratory Corporation of America

Phone: 205-581-3500

| SPECIMEN | TYPE | PRIMARY LAB | REPORT STATUS | | |
|---|---|---|---|---|---|
| 133-205-5115-0 | S | MB | COMPLETE | Page #: | 2 |

ADDITIONAL INFORMATION

FASTING: N
DOB: ████████

| CLINICAL INFORMATION |
|---|
| CD-41167602123 |

| PATIENT NAME | SEX | AGE(YR/MOS) |
|---|---|---|
| DUFF,ANTONIO | M | 31 / 2 |

PT.ADD :

| PHYSICIAN ID. | PATIENT ID. |
|---|---|
| SIDDIQ I | 186551 |

| DATE OF SPECIMEN | TIME | DATE RECEIVED | DATE REPORTED | TIME | |
|---|---|---|---|---|---|
| 5/13/2005 | 14:08 | 5/13/2005 | 5/14/2005 | 7:41 | 1271 |

ACCOUNT: Bullock Correctional Facility
Prison Health Services
104 Bullock Dr
Union Springs        Al  36089-5107
ACCOUNT NUMBER:  01389085

| TEST | | RESULT | | LIMITS | LAB |
|---|---|---|---|---|---|
| CHD | <100 | >100 | | >or=130 | |
| 2+  Risk Factors | <130 | >or=130 | | >or=130 | |
| 0-1 Risk Factors | <160 | >or=160 | | >or=190 | |
| T. Chol/HDL Ratio | | 4.7 | ratio units | 0.0 - 5.0 | |
| Estimated CHD Risk | | 0.9 | times avg. | 0.0 - 1.0 | |

```
                                    T. Chol/HDL Ratio
                                    Men    Women
                    1/2 Avg.Risk    3.4     3.3
                        Avg.Risk    5.0     4.4
                     2X Avg.Risk    9.6     7.1
                     3X Avg.Risk   23.4    11.0
```

The CHD Risk is based on the T. Chol/HDL ratio.  Other
factors affect CHD Risk such as hypertension, smoking,
diabetes, severe obesity, and family history of pre-
mature CHD.

LAB: MB LabCorp Birmingham              DIRECTOR: John Elgin N MD
1801 First Avenue South, Birmingham,  AL 35233-0000



| Pat Name:  DUFF,ANTONIO | Pat ID:  186551 | Spec #:  133-205-5115-0 | Seq #:  1271 |
|---|---|---|---|

Results are Flagged in Accordance with Age Dependent Reference Ranges
Last Page of Report

**LabCorp** Laboratory Corporation of America    LabCorp Birmingham
1801 First Avenue South, Birmingham, AL 35233-0000



Phone: 205-581-3500

| SPECIMEN 151-205-5243-0 | TYPE S | PRIMARY LAB MB | REPORT STATUS COMPLETE | Page #: 2 |
|---|---|---|---|---|

**ADDITIONAL INFORMATION**

FASTING: N
DOB: ▓▓▓▓▓▓▓

| PATIENT NAME | | SEX | AGE(YR /MOS ) |
|---|---|---|---|
| DUFF,ANTONIO | | M | 31 / 3 |
| PT. ADD : | | | |

| DATE OF SPECIMEN | TIME | DATE RECEIVED | DATE REPORTED | TIME | |
|---|---|---|---|---|---|
| 5/31/2005 | 14:24 | 5/31/2005 | 6/02/2005 | 11:20 | 1358 |

| CLINICAL INFORMATION |
|---|
| CD- 41167602182 |

| PHYSICIAN ID. SIDDIQ  I | PATIENT ID 186551 |
|---|---|

ACCOUNT:  Bullock Correctional Facility
Prison Health Services
104 Bullock Dr
Union Springs                    AL  36089-5107
ACCOUNT NUMBER:  01389085

| TEST | RESULT | | LIMITS | LAB |
|---|---|---|---|---|
| Amylase, Serum | 73 | U/L | 0 - 99 | MB |
| Lipase, Serum | 28 | U/L | 0 - 59 | MB |
| Ceruloplasmin | 18.3 | mg/dL | 16 2 - 35.6 | MB |
| Copper, Serum | 82 | ug/dL | 70 - 155 | BN |
| Angiotensin-Converting Enzyme | 49 | U/L | Detection Limit = 5 | |
| | | | 12 - 68 | MB |

