

**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

## PRISON HEALTH SERVICES, INC.
## SICK CALL REQUEST

Print Name: Antonio R Duff

ID # 186551

Date of Request: 02-13-04

Date of Birth: ~~███~~    Location: 11-38

Nature of problem or request: Groin Pain

_Antonio Duff_
Signature

### DO NOT WRITE BELOW THIS LINE

Date: 2/13/04
Time: 0615    AM PM
Allergies: PCN

> **RECEIVED**
> Date: 2.13.04
> Time: 0615
> Receiving Nurse Intials XW

**(S)ubjective:** " I got pain in my groin "

**(O)bjective** Wt. 198    T 98⁸    P 90    R 18    B/P 138/100 Ambulate to HCU ī steady gait. No apparant injuries noted to groin area. Pain started on today.

**(A)ssessment:** Alteration in comfort

**(P)lan:** Follow ↑ ē md

2/18/04

Return to Clinic PRN

Refer to: (MD/PA)  Mental Health  Dental  Daily Treatment
CIRCLE ONE
Check One:  ROUTINE (✓)    EMERGENCY ( )
If Emergency was PHS supervisor notified:  Yes ( )  No ( )
Was MD/PA on call notified:  Yes ( )  No ( )

_Kysha Williams LPN_
*SIGNATURE AND TITLE*

WHITE:    INMATES MEDICAL FILE
YELLOW:  INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

GLF1000 7/95



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

## PHYSICIANS' ORDERS

---

NAME:

DIAGNOSIS (If Chg'd)

D.O.B.    /    /
ALLERGIES:

☐ GENERIC SUBSTITUTION IS NOT PERMITTED

Use Last    Date    /    /

---

NAME:

DIAGNOSIS (If Chg'd)

D.O.B    /    /
ALLERGIES:

☐ GENERIC SUBSTITUTION IS NOT PERMITTED

Use Fourth    Date    /    /

---

NAME:

DIAGNOSIS (If Chg'd)

D.O.B.    /    /
ALLERGIES:

☐ GENERIC SUBSTITUTION IS NOT PERMITTED

Use Third    Date    /    /

---

NAME:

DIAGNOSIS (If Chg'd)

D.O.B.    /    /
ALLERGIES:

☐ GENERIC SUBSTITUTION IS NOT PERMITTED

Use Second    Date    /    /

---

NAME: Duffi Antonio
186551

DIAGNOSIS

D.O.B
ALLERGIES: PCN

☐ GENERIC SUBSTITUTION IS NOT PERMITTED

Use First    Date 2 /13 /04

---

MEDICAL RECORDS COPY



**PHS**

PRISON
HEALTH
SERVICES
INCORPORATED

## PROGRESS NOTES

| Date/Time | Inmate's Name: | D.O.B.: / / |
|-----------|----------------|-------------|

1/3/04
8M

S C/O pain to Rt groin

8⁰ 1 day
tender open tencl
no mass.
no term?
Bony tendes noted

A obesity
P will treat c Advil x 7D (SW)



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

## PHYSICIANS' ORDERS

NAME:

D.O.B. / /
ALLERGIES:

Use Last    Date / /

---

NAME: DUFF, ANTONIO
AIS # 186551

D.O.B. ▉▉▉▉
ALLERGIES: PCN

*Noted D.D. Wiant LPN 2/17/04*

Use Fourth    Date 2/17/04

☐ GENERIC SUBSTITUTION IS **NOT** PERMITTED

DIAGNOSIS (If Chg'd)

Prozac 20 qd. B.Po x 90 g

---

NAME: DUFF Antonio
AIS # 186551

D.O.B. ▉▉▉▉
ALLERGIES: PCN

*Noted D.D. Wiant LPN 2/2/04*

Use Third    Date 2/2/04

☐ GENERIC SUBSTITUTION IS **NOT** PERMITTED

DIAGNOSIS (If Chg'd)

D/C Remi.

---

NAME: Duff, Antonio

D.O.B. ▉▉▉▉
ALLERGIES: PCN

1-30-04
4:30 pm
ym L Christie NP

Use Second    Date 1/30/04

☐ GENERIC SUBSTITUTION IS **NOT** PERMITTED

DIAGNOSIS (If Chg'd)

Advil PRN for pt x 10 days

---

NAME: Duff, Antonio
AIS # 186551

D.O.B. / /
ALLERGIES: NKDA

*Noted ___ 1/1/04*

Use ___    Date 1/1/04

☐ GENERIC SUBSTITUTION IS **NOT** PERMITTED

DIAGNOSIS

Tenormen 50 mg ÷ tab 50
mg daily x 1 year

Albuterol 4mg ÷ tab bid x 1 year

☐ GENERIC SUBSTITUTION IS **NOT** PERMITTED

60110 (4/03)

| | Last | First | Middle Initial | | |
|---|---|---|---|---|---|
| 'ame | | | | AIS # _____ | |
| | | Allergies | | Facility _____ | |
| Date | | | | | |
| SIG | | | | Discontinue | |
| | | | | Continue | |
| | | | | Increase | |
| | | | | Decrease | |
| hysician Signature: | | | | | |

NC002

| | Last | First | Middle Initial | | |
|---|---|---|---|---|---|
| Name | | | | AIS # _____ | |
| Date | | Allergies | | Facility _____ | |
| SIG | | | | Discontinue | |
| | | | | Continue | |
| | | | | Increase | |
| | | | | Decrease | |
| r' sician Signature: | | | | | |

NC002

| | Last | First | Middle Initial | | |
|---|---|---|---|---|---|
| Name | Duff | Antonio | | AIS # (8(055) | |
| Date | 11-07-03 | Allergies | PC | Facility BCCF | |
| SIG | | | | Discontinue | |
| | Release to RTU | | | Continue | A. Thomaston Noted 11-07-03 |
| | | | | Increase | |
| Physician Signature: | MWebb CRNP | | | Decrease | |

NC002

| | Last | First | Middle Initial | | |
|---|---|---|---|---|---|
| Name | Duff | Antonio | | AIS # 186088046 | |
| Date | 11-05-03 | Allergies | PCN | Facility BCCF | |
| SIG | | | | Discontinue | V. Voted |
| | Helavil to 150 mg PO QHS X90d | | | Continue | W. Chanaysha 11/5/03 |
| | | | | Increase | |
| Physician Signature: | MWebb CRNP | | | Decrease | |

NC002

# MEDICATION ADMINISTRATION RECORD

03/01/2004
STDTO1

MEDICATIONS

(BUL-465) BULLOCK CORRECTIONAL FAC

| | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

**ATENOLOL (TENORMIN) 50MG TAB**
TAKE 1 TABLET(S) BY MOUTH DAILY

RX: 5018145 SIDDIQ, M.D. (MD DIR, TAHIR, M
START - 01/04/2004    STOP - 01/01/2005

1100
0400

**ALBUTEROL (PROVENTIL-VENTOLIN) 4MG TAB**
TAKE 1 TABLET(S) BY MOUTH TWICE DAILY

RX: 5018148 SIDDIQ, M.D. (MD DIR, TAHIR, M
START - 01/04/2004    STOP - 01/01/2005

1100
1700

**FLUOXETINE (PROZAC) 20MG CAP**
TAKE 1 CAPSULE(S) BY MOUTH AT 5PM

RX: 5226210 SANDERS, M.D. (MHM), WILLIAM
START - 02/18/2004    STOP - 05/17/2004

1700

Advil 800mg PO TID
x10days

3/18 → 3/28/04

0400
1100
1700

MEDICATIONS

| | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 3 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

