| DATE | TIME | NOTES | SIGNATURE |
|------|------|-------|-----------|
| 4/1/04 6945 | | S. Blurry vision when reading for past 2 days | |
| | | Mood better on Prozac. Sleep ok. | |
| | | Recent ↑ thirst. Appetite same. | |
| | | No excessive urination. No wt change. | |
| | | Started taking Prozac every day a | |
| | | week ago — had been skipping a lot | |
| | | of doses | |
| | | O. Polite. Appropriate | |
| | | A. Mood d/o responding well to SSRI | |
| | | Blurry vision due to ↑ compliance | |
| | | w/ SSRI ?? | |
| | | Hx ↑ LFT's (borderline) - no known hepatitis hx | |
| | | P. ↓ Prozac to QOD | |
| | | ✓ chem profile | |
| | | | Ken |
| 4/15/04 | | S) In day from | |
| | | Vision is ok on 3x wk Prozac | |
| | | O) Neutral affect - polite, logical calm | |
| | | A) Good Remission of mood disorder | |
| | | P) no chg. | |
| 4/26/04 | | S) Dr Wells on Prozac 3/wk. | |
| | | O) Non. appropt emotnl pleasant | |
| | | A/P No Chgn | |

| Patient's Name, (Last, First, Middle) | AIS# | Age | R/S | Facility |
|---|---|---|---|---|
| Duff, Antonio | 18655I | 30 | BM | BHI-465 |

F-61

| DATE | TIME | NOTES | SIGNATURE |
|------|------|-------|-----------|
| 3/2/04 | | S) _illegible_ | |
| | | O) Professes coping c̄ Prozac. _illegible_ | |
| | | A) improved _illegible_ mood on Prozac | |
| | | P) Cont Rx c̄ Prozac to _illegible_ 3wns | |
| 3-18-04 | | Outpatient Treatment Plan. S+O Inmate Duff reports compliance with medication. Currently he is taking Prozac & meds for high blood pressure + asthma. Reports he has not received a disciplinary since 12/2002. Contributes his improved conduct to family coming to visit him more frequently. Reports spending most of time playing scrabble. _illegible_ eye contact, Alert + Stable. P= Next session is scheduled in four weeks. | A. Peters, MHP |
| 3/25/04 | | S) _illegible_ ot. The prozac helps O) PT missed doses on _illegible_. c̄ Prozac it in ot. (by self A) ↑ mood, P) no change | |

| Patient's Name, (Last, First, Middle) | AIS# | Age | R/S | Facility |
|---|---|---|---|---|
| DUFF, Antonio | 186551 | 25 | BM | BCCF |

F-61

| DATE | TIME | NOTES | SIGNATURE |
|---|---|---|---|

**INTEL SCIPLINARY PROGRESS NOTE**

2/2/04 — S) Pt has asked to be non-registration [illegible]
O) No Sx of ME
A/P - [illegible]

2/17/04 — S) [illegible] depressed + can't sleep. [illegible]
O) SAD [illegible]. Slow [illegible]
A) He may be [illegible] me but will give benefit of doubt & start prozac
P) Prozac 20 qd

*The potential benefits and side effects of Prozac within the dosage range of [illegible] have been discussed with the inmate and the inmate has agreed to accept the medication.*

2-19-04 — Tx coordination note [illegible] note:
S/O Inmate reports that he needs meds, says was recently order-month but not in. Appropriate & [illegible]
w/o S/I H/I.
A: Depressed
P) Refer to Dr. [illegible] for F/U +
Consult w/ MH nurse [illegible]

| Patient's Name, (Last, First, Middle) | AIS# | Age | R/S | Facility |
|---|---|---|---|---|
| [illegible], Antonio | 186551 | 25 | BM | [illegible] |

F-61

# INTERDISCIPLINARY PROGRESS NOTES

| DATE | TIME | NOTES | SIGNATURE |
|---|---|---|---|
| 4-1-03 | 8 | Pt here for FU states he talked to his mother on Sat — Mother stated he (pt) had an "attitude" last time she spoke c̄ him so she wouldn't be accepting his calls. ø SI HI/ | |
| | | D Alert, quiet | |
| | | A see 11-5, ø acute threat to self/ others | |
| | | P FU QT month maintain in RTU | |
| | | Pt encouraged to seek help as needed | [signature] CRNP |
| 12/11/03 | | Pt is noncompliant c̄ Remer̄ "The line is too long" RBT abt meds. To Counsel + explain groys. Declined mts | |
| 1-22-04 | | Tc coordinator notes: S/P noncompliance c̄ meds. Says med was d/c. However no indication of such report in records. Explain importance & benefits of compliance "I go get when I need it." Will continue encourage med compliance. Overall inmate is doing very well — tx w/ mts. | |

| Patient';s Name, (Last, First, Middle) | AIS# | Age | R/S | Facility |
|---|---|---|---|---|
| Duff Antonio | 186551 | 29 | BM | BCCF |

F-61

[illegible]

Inmate Name: [illegible] AIS # [illegible]

[illegible] Date of Disciplinary Report: [illegible]

[illegible]

HEARING OFFICER:

[illegible] understand the charge [illegible] as suggested by the following:

[illegible]

Should the inmate be referred for mental health evaluation of competency? Yes No

If the referred for mental health evaluation, [illegible]

MENTAL HEALTH STAFF:

[illegible] received: [illegible] Date consult returned: [illegible]

Is the inmate competent to participate in the hearing? Yes No
If NO, [illegible]

If NO, what treatment will assist the inmate in becoming competent?

Are there mental health issues that may have impacted the inmate's behavior at the time of the charge? Yes No
If YES, briefly describe the issues:

Are there mental health issues to be considered regarding disposition if the inmate is found guilty? Yes No
If YES, briefly describe the issues and possible relation to the disposition:

Does mental health staff need to be present at the disciplinary hearing to provide input? Yes No
Mental Health Staff Signature: [illegible] Date: [illegible]

DISCIPLINARY HEARING:

[illegible] appear to be competent to participate in the hearing? Yes No
[illegible] Yes No

Hearing Officer: [illegible] Date: [illegible]

[illegible]

ADOC Form [illegible]

[illegible] December [illegible]

[illegible]

ALABAMA DEPARTMENT OF CORRECTIONS
MENTAL HEALTH SERVICES
MENTAL HEALTH CONSULTATION TO DISCIPLINARY PROCESS

Inmate Name: _Antonio Duff_ AIS#: _B/m 186551_

Institution: _Bullock_ Date of Disciplinary Report: _____

Is the inmate currently on the mental health caseload?            Yes      No
      If Yes, referred for mental health evaluation/consultation on: _____

**HEARING OFFICER:**
Hearing officer must refer the inmate for mental health consultation if the inmate appears unable to understand what the charge is and what might happen as a result of the charge or the inmate appears unable to actively participate in the hearing as suggested by the following:

*Does the inmate know where he is?*      *Does the inmate know what date it is?*   *Does inmate know why he is seeing hearing officer?*
*Is the inmate appropriately dressed?*    *Is inmate able to speak coherently?*    *Does the inmate avoid eye contact?*
*Does the inmate make sense?*             *Are the inmate's statements logical and organized or unusual?*

Should the inmate be referred for mental health evaluation of competency?    Yes      No
      If Yes, referred for mental health evaluation/consultation on: _____

**MENTAL HEALTH STAFF:**
Date request for consult received: _4-6-04_        Date consult returned: _4-6-04_

Is the inmate competent to participate in the hearing?                         (Yes)    No
      If NO, why is the inmate not competent?

      If NO, what treatment will assist the inmate in becoming competent?

Are there mental health issues that may have impacted inmate's behavior at the time of the charge?    Yes    (No)
      If YES, briefly describe the issues:

Are there mental health issues to be considered regarding disposition if the inmate is found guilty?    Yes   (No)
      If YES, briefly describe the issues and possible relation to the disposition:

Does mental health staff want to be present at the disciplinary hearing to provide input?    Yes   (No)
Mental Health Staff Member: _MRo Hawrz_        Phone Contact: _132_

**DISCIPLINARY HEARING:**

Does the inmate appear to be competent to participate in the hearing?    Yes    No
Have the mental health recommendations been considered?                  Yes    No

Hearing Officer: _____            Date: _____

| Inmate Name | AIS # |
|---|---|
|  |  |

ALDOC Form 466-01

AR 466 – December 11, 2001

_Reviewed in mental Health_
_staff meeting_
_Filed by Linda Perry._

_MRo Hawrz_

*BCCf*
(INSTITUTION)

