# MENTAL HEALTH OBSERVATION FORM

Inmate Name __Duff, Antonio__    Ais# __186551__ Date/Time Initialed _____

| Date | Time | Observer | Comments |
|------|------|----------|----------|
| 4/15/05 | 0200 | GRegen, RN | S- None<br>A- Standing at cell door c̄ gown on, resp regular c̄ ease, no distress noted<br>A- Altered mental status<br>P- Continue suicidal watch |
| 4-15-05 | 09:20 | A. Thomas, RN | S -"I hope I can get a blanket??<br>O- Standing in cell #2 c̄ suicidal smock intact. Medication given accepted well Vs BP [?] T-98 P-84 R-20, inmate very cooperative c̄ nursing staff states he hope he can get a blanket.<br>A- Stable<br>P- Will continue suicide watch. |
| 4-15-05 | 11:40 | L. Rofus, LPN | S- Ø complaints<br>O- A+O X3. Walks c̄ offered to front door of infirmary no thought of harm c̄ peril<br>A- Stable c̄ no AMI noted<br>P- Release to DOC (sec) per Dr. Sander, M.D. [?] |

# MENTAL HEALTH OBSERVATION FORM

Inmate Name __Duff, Antonio__     Ais# __186551__  Date/Time Initialed _____

| Date | Time | Observer | Comments |
|------|------|----------|----------|
| 4-13-05 | 17:30 | L. Rodgea, LPN | S- Ø complaints |
| | | | O- Appears At Ox3 c̄ no s/s or c/o distress. Sitting on toilet c̄ smock on. |
| | | | A- Stable c̄ no AMS noted. |
| | | | P- Continue to monitor for suicide precaution. ~~~~ LPN |
| 4/14/05 | 0200 | Glegua RN | S- None |
| | | | O- Lying on bed asleep, resp regular & ease. No distress noted ~~~~ |
| | | | A- Stable ~~~~ |
| 4/14/05 | 1045 | S. Anderson RN | P- Continued suicide observation |
| | | | S- "I'm not taking it." |
| | | | O- Alert & oriented x 3 offered noon meal by CO & refused. Medication offered by nurse & refused. A- Stable |
| | | | P- Continue to monitor RN S. Anderson |
| 4/14/05 | 1222 | S. Anderson RN | S- "no." |
| | | | O- Alert, appears oriented Refuses to have vital signs taken. Suicide smock intact, sitting ↑ on toilet seat. A- Stable |
| | 1800 | M. Cooks LPN 114/68-98-81-20 | S- I feel pain in my Head & stomach. I have never felt this way before. |
| | | | O- Swollen up on left side. Nothing above statement. T/S explained to inmate. PHS Nurse Stanley RN 3-11 & inmate was made aware & compliant & will DO Rec. LVN |
| | | | A- S- Stable c̄ c/o Head & Stomach pain |
| | | | P- Continue MHO |

Mental Health Observation Form

# MENTAL HEALTH OBSERVATION FORM

Inmate Name _Duff Antonio_ Ais# _186551_ Date/Time Initialed _4/12/05_

| Date | Time | Observer | Comments |
|------|------|----------|----------|
| 4/12/05 | 8⁴⁹ | J. Lewis RN | This nurse to see to evaluate inmate — awaiting move to infirmary for suicide watch, pt oriented x 3 + shows no in-appropriate behavior at this time — "suicide" he "might" want to hurt himself — J/c |
| 4/12/05 | 4¹⁵pm | J. Lewis RN | Inmate ___ to be in safe cell ___ assisted & Body chart completed ___ |
|  |  |  | S) "Don't know why I'm here" |
|  |  |  | O) inmate calm, oriented x 3 + cooperative, Body chart |
|  |  |  | A) B/P 102/78  P-78  R-78  T-99⁶ inmate denies any symptoms of cold or serious problems: skin warm + dry to touch |
|  |  |  | P) pt in smock only — observation for suicide watch, cont as ordered with observation + medications |
| 4-13-05 | 0400 | M. Jackson | S - None |
|  |  |  | O - Asleep  — noted problems, resp regular + even, skin w/d to touch, no complaints voiced |
|  |  |  | A - Stable |
|  |  |  | P - Monitor ————  M. Jackson LPN |
| 4-13-05 | 1130 | S. Anderson LPN | S - "Hey, its a long time since I've seen you" |
|  |  |  | O - Alert & oriented x 3. Pt ambulating in cell & safety smock intact. Continued on suicide watch |
|  |  |  | A - Alteration in mental health status. |
|  |  |  | P - Continue to monitor. S. Anderson LPN |
|  |  |  | Late Entry VS BP 1130 ? ___, pulse 78, resp 8, temp 97. — S. Anderson LPN |

**MHM – Bullock Correctional Facility**
## SAFE / CRISIS CELL NURSING ASSESSMENT – March 2005

| Bullock Correctional | Crisis / Safe Cell: | Date/Time of Admission: |
|---|---|---|
| Inmate Name: Duff, Antonio | AIS # 186551 | 4/12/05 24 Months Seg |
| | | DOB: |

### PAST MEDICAL HISTORY

Diabetes  Heart Disease    Kidney Disease   Hypertension
Seizures  COPD    Back Problems   Liver Disease    Cancer    IB    Stroke
Peripheral Vascular Disease    Peptic Ulcer D/O    Congenital    D/O
Other:

### ASSISTIVE DEVICES

Walker   Crutches  Cane   Wheelchair   Artificial Limb (s)   Glasses   Hearing Aide   Partial Dentures   Upper Dentures
Lower Dentures   Other:

Presenting Problem / Crisis   Inmate isn't sure "might" want to hurt "himself"

Current Medications / Dosages:

Hygiene:  (Good)  Fair   Poor
Appetite:  (Good)  Fair   Poor   (Appears Adequately Nourished)   Deficit   Showers _____ times per week

### MENTAL STATUS – circle all that applies – see other directions*

**APPEARENCE / MANNER OF DRESS:**
(Appropriate)   Casual
Disheveled   Eccentric
Meticulously near
Seductive   Other

**MEMORY**
(Intact)
Immediate recall deficit
Recent memory deficit
Remote memory deficit

**AFFECT**
(Appropriate)
Blunted
Constricted
Labile
Dramatized
Flat
Other

**CONCENTRATION**
(Normal)
Mildly impaired
Moderately impaired
Severely impaired

**MOOD**
(Calm)  Cheerful  Anxious
Fearful  Tearful  Depressed
Neutral  Elated  Pessimistic
Angry  Euphoric  Optimistic
Irritable  Other

**ORIENTATION**
(Oriented in all spheres)
Oriented for person only
Oriented for person and place only
Oriented for person and time only

**THOUGHT *** (elaborate)
Form -- Loosening of association; racing thoughts, flight of ideas, word salad / incoherent,  Thought blocking
Progress - Words go from stimulus to logical conclusion, circumstantial,  Tangential
Content – (observed, not reported)
Suicidal thoughts/ plans
Homicidal thoughts / plans
Assaultive thoughts / plans
Obsessions / or compulsions
Phobias / fears
Ideas of influence
Ideas of entitlement

**SPEECH**
(Normal)  Slow
Rapid  Pressured
Hesitant  Emotional
Soft  Monotonous
Loud  Slurred
Mumbled
Other

**DELUSIONS**
(None)  Persecution
Systematized
Somatic
Other

**HALLUCINATIONS**
(None)  Visual
Auditory  Olfactory
Tactile

**INTELLECT/ IQ *** (Elaborate)
Average  Below
Above  Retarded

**JUDGEMENT *** (elaborate)
Good   Poor

### CONCRETE VS ABSTRACT THINKING * (elaborate)
Orange / Banana   Dog / Cat   Let sleeping dogs lie   Don't bite hand that feeds you

Assessment Completed by: _____ RN

| Inmate Name: Duff, Antonio | Date: 4/12/05 |
|---|---|
| | AIS # 186551 |

# EMERGENCY

| ADMISSION DATE | TIME | ORIGINATING FACILITY |
|---|---|---|
| 01 / 17 /05 | 1335 ☐AM ☑PM | ☐SIR ☐PDL ☐ESCAPEE ☐ Buttoch |

☐ SICK CALL  ☐ EMERGENCY
☐ OUTPATIENT

ALLERGIES PCN

CONDITION ON ADMISSION
☑GOOD  ☐FAIR  ☐POOR  ☐SHOCK  ☐HEMORRHAGE  ☐COMA

VITAL SIGNS: TEMP 98.6 ☑ORAL ☐RECTAL   RESP 20   PULSE 82   B/P 130/72

RECHECK IF SYSTOLIC <100> 50 _____ / _____

NATURE OF INJURY OR ILLNESS

S - Routine Body Chart for HCU.

| ABRASION /// | CONTUSION # | BURN xx xx | FRACTURE Z Z | LACERATION / ____ SUTURES |
|---|---|---|---|---|

PROFILE RIGHT OR LEFT

RIGHT OR LEFT

PHYSICAL EXAMINATION

O - B/m male ambulates
to HCU escorted by correctional
Alert x 3. Resp reg & ____
Skin warm & dry to
touch & intact. No distress
noted @ this time.