LAB: BN LabCorp Burlington
1447 York Court, Burlington,  NC 27215-2230          DIRECTOR: Frank Hancock  MD

LAB: MB LabCorp Birmingham
1801 First Avenue South, Birmingham,  AL 35233-0000          DIRECTOR: John Elgin N MD

*(signature)* 6/2/05

Name: DUFF,ANTONIO

| Pat ID: 186551 | Spec #:  151-205-5243-0 | Seq #: 1358 |
|---|---|---|

Results are Flagged in Accordance with Age Dependent Reference Ranges
Last Page of Report



**LabCorp** Laboratory Corporation of America

LabCorp Birmingham
1801 First Avenue South, Birmingham, AL 35233-0000

Phone: 205-581-3500

| SPECIMEN 151-205-5243-0 | TYPE S | PRIMARY LAB MB | REPORT STATUS COMPLETE | Page #: 1 |
|---|---|---|---|---|

**ADDITIONAL INFORMATION**

FASTING: N
DOB:

| CLINICAL INFORMATION |
|---|
| CD- 41167602182 |

| PHYSICIAN ID. SIDDIQ  I | PATIENT ID. 186551 |
|---|---|

| PATIENT NAME DUFF,ANTONIO | SEX M | AGE(YR /MOS.) 31 / 3 |
|---|---|---|

PT. ADD :

ACCOUNT: Bullock Correctional Facility
Prison Health Services
104 Bullock Dr
Union Springs          AL   36089-5107
ACCOUNT NUMBER:   01389085

| DATE OF SPECIMEN 5/31/2005 | TIME 14:24 | DATE RECEIVED 5/31/2005 | DATE REPORTED 6/02/2005 | TIME 11:20 | 1358 |
|---|---|---|---|---|---|

| TEST | RESULT | | LIMITS | LAB |
|---|---|---|---|---|
| CMP14+CBC/D/Plt | | | | MB |
| Chemistries | | | | MB |
| Glucose, Serum | 76 | mg/dL | 65 - 99 | MB |
| BUN | 9 | mg/dL | 5 - 26 | MB |
| Creatinine, Serum | 1.0 | mg/dL | 0.5 - 1.5 | MB |
| BUN/Creatinine Ratio | 9 | | 8 - 27 | |
| Sodium, Serum | 141 | mmol/L | 135 - 148 | MB |
| Potassium, Serum | 4.2 | mmol/L | 3.5 - 5.5 | MB |
| Chloride, Serum | 102 | mmol/L | 96 - 109 | MB |
| Carbon Dioxide, Total | 23 | mmol/L | 20 - 32 | MB |
| Calcium, Serum | 10.2 | mg/dL | 8.5 - 10.6 | MB |
| Protein, Total, Serum | 7.7 | g/dL | 6.0 - 8.5 | MB |
| Albumin, Serum | 4.7 | g/dL | 3.5 - 5.5 | MB |
| Globulin, Total | 3.0 | g/dL | 1.5 - 4.5 | |
| A/G Ratio | 1.6 | | 1.1 - 2.5 | |
| Bilirubin, Total | 0.4 | mg/dL | 0.1 - 1.2 | MB |
| Alkaline Phosphatase, Serum | 45 | IU/L | 25 - 150 | MB |
| AST (SGOT) | 32 | IU/L | 0 - 40 | MB |
| > ALT (SGPT) | 49 H | IU/L | 0 - 40 | MB |
| | | | | MB |
| CBC, Platelet Ct, and Diff | | | | |
| White Blood Cell (WBC) Count | 5.8 | x10E3/uL | 4.0 - 10.5 | MB |
| Red Blood Cell (RBC) Count | 5.02 | x10E6/uL | 4.10 - 5.60 | MB |
| Hemoglobin | 15.6 | g/dL | 12.5 - 17.0 | MB |
| Hematocrit | 45.5 | % | 36.0 - 50.0 | MB |
| MCV | 91 | fL | 80 - 98 | MB |
| MCH | 31.0 | pg | 27.0 - 34.0 | MB |
| MCHC | 34.2 | g/dL | 32.0 - 36.0 | MB |
| RDW | 14.9 | % | 11.7 - 15.0 | MB |
| Platelets | 158 | x10E3/uL | 140 - 415 | MB |
| > Neutrophils | 35 L | % | 40 - 74 | MB |
| > Lymphs | 53 H | % | 14 - 46 | MB |
| Monocytes | 8 | % | 4 - 13 | MB |
| Eos | 4 | % | 0 - 7 | MB |
| Basos | 0 | % | 0 - 3 | MB |
| Neutrophils (Absolute) | 2.0 | x10E3/uL | 1.8 - 7.8 | MB |
| Lymphs (Absolute) | 3.1 | x10E3/uL | 0.7 - 4.5 | MB |
| Monocytes(Absolute) | 0.5 | x10E3/uL | 0.1 - 1.0 | MB |
| Eos (Absolute) | 0.2 | x10E3/uL | 0.0 - 0.4 | MB |
| Baso (Absolute) | 0.0 | x10E3/uL | 0.0 - 0.2 | MB |