CHARTING FOR      03/01/2004
Physician  SANDERS, M.D. (MHM), WILLIAM      THROUGH      03/31/2004

Allergies  NONE KNOWN

| Telephone No | |
|---|---|
| Alt. Telephone | |
| Rehabilitative Potential | |

Diagnosis

Medicare Number

Complete Entries Checked:
By: S. Anderson   Title: LPN   Date: 3/2/04

PATIENT      , ANTONIO

PATIENT CODE      ROOM NO      BED   FACILITY CODE
186551

**ALABAMA DEPARTMENT OF CORRECTIONS**
MENTAL HEALTH SERVICES

## PSYCHOTROPIC MEDICATION REPORT

INMATE NAME: _Duff Ontonio_

AIS #: _186 551_                    LOCATION: _bCCF   11-37_

**PSYCHOTROPIC MEDICATION(S) PRESCRIBED:**

Medication

| | Dosage | Frequency | Stop Date |
|---|---|---|---|
| _Prozac_ | _20 mg._ | _OD x 5PM_ | |

---

**PROBLEM REPORTED:**
Side effects: _____ Medication-Related Problem: _____ Non-Compliance: _✓_
Explanation:

_Missed medication x 5 times @ 5PM_

Reported by: _____

**MENTAL HEALTH NURSE FOLLOW-UP:**          Date: _03/23/04_

_Instructed to comply s medication. Will ref to Psychiatrist. → Dr Sanders. Will follow-up. weekly_
_PRN._

Follow-Up by: _____

**PSYCHIATRIC REVIEW/PLAN:**          Date: _03/23/04_

Follow-Up by: _[signature]_

| Inmate Name | |
|---|---|
| | Date: _3/24/04_ |
| | AIS # |

DOC Form #458-01

AR 458 – August 30, 2001

# MEDICATION ADMINISTRATION RECORD

02/01/2004
STDT01

**MEDICATIONS**    (BUL-465) BULLOCK CORRECTIONAL FAC

AMITRIPTYLINE (ELAVIL) 150MG TAB
TAKE 1 TABLET(S) BY MOUTH AT BEDTIME
MAY CAUSE DROWSINESS
RX: 4765768 WEBB, N.F. (MHM FSY), MARTTY,
START - 11/06/2003    STOP - 02/03/2004    — 1700    D/C 2/2/04

ATENOLOL (TENORMIN) 50MG TAB
TAKE 1 TABLET(S) BY MOUTH DAILY
RX: 5018145 SIDDIQ, M.D (MD DIR, TAHIR, M    1100 / 0400

ALBUTEROL (PROVENTIL-VENTOLIN) 4MG TAB
TAKE 1 TABLET(S) BY MOUTH TWICE DAILY
RX: 5018148 SIDDIQ, M.D (MD DIR, TAHIR, M    1100 / 1700

Advil 800mg PO
Tid X10 days PRN
1/30/04  2/9/04

Prozac 20mg qd 5PM
X90 days
2/7/04 - 5/17/04

**MEDICATIONS**

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

CHARTING FOR        02/01/2004    THROUGH        02/29/2004
Physician  SIDDIQ, M.D (MD DIR, TAHIR
Alt. Physician                                    Telephone No
Allergies  NONE KNOWN                 Alt Telephone          Medical Record No
                                        Rehabilitative        18655
                                        Potential
Diagnosis

Medicaid Number        Medicare Number    Complete Entries Checked:
                                         By: Christine Tyson  Alanburn L. Paseen  2/1/04
PATIENT
DUFF, ANTONIO                            PATIENT CODE    ROOM NO    BED  FACILITY CC
                                        18655

MENTAL HEALTH SERVICES
REFERRAL TO MENTAL HEALTH

Inmate Name: Antonio Duff    AIS# _____    Date of Referral: _____

REASON FOR REFERRAL:

☐ CRISIS INTERVENTION
    ☐ Family problem: _____
    ☐ Problems with other inmates: _____
    ☐ Recent stress: _____
    ☐ Other: _____

☐ EVALUATION OF MENTAL STATUS
    ☐ Suicidal        ☐ Anxious        ☐ Physical complaints
    ☐ Homicidal     ☐ Depressed    ☐ Sleep disturbance
    ☐ Mutilative      ☐ Withdrawn    ☐ Hallucinations/delusions
    ☐ Hostile, angry  ☐ Poor hygiene  ☐ Suspicious
    ☐ Other inappropriate behavior: _____

☐ EVALUATION OF NEED FOR PSYCHIATRIC EVALUATION

☐ HISTORY OF PSYCHOTROPIC MEDICATION PRIOR TO RECEPTION/TRANSFER

☑ OTHER: _"I'm not getting my meds."_

COMMENTS: Reports no t getting meds
at 5pm says Recently re ordered
But Nurse not giving. "There not on the Books

Referred by: CWBrown    ☐ Referral for psychiatrist (referral has been screened by mental health or medical staff)    Phone Contact #: ___

MENTAL HEALTH FOLLOW-UP: EVALUATION/TREATMENT/DISPOSITION

Meds
investigated
per USQ.
Meds are in
pt BIW ready
for dispens's    RN Walbrent

Follow-Up by: _____    Date: _____

Inmate Name: Duff, Antonio    AIS # 186551

## MEDICATIONS

(BUL-465) BULLOCK CORRECTIONAL FAC

WNITRIPTYLINE (ELAVIL) 150MG TAB
TAKE 1 TABLET(S) BY MOUTH  AT BEDTIME
MAY CAUSE DROWSINESS
RX:   4765768 WEBB, N.P. (MHM PSY), MARTTY
START - 11/06/2003      STOP - 02/03/2004

1700 (handwritten notations)

Albuterol 4 mg po
B.i.d x ÷ year
1/1/04        1/1/05

1100 (handwritten notations)
1200 (handwritten notations)

Tenormen 50 mg ÷
tab q day x ÷ year
1/1/04        1/1/05

1100 (handwritten notations)

Advil 800mg P.o. ÷ I.D.
            PRN
1-30-04     x 10 days    PRN
            2-9-04

## MEDICATIONS

CHARTING FOR        01/01/2004
Physician   WEBB, N.P. (MHM PSY), MARTTY       THROUGH     01/31/2004

NURSE'S ORDERS, MEDICATION NOTES AND INSTRUCTIONS ON REVERSE SIDE

Allergies   NONE KNOWN

186551

PATIENT
BUFF, ANTONIO

Complete Entries Checked:
By: Charlene Tyson   t. S. Anderson, LPN   Title: LPN   Date: 12/26/03

# MEDICATION
## ADMINISTRATION RECORD    ⟨NaphCare⟩

**1637 ATENOLOL 50 MG TAB (TENORMIN)**
Start: 12/12/02  Stop: 12/04/03
TAKE ONE TABLET(S) EACH DAY BY
MOUTH  FOR 1 YEAR RX905309

**123639 ALBUTEROL 4 MG TAB**
Start: 12/12/02  Stop: 12/04/03
TAKE 1 TABLET(S) TWICE DAILY BY
MOUTH  FOR 1 YEAR RX905310

**260161 AMITRIPTYLINE 100 MG TAB**
Start: 09/10/03  Stop: 12/08/03
TAKE ONE TABLET(S) AT BEDTIME BY
MOUTH  FOR 90 DAYS

R/O  11-5-03

Elavil -150 mg PO
Q HS  X-90 day
11-05-03 ⟶ 2-05-04

MEDICATIONS    HOUR

NURSE'S ORDERS MEDICATION NOTES AND INSTRUCTIONS ON REVERSE SIDE

Physician

Alt. Physician

NKA

Telephone No.