# SEGREGATION UNIT RECORD SHEET

INMATE NAME: _Antonio Duff_    # 2
VIOLATION OR REASON: _3/ Assault on Another Inmate_    AIS NO. _B/181551_    CELL:
DATE & TIME RECEIVED _7/7/05  2:10 p.m._    ADMITTANCE AUTH. BY _Sgt. Alberta Williams_
PERTINENT INFORMATION: _____    DATE & TIME RELEASED _____

| DATE | SHIFT | MEALS | | | SH | EXERCISE | MEDI-CAL VISIT | PSYCH VISIT | COMMENTS * | OIC SIGNATURE |
|---|---|---|---|---|---|---|---|---|---|---|
| | | B | D | S | | | | | | |
| 7/4 Mon | MORN | N | | | No | No | Nurse | No | Rec'd meds | Julie Elliot |
| | DAY | N | | | N | Y | Mosby | N | Rec'd meds | H. Hill, CO I |
| | EVE | | | Y | No | No | diabetic | No | Rec'd meds | Andrews, CO |
| 7/5 Tue | MORN | yp | | | no | no | maben | no | Rec'd meds | ell. fitzpatrick, CO |
| | DAY | | Y | | N | 752-832 | Welsh | N | Rec'd meds | Z. Reid Hall, CO |
| | EVE | | | Y | N | N | Kogler | N | Rec'd meds | J. Yotsko, CO I |
| 7/6 Wed | MORN | yes | | | no | no | Maben | no | Meds given | ell. fitzpatrick, CO |
| | DAY | | Y | N | N | no | diabetic | N | Rec'd meds | B.A. Ashford |
| | EVE | | | N | N | N | diabetic | N | rec meds | Barganier CO I |
| 7/7 Thur | MORN | Y | | | no | no | diabetic | No | rec meds | Julie Elliot |
| | DAY | Y | | | N | Y | Med | N | Rec'd meds | H. Hill, CO I |
| | EVE | | | Y | Y | No | Bobbitt | No | rec'd meds | J. Johnson, CO I |
| 7/8 Fri | MORN | Y | | | N | N | Lindsey | N | Refused | H. Johnson, CO I |
| | DAY | Y | N | | N | N | Mosby | N | rec'd med | H. Hill, CO I |
| | EVE | | | Y | N | N | refused | Refused | do meds | Burr, CO I |
| 7/9 Sat | MORN | N | | | N | N | | N | rec'd meds | H. Johnson, CO I |
| | DAY | | Y | | N | N | Nurse | N | rec meds | H. Hill, CO I |
| | EVE | | | Y | N | N | Jackson | N | rec'd meds | S. Calhoun |
| 7/10 Sun | MORN | N | | | N | N | Lloyd | N | rec'd meds | E. Fisher, CO I |
| | DAY | | N | | N | N | | N | | H. Hill, CO I |
| | EVE | | | N | N | N | diabetic | N | Refused metamucil rec'd meds | Burr, CO I |

Pertinent Info: i.e. – Epileptic, Diabetic, Suicidal, Assaultive
Meals/SH: Shower – Yes (Y) or No (N̄), Refused (R)
Exercise: Enter actual time period and Inside or Outside
Medical: Physician will sign each time the inmate is seen.
Psych: Psychological Counselor will sign each time the inmate is seen.
Comments: i.e. – Conduct, attitude *Use reverse side for additional comments and include date, signature, and title.
OIC Signature: OIC must sign all record sheets each shift.

ADOC Form 434-A, December 22, 2004

9 of 12

AR 434 – December 22, 2004

*BCC+* (INSTITUTION)

## SEGREGATION UNIT RECORD SHEET   # 4

INMATE NAME: _Antonio Duff_   AIS NO. _B/186551_
VIOLATION OR REASON: _137 - Assault on Another Inmate_   CELL: _4_   ADMITTANCE AUTH. BY: _Sgt. Alberta Williams_
DATE & TIME RECEIVED _6/7/05  2:10 p.m._   DATE & TIME RELEASED _____
PERTINENT INFORMATION: _____

| DATE | SHIFT | MEALS | | | SH | EXERCISE | MEDI-CAL VISIT | PSYCH VISIT | COMMENTS * | OIC SIGNATURE |
|------|-------|---|---|---|----|----------|----------------|-------------|-----------|---------------|
| | | B | D | S | | | | | | |
| 1 6/20 Mon | MORN | ✓ | | | No | No | Blank | No | Meds given | Julia Ellison |
| | DAY | | ✓ | | | | Blank | N | Rec'd meds | Allison Col |
| | EVE | | | N | N | N | Blank | N | Rec'd meds | S. Calhoun Col |
| 2 6/21 Tue | MORN | ✓ | | | No | No | Blank | No | Refused meds | Julia Ellison |
| | DAY | | ✓ | | | 10¾-11¾ | Blank | N | Rec'd meds | Rud Baker |
| | EVE | | | N | N | | Blank | N | Rec'd meds | S. Calhoun Col |
| 3 6/22 Wed | MORN | Yes | | | no | no | Blank | no | Meds given | M. Fitzpatrick Cpl |
| | DAY | | ✓ | | N | 1:55-1:58 | Blank | N | Rec'd meds | Alford Cpl |
| | EVE | | | N | | N | Blank | N | Rec'd meds | Barger Col |
| 4 6/23 Thu | MORN | Yes | | | no | no | Blank | no | Meds given | M. Fitzpatrick Cpl |
| | DAY | | ✓ | | N | Yes | Blank | N | Rec'd meds | Hull Col |
| | EVE | | | N | | N | Blank | N | Rec'd meds | Norris COI |
| 5 6/24 Fri | MORN | ✓ | | | N | N | Blank | N | Meds given | C. Young Col |
| | DAY | | ✓ | | N | N | Blank | N | Meds given | Hull Col |
| | EVE | | | N | N | | Blank | N | Rec'd Meds | Barger Col |
| 6 6/25 Sat | MORN | N | | | N | N | Blank | N | Meds given | H. Johnson Col |
| | DAY | | ✓ | ✓ | N | N | Blank | N | Meds given | Hull Col |
| | EVE | | | N | N | | Blank | N | Rec'd meds | Barger Col |
| 7 6/26 Sun | MORN | N | | | N | N | Blank | N | Meds Rec'd | H. Johnson Col |
| | DAY | | ✓ | | ✓ | | Blank | N | Rec'd meds | Hull Col |
| | EVE | | | | | | Blank | N | Rec'd meds | Barger COI |

Pertinent Info: i.e. - Epileptic, Diabetic, Suicidal, Assaultive
Meals/SH: Shower – Yes (Y) or No (N), Refused (R)
Exercise: Enter actual time period and Inside or Outside
Medical: Physician will sign each time the inmate is seen.
Psych: Psychological Counselor will sign each time the inmate is seen.
Comments: i.e. – Conduct, attitude *Use reverse side for additional comments and include date, signature, and title.
OIC Signature: OIC must sign all record sheets each shift.

ADOC Form 434-A, December 22, 2004

AR 434 – December 22, 2004

*BCCf*
(INSTITUTION)

# SEGREGATION UNIT RECORD SHEET

INMATE NAME: _Antonio Duff_    #2
VIOLATION OR REASON: _Assault on Another In._    AIS NO. _B/186551_    CELL: _2_
DATE & TIME RECEIVED _6/7/05  2:10 p.m._  ADMITTANCE AUTH. BY: _Sgt. Alberta Williams_
PERTINENT INFORMATION: _____    DATE & TIME RELEASED _____

| DATE | SHIFT | MEALS | | | SH | EXERCISE | MEDI-CAL VISIT | PSYCH VISIT | COMMENTS * | OIC SIGNATURE |
|---|---|---|---|---|---|---|---|---|---|---|
| | | B | D | S | | | | | | |
| 1 6/6 Mon | MORN | N | | | no | no | | no | Meds given | Julie Ella |
| | DAY | | | | | | Phys | no | Rec Meds | Mills, COT |
| | EVE | ✓ | | N | Y | | Health | N | Rec Meds | R. Quin COT |
| 2 6/7 Tue | MORN | Y | | | n | n | Office | n | meds given | M. Schpatrick W |
| | DAY | | No | | 32-95Am | MH | No | Mesd mu | M. ___, COT |
| | EVE | | | | Y | N | Hbrgh | N | Rec'd meds | C. Ooka, COI |
| 3 6/8 Wed | MORN | | | | no | no | Phys | no | Rec'd meds | Julie Ella |
| | DAY | | | | no | no | HLthy | Scattered | Meds given | A. Davis COI |
| | EVE | | | | No | No | HLthy | NO | Rec'd meds | (T.Johnson)cd |
| 4 6/9 Thu | MORN | Yn | | | no | no | Phys | no | meds given | all. Fitzpatrick |
| | DAY | Y | N | | Y | N | Health | N | Rec'd meds | Mills, COT |
| | EVE | | | | N | | Mohn | N | | QQ, COI |
| 5 6/10 Fri | MORN | | | | no | no | Phys | no | Meds given | Julie Ella |
| | DAY | | | | Y | N | Health | N | Rec Meds | Mills, COT |
| | EVE | Y | N | | DO | Health | NO | Rec Meds | T.Johnson, cd |
| 6 6/11 Sat | MORN | | | | N | N | Health | N | Rec'd meds | H. Johnson, COI |
| | DAY | YY | Y | N | | N | Health | N | Rec'd meds | Mills, COT |
| | EVE | | | | N | | Health | N | Rec meds | R. Quin COI |
| 7 6/12 Sun | MORN | N | Y | | | N | Health | N | Rec'd meds | H. Johnson, COI |
| | DAY | | | | | N | Health | N | Rec'd meds | Mills, COT |
| | EVE | | | | | N | Health | N | Rec meds | Qua, COT |

Pertinent Info: i.e. – Epileptic, Diabetic, Suicidal, Assaultive
Meals/SH: Shower – Yes (Y) or No (N), Refused (R)
Exercise: Enter actual time period and Inside or Outside
Medical: Physician will sign each time the inmate is seen.
Psych: Psychological Counselor will sign each time the inmate is seen.
Comments: i.e. – Conduct, attitude *Use reverse side for additional comments and include date, signature, and title.
OIC Signature: OIC must sign all record sheets each shift.