A - Stable

P - Release to DOC

ORDERS / MEDICATIONS / IV FLUIDS

| | TIME | BY |
|---|---|---|
| | | |
| | | |
| | | |
| | | |

DIAGNOSIS

INSTRUCTIONS TO PATIENT

| DISCHARGE DATE | TIME | RELEASE / TRANSFERRED TO |
|---|---|---|
| 01 / 17 /05 | 1331 ☐AM ☑PM | ☒DOC ☐AMBULANCE ☐ |

NURSE'S SIGNATURE _____ DATE 1/17/05

PHYSICIAN'S SIGNATURE _____ DATE 1/18/05

CONDITION ON DISCHARGE
☑SATISFACTORY  ☐POOR
☐FAIR  ☐CRITICAL

CONSULTATION

INMATE NAME (LAST, FIRST, MIDDLE) _____ Antonio

| DOC# | DOB | R/S | FAC |
|---|---|---|---|
| 186551 | | BM | BCF |

MD-70007

(White – Record Copy, Yellow – Pharmacy Copy)



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# SPECIAL NEEDS COMMUNICATION FORM

**Date:** _12-23-04_

_Inmate Copy_

**To:** _Inmate_

**From:** _Tafisman_

**Inmate Name:** _Duff Antonio_          **ID#:** _186551_

## The following action is recommended for medical reasons:

1. House in _____

2. Medical Isolation _____

3. Work restrictions _____

4. May have extra _____ until _____

5. Other _____

**Comments:**

_See m.p. next week._

_____

_____

_____

_____

**Date:** _12-23-07_ **MD Signature:** _Darbose / Kmushiw_          **Time:** _8:35 Am_

60418



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# SPECIAL NEEDS COMMUNICATION FORM

**Date:** _1-12-05_

**To:** _Inmate_

**From:** _HCU (Bullock)_

**Inmate Name:** _Duff, Antonio_    **ID#:** _186551_

**The following action is recommended for medical reasons:**

1. House in _X 7 days    so 1/18/05_

2. Medical Isolation _____

3. Work restrictions _____

4. May have extra _____ until

5. Other _____

**Comments:**

① _Bottom Bed x 6 months   so 7/12/05_
② _(Breathing Tx)_
_Neb Tx   x 60 days Plan   ♀ 3/12/05_

**Date:** _1-12-05_    **MD Signature:** _Dr Siddry Wslat_    **Time:** _0800_

60418



**PRISON
HEALTH
SERVICES
INCORPORATED**

# RELEASE OF RESPONSIBILITY

Inmate's Name: *Antonio R. Duff*

Date of Birth: ▆▆▆▆▆▆▆

Date: *12-31-04*                    Social Security No.: ▆▆▆▆▆▆▆

                                    Time: *5:40*     A.M.
                                                     P.M.

This is to certify that I, *Antonio R. Duff*
                                    (Print Inmate's Name)
currently in custody at the *Bullock Correctional Facility*
                                    (Print Facility's Name)
, am refusing to accept the following treatment/recommendations: *for Stomach Problems*
                                    (Specify in Detail)

I acknowledge that I have been fully informed of and understand the above treatment(s)/recommendation(s) and the risks involved in refusing them. I hereby release and agree to hold harmless the City/County/State, statutory authority, all correctional personnel, Prison Health Services, Inc. and all medical personnel from all responsibility and any ill effects which, may result from this action/refusal and I personally assume all responsibility for my welfare.

*Antonio R. Duff*
(Signature of Inmate)**                    _____
                                           (Signature of Medical Person)

_____           _____
(Witness)                                  (Witness)

**A refusal by the inmate to sign requires the signature of at least one witness in addition to that of the medical staff member.

60115 (5/85)



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# SPECIAL NEEDS COMMUNICATION FORM

**Date:** 12/30/04

**To:** DOC

**From:** Bullock Clf (HCU)

**Inmate Name:** Ruffy Antonia          **ID#:** 186551

The following action is recommended for medical reasons:

1.  House in _Lay in until seen by MD 1/4/05_
2.  Medical Isolation
3.  Work restrictions
4.  May have extra
5.  Other _____ until _____

**Comments:**

**Date:** 12/30/04   **MD Signature:** Dr. Radbouse / MRven   **Time:** 06 w

60418



# SPECIAL NEEDS COMMUNICATION FORM

**Date:** 12-23-04

**To:** Inmate

**From:** Infirmary

**Inmate Name:** Duff Antonio        **ID#:** 186551

## The following action is recommended for medical reasons:

1. House in _____
2. Medical Isolation _____
3. Work restrictions _____
4. May have extra _____
5. Other _____ until _____

**Comments:**

See M.D. next week.

**Date:** 12-23-04 **MD Signature:** Dorbose / Kmeshiw        **Time:** 8:35 A

PRISON
HEALTH
SERVICES
INCORPORATED

# EMERGENCY

**ADMISSTION DATE** 12 /22 /04    **TIME** 1643 AM/PM

**ORIGINATING FACILITY** BCCF
☐ SIR   ☐ PDL   ☐ ESCAPEE   ☐

☐ SICK CALL   ☐ EMERGENCY
☐ OUTPATIENT

**ALLERGIES** PCN

**CONDITION ON ADMISSION**
☐ GOOD   ☐ FAIR   ☐ POOR   ☐ SHOCK   ☐ HEMORRHAGE   ☐ COMA

**VITAL SIGNS: TEMP** 99⁸   **ORAL RECTAL** 189#   **RESP** 20   Sat 98%

**PULSE** 74   **B/P** 120/80   **RECHECK IF SYSTOLIC** <100> 50 ____/____

**NATURE OF INJURY OR ILLNESS**

(S) I have blood in my stool today & two days before my stools not usually like that.

Abd. Pain LLQ.

| ABRASION /// | CONTUSION # | BURN xx xx | FRACTURE Z Z | LACERATION / _____ SUTURES |
|---|---|---|---|---|

PROFILE RIGHT OR LEFT

RIGHT OR LEFT

**PHYSICAL EXAMINATION**

O - to B Hut c̄ above complaint
complains pain in left lower quads. Abdomen. Bowel sounds present in all 4 quads. Abdomen soft & non distended. Skin warm + dry to touch. No apparent distention noted.

(A) Complaint of Blood in Stool
(P) See Rx/Plan below

Think c̄ med... + ___
___ ...

___ ... no tender.

**DIAGNOSIS**   Abd. Pain -

**ORDERS / MEDICATIONS / IV FLUIDS**

① Continue c̄ present meds.
② MD to Review Body Chart & notify Medical intervention if Deemed Necessary

CBC Today

___ 1 Day RTC

Monitor you & TLC

| | TIME | BY |
|---|---|---|

**INSTRUCTIONS TO PATIENT**

**DISCHARGE DATE** 12 /22 /04   **TIME** AM/PM

**RELEASE / TRANSFERRED TO**
☐ DOC   ☐ AMBULENCE   ☐

**CONDITION ON DISCHARGE**
☐ SATISFACTORY   ☐ POOR
☐ FAIR   ☐ CRITICAL

**NURSE'S SIGNATURE** Maurs Brand LP   **DATE** 12/22/04

**PHYSICIAN'S SIGNATURE**   **DATE** 12/22/04

**CONSULTATION**

**NAME (LAST, FIRST, MIDDLE)** Duell, ANTONIO

**DOC#** 186551

**DOB** 30 y/o

**R/S** B/m

**FAC** BCCF

6-MD-70007

(White – Record Copy, Yellow – Pharmacy Copy)



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# SPECIAL NEEDS COMMUNICATION FORM

**Date:** 12-16-04

**To:** Inmate

**From:** Medical

**Inmate Name:** Duff, Antonio    **ID#:** 186551

**The following action is recommended for medical reasons:**

1. House in _____

2. Medical Isolation _____

3. Work restrictions _____

4. May have extra _____

5. Other _____ until _____

**Comments:** Please give Bland Diet to inmate
per Dr. Siddiq.

**Date:** 12/16/04    **MD Signature:** D. Siddiq / K Taylor, LPN    **Time:** 1800

60418

PRISON
HEALTH
SERVICES
INCORPORATED

# EMERGENCY

| ADMISSTION DATE | TIME | ORIGINATING FACILITY | | |
|---|---|---|---|---|
| 12/15/04 | AM (PM) | ☐ SIR ☐ PDL ☐ ESCAPEE ☐ _BCCF_ | | ☐ SICK CALL ☐ EMERGENCY ☐ OUTPATIENT |

ALLERGIES _Penicillin_

VITAL SIGNS: TEMP _____ ORAL ☐ RECTAL

CONDITION ON ADMISSION
☐ GOOD ☐ FAIR ☐ POOR ☐ SHOCK ☐ HEMORRHAGE ☐ COMA

NATURE OF INJURY OR ILLNESS  O₂ Sat 99   RESP 16   PULSE 84   B/P 110/80

RECHECK IF SYSTOLIC <100> 50 ____/____

S - "I was sitting on the ~~toilet~~ toilet stool trying to use the bathroom and I started vomiting"

O - ambulatory to HCU alert & oriented x 3 Resp regular to ease. Bowels sounds audible x 4 no distress noted

A - alteration in comfort

P - Give two Tums, return to HCU PRN

PHYSICAL EXAMINATION

| ABRASION /// | CONTUSION # | BURN XX XX | FRACTURE Z Z | LACERATION / _____ SUTURES |
|---|---|---|---|---|

PROFILE RIGHT OR LEFT

RIGHT OR LEFT

| ORDERS / MEDICATIONS / IV FLUIDS | TIME | BY |
|---|---|---|
| Tums # 4 tabs PO | 2455 | GR |
| | | |
| | | |
| | | |
| | | |

DIAGNOSIS

INSTRUCTIONS TO PATIENT   Return to HCU PRN

| DISCHARGE DATE | TIME | RELEASE / TRANSFERRED TO | | |
|---|---|---|---|---|
| 12/15/04 | AM (PM) | ☐ DOC ☐ AMBULENCE ☐ | CONDITION ON DISCHARGE ☐ SATISFACTORY ☐ POOR ☐ FAIR ☐ CRITICAL | |

NURSE'S SIGNATURE _Gloria Rogers RN_   DATE 12/15/04

PHYSICIAN'S SIGNATURE _____ DATE 12/17/04

CONSULTATION

PRIMA... NAME (LAST, FIRST, MIDDLE)  _Duff, Antonio_

MD-70007

| DOC# | DOB | R/S | FAC |
|---|---|---|---|
| 186551 | ▇▇▇▇ | B M | BCCF |

(White – Record Copy, Yellow – Pharmacy Copy...)