| Pat Name: DUFF,ANTONIO | Pat ID: 186551 | Spec #: 151-205-5243-0 | Seq #: 1358 |
|---|---|---|---|

Results are Flagged in Accordance with Age Dependent Reference Ranges
Continued on Next Page

**LabCorp**
Laboratory Corporation of America

LabCorp Birmingham
1801 First Avenue South, Birmingham, AL 35233-0000

**LabCorp**
Laboratory Corporation of America

Phone: 205-581-3500

| SPECIMEN 151-205-5243-0 | TYPE S | PRIMARY LAB MB | REPORT STATUS PARTIAL | Page #: 1 |
|---|---|---|---|---|

| ADDITIONAL INFORMATION |
|---|
| FASTING: N DOB: ▓▓▓▓ |

| PATIENT NAME DUFF,ANTONIO | SEX M | AGE(YR/MOS.) 31 / 3 |
|---|---|---|

PT ADD:

| DATE OF SPECIMEN 5/31/2005 | TIME 14:24 | DATE RECEIVED 5/31/2005 | DATE REPORTED 6/01/2005 | TIME 9:21 | 1349 |
|---|---|---|---|---|---|

| CLINICAL INFORMATION CD- 41167602182 | |
|---|---|
| PHYSICIAN ID. SIDDIQ I | PATIENT ID. 186551 |

ACCOUNT: Bullock Correctional Facility
Prison Health Services
104 Bullock Dr
Union Springs    AL    36089-5107
ACCOUNT NUMBER:    01389085

| TEST | RESULT | LIMITS | LAB |
|---|---|---|---|
| Ceruloplasmin | 18.3    mg/dL | 16.2 - 35.6 | MB |

| LAB: MB LabCorp Birmingham 1801 First Avenue South, Birmingham, AL 35233-0000 | DIRECTOR: John Elgin N MD |
|---|---|

| Pat Name: DUFF,ANTONIO | Pat ID: 186551 | Spec #: 151-205-5243-0 | Seq #: 1349 |
|---|---|---|---|

Results are Flagged in Accordance with Age Dependent Reference Ranges
Last Page of Report