Inmate No.
186551-AL0

Complete Entries Checked
By  S. Anderson

Title  LPN    Date  10/31/03

DUFF, ANTONIO

186551

## ALABAMA DEPARTMENT OF CORRECTIONS
## MENTAL HEALTH SERVICES
### TREATMENT PLAN: RESIDENTIAL TREATMENT UNIT  (REVIEW)

Treatment Plan Reviewed On:

Institution: Bullock Co  Correctional Facility

Treatment Plan Initiated On:

Admitted to Unit: 9/3/02

Level Currently Assigned: FOUR

CURRENT STATUS:

**Problem #1** History of Depressive symptoms -- Poor sleep, low self-esteem.

Target Date for Resolution:  30 days

Status:          Resolved ☐          No Change ☑          Modified ☐
Outcome/Modification:

**Problem #2** Inmate reporting mood swings ~ Depression/Mania

Target Date for Resolution:  30 days

Status:          Resolved ☐          No Change ☑          Modified ☐
Outcome/Modification:

**Problem #3**

Target Date for Resolution:

Status:          Resolved ☐          No Change ☐          Modified ☐
Outcome/Modification:

Comments:

Level Change?     Yes          No

Second Page attached:     Yes ☐     No ☐

Psychiatrist: _____     Psychologist: _____

Mental Health Nurse: _____     Activities Tech: _____

Treatment Coordinator: _____  Correctional Officer Present: Yes ☐  No ☐

Inmate Agreement: X Antonio Duff _____     Date: X 01-14-05

Next Treatment Plan Review by: _____

_____ (Level 1: weekly; Level 2: bi-weekly; Level 3 & 4: monthly)

| Inmate Name: Duff, Antonio | AIS# 186551 |
|---|---|

Alabama Department of Corrections Mental Health Services
Treatment Plan: Residential Treatment Unit

**Treatment Plan Initiated on:**
**Institution:** Bullock County Correctional Facility

**Treatment Coordinator:** E. Lancaster
**Admitted to RTU:**    9/3/02

**Level Currently Assigned:**    FOUR

**DSM IV Diagnosis:**
**Axis I:**
**Axis II:**    Mood Disorder
**Axis III:**    Deferred
**Axis IV:**    None Reported
**Axis V:**    Incarceration
    50

| | |
|---|---|
| **Problem # 1**    History of Depressive symptoms – Poor sleep, low self-esteem. | |
| **Goal:** Inmate will report signs/symptoms of depression in remission. | |
| **Target Date for Resolution:**    30 days | |
| **Intervention(s):** 1 Medications as directed; 2 Nurse to monitor compliance; 3 Depression group. | |
| **Staff Member(s) Responsible:** Dr Lancaster/Psychiatrist/LPN | **Frequency:** Bi-weekly |
| **Problem # 2**    Inmate reporting mood swings – Depression/Mania | |
| **Goal:** To eliminate/reduce mood swings toward depression/mania. | |
| **Target Date for Resolution:**    30 days | |
| **Intervention(s):** 1 Medications as directed; 2 Nurse to monitor compliance; 3 See treatment coordinator twice monthly. | |
| **Staff Member(s) Responsible:** Dr Lancaster/Psychiatrist/LPN | **Frequency:** Bi-weekly |
| **Problem #3** | |
| **Goal:** | |
| **Target Date for Resolution:** | |
| **Intervention(s):** | |
| **Staff Member(s) Responsible:** | **Frequency:** |

**Psychiatrist:**
**Mental Health Nurse:**    **Treatment Coordinator:** Eddie Lancaster C.n.D
    **Activities Tech:**

**Correctional Officer Present:** Yes    No
**Inmate Agreement:** Antonio G. Duff
**Treatment Plan Review to be Conducted by:**    **Date:**
    (Level 1: weekly; Level 2: bi-weekly; Level 3&4: monthly)

**Inmate Name:** Duff, Antonio

**AIS#** 186551

ALABAMA DEPARTMENT OF CORRECTIONS
MENTAL HEALTH SERVICES
TREATMENT PLAN: OUTPATIENT CARE

Treatment Plan Initiated on: _3-18-04_    Treatment Coordinator: _M. Peters, MHP_

Inmate's Housing Location: _____    Institution: _BCCF_

DSM IV Diagnosis:

Axis I: _Mood Disorder NOS; Schizoaffective Disorder_

Axis II: _No diagnosis on axis II_

Axis III: _Doctor Referral_

Axis IV: _Incarceration_

Axis V: _60_

Goal: _Patient reports occassion anxiety_    Problem #1
_Maintain stability on RTU_
Target Date for Resolution: _4-18-04_
Intervention: _Biweekly counseling_

Staff Member Responsible: _M. Peters, MHP_    Frequency: _ongoing_

Goal: _____    Problem #2
Target Date for Resolution: _____
Intervention: _____

Staff Member Responsible: _____
Frequency: _____

Goal: _____    Problem #3
Target Date for Resolution: _____
Intervention: _____

Staff Member Responsible: _____
Frequency: _____

Second Page attached:  Yes ☐  No ☑
Treatment Team Members

Psychiatrist: _M. Webb_    Date: _3-18-04_
Mental Health Nurse: _Lawrena Watson LPN_    Date: _3-18-04_
Treatment Coordinator: _M. Peters, MHP_    Date: _3-18-04_
Inmate Agreement: _X Antonio Duff_    Date: _3-18-04_

Treatment Plan Review to be Conducted by: _____    Date: _3-18-04_
(within six months)

| Inmate Name | AIS # |
|-------------|-------|
| _Duff, Antonio_ | _186551_ |

DEPARTMENT OF CORRE~
NURSE'S

# TB CHRONIC CARE CLINIC

**S:** CHRONIC CARE CLINIC

| | | | | ALLERGIES |
|---|---|---|---|---|
| DATE/TIME 9/10/04    1620 | | | | PCN |
| O: VS T 98.8 P 62    R 20 | | | | |
| BP 120/80   WT 186   WT CHANGE 186 | | | | |
| Date PPD done 5-31-04 | | Y | (N) | |
| Results in MM 20 mm | | | | |
| Last CXR Date 5-14-04 | | | | |
| Results | | | | |
| Cough | | | | |
| Sputum production | | | | |
| Description | | | | |
| AFB + Smear | | Y | (N) | |
| HIV test  (date) | | Y | (N) | |
| Lung fields | | Y | (N) | |
| clear x2 | | | | |
| (Nausea) Vomiting Fatigue | | (Y) | N | |
| Loss of appetite | | | | **P:** LABS REVIEWED |
| Smoke | | Y | (N) | Labs ordered |
| | | | | LFT Baseline Date |
| Review of FLU shot date | | (Y) | N | 6-04 |
| Review of Pneumovax date | | (Y) | N | |
| Medication compliant | | (Y) | N | |
| Education Done | | (Y) | N | |
| Topic: S/S 0 active TB | | (Y) | N | |
| Recently admitted to hospital/infirmary | | Y | (N) | |
| Update TB Summary Record | | Y | (N) | CURRENT MEDICATIONS: |
| | | | | Date Started 7-1-04 |
| | | | | Date To End 1-05-05 |
| NOTES: Inmate had no S/S | | Y | (N) | INH 900 mg |
| 0 active TB or side-effects | | | | B6 50 mg |
| 0 INH. Inmate c/o | | | | |
| constipation and nausea. | | | | |
| Inmate heard recently | | | | |
| seen on side doctor. | | | | |

| INMATE NAME | NUMBER | AGE | RACE/SEX | CCC WITH NURSE (circle) (1), 2, 3 Months |
|---|---|---|---|---|
| Duff, Antonio | 186551 | 30 | B/M | CCC WITH MD EVERY (circle) 1, 2, (3) 4, 5, 6 Months |
| | | | | SIGNATURE: Allen Barker RN |

DEPARTMENT OF CORRECTIONS

PHYSICIAN'S

# TB CHRONIC CARE CLINIC

**S:** CHRONIC CARE CLINIC

**DATE /TIME** 7/12/04    1315

**O: VS** T 98.8 P 84 R 20

BP 120/80 WI 192

**ALLERGIES** PCN

WI CHANGE

REVIEW OF NURSES CCC RECORD    (YES)    NO

HIV STATUS

LUNG FIELDS  —ul

COUGH/SPUTUM PRODUCTION  —cu  —ul

**Treatment Goals:**

Completion of CMTH

**P: LABS**

**Notes:**

**ORDERS:**

**MEDICATION:**

**Started Date**

7/11/04

EDUCATION TOPIC  (Y)  N

| INMATE NAME | NUMBER | AGE | RACE/SEX |
|---|---|---|---|
| Duff, Antonio | 186551 | 30 | B/M |

CCC WITH NURSE  (circle)
1, 2, 3 MONTHS.