ADOC Form 434-A, December 22, 2004

9 of 12

AR 434 – December 22, 2004

_BCC7_
(INSTITUTION)

# SEGREGATION UNIT RECORD SHEET

INMATE NAME: _Antonio Duff_
VIOLATION OR REASON: _3/ assault on anothe_   AIS NO. _B/186551_   CELL: _#2_
DATE & TIME RECEIVED _4/7/05 @ 5:10 pm_   ADMITTANCE AUTH. BY: _Sgt. William_
PERTINENT INFORMATION: _____   DATE & TIME RELEASED _____

| DATE | SHIFT | MEALS | | | SH | EXERCISE | MEDI-CAL VISIT | PSYCH VISIT | COMMENTS * | OIC SIGNATURE |
|------|-------|---|---|---|----|----------|---------------|-------------|-----------|---------------|
|      |       | B | D | S |    |          |               |             |           |               |
| 1 6/30 Mon | MORN |   |   |   | N | N |  | N | Meds Received | M. Fitzpatrick ed |
|      | DAY | Y |   |   |   | N | Johnson |   | meds | Hall, CO |
|      | EVE |   |   | Y | N | Refused | Y | Y | Med Rec | St Calhoun COI |
| 2 5/31 Tue | MORN | Y |   |   |   | N | meadow | N | Med Rec | St Calhoun COI |
|      | DAY |   |   | Y | no | no | Morgan | no | Meds given | Julia Ellis |
|      | EVE | Y |   |   | N | N | Sue Henly | N | Received | R. Biggs COI |
| 3 6/1 Wed | MORN | Y | Y | N | N | N | Henly | N | Rec Meds | R. Biggs COI |
|      | DAY |   |   |   | N | Cancelled | Wash Rollins | N | Rec'd meds | C. Young col |
|      | EVE |   |   | N | N | N |   | N | Rec meds | B. Slad |
| 4 6/2 Tue | MORN | Y |   |   | N | N | Morgan | N |   | R. Biggs COI |
|      | DAY |   |   | Y | N | N | Sue Morgan | N | Meds given | H. Johnson Col |
|      | EVE |   |   | Y | N | N | Wash | N | Rec'd meds | St Hall, CO |
| 5 6/3 Fri | MORN | Y |   |   | N | N | Morgan | N | Rec'd meds | Lyons, COI |
|      | DAY |   | Y |   | N | N | Morgan | N | Meds given | M. Fitzpatrick |
|      | EVE |   |   | Y | N | Turmoil | Henly | N | Rec Meds | St Hall, CO |
| 6 6/4 Sat | MORN | Y | R |   | N | N | Henly | N | Rec Meds | J. Johnson, COI |
|      | DAY |   |   | Y | N | N | Wash | N | Rec'd meds | H. Johnson, Col |
|      | EVE |   |   | Y | N | Y | Wash | N | Refused meds | St Hall, CO |
| 7 6/5 Sun | MORN | Y |   |   | N | N | Rollins | N | @ Rec'd meds | Lyons, COI |
|      | DAY |   |   | N | N | N |   | N | Meds given | H. Johnson, Col |
|      | EVE | Y |   | N | N | Morgan | N |   | Rec'd meds | St Hall, COI |
|      |      |   |   | N | N | N | Ellis | N | Rec. meds | Pennington Col |

Pertinent Info: i e. - Epileptic, Diabetic, Suicidal, Assaultive
Meals/SH: Shower – Yes (Y) or No (N), Refused (R)
Exercise: Enter actual time period and Inside or Outside
Medical: Physician will sign each time the inmate is seen.
Psych: Psychological Counselor will sign each time the inmate is seen.
Comments: i.e. – Conduct, attitude *Use reverse side for additional comments and include date, signature, and title.
OIC Signature: OIC must sign all record sheets each shift.

ADOC Form 434-A, December 22, 2004

AR 434 – December 22, 2004

*BCCF*
(INSTITUTION)

# SEGREGATION UNIT RECORD SHEET

INMATE NAME: Antonio Duff
VIOLATION OR REASON: 3) Assault on Another In.    AIS NO. B/126551    CELL: #2
DATE & TIME RECEIVED 4/7/05  2:10 PM    ADMITTANCE AUTH. BY: Sgt. Williams
PERTINENT INFORMATION:    DATE & TIME RELEASED

| DATE | SHIFT | MEALS | | | SH | EXERCISE | MEDI-CAL VISIT | PSYCH VISIT | COMMENTS * | OIC SIGNATURE |
|---|---|---|---|---|---|---|---|---|---|---|
| | | B | D | S | | | | | | |
| 1 5/23 Mon | MORN | | Y | | N | N | Cur | | Recieved | H. Johnson, COI |
| | DAY | | Y | | N | N | meds | N | Rec'd Meds | |
| | EVE | | Y | N | N | Y | Nobas | N | Rec'd meds | S. Calhoun COI |
| 2 5/24 Tue | MORN | | Y | No | No | | Meda | N | Ara Refused meds | |
| | DAY | | Y | N | Y-15 | Shower | No | Rec'd meds | Julia Ellen |
| | EVE | | Y | N | N | N | Krge | N | Rec'd mes | R. Rutledge COI |
| 3 5/25 Wed | MORN | Y | Y | N | N | | | | | Ropp in COI |
| | DAY | | | N | 1:29-1:39 | Shower | Spring pool | Meds given | Calhoun COI |
| | EVE | | | N | | leshKg | N | Rec Meds | J. Jaxon COI |
| 4 5/26 Thur | MORN | Y | | N | n | | N | Rec meds | |
| | DAY | | Y | N | Y | Shower | N | Meds given | Mata patrick COI |
| | EVE | | Y | N | Y | N | Rec'd meds | H. Hill, COI |
| 5 5/27 Fri | MORN | Y | | N | n | | N | Rec'd meds | Ryan COI |
| | DAY | | Y | N | n | Shower | N | Meds given | Mata patrick COI |
| | EVE | | Y | N | Yes | Krge | N | Rec'd mes | H. Hill, COI |
| 6 5/28 Sat | MORN | N | | N | N | | N | Rec'd meds | S. Johnson COI |
| | DAY | Y | Y | N | N | Shower | N | Meds given | |
| | EVE | | Y | N | Y | N | Rec'd meds | H. Johnson, COI |
| 7 5/29 Sun | MORN | | Y | N | N | | N | Meds given | H. Hill, COI |
| | DAY | | | N | N | Shower | N | Meds given | Ropp COI |
| | EVE | | | N | N | Shower | N | Rec'd meds | H. Johnson, COI |
| | | | | | | | N | Rx | H. Hill, COI |
| | | | | | | | | | S. Calhoun COI |

Pertinent Info: i.e. - Epileptic, Diabetic, Suicidal, Assaultive
Meals/SH: Shower – Yes (Y) or No (N), Refused (R)
Exercise: Enter actual time period and Inside or Outside
Medical: Physician will sign each time the inmate is seen.
Psych: Psychological Counselor will sign each time the inmate is seen.
Comments: i.e. – Conduct, attitude *Use reverse side for additional comments and include date, signature, and title.
OIC Signature: OIC must sign all record sheets each shift.