PRISON
HEALTH
SERVICES
INCORPORATED

# EMERGENCY

ADMISSTION DATE 12/8/04    TIME 1910 AM/PM

ORIGINATING FACILITY  Bulloge
☐ SIR  ☐ PDL  ☐ ESCAPEE  ☐

ALLERGIES  PCN

☐ SICK CALL  ☐ EMERGENCY
☐ OUTPATIENT

VITAL SIGNS. TEMP  98.4    ORAL/RECTAL

CONDITION ON ADMISSION
☑ GOOD  ☐ FAIR  ☐ POOR  ☐ SHOCK  ☐ HEMORRHAGE  ☐ COMA

NATURE OF INJURY OR ILLNESS    RESP  18    PULSE 80    B/P 120/80

RECHECK IF SYSTOLIC <100> 50 ___/___

S- "My stomach hurts
real bad. I feel like
throwing-up but can't."

ABRASION ///  CONTUSION #  BURN xx xx  FRACTURE Z Z  LACERATION / ___ SUTURES

PHYSICAL EXAMINATION

O - BM escorted to HCU,
A&Ox3. Resp. reg & even.
Skin WD to touch.
C/o stomache x nsv,
with some nausea,
No N/V noted.

Stomach

PROFILE RIGHT OR LEFT

RIGHT OR LEFT

ORDERS / MEDICATIONS / IV FLUIDS

| | TIME | BY |
|---|---|---|
| P- Advil 400 to NOW for pain | | |
| Advised to follow up with | | |
| medical if further Tx is | | |
| needed | | |

A- Alteration in comfort
AGNOSIS

INSTRUCTIONS TO PATIENT

Follow up with medical if needed

CHARGE DATE 12/8/04    TIME 1921 AM/PM

RELEASE / TRANSFERRED TO  SEG
☑ DOC  ☐ AMBULENCE  ☐

CONDITION ON DISCHARGE
☑ SATISFACTORY  ☐ POOR
☐ FAIR  ☐ CRITICAL

E'S SIGNATURE  Diaz, LPN  DATE 12/8/04

PHYSICIAN'S SIGNATURE  [signature] 12/10/04    DATE

CONSULTATION

TE  E (LAST, FIRST, MIDDLE)

Duff, Antonio

-70007

DOC# 186557    DOB    R/S    FAC

# EMERGENCY

PRISON
HEALTH
SERVICES
INCORPORATED

| ADMISSION DATE | TIME | ORIGINATING FACILITY Bullock |
|---|---|---|
| 12 / 8 /04 | 1048 AM/PM | ☐ SIR  ☐ PDL  ☐ ESCAPEE ☐ |

ALLERGIES  PCN

☐ SICK CALL   ☐ EMERGENCY
☐ OUTPATIENT

VITAL SIGNS TEMP  992    ORAL / RECTAL

CONDITION ON ADMISSION
☐ GOOD  ☐ FAIR  ☐ POOR  ☐ SHOCK  ☐ HEMORRHAGE  ☐ COMA

RESP  18     PULSE  64    B/P 122, 82    RECHECK IF SYSTOLIC <100> 50

## NATURE OF INJURY OR ILLNESS

S - I am having stomach pains

| ABRASION /// | CONTUSION # | BURN xx xx | FRACTURE z z | LACERATION / _____ SUTURES |
|---|---|---|---|---|

PROFILE RIGHT OR LEFT

RIGHT OR LEFT

## PHYSICAL EXAMINATION

O- Resp regular and even skin
w/p to touch - No Acute distress
Noted

P will schedule to see MD - Tx
According to Protocol

| ORDERS / MEDICATIONS / IV FLUIDS | TIME | BY |
|---|---|---|
| Tyl. tabs ii po | 1054 | ✓ |

DIAGNOSIS

INSTRUCTIONS TO PATIENT

| DISCHARGE DATE | TIME | RELEASE / TRANSFERRED TO |
|---|---|---|
| 12 / 8 /04 | 1055 AM/PM | ☐ BOC  ☐ AMBULANCE ☐ |

NURSE'S SIGNATURE  Martha Jenkins LPN   DATE 12/8/04

PHYSICIAN'S SIGNATURE   DATE

CONDITION ON DISCHARGE
☐ SATISFACTORY  ☐ POOR
☐ FAIR  ☐ CRITICAL

LPN/RN - NAME (LAST FIRST MIDDLE)

Huff Antonia

CONSULTATION

| DOC# | DOB | R/S | FAC |
|---|---|---|---|
| | | B/m | Bullock |

MD-70007

*Cell # 2*

## STATE OF ALABAMA
### FIVE POINT RESTRAINT OR SUICIDE WATCH
### 24 HOUR LOG

Inmate's Name _Duffie Antonio_

Reason For Restraint _____    AIS# _B/186551_

Date & Time In Restraints _12/5/04 @ 1152_

Primary Therapist _____    Authorized By _Dr Sanders_

**Event/Category Code**

1. Verbal/relaxed
2. Quiet
3. Sleeping
4. Yelling
5. Struggling
6. Crying
7. Hallucinating
8. Delusional
9. Meals accepted
10. Meals rejected
11. Liquids accepted
12. Liquids rejected
13. Bath/shower
14. Toilet used
15. Exercise offered
16. Exercise rejected
17. Restraints put on
18. Restraints checked
19. Restraints removed
20. Doctor visit
21. Nurse visit
22. Psychologist visit

Date _12/5/04_   4ies t Shift

| Time | |
|---|---|
| 6:00 a.m. | |
| 6:15 | |
| 6:30 | |
| 6:45 | |
| 7:00 | |
| 7:15 | |
| 7:30 | |
| 7:45 | |
| 8:00 | |
| 8:15 | |
| 8:30 | |
| 8:45 | |
| 9:00 | |
| 9:15 | |
| 9:30 | |
| 9:45 | |
| 10:00 | |
| 10:15 | |
| 10:30 | |
| 10:45 | |
| 11:00 | |
| 11:15 | |
| 11:30 | |
| 11:45 | |
| 12:00 | 2 B/VT |
| 12:15 | 2 B/VT |
| 12:30 | 2 B/VT |
| 12:45 | 2 B/VT |
| 1:00 | 3 B/VT |
| 1:15 | 3 B/VT |
| 1:30 | 3 B/VT |
| 1:45 | 3 B/VT |

Date _12/05/04_

| Time | |
|---|---|
| 2:00 p.m. | 3 B7 |
| 2:15 | 2 pm |
| 2:30 | 2 pm |
| 2:45 | 2 pm |
| 3:00 | 2 pm |
| 3:15 | 18 12 pm |
| 3:30 | 2 / pm |
| 3:45 | 2 pm |
| 4:00 | 2 pm |
| 4:15 | 2 pm |
| 4:30 | 2 pm |
| 4:45 | 2 pm |
| 5:00 | 2 pm |
| 5:15 | 2 pm |
| 5:30 | 2 pm |
| 5:45 | 2 pm |
| 6:00 | 2 pm |
| 6:15 | 2 pm |
| 6:30 | 2 pm |
| 6:45 | 2 pm |
| 7:00 | 2 pm |
| 7:15 | 3 pm |
| 7:30 | 3 pm |
| 7:45 | 3 pm |
| 8:00 | 3 pm |
| 8:15 | 2 pm |
| 8:30 | 3 pm |
| 8:45 | 3 pm |
| 9:00 | 1 pm |
| 9:15 | 1 pm |
| 9:30 | 2 pm |
| 9:45 | 3 pm |

Date _12-5-04_

| Time | |
|---|---|
| 10:00 p.m | 3 6K |
| 10:15 | 3 6K |
| 10:30 | 3 6K |
| 10:45 | 2 6K |
| 11:00 | 2 6K |
| 11:15 | 2 6K |
| 11:30 | 2 6K |
| 11:45 | 2 6K |
| 12:00 | 2 6K |
| 12:15 | 2 6K |
| 12:30 | 2 6K |
| 12:45 | 3 6K |
| 1:00 | 3 6K |
| 1:15 | 3 6K |
| 1:30 | 3 6K |
| 1:45 | 2 F |
| 2:00 | 3 6K |
| 2:15 | 3 6K |
| 2:30 | 3 6K |
| 2:45 | 3 6K |
| 3:00 | 2 6K |
| 3:15 | 2 6K |
| 3:30 | 2 6K |
| 3:45 | 2 6K |
| 4:00 | 3 6K |
| 4:15 | 3 6K |
| 4:30 | 3 6K |
| 4:45 | 2 6K-10 |
| 5:00 | 2 6K |
| 5:15 | 2 6K |
| 5:30 | 2 6K |
| 5:45 | 2 6K |

Inmates on Suicide Watch/Five Point Restraint must be checked every 15 minutes.
Inmates in Suicide Watch/Five Point Restraints must be checked by HCU every hour.
This log must be forwarded to the Psychologist by the Third Shift every day.