**LabCorp**
Laboratory Corporation of America

LabCorp Birmingham
1801 First Avenue South, Birmingham, AL 35233-0000

**LabCorp**
Laboratory Corporation of America

Phone: 205-581-3500

| SPECIMEN 151-205-5243-0 | TYPE S | PRIMARY LAB MB | REPORT STATUS PARTIAL | Page #: | 1 |
|---|---|---|---|---|---|

| ADDITIONAL INFORMATION |
|---|
| FASTING: N DOB: |

| PATIENT NAME DUFF,ANTONIO | SEX M | AGE(YR /MOS ) 31 / 3 |
|---|---|---|

PT. ADD :

| DATE OF SPECIMEN 5/31/2005 | TIME 14:24 | DATE RECEIVED 5/31/2005 | DATE REPORTED 6/01/2005 | TIME 16:36 | 1354 |
|---|---|---|---|---|---|

| CLINICAL INFORMATION CD- 41167602182 |
|---|
| PHYSICIAN ID SIDDIQ I | PATIENT ID 186551 |

ACCOUNT:  Bullock Correctional Facility
Prison Health Services
104 Bullock Dr
Union Springs          AL   36089-5107
ACCOUNT NUMBER:   01389085

| TEST | RESULT | | LIMITS | LAB |
|---|---|---|---|---|
| Angiotensin-Converting Enzyme | 49 | U/L | 12 - 68 | MB |

| LAB: MB LabCorp Birmingham 1801 First Avenue South, Birmingham,  AL 35233-0000 | DIRECTOR: John Elgin N MD |
|---|---|

| Pat Name:  DUFF,ANTONIO | Pat ID: 186551 | Spec #:  151-205-5243-0 | Seq #: 1354 |
|---|---|---|---|

Results are Flagged in Accordance with Age Dependent Reference Ranges
Last Page of Report



**LabCorp**
Laboratory Corporation of America

LabCorp Birmingham
1801 First Avenue South, Birmingham, AL 35233-0000

Phone: 205-581-3500

| SPECIMEN 145-205-5275-0 | TYPE S | PRIMARY LAB MB | REPORT STATUS COMPLETE | Page #:   1 |
|---|---|---|---|---|

ADDITIONAL INFORMATION

FASTING: N
DOB:

| PATIENT NAME | SEX | AGE(YR./MOS.) |
|---|---|---|
| DUFF,ANTONIO | M | 31 / 3 |

PT. ADD :

| DATE OF SPECIMEN | TIME | DATE RECEIVED | DATE REPORTED | TIME | |
|---|---|---|---|---|---|
| 5/25/2005 | 14:46 | 5/25/2005 | 5/26/2005 | 18:12 | 1324 |

**CLINICAL INFORMATION**
CD- 41167602166

| PHYSICIAN ID. SIDDIQ  I | PATIENT ID. 186551 |
|---|---|

ACCOUNT:  Bullock Correctional Facility
Prison Health Services
104 Bullock Dr
Union Springs          AL   36089-5107
ACCOUNT NUMBER:   01389085

| TEST | RESULT | LIMITS | LAB |
|---|---|---|---|
| Hepatitis Panel (4) | | | |
| Hep A Ab, IgM | Negative | Negative | MB |
| HBsAg Screen | Negative | Negative | MB |
| Hep B Core Ab, IgM | Negative | Negative | MB |
| HCV Ab w/Rflx to RIBA | 0.3 | 0.0 - 0.9 | MB |
| Negative | | | |

Not infected with HCV, unless recent infection is suspected or other
evidence exists to indicate HCV infection.

LAB: MB LabCorp Birmingham                    DIRECTOR: John Elgin N MD
1801 First Avenue South, Birmingham,  AL 35233-0000

| Pat Name:  DUFF,ANTONIO | Pat ID: 186551 | Spec #:  145-205-5275-0 | Seq #: 1324 |
|---|---|---|---|

Results are Flagged in Accordance with Age Dependent Reference Ranges
Last Page of Report

**LabCorp** LabCorp Birmingham
Laboratory Corporation of America 1801 First Avenue South, Birmingham, AL 35233-0000

Phone: 205-581-3500

| SPECIMEN | TYPE | PRIMARY LAB | REPORT STATUS | |
|---|---|---|---|---|
| 133-205-5115-0 | S | MB | COMPLETE | Page #: 1 |