CCC WITH MD (circle)
1, 2, 3, 4, 5, 6 MONTHS.

SIGNATURE: 7/12/04

DEPARTMENT OF CORRECTIONS
## NURSE'S
# TB CHRONIC CARE CLINIC

| | | | | |
|---|---|---|---|---|
| **S:** CHRONIC CARE CLINIC | | | | |
| **DATE/TIME** 7/12/04  1315 | | | | **ALLERGIES** PCN |
| **O:** VS  T98.8  P 84  R 20 | | | | |
| BP 130/80  WT 192  WT CHANGE | | Y | (N) | |
| Date PPD done 5-11-04 | | | | |
| Results in MM 20 mm | | | | |
| Last CXR Date 5-14-04 | | | | |
| Results | | | | |
| Cough | | (Y) | N | |
| Sputum production | | (Y) | N | |
| Description | | | N | |
| AFB + Smear | | | N | |
| HIV test  (date) 7/12/04 | | Y | (N) | |
| Lung fields clear x2 | | (Y) | N | |
| Nausea—Vomiting—Fatigue | | (N) | N | **P:** LABS REVIEWED |
| Loss of appetite | | | N | Labs ordered |
| Smoke | | Y | (N) | LFT Baseline Date |
| | | | | 06-10-04 |
| Review of FLU shot date | | (Y) | N | |
| Review of Pneumovax date | | (Y) | N | |
| Medication compliant | | (Y) | N | |
| Education Done | | (Y) | N | |
| Topic: Med Compliance | | (Y) | N | |
| Recently admitted to hospital/infirmary | | Y | (N) | **CURRENT MEDICATIONS:** |
| | | | | Date Started 1-01-04 |
| Update TB Summary Record | | (Y) | N | Date To End 01-05-05 |
| **NOTES:** Discussed med compliance c̄ inmate and consequences of noncompliance. Discussed s/s of active TB and HIV. Inmate verbalized understanding. | | | | INH 900 mg B6 |
| | | | | **CCC WITH NURSE** (circle) 1, 2, (3) Months |
| | | | | **CCC WITH MD EVERY** (circle) 1, 2, 3, 4, 5, (6) Months |

| INMATE NAME Duff, Antonio | NUMBER 186551 | AGE 30 | RACE/SEX B/M |
|---|---|---|---|
| | | | **SIGNATURE:** Allison RN |

DEPARTMENT OF CORRECTIONS

PHS HEALTH SERVICES INCORPORATED

## PHYSICIAN'S
## CHRONIC CARE CLINIC
## CV AND HYPERTENSION

| DATE | TIME | CV AND HYPERTENSION | DATE ORDERED | TIME ORDERED | |
|---|---|---|---|---|---|
| 4/6/04 | 184 | S: 90 DAY CHRONIC CARE CLINIC | | | ALLERGIES |
| | | O: VS: T 98.8  P 80  R- 10 | | | |
| | | Bp 132/80  Wt- 190 | | | |
| | | REVIEW ALL 30 DAY CCC REPORTS | Y (N) | | P: LABS REVIEW ✓ |
| | | NOTES: | | | |
| | | me epl | | | FASTING CHEM PROFILE – YEARLY ✓ |
| | | au m | | | UA – YEARLY ✓ |
| | | exp cul | | | CHEST XRAY EVERY 2 YRS IF OVER 50 ✓ |
| | | | | | EKG YEARLY IF OVER 50 |
| | | EXAM: | | | |
| | | CAROTID BRUITS | Y (N) | | ORDERS: |
| | | GALLOPS | Y (N) | | Nual new |
| | | MURMERS | Y (N) | | |
| | | FUNDUSCOPIC EXAM | (Y) N | | |
| | | PROTEINURIA | Y (N) | | |
| | | LABS/EKG WNL | NA (Y) N | | |
| | | TREADMILL  DATE: ✓ | | | |
| | | CARDIAC CATH. DATE: ✓ | | | MEDICATION: Atenolol 50 ºg |
| | | EDUCATION DONE | Y N | | |
| | | A: HTN  stable | | | |
| Dr | | Continue current med | | | F/U CCC EVERY 30 DAYS BY THE NURSE/DOCTOR |
| | | | | | SIGNATURE |

INMATE NAME (LAST, FIRST, MIDDLE)
Duff, Antonio

PHS-MD-70074

| DATE OF BIRTH | AGE | RACE/SEX B/M | ID# 18 6551 |
|---|---|---|---|

DEPARTMENT OF CORRECTIONS
NURSE'S
# CV/HTN CHRONIC CARE CLINIC

S: CHRONIC CARE CLINIC

DATE/TIME 5-11-04    12:05
O: VS  T 98⁸  P 60  R 18  WT 189

BP 128/90
Do you smoke?    **IF BP > 140/90 REFER TO MD/NP/PA**

ALLERGIES   PCN ✓
HX a treadmill?   Y   (N)
Date:

| | Y/N | |
|---|---|---|
| Use salt? | | |
| Family History of CVHTN? | (Y) N | HX bypass surgery: Y (N) |
| | CV | Date: |
| Obese? | Y (N) | |
| Stress? | Y N | |
| Blurred vision | Y (N) | |
| Headache | Y N | |
| Fatigue | (Y) N | |
| Muscle weakness | (Y) N | |
| Polyuria | (Y) N | |
| Epistaxis | (Y) N | |
| S.O.B. | Y (N) | |
| Compliant with meds | Y (Y) N | |
| KOP | (Y) N | P: LABS REVIEWED |
| Counseled on risk factors | Y (N) | Labs ordered CP14, Lipids |
| Describe: Discussed low sodium diets | (Y) N | Last CMP-14 4/03 |
| | | Last EKG 1/30/04 c/ochest pain |
| Labs/EKG WNL | | |
| CXR if over 50 | (NA) | |
| Education Done | Y N | |
| Topic: Low Sodium Diets | (Y) N | |
| Recently admitted to hospital/infirmary | | |
| Notes: | Y (N) | CURRENT MEDICATIONS: |
| | | see MAR |

Status: (circle)
IMPROVED (UNCHANGED) WORSENED

Level of Control: (circle)
GOOD    FAIR    POOR

CCC WITH NURSE (circle)
1, 2, 3 Months

CCC WITH MD (circle)
1, 2, 3, 4, 5, 6 Months

| INMATE NAME Duff, Antonio | NUMBER 186551 | AGE 30 | RACE/SEX B/M | SIGNATURE: Q. Drown RN |
|---|---|---|---|---|

Control  Good---BP < 140/90
Fair---BP 140-160/90/100
Poor----BP > 160/100

Status:  Improved---BP< previous visit
Unchanged---BP unchanged
Worsened----BP increased,