ADOC Form 434-A, December 22, 2004

AR 434 – December 22, 2004

*BCCF*
(INSTITUTION)

# SEGREGATION UNIT RECORD SHEET

INMATE NAME: Antonio Duff
VIOLATION OR REASON: 3T-Assault on Another Inmate    AIS NO. B/186551    #2
DATE & TIME RECEIVED: 3/7/05 3:10 p.m.    ADMITTANCE AUTH. BY: Sgt. Williams    CELL:
PERTINENT INFORMATION:    DATE & TIME RELEASED

| DATE | SHIFT | MEALS | | | SH | EXERCISE | MEDI-CAL VISIT | PSYCH VISIT | COMMENTS * | OIC SIGNATURE |
|------|-------|---|---|---|----|----------|-----------|------------|-----------|---------------|
| | | B | D | S | | | | | | |
| 3/16 Mon | MORN | | √ | | No | No | | No | rec'd meds | |
| | DAY | | √ | | | | Shower | | | Julia Ellis |
| | EVE | | | √ | NO Refused | | | No | rec'd ms | B. Via, CO1 |
| 3/17 Tue | MORN | √ | | | N | N | Shower | N | rec meds | C. Thomas, CO1 |
| | DAY | | √ | | n | n | | | | |
| | EVE | | | √ | NO 12:39-1:18pm | | Shower | n | Refused meds | |
| 3/18 Wed | MORN | √ | | | No | No | | No | rec'd meds | B. Via, CPT |
| | DAY | | √ | | | | | | rec'd rec | V. Thomas, CO1 |
| | EVE | | | √ | NO | Yard B-Birthday Beaten | N | | Refused meds | C. Thomas CO1 |
| 3/19 Thur | MORN | √ | | | N | N | Daily | N | rec'd meds | Pass |
| | DAY | | √ | | N | N | | | | V. Thomas CO1 |
| | EVE | | | √ | N | Shower Yard | N | | Refused meds | H. Johnson, CO1 |
| 3/20 Fri | MORN | √ | | | No | No | Yard | N | rec'd meds | Hall, CO1 |
| | DAY | | √ | | | | Shower | No | rec'd ms | Via, CO1 |
| | EVE | | | √ | N | N | Yard | | Refused meds | Julia Ellis |
| 3/21 Sat | MORN | N | | N | | | Shower/sun | N | rec'd meds | Hall, CO1 |
| | DAY | √ | | N | | | | | rec meds | Thomas CO1 |
| | EVE | √ | | N | Y | | | N | EG | H. Johnson, CO1 |
| 3/22 Sun | MORN | N | | N | | | | N | Read Mail | Julia CO1 |
| | DAY | √ | | N | | Shower | N | | Meds given | H. Johnson, CO1 |
| | EVE | | | √ | Y | Shower Yard Refused | N | | Meds given / rec'd meds | Hall, CO1 / Via, CO1 |

Pertinent Info: i.e. - Epileptic, Diabetic, Suicidal, Assaultive
Meals/SH: Shower – Yes (Y) or No (N), Refused (R)
Exercise: Enter actual time period and Inside or Outside
Medical: Physician will sign each time the inmate is seen.
Psych: Psychological Counselor will sign each time the inmate is seen.
Comments: i.e. – Conduct, attitude *Use reverse side for additional comments and include date, signature, and title.
OIC Signature: OIC must sign all record sheets each shift.

ADOC Form 434-A, December 22, 2004

AR 434 – December 22, 2004

BCCF
(INSTITUTION)

# SEGREGATION UNIT RECORD SHEET

INMATE NAME: Antonio Duff
VIOLATION OR REASON: Assault on another    AIS NO. B/196551    CELL: 1
DATE & TIME RECEIVED 4-7-05    ADMITTANCE AUTH. BY: Sgt Williams
PERTINENT INFORMATION:                      DATE & TIME RELEASED

| DATE | SHIFT | MEALS | | | SH | EXERCISE | MEDI-CAL VISIT | PSYCH VISIT | COMMENTS * | OIC SIGNATURE |
|------|-------|---|---|---|-----|----------|------|------|----------|---------------|
| | | B | D | S | | | | | | |
| 1 4/25/05 Mon | MORN | N | | | N | N | | | | |
| | DAY | Y | | | N | N | | | O Meds | |
| | EVE | Y | | Y | N | N | | N | Refused | Hill, COI |
| | | | | | | | | N | O Refused | Pennington COI |
| 2 4/26/05 Tues | MORN | Y | | | N | N | | | | |
| | DAY | | Y | | NO | Called | | NO | Recd shot at 232 | B. Helmo, COI |
| | EVE | | | Y | N | N | | | CO meds | |
| | | | | | | | | N | O Meds taken | |
| 3 4/27/05 Wed | MORN | | | | N | N | | N | | |
| | DAY | N | N | | N | Cancelled | | | Meds given | |
| | EVE | | N | Y | N | N | | N | refused | Blackmon |
| | | | | | | | | | | |
| 4 4/28/05 | MORN | Y | | | N | N | | N | | |
| | DAY | | Y | | N | N | | N | Refused meds | |
| | EVE | | | | N | N | | | | Hill, COI |
| | | | | | | | | N | | |
| 5 4/29/05 | MORN | Y | | | N | N | | N | Refused med | C. Young |
| | DAY | | Y | | N | R | | N | Refused Meds | |
| | EVE | | | | N | N | | | O Meds | |
| 6 4/30/05 Sat | MORN | N | | | N | N | | N | Refused meds | D. Johnson, COI |
| | DAY | Y | Y | N | N | N | | N | Refused meds | |
| | EVE | | | Y | Y | N | | N | meds taken | |
| | | | | | | | | N | | |
| 7 5/1/05 Sun | MORN | N | | | N | N | | NO | O Meds | D. Johnson COI |
| | DAY | Y | | | NO | refused | | NO | meds taken | |
| | EVE | | | | N | N | | NO | | |

Pertinent Info: i.e. - Epileptic, Diabetic, Suicidal, Assaultive
Meals/SH: Shower – Yes (Y) or No (N), Refused (R)
Exercise: Enter actual time period and Inside or Outside
Medical: Physician will sign each time the inmate is seen.
Psych: Psychological Counselor will sign each time the inmate is seen.
Comments: i.e. – Conduct, attitude *Use reverse side for additional comments and include date, signature, and title.
OIC Signature: OIC must sign all record sheets each shift.

ADOC Form 434-A, December 22, 2004

AR 434 – December 22, 2004

(INSTITUTION)

# SEGREGATION UNIT RECORD SHEET

INMATE NAME: _Antonio Duff_
VIOLATION OR REASON: _31 Assault on Another In_   AIS NO. _B/186551_   CELL: _20B_
DATE & TIME RECEIVED _4/9/05 3:10 p.m._   ADMITTANCE AUTH. BY: _Sgt. Williams_
PERTINENT INFORMATION: _____   DATE & TIME RELEASED _____

| DATE | SHIFT | MEALS | | | SH | EXERCISE | MEDI-CAL VISIT | PSYCH VISIT | COMMENTS * | OIC SIGNATURE |
|------|-------|---|---|---|----|----------|------|------|----------|---------------|
| | | B | D | S | | | | | | |
| 5/9 MON | MORN | ✓ | | | No | No | Caw | No | Rec Meds | Julie Elloy |
| | DAY | ✓ | Y | | N | 10:20-11:05 | Meds | N | Res Med | Dennis Col |
| | EVE | | | Y | N | N | No | N | Nurs | Pennett Col |
| 5/10 TUE | MORN | | | | No | No | | No | Refused meds | Julie Elloy |
| | DAY | ✓ | Y | | N | | meds | No | Rec'd Med | C Rudd Col |
| | EVE | | | Y | N | N | meds | No | Aic meds | C Rudd Col |
| 5/11 WED | MORN | | | | No | No | Meds | No | Refused meds | Julie Elloy |
| | DAY | | | | N | 12:20-12:49 | Km | N | Brik gee | C Rudd Col |
| | EVE | | Y | | N | N | meds | N | Rec Meds | Begero |
| 5/12 THUR | MORN | Y | | | N | N | Meds | N | Meds giver | E. Williams Col |
| | DAY | | | Y | N | 12:30-11:30 Olive | N | Rec'd med | C Rudd Col |
| | EVE | | | | N | meds | N | Rec'd meds | C Rudd Col |
| 5/13 FRI | MORN | N | N | | No | No | Meds | No | Meds giver | Julie Elloy |
| | DAY | | | Y | N | 7:45-8:28 | meds | N | Rec'd med | B Austin Col |
| | EVE | | | Y | N | N | meds | N | Rec'd Med | Scoms Col |
| 5/14 SAT | MORN | N | | | N | N | Meds | Optional | Meds giver | Callaway Col |
| | DAY | Y | | | N | N | meds | N | meds gu | S. Smart Col |
| | EVE | | Y | R | N | Bons | N | refused meds | Begero Col |
| 5/15 SUN | MORN | N | | | Refused | stackd | N | Meds giver | H. Johnson Col |
| | DAY | Y | | | | Refused both | Optional | Rec'd meds | H Maldon Col |
| | EVE | | | | | stackd | N | Rec meds | Dyna Col |

Pertinent Info: i.e. - Epileptic, Diabetic, Suicidal, Assaultive
Meals/SH: Shower – Yes (Y) or No (N), Refused (R)
Exercise: Enter actual time period and Inside or Outside
Medical: Physician will sign each time the inmate is seen.
Psych: Psychological Counselor will sign each time the inmate is seen.
Comments: i.e. – Conduct, attitude *Use reverse side for additional comments and include date, signature, and title.
OIC Signature: OIC must sign all record sheets each shift.