Annex A to SOP #7-008, (Page 1 of 1)

_B. C₊C₇_
(INSTITUTION)

SEGREGATION UNIT RECORD SHEET

INMATE NAME: _Duffy Antonio_
VIOLATION
OR REASON: _Suicide Watch_
DATE & TIME
RECEIVED: _12/5/04 @ 1152_
PERTINENT
INFORMATION: ~~_Inmate Duffy _____ to Segregation (Suicide)~~

SERIAL NO: _B186551_  CELL: _#7_
ADMITTANCE
AUTHORIZED BY: _Dr Sanders_
DATE & TIME
RELEASED:

| DATE | SHIFT | MEALS B | D | S | SH | EXERCISE | MEDICAL VISIT | PSYCH VISIT | COMMENTS* | OIC SIGNATURE |
|------|-------|---------|---|---|----|----------|---------------|-------------|-----------|---------------|
|      | MORN  |  |  |  |  |  |  |  |  |  |
|      | DAY   |  |  |  |  |  |  |  |  |  |
|      | EVE   |  |  |  |  |  |  |  |  |  |
|      | MORN  |  |  |  |  |  |  |  |  |  |
|      | DAY   |  |  |  |  |  |  |  |  |  |
|      | EVE   |  |  |  |  |  |  |  |  |  |
|      | MORN  |  |  |  |  |  |  |  |  |  |
|      | DAY   |  |  |  |  |  |  |  |  |  |
|      | EVE   |  |  |  |  |  |  |  |  |  |
|      | MORN  |  |  |  |  |  |  |  |  |  |
|      | DAY   |  |  |  |  |  |  |  |  |  |
|      | EVE   |  |  |  |  |  |  |  |  |  |
|      | MORN  |  |  |  |  |  |  |  |  |  |
|      | DAY   |  |  |  |  |  |  |  |  |  |
|      | EVE   |  |  |  |  |  |  |  |  |  |
|      | MORN  |  |  |  |  |  |  |  |  |  |
|      | DAY   |  |  |  |  |  |  |  |  |  |
| _SAT_ | EVE  |  |  |  |  |  |  |  |  |  |
| _12/5/04_ | MORN | N | N | N | N |  |  |  |  |  |
|      | DAY   | N | N | N |  | _(½ hour)_ Y |  |  |  |  |
| _SUN_ | EVE  |  |  |  |  |  | N | _Rec'd meal / meds_ | _B Rawls_ _P. Mack (d)_ |  |

Pertinent Info:  i.e., Epileptic; Diabetic; Suicidal; Assaultive; etc.
Meals/ SH:  Shower - Yes (Y); No (N); Refused (R)
Exercise:  Enter Actual Time Period and Inside or Outside (i.e.,
           9:30/10:00 IN; 2:00/2:30 OUT)
Medical:  Physician will sign each time the inmate is seen.
Psych:  Psychological Counselor will sign each time the inmate is seen.
Comments:  i.e., Conduct; Attitude, etc. *Use reverse side for additional
           comments and include date, signature, and title.
OIC Signature;  OIC must sign all record sheets each shift.

OC FORM N912

# State of Alabama
# Alabama Department of Corrections
101 South Union Street
P. O. Box 301501
Montgomery, AL 36130

**Bob Riley**
GOVERNOR



**Donal Campbell**
COMMISSIONER

_12/5/04_
**DATE**

INMATE NAME & AIS# _Duff, Antonio B/186551_

DATE PLACED IN INFIRMARY: _12/5/04_

REASON: _Suicide Watch_

AUTHORIZED BY: _Dr. Sanders_

RELEASE DATE & TIME: _____

_Can only have Vest_

D. C.C.F.
(INSTITUTION)

SEGREGATION UNIT RECORD SHEET

INMATE NAME: _Duff, Antonio_          SERIAL NO: _B/186551_ CELL: _#1_
VIOLATION                              ADMITTANCE
OR REASON: _Suicide Watch_            AUTHORIZED BY: _Dr. Sanders_
DATE & TIME                            DATE & TIME
RECEIVED: _12-5-04 11⁵⁰ a.m_          RELEASED: _____
PERTINENT
INFORMATION: _Inmate Duff is still Segregative (Insuboafeaks)_

| DATE | SHIFT | MEALS | | | SH | EXERCISE | MEDICAL VISIT | PSYCH VISIT | COMMENTS* | OIC SIGNATURE |
|------|-------|---|---|---|----|---------|--------------|-----------|-----------|---------------|
|      |       | B | D | S |    |         |              |           |           |               |
| 12-5-04 Mon. | MORN | N |  |  | N | N | N | N | refuse meal | E. Kimber |
|      | DAY   |   |  |  |   |   |   |   |           | S. patiel Cd |
|      | EVE   |   |  |  |   |   |   |   |           |               |
|      | MORN  |   |  |  |   |   |   |   |           |               |
|      | DAY   |   |  |  |   |   |   |   |           |               |
|      | EVE   |   |  |  |   |   |   |   |           |               |
|      | MORN  |   |  |  |   |   |   |   |           |               |
|      | DAY   |   |  |  |   |   |   |   |           |               |
|      | EVE   |   |  |  |   |   |   |   |           |               |
|      | MORN  |   |  |  |   |   |   |   |           |               |
|      | DAY   |   |  |  |   |   |   |   |           |               |
|      | EVE   |   |  |  |   |   |   |   |           |               |
|      | MORN  |   |  |  |   |   |   |   |           |               |
|      | DAY   |   |  |  |   |   |   |   |           |               |
|      | EVE   |   |  |  |   |   |   |   |           |               |
|      | MORN  |   |  |  |   |   |   |   |           |               |
|      | DAY   |   |  |  |   |   |   |   |           |               |
|      | EVE   |   |  |  |   |   |   |   |           |               |
|      | MORN  |   |  |  |   |   |   |   |           |               |
|      | DAY   |   |  |  |   |   |   |   |           |               |
|      | EVE   |   |  |  |   |   |   |   |           |               |

Pertinent Info:  i.e., Epileptic; Diabetic; Suicidal; Assaultive; etc.
Meals/ SH:  Shower - Yes (Y); No (N); Refused (R)
Exercise:  Enter Actual Time Period and Inside or Outside (i.e.,
           9:30/10:00 IN; 2:00/2:30 OUT)
Medical:  Physician will sign each time the inmate is seen.
Psych:  Psychological Counselor will sign each time the inmate is seen.
Comments:  i.e., Conduct; Attitude, etc. *Use reverse side for additional
           comments and include date, signature, and title.
OIC Signature;  OIC must sign all record sheets each shift.

DOC FORM N912

# EMERGENCY

**ADMISSTION DATE** 12/05/04  **TIME** 11:30 AM/PM

**ORIGINATING FACILITY** Bullock
☐ SIR  ☐ PDL  ☐ ESCAPEE  ☐

**ALLERGIES** P.C.N.

☐ SICK CALL  ☐ EMERGENCY
☐ OUTPATIENT

**VITAL SIGNS: TEMP** _____ ORAL / RECTAL  **RESP** 24

**CONDITION ON ADMISSION**
☐ GOOD  ☐ FAIR  ☐ POOR  ☐ SHOCK  ☐ HEMORRHAGE  ☐ COMA

**PULSE** 78  **B/P** 120/84

**RECHECK IF SYSTOLIC** <100> 50 _____

**NATURE OF INJURY OR ILLNESS**
S - I'm having nightmares

| ABRASION /// | CONTUSION # | BURN xx xx | FRACTURE Z Z | LACERATION / SUTURES |

O - Escorted from seg. to
D.O.C. officer. Officer
A. Franklin states in-
mate threaten to hurt
himself. Inmate states
did not. No pain or distress
noted. Affect flat eye contact

A. Altered Mental Status

**PHYSICAL EXAMINATION**
P- Dr. Sander notified
New order- Place on
suicide watch cell #1
c suicide vest, sick meal
will see in A.M.

PROFILE RIGHT OR LEFT

RIGHT OR LEFT

**ORDERS / MEDICATIONS / IV FLUIDS**

| | TIME | BY |
|---|---|---|
| | | |
| | | |
| | | |
| | | |

**DIAGNOSIS**

**INSTRUCTIONS TO PATIENT**

**DISCHARGE DATE** / /  **TIME** AM/PM

**RELEASE / TRANSFERRED TO** ☐ DOC ☐ AMBULENCE ☐

**NURSE'S SIGNATURE** Thomas RN  **DATE** 12/05/04

**PHYSICIAN'S SIGNATURE**  **DATE**

**CONDITION ON DISCHARGE**
☐ SATISFACTORY  ☐ POOR
☐ FAIR  ☐ CRITICAL

**CONSULTATION**

**INMATE NAME (LAST, FIRST, MIDDLE)** Tuff Antonio

D-70007

| DOC# | DOB | R/S | FAC |
|---|---|---|---|
| 186551 | | B/M | Bull 465 |

**(White – Record Copy, Yellow – Pharmacy Copy)**

*Cell 50 (50) Cell #1*

3

## STATE OF ALABAMA
### FIVE POINT RESTRAINT OR SUICIDE WATCH
### 24 HOUR LOG

Inmate's Name _Duffe Antonio_ AIS# _B/186551_

Reason For Restraint _Suicide Watch_

Date & Time In Restraints _12-5-04 11²⁵am_ Authorized By _Dr. Sarkos_

Primary Therapist_____

Event/Category Code        Date _12-6-04_        Date_____        Date_____

| # | Category | | | |
|---|----------|---|---|---|
| 1. | Verbal/relaxed | 6:00 a.m 2,3 | 2:00 p.m._____ | 10:00 p.m.____ |
| 2. | Quiet | 6:15  2,3 | 2:15_____ | 10:15_____ |
| 3. | Sleeping | 6:30  2,3 | 2:30_____ | 10:30_____ |
| 4. | Yelling | 6:45  20,2 | 2:45_____ | 10:45_____ |
| 5. | Struggling | 7:00  2/3 | 3:00_____ | 11:00_____ |
| 6. | Crying | 7:15  2,3 | 3:15_____ | 11:15_____ |
| 7. | Hallucinating | 7:30  3,3 | 3:30_____ | 11:30_____ |
| 8. | Delusional | 7:45  3,3 | 3:45_____ | 11:45_____ |
| 9. | Meals accepted | 8:00  3,3 | 4:00_____ | 12:00_____ |
| 10. | Meals rejected | 8:15  2,3 | 4:15_____ | 12:15_____ |
| 11. | Liquids accepted | 8:30  2,3 | 4:30_____ | 12:30_____ |
| 12. | Liquids rejected | 8:45  2,3 | 4:45_____ | 12:45_____ |
| 13. | Bath/shower | 9:00  3,3 | 5:00_____ | 1:00_____ |
| 14. | Toilet used | 9:15  10,13 | 5:15_____ | 1:15_____ |
| 15. | Exercise offered | 9:30_____ | 5:30_____ | 1:30_____ |
| 16. | Exercise rejected | 9:45_____ | 5:45_____ | 1:45_____ |
| 17. | Restraints put on | 10:00_____ | 6:00_____ | 2:00_____ |
| 18. | Restraints checked | 10:15_____ | 6:15_____ | 2:15_____ |
| 19. | Restraints removed | 10:30_____ | 6:30_____ | 2:30_____ |
| 20. | Doctor visit | 10:45_____ | 6:45_____ | 2:45_____ |
| 21. | Nurse visit | 11:00_____ | 7:00_____ | 3:00_____ |
| 22. | Psychologist visit | 11:15_____ | 7:15_____ | 3:15_____ |
| | | 11:30_____ | 7:30_____ | 3:30_____ |
| | | 11:45_____ | 7:45_____ | 3:45_____ |
| | | 12:00_____ | 8:00_____ | 4:00_____ |
| | | 12:15_____ | 8:15_____ | 4:15_____ |
| | | 12:30_____ | 8:30_____ | 4:30_____ |
| | | 12:45_____ | 8:45_____ | 4:45_____ |
| | | 1:00_____ | 9:00_____ | 5:00_____ |
| | | 1:15_____ | 9:15_____ | 5:15_____ |
| | | 1:30_____ | 9:30_____ | 5:30_____ |
| | | 1:45_____ | 9:45_____ | 5:45_____ |

Inmates on Suicide Watch/Five Point Restraint must be checked every 15 minutes.
Inmates in Suicide Watch/Five Point Restraints must be checked by HCU every hour.
This log must be forwarded to the Psychologist by the Third Shift every day.