**ADDITIONAL INFORMATION**

FASTING: N
DOB:

| PATIENT NAME | SEX | AGE(YR/MOS) |
|---|---|---|
| DUFF,ANTONIO | M | 31 / 2 |

PT. ADD :

| DATE OF SPECIMEN | TIME | DATE RECEIVED | DATE REPORTED | TIME | |
|---|---|---|---|---|---|
| 5/13/2005 | 14:08 | 5/13/2005 | 5/14/2005 | 7:41 | 1271 |

**CLINICAL INFORMATION**
CD- 41167602123

| PHYSICIAN ID. | PATIENT ID |
|---|---|
| SIDDIQ  I | 186551 |

ACCOUNT: Bullock Correctional Facility
Prison Health Services
104 Bullock Dr.
Union Springs        AL   36089-5107
ACCOUNT NUMBER:   01389085

| TEST | RESULT | LIMITS | LAB |
|---|---|---|---|
| CMP14+LP+5AC | | | |
| Chemistries | | | MB |
| Glucose, Serum | 78 | mg/dL | 65 - 99 | MB |
| Uric Acid, Serum | 5.5 | mg/dL | 2.4 - 8.2 | MB |
| BUN | 13 | mg/dL | 5 - 26 | MB |
| Creatinine, Serum | 1.0 | mg/dL | 0.5 - 1.5 | MB |
| BUN/Creatinine Ratio | 13 | | 8 - 27 | |
| Sodium, Serum | 141 | mmol/L | 135 - 148 | MB |
| Potassium, Serum | 4.3 | mmol/L | 3.5 - 5.5 | MB |
| Chloride, Serum | 102 | mmol/L | 96 - 109 | MB |
| Carbon Dioxide, Total | 23 | mmol/L | 20 - 32 | MB |
| Calcium, Serum | 10.5 | mg/dL | 8.5 - 10.6 | MB |
| > Phosphorus, Serum | 4.6 H | mg/dL | 2.5 - 4.5 | MB |
| Protein, Total, Serum | 7.7 | g/dL | 6.0 - 8.5 | MB |
| Albumin, Serum | 4.7 | g/dL | 3.5 - 5.5 | MB |
| Globulin, Total | 3.0 | g/dL | 1.5 - 4.5 | |
| A/G Ratio | 1.6 | | 1.1 - 2.5 | |
| Bilirubin, Total | 0.3 | mg/dL | 0.1 - 1.2 | |
| Alkaline Phosphatase, Serum | 52 | IU/L | 25 - 150 | MB |
| > LDH | 426 H | IU/L | 100 - 250 | MB |
| > AST (SGOT) | 145 H | IU/L | 0 - 40 | MB |
| > ALT (SGPT) | 144 H | IU/L | 0 - 40 | MB |
| > GGT | 83 H | IU/L | 0 - 65 | MB |
| Iron, Serum | 91 | ug/dL | 40 - 155 | MB |
| | | | | MB |
| Lipids | | | | MB |
| > Cholesterol, Total | 278 H | mg/dL | 100 - 199 | MB |
| > Triglycerides | 258 H | mg/dL | 0 - 149 | MB |
| HDL Cholesterol | 59 | mg/dL | 40 - 59 | MB |
| > VLDL Cholesterol Cal | 52 H | mg/dL | 5 - 40 | |
| > LDL Cholesterol Calc | 167 H | mg/dL | 0 - 99 | |
| Comment | | | | MB |

If initial LDL-cholesterol result is >100 mg/dL, assess for
risk factors and refer to the ATP-III table below.

| Risk Category | LDL Goal mg/dL | LDL Level (mg/dL) at which to initiate Therapeutic Lifestyle Changes (TLC) | LDL Level (mg/dL) at which to consider Drug Therapy |
|---|---|---|---|

| Pat Name: DUFF,ANTONIO | Pat ID: 186551 | Spec #: 133-205-5115-0 | Seq #: 1271 |
|---|---|---|---|