# DEPARTMENT OF CORRECTIONS
## NURSE'S
# PULMONARY CHRONIC CARE CLINIC

**S:** CHRONIC CARE CLINIC

**DATE/TIME** 5-11-04

**O: VS** T 98.9 P 60 R 18    12:05

BP 128/90  WT 189

Age of onset "under age 10"    Pulse Ox 99%

Type: Intrinsic  Extrinsic  Infectious  N/A  (circle)

Past use of bronchodilators  None

Proper use of inhaler

Smokes — N

Regular exercise  Plays or referees basketball daily — Y

Last attack  5-11-04 — Y

Last treatment  5-11-04

Lungs  clear to auscultation — Y

Wheezes  none noted — Y

Sputum production: — Y

Describe

Compliant with meds — Y

KOP — N

Peak Flow: — Y

Results  not done — Y

Flu vaccine  Review — Y

Pneumovax  Review — N

Asthma  COPD — Y

Asthma—(Mild)  Moderate  Severe (circle one) — N

Recently admitted to hospital/infirmary: — Y (N)

Date

**Notes:** — Y (N)

**ALLERGIES** PCN

**P: LABS REVIEWED**
Labs ordered 12/03
CP14 & Lipids done today.

**CURRENT MEDICATIONS:**

**Status:** (circle)
Improved, (Unchanged), Worsened
**Level of Control:** (circle)
(Good), Fair, Poor
**CCC WITH NURSE** (circle)
(1), 2, 3 Months
**CCC WITH MD** (circle)
1, 2, 3, 4, 5, 6 Months

Education Done
Topic:

**INMATE NAME** Duff, Antonio

**NUMBER** 186551

**AGE** 30

**RACE/SEX** B/m

Control: Good—1 Betaagonist MDI per month, no ER
Fair—1 Betaagonist, 1 ER, 1 wkly awakening
Poor—> 1 Betaagonist MDI per month, > 1 ER visit, > 3 weekly awakenings

Status: Improved—Decrease us of Betaagonist MDI
Unchanged—Use of Betaagonist MDI unchanged
Worsened—Greater use of MDI

**SIGNATURE:** C.J. Groom RN

CORRECTIONAL MEDICAL SERVICES
CHRONIC CARE CLINIC
MEDICAL DOCTOR INITIAL EVALUATION / UPDATE

NAME: _Duff, Antonio_

Diagnosis: _Hypertension &_ _ulcer, + asthma_     AIS# _186531_

DOB: _____

Diet: _____

Exercise: _as tolerated / No limitations_

Allergies: _____

Medications: _Becloment Inhaler 2 puffs bid, Albuterol inh_ _Tagament 400mg, Tenormin 50mg_

Laboratory / Diagnostic Testing: _EKG, CXR, Chem 20, FGD, 3# Peak_ _flow meter, CXR /_

Short-Term Goal(s): _Maintain B/p @ or b/w 140/90. Prevent perforation_ _of ulcer 3# Increase gas exchange et reduce_ _dyspnea._

Long-Term Goal(s): _Maintain B/p 140/90 et prevent any HTN related_ _complications 2 Prevent any perforation) bleed w_ _3# ↑ gas exchange et reduce dyspnea._

Routine Follow-up Frequency: _Recheck q 3 months/prn_

Planning by: _Carolyn Johnson_     Date: _12/17/98_

Ph——ian Review: _____     Date: _____



**PHS**

PRISON
HEALTH
SERVICES
INCORPORATED

## PRISON HEALTH SERVICES

# NON-COMPLIANCE NOTICE

The following has been observed and documented per non-compliance policy:

## CLASS

———— Diet

———— Medication

———— Treatment

### SPECIFIC

ADA ————————————
CARDIOVASCULAR ————————
ALT G I ————————————
OTHER ————————————
————————————

INFECTIOUS ————————
ACUTE ————————————
CHRONIC ————————————
PSYCHIATRIC ————————
OTHER ————————————

BLOOD PRESSURE ————————
DRESSING ————————————
ACCUCHECK ————————————
OTHER ————————————
————————————

## ACTION TAKEN BY NURSING:

———— Counseling
———— Discontinue Medication
———— Re-assign Schedule

———— Placed on sick call
———— Inform MH Department
———— M.A.R Review

## ACTION TAKEN BY PRESCRIBERS:

———— Physician
———— P.A.
———— Psychiatrrist

———— Counseling
———— Discontinue Meds
———— Discontinue Tx
———— Change Meds
OTHER ————————————

## ACTION TAKEN BY INMATE:

X ———— Treatment Refusal Signed
———— Explanation of Non-Compliance *Will do better* ———— Refuses to sign

*Antonio Duff*

INMATE NAME (LAST, FIRST, MIDDLE)

*Duff  Antonio*

S-MD-70057

| | DOC# | DOB | RACE/SEX | FAC |
|---|---|---|---|---|
| | 186551 | | *B M* | *Bulloch* |

Name: _Duff, Antonio_    AIS# _18655 1_    DOL _____

1. Problems by    1. __Potential for impaired gas exchange R/T altered oxygen supply (obstruction of airway by secretion,__

Diagnosis or
Symptoms    __bronchospasm air) (rapping).__

2. Differential diagnosis for symptoms by # __None__

3. Data supporting diagnosis by # __1) History of dyspnea, inability to move secretion.  1. Reduced to tolerance for activity__

__1. History of asthma as a child.  1. 20 yr. smoking history.  1. Decrease peak flow level.__

4. Treatments: (by each therapy write the # of the problem it addresses) __1. Monitor medication compliance.__

__1. Monitor Chronic Care Clinic every month__

5. Alternative treatments for problems by # __1. Educate on stop smoking.  1. Teach breathing exercise.__

__1. Diet-raise calorie needs and fluids.__

6. Diagnostic tests for problems: __1. Obtain baseline CXR, EKG, and lab work as ordered by Physician.__

__1. Monitor peak flow every month with exacerbation symptom.    1. Monitor lab levels as ordered by M.D.__

__1. Yearly T.B. skin test.__

7. Treatments to be avoided in this patient: __1. Avoid excessive heat and dust.__

8. Complications to be anticipated: __1. Acute respiration distress   1. Potential for infection   1. Decrease in activity level.__

9. General description of long-term goals for this patient: __1. Ventilation / oxygenation adequate to meet self care need.__

__1. Nutritional intake meeting calorie need.  1. Free of infection   1. Disease process / prognosis and therapeutic regimen__

__understood.__

10. Follow-up plans and needs: __1. Monitor Chronic Care Clinic every month   1. continue patient education__

__1. Stop smoking, do breathing exercises.__

_D. Austin LPN_                _Staton_                _04/08/99_
Clinic Nurse Signature/                Institution                Date

CHRONIC CARE CLINIC
NURSING INITIAL EVALUATION / UPDATE

NAME: _Duff Antonio_

AIS# _131655_

DOB: _[redacted]_

1. Problems by Diagnosis or Symptoms

1. _Stage 1. 140-160/ 90-100_     2. _Stage 2. 160-180/100-109_
3. _Stage 3. 180-210/110-120_     4. _Stage 4. >210/>120_

2. Differential diagnosis for symptoms by #: _1.) H/A. drowsiness. numbness. tingling in hands and feet. nosebleeds. and coughing blood._

3. Data supporting diagnosis by #: _Serial elevated blood pressure measurement._

4. Treatments: (by each therapy write the # of the problem it addresses) _1.) Anti-hypertensive medication. 2.) Low salt diet.                3.) Weight control  4.) Exercise. walk 45 minutes non-stop 3 times weekly.   5.) Stop smoking. 6.) Reduce stress._