ADOC Form 434-A, December 22, 2004

AR 434 – December 22, 2004

**MHM – Bullock Correctional Facility**
**SAFE / CRISIS CELL NURSING ASSESSMENT – March 2005**

| Bullock Correctional BCCF | Crisis / Safe Cell: # | Date/Time of Admission: 5-13-05 |
|---|---|---|
| Inmate Name: Duff Antoin | AIS # 186551 | DOB: |

## PAST MEDICAL HISTORY

| Diabetes | Heart Disease | | | | Cancer | IB | Stroke |
| Seizures | COPD | Kidney Disease | Hypertension | | Peptic Ulcer D/O | | |
| Peripheral Vascular Disease | | Back Problems | Liver Disease | | | Congenital | D/O |
| | | Other: Asthma | | | | | |

## ASSISTIVE DEVICES

Walker  Crutches Cane  Wheelchair  Artificial Limb (s)  Glasses  Hearing Aide  Partial Dentures  Upper Dentures

Lower Dentures  Other:  N/A

Presenting Problem / Crisis  Suicidal Thoughts

Current Medications / Dosages: Albuterol 4mgs, Colace 100mg, Tenormin 50mg

| Hygiene: | (Good) | Fair | Poor | | | |
| Appetite: | Good | Fair | Poor | Appears Adequately Nourished | Showers ____ times per week |

**MENTAL STATUS – circle all that applies – see other directions***

Deficit 53 choices not to eat

### APPEARANCE / MANNER OF DRESS:
(Appropriate)  Casual
Disheveled  Eccentric
Meticulously neat
Seductive  Other

### MEMORY
(Intact)
Immediate recall deficit
Recent memory deficit
Remote memory deficit

### AFFECT
Appropriate
Blunted
Constricted
Labile
Dramatized
Flat
Other _____

### CONCENTRATION
Normal
Mildly impaired
Moderately impaired
Severely impaired

### MOOD
(Calm)  Cheerful  Anxious
Fearful  Tearful  Depressed
Neutral  Elated  Pessimistic
Angry  Euphoric Optimistic
Irritable  Other

### ORIENTATION
(Oriented in all spheres)
Oriented for person only
Oriented for person and place only
Oriented for person and time only

### THOUGHT * (elaborate)
Form — Loosening of association; racing thoughts, flight of ideas, word salad / incoherent, Thought blocking
Progress - Words go from stimulus to logical conclusion, circumstantial, Tangential
Content — (observed, not reported)
(Suicidal thoughts / plans)
Homicidal thoughts / plans
Assaultive thoughts / plans
Obsessions / or compulsions
Phobias / fears
Ideas of influence
Ideas of entitlement

### SPEECH
(Normal)  Slow
Rapid  Pressured
Hesitant Emotional
Soft  Monotonous
Loud  Slurred
Mumbled
Other

### DELUSIONS
None  Persecution
Systematized
Somatic
Other

### HALLUCINATIONS
None  Visual
Auditory  Olfactory
Tactile

### INTELLECT/ IQ * (Elaborate)
Average  Below
Above  Retarded

### JUDGEMENT *(elaborate)
Good  Poor

### CONCRETE VS ABSTRACT THINKING * (elaborate)
Orange / Banana  Dog / Cat  Let sleeping dogs lie  Don't bite hand that feeds you

Assessment Completed by: L. ___  Date: 5-13-05

| Inmate Name Duff Antoin | AIS # |

# MENTAL HEALTH OBSERVATION FORM

Inmate Name _Duffy, Barbara_ Ais# _186581_ Date/Time Initialed

| Date | Time | Observer | Comments |
|------|------|----------|----------|
| 5-16-05 | 0500 | M Jackson | S- "I'm fine" <br> D- Alert & Oriented x 3 resps regular even no problems. Mind actively busy <br> A- Stable <br> P- Will Monitor _____ M Jackson |
| 5-16-05 | 11:35 | L Ryan | S- Ø complaints <br> O- Calm & cooperative. Answers questions appropriately. Denies distress or thoughts of suicide. Admits to taking meds & eating today. SS denies any complications @ this time <br> A- Stable <br> P- Continue to monitor for suicide precautions _____ LR |
| 5-16-05 | 2:30 | C M | SS released from suicide watch to regular segregation procedures per Dis. Ranking RN _____ CM |

Mental Health Observation Form

# MENTAL HEALTH OBSERVATION FORM

Inmate Name **Duff, Antonio**  Ais# **186557**  Date/Time Initialed _____

| Date | Time | Observer | Comments |
|------|------|----------|----------|
| 5/14/05 | 1030 | B. Bennett | S- "I'm hearing voices, I believe I need to be in restraints." O- Inmate alert in Seg cell, suicide smock on. Oriented x 3. Tearful. Answers questions appropriately. No acute bodily injuries noted. Compliant c̄ B/P this AM. Attempted to hit head to wall this AM. A- AMS / VS 110/80 P98 R20. P- S.W. Obs. cont'd in Seg Crisis Cell. |
| 5/14/06 | 2:30 | A. Lorenzweider | S- "I'm hearing voices that tell me to do things. O- Nurse informed inmate not to listen to voices refused medications from medical nurse, in suicide smock. A+O x 3 c̄ coherent mood. A- Appears physically intact c̄ ø injuries noted. Suicide watch P- Will cont. c̄ suicide watch. — A. Lorenzweider |
| 5-15-05 | 0500 | Martha Jackson | S- "I'm okay" O- Alert + Oriented x 3 resp regular + even. Skin w/o to touch, no clothes noted. A- Stable P- Will monitor      M. Jackson |
| 5/15/05 | 1215 | B. Bennett | S- ø statement O- Inmate lying on bed awake et smiling. Relaxed. Suicide smock on. A- Stable P- S.W. cont'd in Seg Crisis Cell. |
| 5/15/05 | 6 pm | V. Roopnarin | S- "I'm not hearing any suicidal voices, I'm better." O- Psych meds accepted meal coherent alert + oriented denies suicidal thoughts A- AMS P- Continued to monitor |

Mental Health Observation Form

# MENTAL HEALTH OBSERVATION FORM

Inmate Name __Duff, Antonio__ Ais# __186551__  Date/Time Initialed _____

| Date | Time | Observer | Comments |
|------|------|----------|----------|
| 5-13-05 | | C RN | S- I want to die. I'm going to bust my head on a brick next since you took my sheets.<br>O- J3 talking c calm tone c/o suicidal thoughts due to family not keeping in touch c him. Tells how he will continuously try to harm himself. DOC report that inmate was going to use a sheet as a rope to hang himself. J3 communicate c lab tech as she draws blood.<br>A- Unstable thoughts and verbal accusation present A+O X 3.<br>P- Place J3 in safe cell in segregation on suicide watch c smock only per Dr. Hunter/J Perry, T.D. RN |
| 5-13-05 | 1845 | Dlorence RN | S- "I'm hearing voices that tell me to bust my head on a brick" Inmate states ──<br>O- Inmate does not appear distress, verbal stated in calm tone c R lab draws X 3 coherent verbal. A- Unstable thoughts of suicide and self harm. P. Will continue to monitor in safe cell in segregation on suicide precautions c smock only. ──Dlorence RN |
| 5/14/05 | 0500 | Dhugen RN | S- No, I am alright<br>O- awake alert + orient X 3 resp regular + ease, denies suicidal ideations<br>A- Altered mental status ──<br>P- Continue suicidal watch |

Mental Health Observation Form

# MENTAL HEALTH OBSERVATION FORM

Inmate Name Duff, Antonio    Ais# 186551 Date/Time Initialed 5-10-05 @ 5,10

| Date | Time | Observer | Comments |
|------|------|----------|----------|
| 5/10/05 | 5.10pm | C. Smith, jr | S - "I am ok". O - Inmate is Alert + Responsive. Skin Color good. Denies Wanting to hurt himself. In pleasant mood. Tolerated meds, well. Ate 100%. A - (alter ation) in Comfort P - Continue to monitor |
| 5/11/05 | 0200 | Blagen RN | S - None O - Lying on bed ē eyes closed appears to be asleep, resp regular ē ease. A - Altered mental status P - monitor |
| | 0500 | Blagen | S - "Hey nurse I don't want my medicine" O - alert it oriented resp regular ē ease. ate 40% on diet A - Altered mental status P - monitor |
| 5/11/05 5/11/05 | 2040 | Caroline Tyson LPN | S - I feel a little better. O - Observe Inmate sitting on his bed. Denies any suicide moods at the present time No distress noted. Resp reg and unlabored. A - Altered Mental status P - continue to observe on suicide Watch. Tyson LPN |
| 5/12/05 | 0430 | Blagen RN | S - None. O - Awake for meds, received meds, no complaints voiced A - altered mental status P - continue to observe on suicide watch. |
| 5/12/05 | 0900 | Q. Thomas RN | Released to D.O.C. inmate remains in Segregation. Thomas RN |

Mental Health Observation Form

MHM – Bullock Correctional Facility

**SAFE / CRISIS CELL NURSING ASSESSMENT – March 2005**

| Bullock Correctional | Crisis / Safe Cell: | Date/Time of Admission: |
|---|---|---|
| Inmate Name: Duff, Antonio | AIS # 186551 | 5/10/05 @ 5:10pm |
| | | DOB: ▇▇▇▇▇▇▇ |

## PAST MEDICAL HISTORY

Diabetes   Heart Disease

Kidney Disease   Hypertension

Seizures   COPD                                                      Cancer                    TB                    Stroke

Back Problems   Liver Disease

Peripheral Vascular Disease              Other:          Peptic Ulcer D/O              Congenital        D/O

## ASSISTIVE DEVICES

Walker   Crutches   Cane   Wheelchair   Artificial Limb (s)   Glasses   Hearing Aide   Partial Dentures   Upper Dentures

Lower Dentures   Other:

Presenting Problem / Crisis   Pt c/o hearing voices telling him to kill himself.