Annex A to SOP #7-008, (Page 1 of 1)

# ALABAMA BOARD OF CORRECTIONS
## DIVISION OF PROFESSIONAL SERVICES
### INMATE INTERVIEW RECORD

| NAME: Last *Duff* | First *Antonio* | Middle | Serial No *186551* | Race *B* | Sex *M* | DOB: M/D/Y |
|---|---|---|---|---|---|---|

**USE OF FORM:** Each interview summary should contain the following material as appropriate: topics discussed; recommendations made by counselor; decisions made by inmate; progress noted or other observations of counselor. All inmates must be advised during the initial interview of the nature and extent of confidentiality in the counseling relationship. Each entry must be dated and signed by the counselor.

**NOTE:** NO PART OF THIS RECORD IS TO BE DUPLICATED OR EXTRACTED, EITHER IN FACT OR IN SUBSTANCE, WITHOUT THE WRITTEN AUTHORIZATION OF THE INMATE NAMED ABOVE.

| DATE OF ENTRY | SUMMARY OF INTERVIEW | SIGNATURE OF COUNSELOR |
|---|---|---|
| 12/5/04 | Inmate Duff was placed in the infirmary cell #1 per Dr. Sanders for suicide watch | |
| 12/5/04 | Inmate Duff can have vest only | Artis Pin |
| 12-05-04 | 93 rec'd meal/med | [signature] |
| 2-6-04 | inmate Duff refuse meal | P. Mart |
| 12-6-04 | | E.K. |

PAGE _____

B OF C 400

# ALABAMA BOARD OF CORRECTIONS
## DIVISION OF PROFESSIONAL SERVICES
### INMATE INTERVIEW RECORD

| NAME: Last | First | Middle | Serial No | Race | Sex | DOB: M/D/Y |
|---|---|---|---|---|---|---|
| | | | | | | |

**USE OF FORM:** Each interview summary should contain the following material as appropriate: topics discussed; recommendations made by counselor; decisions made by inmate; progress noted or other observations of counselor. All inmates must be advised during the initial interview of the nature and extent of confidentiality in the counseling relationship. Each entry must be dated and signed by the counselor.

**NOTE:** NO PART OF THIS RECORD IS TO BE DUPLICATED OR EXTRACTED, EITHER IN FACT OR IN SUBSTANCE, WITHOUT THE WRITTEN AUTHORIZATION OF THE INMATE NAMED ABOVE.

| DATE OF ENTRY | SUMMARY OF INTERVIEW | SIGNATURE OF COUNSELOR |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

B OF C 400                    PAGE _____

(INSTITUTION)

SEGREGATION UNIT ASSIGNMENT SHEET

INMATE NAME: _Duff, Antonio_    SERIAL NO: _B-186551_ CELL: _# 1_
VIOLATION                       ADMITTANCE
OR REASON: _Suicide Watch_      AUTHORIZED BY: _Dr. Sanders_
DATE & TIME                     DATE & TIME
RECEIVED: _12/05/04 @ 152_      RELEASED: _____

1.  Upon my assignment to segregation, I hereby receipt for the following issue of items and/or acknowledge the following conditions of my cell and installed equipment:

ISSUE

| ITEM | QUANTITY | ITEM | QUANTITY | ITEM | QUANTITY |
|------|----------|------|----------|------|----------|
| Bed | ___ | Drinking Cup | ___ | Toothpaste | ___ |
| Mattress | ___ | Spoon (Plastic) | ___ | Shaving Cream | ___ |
| Pillow | ___ | Toilet Paper | ___ | Bar of Soap | ___ |
| Bed Sheet | ___ | Comb | ___ | ___ | ___ |
| Blanket | ___ | Razor | ___ | ___ | ___ |
| Towel | ___ | Toothbrush | ___ | ___ | ___ |

CONDITION

_Yes_ Cell was clean.    _Yes_ Toilet was clean and operating.

_Yes_ Lavatory was clean with hot and cold running water.

_Yes_ Lighting was operational.   _Yes_ Heating and Ventilation operational.

2. I acknowledge that I am obligated to maintain my cell and installed equipment in the same state of cleanliness as it was upon my assignment and to economically utilize and care for the items issued to me.  I acknowledge that self-destruction or negligible waste of any items of issue or installed equipment will subject me to do without such items of issue or installed equipment while assigned to segregation and/or subject me to disciplinary action.  I further acknowledge that I am obligated to maintain an acceptable standard of personal physical hygiene.

_____
Signature of Inmate

Explanation for any items not issued: _____

_____

_____
Signature of OIC who witnessed
inventory by Inmate

NOTE:
1.  If inmate "refuses to sign" such fact will be recorded in lieu of signature and will be attested to by signature of OIC who will identify each item of issue and condition of cell and installed equipment to the inmate.

2.  On reverse side, record date and initials of inmate and OIC for each issue of supplemental items and exchange of towels, sheets, blanket, or other items.  Also record date and initial of OIC for any violation by inmate of his obligations cited in Par. 2 above.
DOC FORM #N913

INSTITUTION:

INMATE _Antron Hand B/n 180016_   DATE _12-04-04_

| | | |
|---|---|---|
| _1_ | 1. | BIBLE (1) |
| _1_ | 2. | STATIONARY/STAMPS |
| ___ | 3. | PENCIL (1) |
| _9_ | 4. | SOCKS - WHITE (6 pr.) |
| _2/7_ | 5. | UNDERSHIRTS/UNDERWEAR - WHITE (6) |
| _✓_ | 6. | HANDKERCHIEFS (6) |
| ___ | 7. | TOILET ARTICLES - CLEAR, NON-GLASS CONTAINERS |
| ___ | 8. | LEGAL PAPERS |

| | | |
|---|---|---|
| _/_ | 9. | TENNIS SHOES - WHITE (1 pr.) |
| _/_ | 10. | SHOWER SHOES (1 pr.) |
| _Ø_ | 11. | RELIGIOUS NECKLACE (1) - $25.00 VALUE OR LESS |
| _1_ | 12. | WALLET (1) |
| _/_ | 13. | WRIST WATCH (1) - $25.00 VALUE OR LESS |
| _Ø_ | 14. | WEDDING BAND (1) - $50.00 VALUE OR LESS |
| _1_ | 15. | RADIO — EARPHONES (1 ea.) - PURCHASED FROM CANTEEN |
| _2_ | 16. | BOOKS (3) - RELIGIOUS, LEGAL OR EDUCATIONAL (APPROVAL BY WARDEN REQUIRED) |

## DECLARATION OF VALUE

I UNDERSTAND THAT RELIGIOUS NECKLACES OR WRIST WATCHES VALUED AT MORE THAN $25.00, AND WEDDING BANDS VALUED AT MORE THAN $50.00 ARE UNAUTHORIZED AND MUST BE SENT HOME AT MY EXPENSE WITHIN THIRTY (30) DAYS OR IT WILL BE DONATED TO CHARITY OR DESTROYED. I HEREBY DECLARE THE VALUE OF MY PERSONAL PROPERTY TO BE: _$25.00_

RELIGIOUS NECKLACE $ _Ø_ ___ WRIST WATCH $ _$25.00_ WEDDING BAND $ _Ø_

_Antron Hand 180016_                            _V. B. N____ (00)_
(INMATE SIGNATURE)                                 (WITNESS)

## PROPERTY STORED IN THE RECEIVING AREA:

YOU HAVE THIRTY (30) CALENDAR DAYS FROM THE ABOVE DATE TO DISPOSE OF THE FOLLOWING ITEMS. YOU MAY SEND THE BELOW ITEMS HOME BY VISITORS, MAIL THE ITEMS HOME AT YOUR EXPENSE, OR DONATE THE ITEMS TO CHARITY. IF THESE ITEMS ARE NOT REMOVED IN THIRTY (30) DAYS, THEY WILL BE DESTROYED. BELOW ARE THE ITEMS YOU ARE NOT AUTHORIZED TO KEEP.