Results are Flagged in Accordance with Age Dependent Reference Ranges
Continued on Next Page



**LabCorp** Laboratory Corporation of America

LabCorp Birmingham
1801 First Avenue South, Birmingham, AL 35233-0000

Phone: 205-581-3500

| SPECIMEN 358-205-5070-0 | TYPE S | PRIMARY LAB MB | REPORT STATUS COMPLETE | Page #: | 1 |
|---|---|---|---|---|---|

**ADDITIONAL INFORMATION**

FASTING: N
DOB:

| PATIENT NAME | SEX | AGE(YR/MOS) |
|---|---|---|
| DUFF, ANTONIO | M | 30 / 10 |

PT. ADD :

| DATE OF SPECIMEN | TIME | DATE RECEIVED | DATE REPORTED | TIME | |
|---|---|---|---|---|---|
| 12/23/2004 | 10:40 | 12/23/2004 | 12/24/2004 | 7:39 | 381 |

**CLINICAL INFORMATION**
CD- 41167601338

| PHYSICIAN ID. SIDDIQ I | PATIENT ID. 186551 |
|---|---|

ACCOUNT: BULLOCK CORRECTIONAL FACILITY
PRISON HEALTH SERVICES
104 Bullock Dr
Union Springs      AL   36089-5107
ACCOUNT NUMBER:   01389085

| TEST | RESULT | | LIMITS | LAB |
|---|---|---|---|---|
| CBC With Differential/Platelet | | | | |
| White Blood Cell (WBC) Count | 5.1 | x10E3/uL | 4.0 - 10.5 | MB |
| Red Blood Cell (RBC) Count | 4.81 | x10E6/uL | 4.10 - 5.60 | MB |
| Hemoglobin | 15.0 | g/dL | 12.5 - 17.0 | MB |
| Hematocrit | 44.4 | % | 36.0 - 50.0 | MB |
| MCV | 92 | fL | 80 - 98 | MB |
| MCH | 31.1 | pg | 27.0 - 34.0 | MB |
| MCHC | 33.7 | g/dL | 32.0 - 36.0 | MB |
| RDW | 14.1 | % | 11.7 - 15.0 | MB |
| Platelets | 185 | x10E3/uL | 140 - 415 | MB |
| > Neutrophils | 39 L | % | 40 - 74 | MB |
| > Lymphs | 49 H | % | 14 - 46 | MB |
| Monocytes | 6 | % | 4 - 13 | MB |
| Eos | 6 | % | 0 - 7 | MB |
| Basos | 0 | % | 0 - 3 | MB |
| Neutrophils (Absolute) | 2.0 | x10E3/uL | 1.8 - 7.8 | MB |
| Lymphs (Absolute) | 2.5 | x10E3/uL | 0.7 - 4.5 | MB |
| Monocytes(Absolute) | 0.3 | x10E3/uL | 0.1 - 1.0 | MB |
| Eos (Absolute) | 0.3 | x10E3/uL | 0.0 - 0.4 | MB |
| Baso (Absolute) | 0.0 | x10E3/uL | 0.0 - 0.2 | MB |

LAB: MB LabCorp Birmingham                    DIRECTOR: Arthur Kelly G MD
1801 First Avenue South, Birmingham,  AL 35233-0000

11/10/05

| Pat Name: DUFF,ANTONIO | Pat ID: 186551 | Spec #: 358-205-5070-0 | Seq #: 381 |
|---|---|---|---|