5. Diagnostic tests for problems: _1.) Laboratory blood and urine studies. 2.) CBC. Chem. 20 3.) CXR     4.) EKG . 5.) Urinalysis . B/P lying sitting and standing. 3 or more B/P's average > 140/90 in both arms. per M.D. orders_

6. Treatments to be avoided in this patient: _1.) Avoid non-prescription cold. sinus remedies containing such as ephedrine. pseudoephdrine. ephedrise. and ergot prop._

7. Complications to be anticipated: _1.) Stroke: heart attack. congestive heart failure. and pulmonary edema and kidney failure._

8. General description of long-term goals for this patient: _The patient will maintain a normal life style through necessary life style changes initiated. B/P will be within acceptable limits for individual. >140/90. 2.) Cardiovascular and systemic complications prevented / minimized. Prevent damage to brain. retina. heart. kidneys. and major blood vessels._

9. Follow-up plans and needs: _M.D. exam every 6 months: Nurse exam every 3 months._

_M Benefield_
Clinic Nurse

_VCF_
Institution

CORRECTIONAL FACILITY

Date

_3-26-02_

# HYPERTENSION EDUCATION

HYPERTENSION IS ALSO KNOWN AS HIGH BLOOD PRESSURE. THE CAUSE OF HIGH BLOOD PRESSURE IS UNKNOWN.

HIGH BLOOD PRESSURE IS A LIFELONG CONDITION THAT CAN BE CONTROLLED BUT NOT CURED.

THERE ARE USUALLY NO SYMPTONS OF HIGH BLOOD PRESSURE.

UNCONTROLLED HIGH BLOOD PRESSURE CAN CAUSE STROKES, HEART ATTACKS, BLINDNESS AND KIDNEY FAILURE.

IT IS VERY IMPORTANT FOR YOU TO KEEP YOUR FOLLOW-UP APPOINTMENT FOR BLOOD PRESSURE CHECKS. THIS IS THE ONLY WAY TO DETERMINE IF YOUR BLOOD PRESSURE IS BEING CONTROLLED.

CIGARETTE SMOKING, ALCOHOL, SALT, STRESS AND EXTRA BODY FAT RAISE YOUR BLOOD PRESSURE AND INCREASE THE CHANCES OF COMPLICATIONS.

DO'S

EXERCISE REGULARLY

GET PLENTY OF REST

REDUCE BODY FAT

TAKE EACH DOSE OF MEDICATION DAILY

AVOID FOODS HIGH IN SODIUM SUCH AS CHIPS, PRE-PACKAGED SOUPS, CRACKERS, ETC.

DON'T 'S

SMOKE

LIFT WEIGHTS

ADD SALT TO YOUR FOOD

INMATE SIGNATURE / AIS

NURSE SIGNATURE / DATE

MEI CARE CLINIC
DOCTOR INITIAL EVALUATION/UPDATE

NAME: _Duff, Antonio_

Diagnosis: _HYPERTENSION_    AIS# _____    DOB: _____

Diet: _Regular. Low salt. weight controlled diet._

Exercise: _As tolerated. walk 45-minutes nonstop three times a week. no weight lifting._

Allergies: _____

Medications: _Stage 1-modification. weight control. low salt. low stress. low smoking. and increase exercise. Stage 2- Thiazide or Beta-Blockers. Stage 3. Thiazide and Beta -Blockers or Ace inhibitors and diuretics or C.A blockers and diuretics._

Laboratory / Diagnostic Testing: _1.) CXR every 3 years. 2.) EKG every 3 years. 3.) Urinalysis every 2 years 4.) Chem. 20 every year._

Short-Term Goal(s): _1.) B/P will be controlled. maintenance of B/P = < 140/90 or close as possible._

Long-Term Goal(s): _Patient will maintain a normal life style through necessary life style changes initiated. Prevent target organ damage. brain. retina. heart. manage blood vessels. and kidneys._

Routine Follow-up Frequency: _1.) M.D. exam every 6 months. 2.) Nurse exam every 3 months._

Planning by: _Johnson, LPN_    Date: _10/25/83_

Physician Review: _____    Date: ____

# Monthly Activities

Date: 7.7.04

IM Name: Antonio Huff    AIS#: 186551

Was offered the following recreational activities during the month of:

Open Recreation, Mental Stimulation, Bingo, Western, Reality Orientation, Conflict Resolution, Music Therapy, Movies, S. A. S. Group, ADL, Depression, Mental Health Education, Understanding Your Treatment Plans, Grief, Primary Social Skills, Effective Communication, Gospel/80's, Anger Management.

His level of participation was generally *active*/marginal/reluctant/resistant/refused to participate in the previously mentioned group(s). This is *consistent*/inconsistent with his use of recreational services to date. Affect was generally angry/hostile/animated/blunt/euthymic/flat/inappropriate/ neutral/sad. Mood appeared angry/sad/*neutral*/euthymic/depressed/surly/belligerent/indifferent. Hygiene was good/*WNL*/poor. IM was generally *on time*/late. General appearance was Neat/*WNL*/Disheveled/Shabby. Speech was generally *clear*/mumbling/slurred/unintelligible. Interpersonal interactions were generally *relevant*/irrelevant/insightful/superficial/confrontational/ Indifferent/no interaction.

Comments: _____

_____

_____

_____

Therapeutic services will continue to be offered on a regular basis. His level of participation *will* be/has been communicated to his treatment team.

Signature _____

*2nd time*

**ALABAMA DEPARTMENT OF CORRECTIONS**
**MENTAL HEALTH SERVICES**
**MENTAL HEALTH CONSULTATION TO DISCIPLINARY PROCESS**

Inmate Name: *Antonio Duff*  AIS#: *BM 186551*

Institution: *BCC-F*  Date of Disciplinary Report: *July 19, 2004*

Is the inmate currently on the mental health caseload?
 If Yes, referred for mental health evaluation/consultation on: **(Yes)** No *July 27, 2004*
*and August 4, 2004 (2nd time)*

**HEARING OFFICER:**
Hearing officer must refer the inmate for mental health consultation if the inmate appears unable to understand what the charge is and what might happen as a result of the charge or the inmate appears unable to actively participate in the hearing as suggested by the following:

Does the inmate know where he is?   Does the inmate know what date it is?   Does inmate know why he is seeing hearing officer?
Is the inmate appropriately dressed?   Is inmate able to speak coherently?   Does the inmate avoid eye contact?
Does the inmate make sense?   Are the inmate's statements logical and organized or unusual?

Should the inmate be referred for mental health evaluation of competency?
 If Yes, referred for mental health evaluation/consultation on: _____   Yes   No

**MENTAL HEALTH STAFF:**
Date request for consult received: *8-3-04*   Date consult returned: *8-3-04*

Is the inmate competent to participate in the hearing?
If NO, why is the inmate not competent?   **(Yes)** No

If NO, what treatment will assist the inmate in becoming competent?

Are there mental health issues that may have impacted inmate's behavior at the time of the charge?
 If YES, briefly describe the issues:   Yes   **(No)**

Are there mental health issues to be considered regarding disposition if the inmate is found guilty?
 If YES, briefly describe the issues and possible relation to the disposition:   Yes   **(No)**

Does mental health staff want to be present at the disciplinary hearing to provide input?
Mental Health Staff Member: *Mike Haynes*   Phone Contact: *133*   Yes   **(No)**

**DISCIPLINARY HEARING:**
Does the inmate appear to be competent to participate in the hearing?
Have the mental health recommendations been considered?   Yes   No
Hearing Officer: _____   Date: _____   Yes   No

| Inmate Name | AIS # |
|---|---|
| | |

ALDOC Form 466-01

AR 466 – December 11, 2001

*S was reviewed by the mental health staff and interviewed by me in the seg unit. He was calm and his thinking was clear. He can go to disciplinary court.*

*Filri Mrs. Perry*   *Mike Haynes*

**DATE**  **DISCIPLINARY PROGRESS NOTES**

NOTES                                                                 SIGNATURE

2/26/04  S) Sat w/ pt for Sg. Stat'd he
was Homicidal + Suicidal & it is
Going to be worse till 911.