Current Medications / Dosages:   Atenortin 50mg - qd          Zantac 150mg BID

Prozac 20mg " (40mg) qd          Psyllium + Pkg BID

Albuterol 4mg BID          Colace 100mg BID

Triavil 4/50mg - qhs

Hygiene: ✓Good   Fair   Poor

Appetite: ✓Good   Fair   Poor   Appears Adequately Nourished ____ Deficit ____   Showers 7 times per week

## MENTAL STATUS – circle all that applies – see other directions*

**APPEARANCE / MANNER OF DRESS:**
(Appropriate)   Casual
Disheveled   Eccentric
Meticulously near
Seductive   Other

**MEMORY**
(Intact)
Immediate recall deficit
Recent memory deficit
Remote memory deficit

**AFFECT**
(Appropriate)
Blunted
Constricted
Labile
Dramatized
Flat
Other ____

**CONCENTRATION**
(Normal)
Mildly impaired
Moderately impaired
Severely impaired

**MOOD**
(Calm)   Cheerful   Anxious
Fearful   Tearful   Depressed
Neutral   Elated   Pessimistic
Angry   Euphoric   Optimistic
Irritable   Other

**ORIENTATION**
(Oriented in all spheres)
Oriented for person only
Oriented for person and place only
Oriented for person and time only

**THOUGHT * (elaborate)**
Form -- Loosening of association; racing thoughts, flight of ideas, word salad / incoherent,  Thought blocking
Progress – Words go from stimulus to logical conclusion, circumstantial,  Tangential
Content – (observed, not reported)
Suicidal thoughts/ plans
Homicidal thoughts / plans
Assaultive thoughts / plans
Obsessions / or compulsions
Phobias / fears
Ideas of influence
Ideas of entitlement

**SPEECH**
(Normal)   Slow
Rapid   Pressured
Hesitant   Emotional
Soft   Monotonous
Loud   Slurred
Mumbled
Other

**DELUSIONS**
(None)   Persecution
Systematized
Somatic
Other

**HALLUCINATIONS**
None   Visual
(Auditory)   Olfactory
Tactile

**INTELLECT/ IQ * (Elaborate)**
(Average)   Below
Above   Retarded

**JUDGEMENT *(elaborate)**
(Good)   Poor

**CONCRETE VS ABSTRACT THINKING * (elaborate)**
Orange / Banana   Dog / Cat   Let sleeping dogs lie   Don't bite hand that feeds you

Assessment Completed by: Genogene Smith, Jr          Date: 5/10/05

| Inmate Name Duff, Antonio | AIS # 186551 |
|---|---|

DCCF

(INSTITUTION)

# SEGREGATION UNIT RECORD SHEET

INMATE NAME: _Antonio Duff_

VIOLATION OR REASON: _31-Assault on Another In_    AIS NO. _B/186551_    CELL: _#20_

DATE & TIME RECEIVED _4/7/05 2:10 p.u._    ADMITTANCE AUTH. BY: _Sgt. Williams_

PERTINENT INFORMATION: _____    DATE & TIME RELEASED _____

| DATE | SHIFT | MEALS | | | SH | EXERCISE | MEDI-CAL VISIT | PSYCH VISIT | COMMENTS * | OIC SIGNATURE |
|---|---|---|---|---|---|---|---|---|---|---|
| | | B | D | S | | | | | | |
| 5/2 MON | MORN | ✓ | | | no | no | Caw | no | D meds | Julia Ellos |
| | DAY | | ✓ | | N | Refused | | | refused meds | S. Maldon co |
| | EVE | | ✓ | ✓ | N | | N | N | — | Rogen co |
| 5/3 Tue | MORN | ✓ | | | no | no | Shower | no | Refused | Julia Ellos |
| | DAY | ✓ | ✓ | | N | N | N | Yes AT 2 | Security meds | J. Henry co |
| | EVE | | ✓ | ✓ | N Esm | Wash | N | | Received | Rooms co |
| 5/4 Wed | MORN | ✓ | | | n | n | night | Refused Yes | Refused meds | M. Fitzpatrick |
| | DAY | | ✓ | | N | | N | N | | |
| | EVE | | | ✓ | N | N | 7 y0o | N | Took meds | C Brown, CO I |
| 5/5 Thur | MORN | ✓ | | | no | no | Shower | no | Meds given | Julia Ellos |
| | DAY | | ✓ | | N | Refused | | | Meds given | S. Maldon co |
| | EVE | | ✓ | ✓ | N | | Wash | N | Rec'd meds | T. Johnson co |
| 5/6 Fri | MORN | ✓ | | | no | no | Shower | N | Meds given | H. Johnson col |
| | DAY | | ✓ | | N | N | | | accepted meds | N. Morris co |
| | EVE | | ✓ | ✓ | N | | Shower y | | Rec'd meds | Bigna, CO I |
| 5/7 SAT | MORN | N | | | N | N | Shower | N | Meds given | H. Johnson col |
| | DAY | ✓ | ✓ | | N | 11:05-12:05 | Wash | N | nec'd meds | S. Allen |
| | EVE | | | | | | N | N | rec'd meds | Bigna, CO I |
| 5/8 SUN | MORN | | | | N | N | Shower | N | Meds given | H. Johnson, col |
| | DAY | ✓ | y | N | N | Singleton | Wash N | | Meds given | S. Jackson, c I |
| | EVE | | | ✓ | N | | Caw | | Rec meds | Bigna, co I |

Pertinent Info: i.e. - Epileptic, Diabetic, Suicidal, Assaultive

Meals/SH: Shower – Yes (Y) or No (N), Refused (R)

Exercise: Enter actual time period and Inside or Outside

Medical: Physician will sign each time the inmate is seen.

Psych: Psychological Counselor will sign each time the inmate is seen.

Comments: i.e. – Conduct, attitude *Use reverse side for additional comments and include date, signature, and title.

OIC Signature: OIC must sign all record sheets each shift.

ADOC Form 434-A, December 22, 2004

AR 434 – December 22, 2004



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

## PHYSICIANS' ORDERS

| | |
|---|---|
| NAME: | DIAGNOSIS (If Chg'd) |
| D.O.B.   /   / | |
| ALLERGIES: | |
| Use Last    Date   /   / | ☐ GENERIC SUBSTITUTION IS NOT PERMITTED |

| | |
|---|---|
| NAME: | DIAGNOSIS (If Chg'd) |
| D.O.B.   /   / | |
| ALLERGIES: | |
| Use Fourth    Date   /   / | ☐ GENERIC SUBSTITUTION IS NOT PERMITTED |

| | |
|---|---|
| NAME: | DIAGNOSIS (If Chg'd) |
| D.O.B.   /   / | |
| ALLERGIES: | |
| Use Third    Date   /   / | ☐ GENERIC SUBSTITUTION IS NOT PERMITTED |

| | |
|---|---|
| NAME: | DIAGNOSIS (If Chg'd) |
| D.O.B.   /   / | |
| ALLERGIES: | |
| Use Second    Date   /   / | ☐ GENERIC SUBSTITUTION IS NOT PERMITTED |

| | |
|---|---|
| NAME: Duff, Antonio 186551 | DIAGNOSIS |
| *Noted 4/26/05 OY c Cau* | *Give Haldol 5 mg IM Put in Infirmary Suicide Watch. P.O. Dr Bradell's / Cawthorn* |
| D.O.B. ▓▓▓▓ | |
| ALLERGIES: PCN | |
| Use First    Date 4/26 05 | ☐ GENERIC SUBSTITUTION IS NOT PERMITTED |



PRISON
HEALTH
SERVICES
INCORPORATED

# PROGRESS NOTES

| Date/Time | Inmate's Name: | D.O.B.:    /    / |
|-----------|----------------|-------------------|
|           |                |                   |

**Complete Both Sides Before Using Another Sheet**

# MENTAL HEALTH OBSERVATION FORM

Inmate Name _Duff, Antonia_    Ais# _186557_   Date/Time Initialed _____

| Date | Time | Observer | Comments |
|------|------|----------|----------|
| 5/5/05 | 0400 | J. Robertson | S - I'm doing Okay. O - alert & orientated X 3. No c/o distress or discomfort. Tolerated medications. A - Stable P - 1) Cont. to monitor & observe, mental status |
| 5/5/05 | 6:45 Am | Curtinse Tyson LPN | S "I am doing alright." "I feel better." O - Inmate took medication. Cheerful and cooperative. Stated he was doing better. No distress noted. A - Altered Mental Status. P - Will continue to observe. On suicide watch. C Tyson LPN |
| 5/6/05 | 2410 | Hagen LPN | S - None. O - Resting quiet on bed ā eyes closed, resp regular ā ease, no distress noted A - altered mental status P - continue to observe |
|  | 0430 | Hagen LPN | S - "I feel alright" O - awake, alert et, oriented X 3 resp regular ā ease, no complaints voiced A - altered mental status P - continue to observe |
| 5/06/05 | 1000 | R. Health | S - "I'm alright." O - Inmate pleasant. Smiling. Answers questions appropriately. Suicide smock on. Cooperative. A - Stable / No distress P - Dr. Chitwood visited et evaluated Lab PO4 R20 BP 110/68 |
| 5/06/05 | 1200 | R. Health | S - ⊘ Statement O - Pleasant. Relaxed. A - Stable P - Dr. Chitwood released off of Suicide Precautions et to DOC. |