_2 - lootions, 4 pk cookies, 2 - under arm deodorant, 2 shampoo, 5 soap,_
_4 - soaps, 1 - dax grease, 1 - toothbrush, 2 - tooth paste, 1 - sony radio,_
_1 - legal pad, 1 - pr state boots, 1 pr Nike shoes, 1 pr shower slides_
_2 pr pants, 1 - state shirts, 2 pr under wear, 7 - t-shirts, 4 pk Roxl_
_sig, 2 - tissues, 1 - box cream, 1 - nubix cream, two brush & assorted_
_books_

_Antron Hand 180016_                            _V. B. N____ (00)_
(INMATE SIGNATURE)                                 (WITNESS)

*(See reverse side for instructions)*

**N795**
**Rev. 6/9/83**

State of Alabama

*Alabama Department of Corrections*

101 South Union Street
P. O. Box 301501
Montgomery, AL 36130



BOB RILEY
GOVERNOR

DONAL CAMPBELL
COMMISSIONER

_30 November 04_
**DATE**

INMATE NAME & AIS# _Curtis Nelson_

DATE PLACED IN INFIRMARY: _30 November 04  2:17 pm._

REASON: _Mental Health observation_

AUTHORIZED BY: _MRS Webb_

RELEASE DATE & TIME: _12-2-04   Dr. Saul—  1:35 pm_

# EMERGENCY

| ADMISSION DATE | TIME | ORIGINATING FACILITY | Bullock | |
|---|---|---|---|---|
| 12/05/04 | 11:30 AM/PM | ☐ SIR  ☐ PDL  ☐ ESCAPEE  ☐ | ☐ SICK CALL  ☐ EMERGENCY ☐ OUTPATIENT | |

ALLERGIES  P C N

CONDITION ON ADMISSION
☐ GOOD  ☐ FAIR  ☐ POOR  ☐ SHOCK  ☐ HEMORRHAGE  ☐ COMA

VITAL SIGNS: TEMP _____ ORAL/RECTAL   RESP 24   PULSE 88   B/P 130/84   RECHECK IF SYSTOLIC <100> 50

## NATURE OF INJURY OR ILLNESS

S— "I'm having nightmares"

D- Escorted from seg. c̄ 2 D.O.C. Officers, officers

A. Franklin states in-mate threaten to hurt himself. Inmate states I did not. No pain or distress noted affect flat eye contact.

A: Altered Mental Status

ABRASION ///  CONTUSION #  BURN xx/xx  FRACTURE Z/Z  LACERATION / _____ SUTURES

PROFILE RIGHT OR LEFT

RIGHT OR LEFT

## PHYSICAL EXAMINATION

P- Dr. Sander notified. New order- Place on Suicide watch cell #1 c̄ suicide vests sack meals will see in A.M.

| ORDERS / MEDICATIONS / IV FLUIDS | TIME | BY |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

DIAGNOSIS

INSTRUCTIONS TO PATIENT

| DISCHARGE DATE | TIME AM/PM | RELEASE / TRANSFERRED TO  ☐ DOC  ☐ AMBULENCE  ☐ | CONDITION ON DISCHARGE  ☐ SATISFACTORY  ☐ POOR  ☐ FAIR  ☐ CRITICAL |
|---|---|---|---|
| NURSE'S SIGNATURE _. Thomas RN | DATE 12/05/04 | PHYSICIAN'S SIGNATURE      DATE | CONSULTATION |

| INMATE NAME (LAST FIRST, MIDDLE) | DOC# | DOB | R/S | FAC |
|---|---|---|---|---|
| Duff  Antonio | 186551 | | B/M | Bul-465 |

PHS-MD-70007

(White – Record Copy, Yellow – Pharmacy Copy)

PHS
PRISON HEALTH SERVICES INCORPORATED

# EMERGENCY

**ADMISSION DATE** 11 /19/04 / 1600 **TIME** ☐ AM ☑ PM

**ORIGINATING FACILITY** ☐ SIR ☐ PDL ☐ ESCAPEE ☐ _____

☐ SICK CALL ☐ EMERGENCY
☐ OUTPATIENT

**ALLERGIES** PCN    Wt - 191¾ #

**CONDITION ON ADMISSION** ☐ GOOD ☑ FAIR ☐ POOR ☐ SHOCK ☐ HEMORRHAGE ☐ COMA

**VITAL SIGNS: TEMP** 98.6 (ORAL/RECTAL)    **RESP** 20
O2 Sat - 98%

**PULSE** 83   **B/P** 118/84   **RECHECK IF SYSTOLIC <100 - 50** ___/___

**NATURE OF INJURY OR ILLNESS**

S - "I have pains in my stomach, I have a headache and dizziness all day today, Vomiting clear liq x 1 this morning - small amt, and I have poor appetite for a week now, - I feel allright right now"

O/A - awake, alert, oriented x3. Pupils = PERRL Resp reg & ease. Lungs clear to auscultation, + BS to all lung fields.

| ABRASION /// | CONTUSION # | BURN xx xx | FRACTURE Z Z | LACERATION / SUTURES |
|---|---|---|---|---|

PROFILE RIGHT OR LEFT

RIGHT OR LEFT

**PHYSICAL EXAMINATION**

c/o coughing @ intervals but non-productive @ present; yellowish sputum @ rare intervals. Skin w&d to touch, skin color & turgor fair, Mucous membranes c̄ pallor and decreased moisture. Abd soft s̄ distention, + bowel sounds x 4 quads. No noted pains or tenderness on palpation, denies nausea, no vomiting @ present. Last BM - 2 days ago - formed brownish. Rectal exam + Hemoccult done - Soft brownish BM - Neg Hemoccult. Voiding s̄ diff. Denies s/s of dysuria - Dipstick UA done - neg - Sp. Gr. 1.000 - PH - 5, Ambulatory s̄ diff in upright position. Normal all extremities s̄ diff. No peripheral edema.

**DIAGNOSIS**

**INSTRUCTIONS TO PATIENT**

**ORDERS / MEDICATIONS / IV FLUIDS**

| | TIME | BY |
|---|---|---|
| P-Exam done by Dr. Siddiq New orders - for Tylenol 650mg P.O. tid prn for 10 days received | | |
| E-D/c to Pop. - Instructed to Return to HCU as or if Needed. | | |

**DISCHARGE DATE** 11/19/04 / 1700 ☐ AM ☑ PM

**RELEASE / TRANSFERRED TO** ☐ DOC ☐ AMBULENCE ☑ POP

**CONDITION ON DISCHARGE** ☑ SATISFACTORY ☐ FAIR ☐ POOR ☐ CRITICAL

**NURSE'S SIGNATURE** M. ___est, RN   **DATE** 11/19/04

**PHYSICIANS SIGNATURE** ___ 11/19/04   **DATE** 11-19-04

**CONSULTATION**

**INMATE NAME (LAST, FIRST MIDDLE)**
Duff, Antonio

| DOC# | DOB | R/S | FAC |
|---|---|---|---|
| 186551 | ▮▮▮▮ | BM | Bullock |

PHS-MD-70007    (White – Record Copy, Yellow – Pharmacy Copy)



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# SPECIAL NEEDS COMMUNICATION FORM

**Date:** _11-18-04_

**To:** _Inmate_

**From:** _HCu_

**Inmate Name:** _Duffy Antonia_ **ID#:** _186551_

**The following action is recommended for medical reasons:**

1. House in _____

2. Medical Isolation _____

3. Work restrictions _____

4. May have extra _____ until _____

5. Other _____

**Comments:**

① Ventolin Nebulizer daily x 60 days As Needed So 1/18/05

**Date:** _11/18/04_ **MD Signature:** _DR. Siddiq / KSlaton_ **Time:** _____

**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# EMERGENCY

| ADMISSION DATE 11/2/04 | TIME 0130 ☐AM ☑PM | ORIGINATING FACILITY _____<br>☐ SIR ☐ PDL ☐ ESCAPEE ☐ _____ | ☐ SICK CALL ☐ EMERGENCY<br>☐ OUTPATIENT |
|---|---|---|---|

ALLERGIES

CONDITION ON ADMISSION
☐ GOOD ☐ FAIR ☐ POOR ☐ SHOCK ☐ HEMORRHAGE ☐ COMA

VITAL SIGNS: TEMP _____ ORAL _____ RECTAL _____ RESP _____ PULSE _____ B/P ___/___  RECHECK IF SYSTOLIC <100> 50

NATURE OF INJURY OR ILLNESS

S- I'm Constipated

O- Abd nose distended
Afebrile

A- Alteration in Comfort
90 Constipation

| ABRASION /// | CONTUSION # | BURN xx/xx | FRACTURE z/z | LACERATION /<br>_____ SUTURES |
|---|---|---|---|---|

PROFILE RIGHT OR LEFT

RIGHT OR LEFT

PHYSICAL EXAMINATION

| ORDERS / MEDICATIONS / IV FLUIDS | TIME | BY |
|---|---|---|
| Mom 4 tsp | 0140 | MR |

P- medicated as ordered
+ return to clinic Prn

DIAGNOSIS
Constipation

INSTRUCTIONS TO PATIENT

| DISCHARGE DATE 11/02/04 | TIME 0148 ☐AM ☑PM | RELEASE / TRANSFERRED TO | ☐ DOC<br>☐ AMBULENCE | CONDITION ON DISCHARGE<br>☐ SATISFACTORY ☐ POOR<br>☐ FAIR ☐ CRITICAL |
|---|---|---|---|---|

NURSE'S SIGNATURE MKnese    DATE 11/2/04    PHYSICIAN'S SIGNATURE _____    DATE _____

CONSULTATION

INMATE NAME (LAST, FIRST, MIDDLE)
Duff, Antone

| | DOC# 296551 | DOB 2/19/74 | R/S B/M | FAC BCCF |
|---|---|---|---|---|

PHS-MD-70007

**PHS** PRISON HEALTH SERVICES INCORPORATED

# EMERGENCY

| | | | | |
|---|---|---|---|---|
| ADMISSTION DATE 11 / 2 /04 | TIME 2010 AM/PM | ORIGINATING FACILITY ☐ SIR ☐ PDL ☐ ESCAPEE ☐ BCCF | | ☐ SICK CALL ☐ EMERGENCY ☑ OUTPATIENT |

ALLERGIES: PCN

CONDITION ON ADMISSION
☑ GOOD ☐ FAIR ☐ POOR ☐ SHOCK ☐ HEMORRHAGE ☐ COMA

| VITAL SIGNS: TEMP 99 | ORAL RECTAL | RESP 192# | PULSE 80 | B/P 120/70 |
|---|---|---|---|---|

RECHECK IF SYSTOLIC <100> 50 _____/_____

## NATURE OF INJURY OR ILLNESS
36# 99%

| ABRASION /// | CONTUSION # | BURN xx xx | FRACTURE Z | LACERATION / _____ SUTURES |
|---|---|---|---|---|

(S) My Stomach is hurting. I an used
My Medication in the afternoon if I feel
I am constipated, my bowels
moved good last thursday.

(O) ambulated to BH ga with
above complaint in abdomen. Non
distended. Bowel Sounds present
in all 4 quads.