Results are Flagged in Accordance with Age Dependent Reference Ranges
Last Page of Report



antonia,antonia
ID: duff

08/13/2004

Summary: NORMAL ECG

D.O.B.:
MALE        BLACK
Dr:
Tech:     siddiq
          slater              30 YEARS

| | | |
|---|---|---|
| Vent. Rate: | 67 | bpm |
| RR Interval: | 884 | ms |
| PR Interval: | 156 | ms |
| QRS Duration: | 78 | ms |
| QT Interval: | 380 | ms |
| QTc Interval: | 392 | ms |
| QT Dispersion: | 56 | ms |
| P-R-T AXIS: 76° | 67° | 42° |

SPACELABS MEDICAL

BURDICK REORDER NO/REF 007984

QTc=Hodges

* Unconfirmed Analysis *

(WED/AUG 25 2004 15 07:31 15:02/NO 6312281184 P 12

# HCX
## HEALTH CARE CORRECTIONS
### RADIOLOGY SERVICES REQUEST AND REPORT
INSTITUTION _Bullock_

Name: _____
State ID No: _____
DOB: _____
Race: __B__    Sex: __M__

NOTE: PERTINENT CLINICAL INFORMATION AND TENTATIVE DIAGNOSIS MUST BE PROVIDED FOR X-RAY EXAMINATION TO BE PERFORMED

| Requesting physician/PA/NP | Date of request | Time of request | Routine | Priority | Transportation or special needs |
|---|---|---|---|---|---|
| DR. Siddiq. | 8/23/04 | 0945 | | | |

HISTORY/DIAGNOSIS:

C/o abdominal pain

## X-RAY REQUEST

| | | | |
|---|---|---|---|
| ABDOMINALS | FEMUR | NAVICULAR VIEW | SOFT TISSUE STUDIES |
| ACROMIO-CLAVICULAR JOINTS (W/WO WEIGHT) | FOOT | ORBITS | STERNUM |
| ANKLE | HAND | OPTIC (KIDNEY) | TEMPORO-MANDIBULAR JOINTS |
| CERVICAL SPINE | HIP | PELVIS | THORACIC SPINE |
| CHEST PA / LATERAL | HUMERUS | SACRUM/VULVA | TIBIA/FIBULA |
| COCCYX | KNEE | RIBS | TOES |
| CONE DOWN SELLA TURCICA | LUMBAR SPINE | SACRO-ILLIAC JOINTS | WRIST |
| ELBOW | MANDIBLE | SCAPULA | ZYGOMA |
| FACIAL BONES | PATELLA | SHOULDER | ZYGOMATIC ARCH |
| FEMUR | NASAL BONES | SKULL | X  KUB |

Duff

## REPORT

KUB: There is a moderately large amount of fecal material in the colon with scattered small bowel gas in a nonspecific pattern. Small bowel gas may be related only to constipation but if symptoms persist, follow-up would be suggested to include KUB and upright views of the abdomen.

D & T: 08-25-04 Howard P. Schiele, M.D./rr Board Certified Radiologist (Signature on file)

X-RAY TECHOLOGIST'S NAME(PRINT) _____  X-RAY TECHNOLOGIST'S SIGNATURE _____  DATE, TIME EXAM PERFORMED 8 25 04

RADIOLOGIST'S NAME(PRINT) _____  RADIOLOGIST'S SIGNATURE _____  DATE SIGNED _____

8/27/04.

DEPARTMENT OF CORRECTIONS

**RADIOLOGY SERVICES REQUEST AND REPORT**

INSTITUTION: Bullock

Name: Duff, Antonio
State ID No: 186551
DOB: ___
Race: B          Sex: M

NOTE: PERTINENT CLINICAL INFORMATION AND TENTATIVE DIAGNOSIS MUST BE PROVIDED FOR X-RAY EXAMINATION TO BE PERFORMED

| Requesting Physician/PA/NP | Date of request | Time of request | Routine | Priority | Transportation or special needs |
|---|---|---|---|---|---|
| Sidiq | 5-31-05 | 1600 | ✓ | | |

HISTORY/DIAGNOSIS:

C/O Stomach pains w/previous
D artifact button on pants =

| X-RAY REQUEST | | | |
|---|---|---|---|
| ABDOMEN/KUB | FINGERS | NAVICULAR VIEW | SOFT TISSUE STUDIES |
| ACROMIO-CLAVICULAR JOINTS (W/WO WEIGHT) | FOOT | ORBITS | STERNUM |
| ANKLES | HAND | | |
| CERVICAL SPINE | HIP | OS CALCIS (HEEL) | TEMPORO-MANDIBULAR JOINTS |
| CHEST PA / LATERAL | HUMERUS | PELVIS | THORACIC SPINE |
| COCCYX | KNEE | RADIUS/ULNA | TIBIA/FIBULA |
| CONE DOWN SELLA TURCICA | LUMBAR SPINE | RIBS | TOES |
| ELBOW | MANDIBLE | SACRO-ILIAC JOINTS | WRIST |
| FACIAL BONES | MAXILLA | SCAPULA | ZYGOMA |
| FEMUR | NASAL BONES | SHOULDER | ZYGOMATIC ARCH |
| | | SKULL | ✓ KUB |

Duff

**REPORT**

KUB: There is a moderate amount of fecal material in the colon with scattered colon gas and minimal small bowel gas in a nonspecific pattern. There are no other significant findings.

D & T: 06-02-05 Howard P. Schiele, M.D./rr Board Certified Radiologist (Signature on file)

6/14/05

X-RAY TECHNOLOGIST'S NAME (PRINT)                X-RAY TECHNOLOGIST'S SIGNATURE                DATE, TIME EXAM PERFORMED    6-1-05

RADIOLOGIST'S NAME (PRINT)                RADIOLOGIST'S SIGNATURE                DATE SIGNED

BULLOCK COUNTY HOSPITAL
102 W. CONECUH AVE.
UNION SPRINGS, AL 36089
(334) 738-2140 EXT. 130

X-RAY REPORT

NAME:  ANTONIO DUFF
ATTENDING PHYSICIAN: DR. SIDDIQ

ROOM#: OP
SEX: M
DOB: ███████

HOSP#: 328056
AGE: 30
X-RAY#: 29002

REPORT:

DATE: 09/14/04

BARIUM ENEMA:

Complete filling of the colon was achieved with reflux into a normal appearing terminal ileum.
There are no constricting lesions or constant intraluminal filling defects identified. Mucosa
pattern is unremarkable.

OPINION:  NEGATIVE BARIUM ENEMA.

JCT oc

D-09/15/04
T-09/15/04

DR. JOHN C. TOMBERLIN

BULLOCK COUNTY HOSPITAL
102 W. CONECUH AVE
UNION SPRINGS, AL 36089
(334) 738-2140 EXT. 130

X-RAY REPORT

| | | |
|---|---|---|
| NAME:  ANTONIO DUFF | ROOM#: OP | HOSP#: 328537 |
| ATTENDING PHYSICIAN: DR. SIDDIQ | SEX:  M | AGE:  30 |
| | DOB: ▇▇▇▇ | X-RAY#:  29002 |

REPORT:                                              DATE: 09/28/04

CT SCAN OF THE ABDOMEN WITHOUT/WITH CONTRAST:

Attention is directed to the pancreas. There are no definite defects identified within the liver.
The spleen is normal in size. The adrenal glands and kidneys are unremarkable. The gallbladder
is intact. The pancreas appears to be within normal limits. There is no evidence of a mass
identified in the region of the head of the pancreas. There is no ascites seen. The abdominal
aorta has a normal caliber. There is no retroperitoneal adenopathy identified.

OPINION:  UNREMARKABLE CT SCAN OF THE ABDOMEN

CT SCAN OF THE PELVIS WITHOUT/WITH CONTRAST:

The urinary bladder is well distended. There is no free fluid evident and no inguinal adenopathy
is identified. There are no abnormal soft tissue masses noted.

OPINION:  UNREMARKABLE CT SCAN OF THE PELVIS

JCT/oc

D-09/29/04
T-09/29/04

DR. JOHN C. TOMBERLIN