O) He repeat'd Tim Patton but he
began to say to 38's - both
in HCU + Exposes himself to the
nurses - Does Mg appropriate
When asked if he really wanted
to die why did he keep tell'g us.
He smiled + said "I had not
thought of that"
He repeat'd he is Cod'd + AdS

A) Manipulative Behavior to get out of Sg.

P) Discuss'd w/ Dr. + Maint'n in Sg.
Mental Health Disciplinary File      _____ Gray / Mike Hayes

8/9/04

8/11/04  S) Seen in Sg.

O) He is repeat'g the above pattern
Trying to manipulate this un
out of Sg. In my opinion he
is not suicidal + he definitely is
not psychotic.

A) Manipulation ASPD

P) No chg.

Patient's Name, (Last, First, Middle)

Raye, Antonio          AIS#  181551          Age 24   R/S  B/m   Facility  BCCF

F-61

## INTERDISCIPLINARY PROGRESS NOTES

| DATE | TIME | NOTES | SIGNATURE |
|------|------|-------|-----------|
| 7/23/04 | 1120 Am | S: Im stated he has not received word from his family for a number of days regarding the physical state of his mother and aunt, both of whom were in a MVA. Stated he is planning to commit suicide, and that he has the knowledge and means to do it — ◯: Speech was clear and goal directed, Grooming and hygiene undetermined as Duff was seen in segregation. Eye contact WNL. Affect and mood were ostensibly depressed. Did not appear psychotic at the time of contact. A: Potential of self harm/suicide vs. — malingering. P: Place on suicide watch in the infirmary. | Tom Futrell, Psy D? |
| 7-26-04 | TX tm | Patient seen in tx team for his non compliance. He will not communicate and speaks of suicide. Homicide and says he wants to kill others while he's down. Patient says he has plans and will not share the information c̄ tx team. On seg currently and should stay there. Will continue to follow | Dr EEC |

Patient's Name, (Last, First, Middle): Duff, Antonio

AIS#: 186551

Age:

R/S: B/m

Facility: BCCF

F-61

ALABAMA DEPARTMENT OF CORRECTIONS
MENTAL HEALTH SERVICES

PSYCHOTROPIC MEDICATION REPORT

INMATE NAME: _Duff, Antonio_

AIS #: _186551_

LOCATION: _B.C.C.F._

PSYCHOTROPIC MEDICATION(S) PRESCRIBED:

| Medication | Dosage | Frequency | Stop Date |
|---|---|---|---|
| Wellutrin | 100 mg | 9) - 11 am | |

PROBLEM REPORTED:
Side effects: _____ Medication-Related Problem: _____ Non-Compliance: ✓
Explanation:

_Missed 7 doses of Po Wellutrin 100mg_

Reported by: _Thomas, Annie. LPN_    Date: _02/07/04_

MENTAL HEALTH NURSE FOLLOW-UP:

_Instructed to comply to Po Wellutrin for stability_
_& improvement of mental health._

Follow-Up by: _Robert R. Williams_    Date: _02/07/04_

PSYCHIATRIC REVIEW/PLAN:

Follow-Up by:

| Inmate Name | Date: |
|---|---|
| _Duff, Antonio_ | AIS # _186551_ |

DOC Form #458-01

AR 458 – August 30, 2001

INTERDISCIPLINARY PROGRESS NOTES

| DATE | TIME | NOTES | SIGNATURE |
|------|------|-------|-----------|
| 7-23-2004 | | Treatment Note: | |

Treatment Note:

(S) Patient requested to see MHP while in segregation. Patient expressed that his Mother was in intensive care due to a illness. Patient stated that he has not heard from his family since her admission to the hospital. Patient stated that he felt Suicidal. Patient denied that he would cut himself or, however patient stated "I know how to do this (suicide) cut or cut myself." Incident was reported to Dr. Fatu, LD, Warden Boyd, and Lt. Stephens.

(O) Depressed State — unstable

(A) Suicidal Ideations (Threats)

(P) Patient will be decompensated, despite being more closely monitored, supported, and an increase of level of service was provided. Possibility of being placed in a Crisis Unit.

J. Halsey M.S MHP

| Patient's Name, (Last, First, Middle) | AIS# | Age | R/S | Facility |
|---|---|---|---|---|
| DUFF, ANTONIO | 186551 | | B/M | BCCF |

F-61

## DISCIPLINARY PROGRESS NOTES

| DATE | TIME | NOTES | SIGNATURE |
|------|------|-------|-----------|
| 6/18/04 1500 | | S. Seg<br>No c/o<br>O. Neutral / appropriate affect<br>A. Stable<br>P. Monitor in seg | |

| Patient's Name, (Last, First, Middle) | AIS# | Age | R/S | Facility |
|---|---|---|---|---|
| Duff, Antonio | | | | |

F-61

6 9 04

DATE: _B/186551_

## SEGREGATION CONTACT SHEET

PATIENT: _Duff Antonio_          AIS#: _B/186551_

REASON FOR SEGREGATION: Indecent Exposure

COMMENTS: Patient continues to violate rules. However he is compliant c̄ tx efforts - Seen on seg rounds will continue to follow.

Eddie Lancaster, CND.

DATE: 6.3.04

## INFIRMARY CONTACT SHEET

PATIENT: Duff, Antonio

AIS#: 186551

REASON FOR SEGREGATION: Suicidal Ideation

COMMENTS:

As per Dr Sanders/patient is much better and will go back down the hall. Will refer back to counselor —

Eddie E Lancaster, RN

DATE: 6.2.04

## INFIRMARY CONTACT SHEET

PATIENT: Duff, Antonio

AIS#: B 186551

REASON FOR SEGREGATION: Suicide Watch.

COMMENTS: Patient is currently in Seg but has claimed he is Suicidel and placed in Crises cell —

This AM the patient is sleeping and non responsive — Informed Dr Sanders for further eval.
Will continue to follow ————

Eddie E. Lancaster, RND

## Monthly Activities

Date: 5/11/04

IM Name: _Antonio Duff_         AIS#: _18655 1_

Was offered the following recreational activities during the month of:

_____

_____

_____

_____

_____

His level of participation was generally *active/marginal/reluctant/resistant/refused to participate* in the previously mentioned group(s)  This is *consistent/inconsistent* with his use of recreational services to date. Affect was generally *angry/hostile/animated/blunt/euthymic/flat/inappropriate/ neutral/sad* Mood appeared *angry/sad/neutral/euthymic/depressed/surly/belligerent/indifferent* Hygiene was *good/WNL/poor*. IM was generally *on time/late*. General appearance was *Neat/WNL/Disheveled/Shabby*  Speech was generally *clear/mumbling/slurred/unintelligible* Interpersonal interactions were generally *relevant/irrelevant/insightful/superficial/confrontational/ Indifferent/no interaction*.