# MENTAL HEALTH OBSERVATION FORM

Inmate Name **Duff Antonio**     Ais# **181655**   Date/Time Initialed _____

| Date | Time | Observer | Comments |
|------|------|----------|----------|
| 5/03/05 | 10:45 | G. Thomas LPN | S- "Tell them, I'm doing better now." D- Alert, smiling, eye contact, medication accepted well, calm, states he is doing better, V/S refused, state, he is feeling alright. A- Stable P- Observation will continue. |
| 5/03/05 | 13:35 | G. Thomas LPN | S- Quiet D- Standing in cell #7 looking out window in seg. No acute distress noted. No unusual behavior @ this time. A- No problem P- Remains on suicide watch. — G. Thomas LPN |
| 5/3/05 | 2130 | E. Smith LPN | S- "I am feeling okay." D- Inmate alert & responsive X 3. Color good. Color calm & coherent, behavior good. Tolerated meds well. Denies pain or distress. A- Alteration in comfort P- Continue to monitor and chart. |
| 8-4-05 | 0400 | M. Jackson LPN | D- Asleep, no noted problems, resp. regular + even. A- Stable P- Cont. to monitor + observe. — M. Jackson |
| 5/04/05 | 0930 | B. Smith LPN | S- "Hey lady" D- Inmate relaxed in seg. crisis cell. Suicide smock on. Answers questions appropriately, cooperative. Rec'd noon po Rx's & lunch tray ate tol. A- Stable V/S 101/60 80 20 98% P- Obs. cont'd in seg. crisis cell. |

Mental Health Observation Form

# MENTAL HEALTH OBSERVATION FORM

Inmate Name __Duffy Antonio__ Ais# __186551__ Date/Time Initialed __5-02-04 u__

| Date | Time | Observer | Comments |
|------|------|----------|----------|
| 50205 | 9:35 | L. Rogers RN | S- "I feel the same. I'm homicidal + suicidal. I'm going to kill somebody + myself." O- Inmate threats self + others c̄ calm voice. Refused medication, but agree to VS. BP 130/70, 82, 18, 97.8. S3 in smoke only in respiration cell. A- A+O and skin WNL. Appears to have AMS P- Continue to monitor S3 + offer meds and mental Health services. L R___ |
| 5/02/05 | 3:45pm | BBrunU?? | S- No statement. O- Inmate brought from seg due to being naked for a night body chart. Inmate allowed to shower in cell. Eyes reddened. Alert but chose to be non-verbal. Non-hostile et Non-aggressive @ present. No acute bodily injuries noted. Remain in suicide smock. Refused routine p R4s. A- AMS/stable physical condition P- Released back to Direct returned to Seg. Will continue to monitor in Seg Crisis Cell. To Be Seen per Dr. Sanders in A.M. |
| 5/3/05 | 2410 | Rhogers RN | VS: B/P 140/70 P70 R20 S- None O- resting quiet on bed, resp regular a ease, no distress noted A- altered mental status P- monitor. |
| | | | |

Mental Health Observation Form

# MENTAL HEALTH OBSERVATION FORM

Inmate Name __Duff, Antonio__ Ais# __186551__ Date/Time Initialed _____

| Date | Time | Observer | Comments |
|------|------|----------|----------|
| 5-1-05 | 0030 | JCawthorn RN | S. Asleep<br>O- On Mattress near door<br>Resp c ease,<br>A- AMS<br>P Continue to Monitor freq. |
| | 0400 | JCawthorn RN | S- allow okay<br>O- On Mattress near door<br>Resp regular<br>P- Continue to Monitor frequently |
| 5-1-05 | 1250 | Stigr Lr | S- I'm hearing voices telling me to bust my head inside the wall. I don't want to shit<br>O- Inmate alert standing up @ cell door. No bizarre or aggressive behavior no indication of hearing voices noted. Resp c ease.<br>A- Ams<br>P- Dr Sanders notified no orders given. Continue Observation |
| 5/1/05 | 2200 | Eustive Tyson | S- "It is too much noise in here."<br>O - Inmate took his Medication, Alert and Oriented x3 No respiratory distress noted. Resp reg and unlabored.<br>A- Altered Mental status<br>P- Will continue to observe on suicide watch |
| 5-2-04 | 0430 | JCawthorn RN | S- None,<br>O- Sleeping on floor near the door. Resp c ease<br>A- AMS<br>P- Will continue observe. As much as possible. On Suicide watch- observed by Officers. |

Mental Health Observation Form

# MENTAL HEALTH OBSERVATION FORM

Inmate Name Duff, Antonio     Ais# 186557 Date/Time Initialed 4/29/05

| Date | Time | Observer | Comments |
|------|------|----------|----------|
| 4/29/04 | 1920 | Christine Tyson LPN | S "I am okay." |
| | | | O - Inmate took his medi-cation |
| | 2400 | Flagun N | S- None |
| | | | O - Resting quiet on bed c eyes closed, resp regular c ease, no distress noted |
| | | | A- Altered Mental Status |
| 4/30/05 | 0200 | Flagun N | P-Observe |
| | | | S- None |
| | | | O- Asleep on bed resp regular c ease. |
| | 0500 | Flagun N | P- Observe. |
| | | | S- "I don't want that medicine" |
| | | | O- Awaken for meds, refused meds resp regular c ease, no distress noted |
| | | | A- Altered mental status |
| | | | P - Observe. Flagun |
| 4/30/05 | 1230 | J. Sharp Lpn | S- none |
| | | | O-Inmate alert and to take meds. no hostile or aggressive behavior noted. |
| | | | A- Altered mental Status |
| | | | P- Continue Observation, J. Sharp L |
| 4/30/05 | 1930 | Christine Tyson LPN | S "I can't rest in here," "It's too much noisy. I need some medicine to help me rest." |
| | | | O-I ask the inmate to take the Trioul that he gets 4-50mg and in two hours if he was unable to rest to let the officers call me." No respiratory distress noted |
| | | | O- Inmate resp reg and unlabored, |
| | | | A- altered mental status. |
| | | | P- will continue to ob-serve on suicide watch. |

Mental Health Observation Form

# MENTAL HEALTH OBSERVATION FORM

Inmate Name **Duff, Antonio**   Ais# **186551**   Date/Time Initialed _____

| Date | Time | Observer | Comments |
|------|------|----------|----------|
| 4/28/05 | 0430 | Sheehan RN | S- "I don't want any medicine." O- Awake alert et oriented x3 resp regular et eases no complaints voiced. A- altered mental status. P- observe |
| 4-28-05 | 940 | V. Pippins LPN | S- I don't want any meds I just want to die. O- Alert oriented refused all meds. Counseled per benefits of alerting for breathing Prozac to help depression + Zantac for stomach problem Still refused A- altered mental status P- Continue to monitor V. Pippins |
| 4/28/05 | 2300 | E Smith | S- I am okay O- Inmate is alert + responsive x3. Color good. Speech is clear and coherent. He states that he refused his meds but he ate his supper. No acute distress noted. A- Alteration in comfort P- Continue to monitor. |
| 4/29/05 | 0400 | J Cauthen | S- non-verbal O- Asleep, covered up. Resp Reg A- AMS P- Continue to monitor. |
| 4/29/05 | 1000 | E Smith | S- I can't sleep because it is too noisy in here. O- He denies pain and/or discomfort. He refuses his meds stating I don't need it. Alert + responsive x3. Coherent. Dinner is being served. A- Alteration in comfort P- Continue to monitor. |

Mental Health Observation Form

# MENTAL HEALTH OBSERVATION FORM

Inmate Name **Duff, Antonio**    Ais# **186551**    Date/Time Initialed _____

| Date | Time | Observer | Comments |
|------|------|----------|----------|
| 4/26/05 | 1900 | Evontrie Tyson LPN | S "I'll take my medi-cine." O- Inmate got up from bed in seg. safecell and took his medication. O Altered Non Compliant Resp- -ce and unlabored. No distress noted. A- Altered mental status P- Will continue to Ob- serve on suicide watch @ 15 minutes. E Tyson LPN |
| 4/26/05 | 2400 | Yhager RN | S- None O- Resting quiet on bed keep regular ease. skin w/d to touch appears to be asleep no distress noted |
| 4/27/05 | 0430 | Yhager RN | S- "I feel alright" O- awaken for B' has reg regular ease, no distr noted. ate 80% of diet |
| 4-27-05 | 1135 | Uilippin | A- altered mental status P- observe S- I want to talk to counselor because its too loud in here O Standing at door of Seg Cell #1 Routine meds given. B/P 130/90 received tray A Stable altered metal status P Continue to monitor - Vilippin |
| 4-28-05 | 2410 | S. Robert SRN | S- nonverbal O- resting comfortably e present. Respiration even A - AMS P- cont to monitor + observe |