(A) alteration in comfort

(P) Routine meds given Per ___ dr made
+ encourage to come to pill call
as scheduled

Pt has norml ECS
minus CTSC
nml Bari Sm
Will Conti ∅
Ag PM

DIAGNOSIS

INSTRUCTIONS TO PATIENT

| DISCHARGE DATE 11 / 2 /04 | TIME 2019 AM/PM | RELEASE / TRANSFERRED TO BCCF Pop | ☑ DOC ☐ AMBULENCE ☐ | CONDITION ON DISCHARGE ☑ SATISFACTORY ☐ POOR ☐ FAIR ☐ CRITICAL |
|---|---|---|---|---|

| NURSE'S SIGNATURE _____ | DATE 11/2/04 | PHYSISIAN'S SIGNATURE _____ | DATE _____ | CONSULTATION |
|---|---|---|---|---|

| NM. NAME (LAST FIRST MIDDLE) DUFF, ANTONIO | DOC# 18655 | DOB | R/S B/M | FAC BCCF |
|---|---|---|---|---|

3-MD-70007

**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# EMERGENCY

| ADMISSTION DATE | TIME | ORIGINATING FACILITY | | |
|---|---|---|---|---|
| 11/6/04 | 24:45 AM/PM | Bcf  ☐ SIR  ☐ PDL  ☐ ESCAPEE ☐ | ☐ SICK CALL  ☐ EMERGENCY ☐ OUTPATIENT | |

ALLERGIES  PCN

CONDITION ON ADMISSION
☐ GOOD  ☑ FAIR  ☐ POOR  ☐ SHOCK  ☐ HEMORRHAGE  ☐ COMA

VITAL SIGNS: TEMP 97.4   ORAL/RECTAL   RESP 20   PULSE 68   B/P 120/80   RECHECK IF SYSTOLIC <100> 50   /

NATURE OF INJURY OR ILLNESS

S- My stomach hurts and I was throwing up blood I had a procedure at the hospital they went down my throat and got some tissue

O- Inmate Alert and oriented X3 Ambulated to HCU C/o stomach pain going to left epigastric area

A- Alteration in Comfort

P- Given routine meds for pain as ordered.

| ABRASION /// | CONTUSION # | BURN xx/xx | FRACTURE Z/Z | LACERATION / _____ SUTURES |
|---|---|---|---|---|

PHYSICAL EXAMINATION

E- Inmate Instructed to Return to healthcare unit If he had any bright red bleeding

PROFILE RIGHT OR LEFT

RIGHT OR LEFT

| ORDERS / MEDICATIONS / IV FLUIDS | TIME | BY |
|---|---|---|
| | | |

DIAGNOSIS

INSTRUCTIONS TO PATIENT  Return to HCU PRN

| DISCHARGE DATE | TIME | RELEASE / TRANSFERRED TO | ☑ DOC ☐ AMBULENCE ☐ | CONDITION ON DISCHARGE |
|---|---|---|---|---|
| 11/6/04 | AM/PM | | | ☐ SATISFACTORY  ☐ POOR  ☑ FAIR  ☐ CRITICAL |

| NURSE'S SIGNATURE Winslen RN | DATE 11/6/04 | PHYSICIAN'S SIGNATURE | DATE | CONSULTATION |
|---|---|---|---|---|

| INMATE NAME (LAST, FIRST, MIDDLE) Duff, Antonio | DOC# 186551 | DOB | R/S Bm | FAC Bcf |
|---|---|---|---|---|

PHS-MD-70000

**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# EMERGENCY

| ADMISSTION DATE 11 / 3 / 04 | TIME 93̸ AM PM | ORIGINATING FACILITY ☐ SIR ☐ PDL ☐ ESCAPEE ☐ _____ | ☐ SICK CALL ☑ EMERGENCY ☐ OUTPATIENT |
|---|---|---|---|

| ALLERGIES Pcn | | CONDITION ON ADMISSION ☐ GOOD ☐ FAIR ☐ POOR ☐ SHOCK ☐ HEMORRHAGE ☐ COMA |
|---|---|---|

VITAL SIGNS: TEMP 99̸6   ORAL RECTAL   RESP 20   PULSE 68   B/P 18, 3̸

RECHECK IF SYSTOLIC <100> 50 _____

NATURE OF INJURY OR ILLNESS

S- "my bowels are not movin, I'm uncomfortebly". I'm not drnkn the water because Dr. Sidg told me the water has too much bacteria in it. I need a order for bottles water"

O- A30x3, verbally respnsn, Ⓒ contusion and Ⓒ a Teal, Ⓒ distention noted (a bleech Ⓒ clo pain, Ⓒ vomiting, able to walk) a right, bowel sounds Ⓒ Sluggish.

A- Alt in bowel Movements. _____

P- Mom 2 tablespoons now per Protocols.

| ABRASION /// | CONTUSION # | BURN xx xx | FRACTURE Z Z | LACERATION / _____ SUTURES |
|---|---|---|---|---|

PROFILE RIGHT OR LEFT

RIGHT OR LEFT

PHYSICAL EXAMINATION

↗ Fluids to Promote mobility of bowels. _____

| ORDERS / MEDICATIONS / IV FLUIDS | TIME | BY |
|---|---|---|
| Mom 2 tablespoons po now Per nursing protocols _____ | 9:35 | Kₗ |

DIAGNOSIS

INSTRUCTIONS TO PATIENT
Instructed to drink 3 Large glass of water. See M.D. this P.m.

| DISCHARGE DATE 11 / 3 / 04 | TIME 9:4 AM PM | RELEASE / TRANSFERRED TO ☐ DOC ☐ AMBULENCE ☐ | CONDITION ON DISCHARGE ☐ SATISFACTORY ☐ POOR ☐ FAIR ☐ CRITICAL |
|---|---|---|---|

| NURSE'S SIGNATURE Kₗ | DATE 1/3/04 | PHYSICIAN'S SIGNATURE | DATE | CONSULTATION |
|---|---|---|---|---|

INMATE NAME (LAST, FIRST MIDDLE)
Duff Anton J

| | DOC# 18655-1 | DOB ▇▇▇▇ | R/S Blm | FAC Bullk C |
|---|---|---|---|---|

HS-MD-70007

(White – Record Copy, Yellow – Pharmacy Copy)

**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# EMERGENCY

| ADMISSION DATE 10/24/04 | TIME 2315 ☑AM ☐PM | ORIGINATING FACILITY Bcc ☐SIR ☐PDL ☐ESCAPEE ☐ | | ☐SICK CALL ☐EMERGENCY ☐OUTPATIENT |
|---|---|---|---|---|
| ALLERGIES PCN | | | | |

VITAL SIGNS: TEMP 98.6  ORAL/RECTAL   RESP 16   PULSE 64   B/P 134/90   RECHECK IF SYSTOLIC <100> 50 ____/____

CONDITION ON ADMISSION ☑GOOD ☐FAIR ☐POOR ☐SHOCK ☐HEMORRHAGE ☐COMA

NATURE OF INJURY OR ILLNESS

S: "I am throwing up, nauseated constipated. I am taking the colace the doctor ordered"

O: Appears slow w/ walking slightly bent over. Scheduled for outside consult week of Nov. 1, 2004.

| ABRASION /// | CONTUSION # | BURN xx/xx | FRACTURE Z/Z | LACERATION / ____ SUTURES |
|---|---|---|---|---|

PROFILE RIGHT OR LEFT

PHYSICAL EXAMINATION

P: Alteration in comfort

P: Follow orders – give Phenergan

RIGHT OR LEFT

| ORDERS / MEDICATIONS / IV FLUIDS | TIME | BY |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

DIAGNOSIS

INSTRUCTIONS TO PATIENT  Drink lots of water / come back prn

| DISCHARGE DATE 10/24/04 | TIME 2345 ☑AM ☐PM | RELEASE / TRANSFERRED TO ☐DOC ☐AMBULENCE ☐ | CONDITION ON DISCHARGE ☑SATISFACTORY ☐POOR ☐FAIR ☐CRITICAL |
|---|---|---|---|

NURSE'S SIGNATURE  E. Jurkena, RN   DATE 10/24/04

PHYSICIAN'S SIGNATURE   DATE

CONSULTATION

INMATE NAME (LAST, FIRST MIDDLE)  Duff, Antonio

DOC# 186551   DOB _____   R/S B/M   FAC Acc

HS-MD-70007

(White – Record Copy  Yellow –

**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# EMERGENCY

| ADMISSION DATE 10/30/04 | TIME 1010 ☑AM ☐PM | ORIGINATING FACILITY ___ BCCF ☐SIR ☐PDL ☐ESCAPEE ☐_____ | | ☐ SICK CALL ☒EMERGENCY ☐ OUTPATIENT |

ALLERGIES  PCN

| VITAL SIGNS  TEMP  99⁹  ORAL/RECTAL  RESP  16 | CONDITION ON ADMISSION ☒GOOD ☐ FAIR ☐ POOR ☐ SHOCK ☐ HEMORRHAGE ☐ COMA |
| PULSE  80  B/P 120/180 | RECHECK IF SYSTOLIC <100> 50 ___/___ |

**NATURE OF INJURY OR ILLNESS**

S - "I'm dizzy & nauseated & I want a Phenergan."

O - See vital signs above. Pupils equal & reactive, No vomiting noted.