Comments: _Inmate Duff is currently in Segregation._
_He is currently receiving Mental Stimulation worksheets._

_____

_____

Therapeutic services will continue to be offered on a regular basis.  His level of participation *will be/has been* communicated to his treatment team

_D. [signature]_
Signature

**DISCIPLINARY PROGRESS NOTES**

| DATE | NOTES | SIGNATURE |
|---|---|---|
| 6/3/04 | S) Pt denies suicide c̄ | |
| | O) not psychotic | |
| | A/P refer to Sg | |
| 6/8/04 | Note: Mental Health Disciplinary Process File Zd. Perry/Mike Hayne | |
| 6/11/04 1445 | S: No C/o today. Not hopeless or suicidal. | |
| seg | O. Neutral. Appropriate | |
| | A. Stable | |
| | P. Monitor/support in seg | |
| 7/13/04 | Case Entry for 7/9/04 | |
| | Tx Coordinating Note | |
| | S: Inmate released from Seg; Assigned to Dorm 10 just Met Brown MHP; to be seen in dorm; Reports to be Alright. Denies any problems; NO S/I or H/I | |
| | O: appeared to be excited of release getting along w/ others smile appropriate presentation | |
| | A: Stable | |
| | P: | |

| Patient's Name, (Last, First, Middle) | AIS# | Age | R/S | Facility |
|---|---|---|---|---|
| DUITT, ANTONIO | 186551 | 30 | BM | BCF |

F-61

DATE: 6.1-04

## SEGREGATION CONTACT SHEET

PATIENT: Duff, Antonio                    AIS#: 186551

REASON FOR SEGREGATION: Indecent Exposure
Exhibitionism
Insubordination / Probation Violation

COMMENTS:

Patient says "I have a low spirit"
when questioned he said he feels
like he will kill himself or
someone else. Ms Webb and
I agreed to have him moved
to infirmary — Informed Security.
logged in Security file —

Eddie E. Lemuste, CN-D.

| DATE | TIME | NOTES | SIGNATURE |
|------|------|-------|-----------|

5/28/04
1115

S. No C/O    In seg
O. Euthymic
A. Stable — improved mood
P. Monitor in seg
Meds                              KO

---

06-01-01    1310

S) Seen in Seg at request of D2C officer.
Pt says he "feels down" Goes on to say
that he doesn't know what he might
do ... "hurt myself or someone else"

O) Polite, sl depressed affect

A) Pt states he is a danger to self or others

P) Transfer to infirmary for suicide watch —
D1 Lancaster concurs, Officer Ruffin notified

Seen c̄ D1
Lancaster

MObbett

---

6/1/04

S) I'm depressed Doc
O) I smiled & it smiled back at me
sardonically & it makes me suspicious
A) I don't believe it wants to die
P) Give him the benefit of the doubt
& continue on suicide watch

---

6/2/04

S) I'm about the same
O) As Above
A) As Above
P) no chg — Ask Dr Ken Cribbet Torn

R

---

| Patient's Name, (Last, First, Middle) | AIS# | Age | R/S | Facility |
|---|---|---|---|---|
| Duff, Antonio | 186551 | | b/m | BCCF |

F-61

# INTERDISCIPLINARY PROGRESS NOTES

| DATE | TIME | NOTES | SIGNATURE |
|------|------|-------|-----------|

5/20/04 — S) I aint no better. The second shift does not want to give me my medium.

O) Pt is demented, does not match his reported depression.

A) Sed affect. Depr.

P) Give meal to 1st shift while in the infirmary as s/g.

---

5/21/04
0755

S: Infirmary.
Stressed over no letters from family — asks about phone call. Mood still low but no active SI. Generally struggles to see a future w/ long sentence. SI fluctuates but no plan/threat.

O. Alert, polite, shallow, mildly constricted. Organized. Smiles at times.

A. Depression, w/ reported mood less than objective affect, which appears only mildly depressive. Situational stresses re family.

P. Return to see.
4 Wellbutrin

---

5/25/04   S) Seen in seg — OK wants sleep aid (I had to make him up.

O) Animated — no SI

P) no change

---

| Patient's Name, (Last, First, Middle) | AIS# | Age | R/S | Facility |
|---|---|---|---|---|
| DUFF, Antonio | 186551 | 30 | B/M | PCCF? |

F-61

## INTERDISCIPLINARY PROGRESS NOTES

| DATE | TIME | NOTES | SIGNATURE |
|------|------|-------|-----------|
| 7/17/04 (continued) | A. | Depression NOS vs MDD (W psychosis?) R/o schizoaffective depressed Dysthymia | |
| | P. | He makes an informed decision to add Wellbutrin and, if needed, ↑ Prozac. Continue suicide watch, as he feels this ↓ any urges to act. | |
| 5/18/04 | | S) Pt states he is no better. | |
| | | O) No chg in Demeanor. | |
| | | A) Schizoaffective. | |
| | | P) Wait on Prozac & Wellbutrin to take effect. | |
| 5/19/04 | | S) I did not get my meds yesterday | |
| | | O) Seems key Depressed? | |
| | | A) See that His Meds are given properly & P) Continue as before. | |

MHM Correctional Services
Dr. Bill Sanders

MHM Correctional Services
Dr. Bill Sanders

| Patient';s Name, (Last, First, Middle) | AIS# | Age | R/S | Facility |
|------|------|-----|-----|----------|
| Duff, Antonio | 186551 | 30 | Bm | bq? |

F-61

| DATE | TIME | NOTES | SIGNATURE |
|------|------|-------|-----------|

5/17/04

5) I'm just TIRED over
6) PROFESSES SUICIDE Thights & Want
7) Appear ANGRY & PASSIVE AGGRESSIVE
   more Than TRUE PROFOUND Depression &
   Wish to Die.
   No manipulative Behavior
8) Keep on SUICIDE WATCH & PRII.

**MHM Correctional Services**
**Dr. Bill Sanders**

5/17/04
1340

¥ addendum

S. Extended review of hx, onset depression
as teen, w/ suicidal jump into lake
and placement in program for emotionally
troubled youth (details vague). FH ⊕

25 yr sentence
(reduced on
appeal from 'life')
No prior arrests.

Aunt w/ depression / suicide attempt.
No drug / EtOH abuse. Inmate graduated
HS → worked in funeral home owned
by Fa until arrested for selling embalming
fluid. No hx abuse. Didn't know
father until grown up. Married (× 5 children) → divorced 200?
Hx chronic depression — was better
on Prozac. Chronic intermittent SI —
thinks of stopping food / water. Poor
sleep. Wants help. Hx AdT w/ prior
tx w/ Prolixin and dx "schizoaffective d/o"
and suicidal threats in prison (see 2004 notes)

O. Mildly blunted. Vague / guarded at times,
but also able to smile / relate pleasantly.
Vague SI — no threat now. Asks about
treatment. No signs of psychosis         ( → continued

| Patient's Name, (Last, First, Middle) | AIS# | Age | R/S | Facility |
|---|---|---|---|---|
| DIPF, ANTONIO | 186551 | 30 | Bm | Bccr |

F-61

5/10/04

S) "I would like you to take me
off that medication. I'm doing fine
& do not need it anymore."

O) Calm - Euthymic - Dry Vch.

A) Hx of mood disorder

P) D/C Prozac & follow

---

5/14/04
1420

S. In seg for "38".
He reports SI w/ wish to jump
off bed. Hx suicidal behavior. He
says he's been more depressed (w/
some SI) than he's been admitting
recently.

O. Blunted.

A. Apparent mood d/o w/ hx response
to SSRI. It appears that he may
have been under-reporting his sx, though
the fact of being put in seg could
play a role (he denies connection however)

P. Suicide watch over weekend
   - he agrees
  Resume Prozac
   - he agrees

| Patient's Name, (Last, First, Middle) | AIS# | Age | R/S | Facility |
|---|---|---|---|---|
| DUFF, ANTONIO | 186551 | 30 | BM | BCCF |

F-61