Mental Health Observation Form

# MENTAL HEALTH OBSERVATION FORM

Inmate Name Duff, Antonio        Ais# 186551    Date/Time Initialed

| Date | Time | Observer | Comments |
|------|------|----------|----------|
| 4/25/05 | 2100 | | NURSE'S NOTE CONTINUE O- Cause he wanted to die. Resperation reg and unlabored. No distress noted. A- Altered Mental status P- Will continue to Obserere on suicide watch |
| 4-26-05 | 0100 | M Jackson | O- Asleep & Visable respa noted A- Stable P- Monitor |
| 4-26-05 | 0150 | J Hawthorn RN | S- "Im hearing a voices in my head "telling me to kill myself". O- Why would you want to listen to them - durate, has small smile on face "I don't have nothing to live for" he said. A- altered Mental Status P- Will monitor and keep suicide watch in seg. M Jackson |
| 4/26/05 | 0250 | J Hawthorn RN | S- Non Verbal O- Eager to get shot of Haldol 5mg, Dr Sander's ordered. A- AMS P- Seg will monitor inmate there. Dr Sanders requested Mr Duff be moved to the infirmary for close monitering but Marcia's declined to have inmate moved. |
| 4/26/05 | 1100 | L Anderson | S- "You know I got some- body in there tell me, can you get him out?" O- Alert, smirking @ nurse while speaking, directly to nurse + good eye contact. A- Altered mental status P- Continue on suicide watch. L Anderson LPN |

# MENTAL HEALTH OBSERVATION FORM

Inmate Name _Duff, Antonio_     Ais# _186551_ Date/Time Initialed _____

| Date | Time | Observer | Comments |
|------|------|----------|----------|
| 4-24-05 | 13:45 | A. Thomas RN | S- "O'Kay nurse"<br>D- Nurse made inmate aware Dr. Nevels orders shot to make him rest. States "O'Kay nurse" calm offers no resistance. Phenergan 50mg IM given in Rt) Deltoid tolerated well.<br>A- Unstable<br>P- Inmate instructed to lying down let the shot take effect. Will continue to monitor closely. _A.Thomas RN_ |
| 4/24/05 | 2000 | S. Anderson | S- None<br>O- Appears to be asleep<br>A- Altered mental status<br>P- Continue on suicide watch. _S.Anderson RN_ |
| 4/25/05 | 0400 | J. Curshon | S- None<br>O- Appears to be asleep<br>A- Continues on suicidal watch c AMS<br>P- Will monitor freq. |
| 4-25-05 | | L. Rodgers | S- C/o suicidal thoughts due to sisters death to Dr. Andrews, M.D.<br>D- S/S c door of re. cell talked to Dr. Andrews ?? c/o depression<br>A- AMI noted.<br>P- JJ advise medication. will continue to monitor. |
| 4/25/05 | 2100 | Christine Lyon LPN | S- "I am trying to kill myself" "I want to die."<br>O- Observe lying in bed in Seg cell. Refused to take his medication stated he was not going to take it be- |

Mental Health Observation Form

# MENTAL HEALTH OBSERVATION FORM

Inmate Name _Duff, Antinio_    Ais# _18655 /_ Date/Time Initialed

| Date | Time | Observer | Comments |
|------|------|----------|----------|
| 4/24/05 | 0500 | [initials] | S- None<br>O- Laying on bunk<br>A- AMS<br>P- Continues on Suicide<br>watch— will continue to Monitor |
| 4-24-05 | 09:17 | L Rodgers | S- "I'm hearing friendly voices".<br><br>O- J3 c/o hearing friendly voices but prefers to add to try and control voices. Admit to suicide ideas, but has no way to kill self. J3 has smirk on face. Takes meds + VS 106/65, 74, 18, 98.2.<br>A- Appears to be AMS @ his time.<br>P- Continue to monitor J3 + offer MHM services. LR |
| 4-24-05 | 12:40 | C Rfee | J3 brought to infirmary by (12:02) x2 CO's. J3 being disruptive + inoperative. Assisted by PLT+ nurses (McClain). J3 admits to planning continous disruptive behavior. Escorted back to seg. @ L.R |
| 4-24-05 | 1:15 | L Rodger vr | S- "I'm hearing voices telling me to jump off the sink, but that will hurt."<br>O- J3 in restraints on suicide watch. c/o hearing voices.<br>A- AMS noted<br>P- Contacted Dr. Nevels, M.D. Ordered Phenergan, IM stat. (Phenergan) LR<br>(Phenergen 50mg IM LR |

Mental Health Observation Form

# MENTAL HEALTH OBSERVATION FORM

Inmate Name _Duff, Antonio_    Ais# _186551_    Date/Time Initialed _____

| Date | Time | Observer | Comments |
|------|------|----------|----------|
| 4-23-05 | | c.l.d.w | S- "I'm not taking medicine anymore. Why should I take it." |
| | | | D- I3 appears to be depressed c̄ no motivation to care for self or receive tx. Agreed to take VS. BP 130/78 P 82, R 18, T 98.4, talked c̄ I3 about importance of taking meds. still no compliance. |
| | | | A- AMS @ this time. |
| | | | P- Continue to monitor for suicide attempts & offer nursing services. L.M. |
| 4-23-05 | 7:55 PM | S. Anderson LPN | S- "I'm not taking any more medicine. It don't do any good." "I just don't want to live anymore, so I ain't gonna take any more medicine." |
| | | | O- Alert & oriented x3. Refused to take meals & have vital signs taken. |
| | | | A- Altered mental status. |
| | | | P- Call placed to on call Psychologist. Will continue to monitor. Continue on suicide watch as previously ordered. S. Anderson LPN |
| 4/23/05 | 10:00 | S. Anderson LPN | O- No further episodes noted. MD called to return call. S. Anderson LPN |
| 4/23/05 | 10:05 | S. Anderson LPN | Message left for Doctor on voice mail. S. Anderson LPN |

Mental Health Observation Form

# MENTAL HEALTH OBSERVATION FORM

Inmate Name _Duff, Antonio_ ___ Ais# _____ Date/Time Initialed _____

| Date | Time | Observer | Comments |
|---|---|---|---|
| 4/21/05 | 2400 | J Cawthon RN | S- None<br>O- Standing @ the door of his cell looking out. Resp reg<br>A- AMS<br>P- Continue to Monitor Q 15 min On Suicide Watch |
| 4/22/05 | 0400 | J Cawthon RN | S- None<br>O- Lying on bunk covered c blanket. Resp unlabored<br>A AMS<br>P- On Suicide Watch - Continues to be Monitored q 15 min |
| 4/22/05 | 0920 | ~~Maggard~~ Dobyn | S- None<br>O- Inmate standing up @ cell door looking out. No bizarre behavior noted. Nontactile Inmate refused meds & food.<br>A- AMS |
| 4/22/05 | 1040 | J Step LP | P- Continue suicide watch Inmate transferred to Seg Con tinue on suicide watch per DrChitwood. Smock only. |
| 4-22-05 | 1645 ~~1700~~ | L Bates RN | S- Ø complaints<br><br>O- Inmate uncooperative, & refuses tx @ this time. Also refuses medications offered by PHS Nurse Robbins.<br><br>A- Hostile attitude<br><br>P- Continue to monitor inmate. Advised PHS Nurse Robbins that MHM will care for ♂ to include medication administra LPC |

# MENTAL HEALTH OBSERVATION FORM

Inmate Name: Duff, Antonio     Ais# 186551     Date/Time Initialed 4-21-05

| Date | Time | Observer | Comments |
|------|------|----------|----------|
| 4/21/05 | 4:35 pm | Betsy L | S - I'm going to Kill myself because nobody cares about me my family can't spend 20 or 30 dollars to come see me. They can spend 5000.00 for a funeral. I'm not playing, I'm going to Kill Myself. O - Inmate alert non hostile, no bizarre behaviour noted @ this time. Oriented x 3 A - Altered Mental Status P - Placed on Suicide Watch smock only, paper/sack lunch no property per Dr De Nevels po. Betsy L |
| 4/21/05 | 10:35 PM | Christine Tyson LPN | S - None O - Inmate very hostile & violent banging on the door of his cell, until he cracked the glass on the door of his cell. Sgt Davis Officer Rudolph & two other officer in to see what is wrong c Inmate. Dr Nevel was called by Ms Stringer LPN. Ordered thenergan 50mg - I'm stat ordered carried out, Inmate move from cell 1 to cell 2 A - Altered mental status P - Will continue to ob serve on suicide watch. |
| 4/21/05 | 2:00 | Christine Tyson LPN | S - None O - calmer standing at the door of his cell. Resp rq and unlabored. No distress Noted A - Altered mental status P - Continue to monitor on suicide watch q15 minutes — Christine Tyson LPN |

Mental Health Observation Form