A - Nausea

P - Release to population, instruct inmate to see MD if not feeling better in AM.
                        A Groom RN

| ABRASION /// | CONTUSION # | BURN xx xx | FRACTURE Z Z | LACERATION / ___ SUTURES |

PROFILE RIGHT OR LEFT

RIGHT OR LEFT

**PHYSICAL EXAMINATION**

| ORDERS / MEDICATIONS / IV FLUIDS | TIME | BY |
| Mental Health Nurse gave pt. regularly scheduled meds, including Phenergan. See MH MAR. | 1015 | AT |

DIAGNOSIS  Nausea

INSTRUCTIONS TO PATIENT  See MD in AM if still nauseated

| DISCHARGE DATE 10/30/04 | TIME 1025 ☐AM ☐PM | RELEASE / TRANSFERRED TO ☒DOC ☐AMBULANCE ☐ | CONDITION ON DISCHARGE ☒SATISFACTORY ☐ FAIR ☐POOR ☐CRITICAL |

NURSE'S SIGNATURE  A Groom RN   DATE 10/30   PHYSICIAN'S SIGNATURE _____   DATE   CONSULTATION

NAME (LAST, FIRST MIDDLE)  Duff, Antonio

| DOC# 186551 | DOB | R/S B/m | FAC BCCF |

S-MD-70007

(White – Record Copy, Yellow – Pharmacy)

**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# SPECIAL NEEDS COMMUNICATION FORM

**Date:** 10/19/04

**To:** Inmate

**From:** _____

**Inmate Name:** Duff, Antonia          **ID#:** 18655

**The following action is recommended for medical reasons:**

1. House in _____
2. Medical Isolation _____
3. Work restrictions _____
4. May have extra _____
5. Other _____ until _____

**Comments**

① Keep in profile X 20 days

10/19/19

**Date:** 10/19/04   **MD Signature:** Dr Siddiq/ MKnest   **Time:** 0555

60418

# DEPARTMENT OF CORRECTIONS
## SHAVE PROFILE AUTHORIZATION

DATE: _10,19,04_  ORIGINATING INSTITUTION/WORK RELEASE CENTER _____

REASON FOR PROFILE _Bump from Razor_ _____

TREATMENT: _Shaving Profile X 180 days_ _____

### SHAVE PROFILE INSTRUCTIONS

1. Specific area of face or neck involved is to be identified on the above profiles by the physician.
2. Hair in the areas shown on the diagrams is not to exceed 1/8".
3. The type shave to be used is clipper.
4. This shaving profile expires on _4,19,05_
5. Any corrections automatically cancel this profile authorization.
6. If the shaving profile is to be extended beyond the date indicated, a new Shave Profile Authorization must be completed and distributed appropriately.
7. Designated copies of this Shaving Profile Authorization have been distributed to:

☐ Warden ___/___/___
          DATE

☐ Inmate ___/___/___
          DATE

_10/19/04_

**NURSE'S SIGNATURE**
(Distributed By)

**PHYSICIAN'S SIGNATURE**
(Authorization)

| FULL NAME (Last, First, Middle) | Date of Birth | Age | R/S | AIS # |
|---|---|---|---|---|
| _Duff, Antonia_ | | | _B/m_ | _186551_ |

ORIGINAL - Blue Medical Jacket
YELLOW - Inmate

PINK - Warden

F-13

**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# EMERGENCY

ADMISSION DATE  10/18/04    TIME 235 AM/PM

ORIGINATING FACILITY _____
□ SIR  □ PDL  □ ESCAPEE  □ _____

□ SICK CALL    □ EMERGENCY
□ OUTPATIENT

ALLERGIES  PCN

VITAL SIGNS: TEMP  98    ORAL / RECTAL    RESP  16    PULSE  88    B/P  100/70

CONDITION ON ADMISSION
□ GOOD  □ FAIR  □ POOR  □ SHOCK  □ HEMORRHAGE  □ COMA

RECHECK IF SYSTOLIC <100> 50 ____/____

NATURE OF INJURY OR ILLNESS

S- I'm Constipated, my
stomach hurt, and I've
been vomiting

ABRASION ///  | CONTUSION #  | BURN xx xx | FRACTURE Z Z | LACERATION / ____ SUTURES

PHYSICAL EXAMINATION

O- Inmate in mod
distress

PROFILE RIGHT OR LEFT

RIGHT OR LEFT

A- Skin W+D Nondistended
abd @ this time. No
Bowel Signs noted, any quadrant

P- Call MD for
Instruction

ORDERS / MEDICATIONS / IV FLUIDS | TIME | BY
Phenergan 50 mg p.o | @005 | MC

DIAGNOSIS  Abd pain & Constipation

INSTRUCTIONS TO PATIENT

DISCHARGE DATE  10/19/04    TIME  Q010 AM/PM

RELEASE / TRANSFERRED TO
□ DOC
□ AMBULANCE
□

CONDITION ON DISCHARGE
□ SATISFACTORY  □ POOR
□ FAIR  □ CRITICAL

NURSE'S SIGNATURE  F. Reveur    DATE 10/18/04
PHYSICIAN'S SIGNATURE _____ 10/19/04    DATE    CONSULTATION

INMATE NAME (LAST, FIRST, MIDDLE)
Duff, Antonio

DOC# 186551 | DOB ____ | R/S B/m | FAC Boar

IS-MD-70807

**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# EMERGENCY

| ADMISSION DATE | TIME | ORIGINATING FACILITY | | |
|---|---|---|---|---|
| 10 / 8 / 04 | 0100 ☑AM ☐PM | SCC ☐SIR ☐PDL ☐ESCAPEE ☐ | | ☑SICK CALL ☐EMERGENCY ☐OUTPATIENT |

ALLERGIES  PCN

VITAL SIGNS: TEMP  98⁶   ☑ORAL ☐RECTAL   RESP 16   PULSE 62   B/P 102/60

CONDITION ON ADMISSION
☑GOOD ☐FAIR ☐POOR ☐SHOCK ☐HEMORRHAGE ☐COMA

RECHECK IF SYSTOLIC <100> 50 ___ / ___

NATURE OF INJURY OR ILLNESS

S - cmp stomach hurting

| ABRASION /// | CONTUSION # | BURN ×× ×× | FRACTURE Z Z | LACERATION / ___ SUTURES |
|---|---|---|---|---|

PROFILE RIGHT OR LEFT

RIGHT OR LEFT

PHYSICAL EXAMINATION

- inmate noted in slight
discomfort C/O WUQ
pain c burning sensation

A- States havent had BM
× 1 wk

P- Give mom now
and return to see Dr.
Siddig in A.M.

| ORDERS / MEDICATIONS / IV FLUIDS | TIME | BY |
|---|---|---|
| MOM 60cc | 0150 | MR |
| | | |
| | | |
| | | |

DIAGNOSIS  Abd Pain

INSTRUCTIONS TO PATIENT  Return to Hell @ 730a

| DISCHARGE DATE | TIME | ☑RELEASE ☐TRANSFERRED TO | | CONDITION ON DISCHARGE |
|---|---|---|---|---|
| 10/8/04 | ☐AM ☐PM | ☐DOC ☐AMBULANCE ☐ | | ☑SATISFACTORY ☐POOR ☐FAIR ☐CRITICAL |

NURSE'S SIGNATURE  Rivers 2⁶⁰   DATE 10/8/04   PHYSICIAN'S SIGNATURE   DATE   CONSULTATION

INMATE NAME (LAST, FIRST  MIDDLE)  Duff, Antonio

| DOC# | DOB | R/S | FAC |
|---|---|---|---|
| 186551 | | BM | |

PHS-MD-70007

(White – Record Copy  Yellow –

**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

## EMERGENCY

ADMISSION DATE 9/25/04   TIME 24:40 ☑AM ☐PM
ORIGINATING FACILITY _Bcof_
☐SIR ☐PDL ☐ESCAPEE ☐_____

☑SICK CALL ☐EMERGENCY ☐OUTPATIENT

ALLERGIES _PCN_

CONDITION ON ADMISSION
☐GOOD ☑FAIR ☐POOR ☐SHOCK ☐HEMORRHAGE ☐COMA

VITAL SIGNS: TEMP _99_ (ORAL)/RECTAL   RESP _20_   PULSE _68_   B/P _120/80_   RECHECK IF SYSTOLIC <100> 50 _____/_____

NATURE OF INJURY OR ILLNESS

S – I'm having bad stomach pains I've been felling like this for about 3 months

O – Alert and Oriented X 3 Ambulatory to HCU Inmate holding Left side of facial grimacing noted NO Bm Since tuesday

A – Alteration in Comfort R/T stomach pains

P – Refer to MD Called Dr Siddiq and orders received 12:45 pm

| ABRASION /// | CONTUSION # | BURN xx xx | FRACTURE Z | LACERATION / ___ SUTURES |
|---|---|---|---|---|

PROFILE RIGHT OR LEFT

RIGHT OR LEFT

PHYSICAL EXAMINATION

↑ Cont'd My stomach hurts so bad I can't even eat even when I drink water it hurts.

ORDERS / MEDICATIONS / IV FLUIDS

| | TIME | BY |
|---|---|---|
| Give Magnesium Citrate 1 bottle P.O. Now | 2445 | CW |
| Tylenol # 3 i p.o. Now | | |
| May Observe in HCU Overnight | | |
| P.O. Dr. Siddiq / CWinsley RN | | |

DIAGNOSIS

INSTRUCTIONS TO PATIENT Stay in HCU tonight for Observation

DISCHARGE DATE _____/_____   TIME ☐AM ☐PM   RELEASE / TRANSFERRED TO ☐DOC ☐AMBULANCE ☐_____

CONDITION ON DISCHARGE
☐SATISFACTORY ☐POOR ☐FAIR ☐CRITICAL

NURSE'S SIGNATURE _Winsley RN_   DATE _9/25/04_
PHYSICIAN'S SIGNATURE _____   DATE 9/11/10?
CONSULTATION

NAME (LAST, FIRST, MIDDLE) _____, Antonio

| DOC# | DOB | R/S | FAC |
|---|---|---|---|
| 186551 | | Bm | Bc |

70007   (White – Record Copy, Yellow – Pharmacy C_____

**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# SPECIAL NEEDS COMMUNICATION FORM

**Date:** 9/26/04

**To:** Inmate

**From:** Bullock Correctional HCU

**Inmate Name:** Duff, Antonio          **ID#:** 186551

**The following action is recommended for medical reasons:**

1. House in _____

2. Medical Isolation _____

3. Work restrictions _____

4. May have extra _____ until _____

5. Other _____

**Comments:**

Return to HCU to see MD in Am
9/27/04 @ 4³⁰ AM

**Date:** 9/26/04   **MD Signature:** Dr. Siddiq Icceofr   **Time:** 0900

60418