

PRISON HEALTH SERVICES INCORPORATED

# SPECIAL NEEDS COMMUNICATION FORM

**Date:** 9/17/04

**To:** Inmate

**From:** Bullock Correctional Hcu

**Inmate Name:** Duff, Antonio **ID#:** 186551

**The following action is recommended for medical reasons:**

1. House in
2. Medical Isolation
3. Work restrictions
4. May have extra ______ until ______
5. Other

**Comments:**

① May have sack lunch x 30 Days
Expires: 10/17/04

**Date:** 9/17/04 **MD Signature:** Dr. Siddiq [signature] **Time:** 0900



# SPECIAL NEEDS COMMUNICATION FORM

**Date:** 9-8-04

**To:** Inmate

**From:** Infirmary

**Inmate Name:** DUFF Antonio **ID#:** 138655 /

**The following action is recommended for medical reasons:**

1. House in ____
2. Medical Isolation ____
3. Work restrictions ____
4. May have extra ____ until ____
5. Other ____

**Comments:**

LAY IN X 30 DAYS

**Date:** 9-8-04 **MD Signature:** [signature] **Time:** 8:35

60418

PHS
PRISON HEALTH SERVICES INCORPORATED

# SPECIAL NEEDS COMMUNICATION FORM

**Date:** 8/31/04

**To:** Inmate

**From:** Bullock Correctional HCU

**Inmate Name:** Duff, Antonio **ID#:** 186551

**The following action is recommended for medical reasons:**

1. House in Lay-in x3days: Exp: 9/03/04
2. Medical Isolation
3. Work restrictions
4. May have extra ______ until ______
5. Other

**Comments:**

**Date:** 8/31/04 **MD Signature:** Dr. Siddiq [signature] **Time:** 0940

60418

Bullock Co. Corrections
(INSTITUTION)

# SEGREGATION UNIT RECORD SHEET

INMATE NAME: Antonio Duff
VIOLATION #38 OR REASON: Indecent Exposure / Exhibitionism
DATE & TIME RECEIVED: 7/19/04 5:35 AM
PERTINENT INFORMATION: Probation Violation

AIS NO: B/186551 CELL: # 16
ADMITTANCE AUTHORIZED BY: Lt. Babers
DATE & TIME RELEASED:

| DATE | SHIFT | MEALS B | MEALS D | MEALS S | SH | EXERCISE | MEDICAL VISIT | PSYCH VISIT | COMMENTS* | OIC SIGNATURE |
|---|---|---|---|---|---|---|---|---|---|---|
| 8/2 | MORN | Y | | | N | N | [illegible] | | Meds given | H. Johnson, COI |
| | DAY | | N | | NO | 7:40-8:25 | [illegible] | NO | Rec'd meds | [illegible] |
| MON | EVE | | | Y | N | N | Henderson | N | Rec'd Meds | S. Bryan COI |
| 8/3 | MORN | ✓ | | | N | N | [illegible] | N | rec'd meds | M. Fitzpatrick, COI |
| | DAY | | N | | N | Refused | [illegible] | N | [illegible] | [illegible] |
| TUE | EVE | | | Y | Y | N | [illegible] | N | Meds given | L. Haynes, COI |
| 8/4 | MORN | Y | | | NO | NO | [illegible] | ND | Meds given | Julia Elliott |
| | DAY | | N | | N | 845-910 | [illegible] | N | [illegible] | Smart, COI |
| WED | EVE | | | Y | N | N | Henderson | N | Rec'd Meds | [illegible] COI |
| 8/5 | MORN | Y | | | NO | NO | [illegible] | | Meds given | Julia Elliott |
| | DAY | | N | | N | N | [illegible] | N | Rec'd meds | Smart, COI |
| THUR | EVE | | | Y | Y | N | DUB | N | Rec'd Meds | S. Bryan COI |
| 8/6 | MORN | Y | | | NO | NO | [illegible] | | Meds given | Julia Elliott |
| | DAY | | N | | N | 800-845 | [illegible] | N | Rec'd meds | S. Smart COI |
| FRI | EVE | | | Y | ND | ND | DUB | ND | Rec'd Meds | D. Davis, CO I |
| 8/7 | MORN | N | | | N | N | [illegible] | N | Meds given | C. Young COI |
| | DAY | Y | N | | N | 1245-144 | [illegible] | N | Rec'd [illegible] | S. Smart, COI |
| SAT | EVE | | | Y | Y | N | [illegible] | N | Refused | S. Bryan COI |
| 8/8 | MORN | N | | | N | N | [illegible] | N | meds rec'd | E. Williams, COI |
| | DAY | Y | N | | N | 905-850 | [illegible] | N | Rec'd [illegible] | L. Rutherford, COI |
| SUN | EVE | | N | N | | N | Henderson | N | Rec'd Meds | [illegible] COI |

**Pertinent Info:** i.e., Epileptic; Diabetic; Suicidal; Assaultive; etc.
**Meals/ SH:** Shower- Yes (Y); No (N); Refused (R)
**Exercise:** Enter Actual Time Period and Inside or Outside (i.e., 9:30/10:00 IN; 2:00/2:30 OUT)
**Medical:** Physician will sign each time the inmates is seen.
**Psych:** Psychological Counselor will sign each time the inmate is seen.
**Comments:** i.e., Conduct; Attitude, etc. *Use reverse side for additional comments and include date, signature, and title.
**OIC Signature:** OIC must sign all record sheets each shift.

FORM N012

Bullock Co. Corrections
(INSTITUTION)

# SEGREGATION UNIT RECORD SHEET

16 ~~13B~~

INMATE NAME: Antonio Duff
AIS NO: B/186531 CELL: # 16

VIOLATION OR REASON: #38 Indecent Exposure Exhibitionism (Probation Violation)
ADMITTANCE AUTHORIZED BY: H. Babers

DATE & TIME RECEIVED: 7/19/04 5:35 A.M.
DATE & TIME RELEASED:

PERTINENT INFORMATION:

| DATE | SHIFT | MEALS B | MEALS D | MEALS S | SH | EXERCISE | MEDICAL VISIT | PSYCH VISIT | COMMENTS* | OIC SIGNATURE |
|---|---|---|---|---|---|---|---|---|---|---|
| 7/26 | MORN | Y | | | NO | NO | [illegible] | N | Meds given | Julia Elliott |
| | DAY | Y | N | | N | Refused | [illegible] | N | Rec'd Meds | E. Johnson, CO1 |
| | EVE | | | Y | N | N | Robbins | N | Rec'd Meds | [illegible], CO1 |
| MON | | | | | | | | | | |
| 7/27 | MORN | Y | | | NO | NO | [illegible] | | Meds given | Julia Elliott |
| | DAY | Y | N | | NO | 7:50-8:35 | [illegible] | NO | Rec'd meds | [illegible] CO1 |
| | EVE | | | Y | Y | N | Robbins | N | Rec'd Meds | L. Haynes, CO1 |
| TUE | | | | | | | | | | |
| 7/28 | MORN | Y | | | NO | NO | [illegible] | | Meds given | Julia Elliott |
| | DAY | | N | | N | NO | [illegible] | Seg board | meds [illegible] | [illegible] CO1 |
| | EVE | | | Y | N | N | S. Anderson | N | Rec'd Meds | L. Haynes, CO1 |
| WED | | | | | | | | | | |
| 7/29 | MORN | Y | | | N | N | [illegible] | N | Meds given | H. Johnson, CO1 |
| | DAY | | N | | N | 905-951 | [illegible] | N | Rec'd Meds | S. Smart, CO1 |
| | EVE | | | Y | Y | N | S. Anderson | N | Rec'd Meds | S. [illegible] CO1 |
| THUR | | | | | | | | | | |
| 7/30 | MORN | Y | | | N | N | [illegible] | N | rec'd meds | [illegible] Young CO1 |
| | DAY | | N | | N | 8:24½-9:1½ | [illegible] | Lancaster | meds | [illegible] |
| | EVE | | | Y | N | N | S. Anderson | N | Rec'd Med | L. Haynes, CO1 |
| FRI | | | | | | | | | | |
| 7/31 | MORN | N | N | | N | N | L. [illegible] | N | (no meal) Med Rec'd | M. Fitzpatrick, CO1 |
| | DAY | Y | N | | N | R | [illegible] | N | Rec'd meds | S. Smart, CO1 |
| | EVE | | | Y | Y | N | [illegible] | N | Rec'd M[illegible] | [illegible], CO1 |
| SAT | | | | | | | | | | |
| 8/1 | MORN | N | | | N | N | [illegible] | N | Meds given | H. Johnson, CO1 |
| | DAY | Y | N | N | N | 1200-1257 | [illegible] | | Rec'd Meds | [illegible] |
| | EVE | | | Y | Y | N | S. Anderson | N | Rec'd Meds | [illegible], CO1 |
| SUN | | | | | | | | | | |

**Pertinent Info:** i.e., Epileptic; Diabetic; Suicidal; Assaultive; etc.
**Meals/ SH:** Shower- Yes (Y); No (N); Refused (R)
**Exercise:** Enter Actual Time Period and Inside or Outside (i.e., 9:30/10:00 IN; 2:00/2:30 OUT)
**Medical:** Physician will sign each time the inmates is seen.
**Psych:** Psychological Counselor will sign each time the inmate is seen.
**Comments:** i.e., Conduct; Attitude, etc. *Use reverse side for additional comments and include date, signature, and title.
**OIC Signature:** OIC must sign all record sheets each shift.



PHS
PRISON
HEALTH
SERVICES
INCORPORATED

# RELEASE OF RESPONSIBILITY

Inmate's Name: Antonio Duff

Date of Birth: [redacted] Social Security No.: ____________

Date: 7/19/04 Time: 0530 A.M. / P.M.

This is to certify that I, ____________ (Print Inmate's Name), currently in custody at the ____________ (Print Facility's Name), am refusing to accept the following treatment/recommendations: ____________ (Specify in Detail)

____________

____________

I acknowledge that I have been fully informed of and understand the above treatment(s)/recommendation(s) and the risks involved in refusing them I hereby release and agree to hold harmless the City/County/State, statutory authority, all correctional personnel, Prison Health Services, Inc. and all medical personnel from all responsibility and any ill effects which, may result from this action/refusal and I personally assume all responsibility for my welfare

____________ (Signature of Inmate)** — Tisha Williams [signature] (Signature of Medical Person)

Gloria Rogers LPN (Witness) — Saloman V. Hileman, COI (Witness)

**A refusal by the inmate to sign requires the signature of at least one witness in addition to that of the medical staff member.

PHS PRISON HEALTH SERVICES INCORPORATED

# EMERGENCY

ADMISSION DATE 7/19/04 TIME 0522 AM / PM

ORIGINATING FACILITY BCCF
☐ SIR ☐ PDL ☐ ESCAPEE ☐

☐ SICK CALL ☐ EMERGENCY ☐ OUTPATIENT

ALLERGIES PCN

CONDITION ON ADMISSION ☐ GOOD ☐ FAIR ☐ POOR ☐ SHOCK ☐ HEMORRHAGE ☐ COMA

VITAL SIGNS: TEMP 98.4 ORAL RECTAL RESP 16 PULSE 78 B/P 120/80 RECHECK IF SYSTOLIC <100> 50

NATURE OF INJURY OR ILLNESS

S- "I didn't do a dam thang"

O- ambulatory to HCU per Officer Ware. alert et. oriented x3 resp regular c̄ ease. Skin w/d to touch, no scares or lacerations noted on body.

A- Altered behavior

P- Released to DOC

ABRASION /// | CONTUSION # | BURN xx xx | FRACTURE Z Z | LACERATION / ____ SUTURES

PROFILE RIGHT OR LEFT

RIGHT OR LEFT

PHYSICAL EXAMINATION

| ORDERS / MEDICATIONS / IV FLUIDS | TIME | BY |
|---|---|---|
| | | |

DIAGNOSIS

INSTRUCTIONS TO PATIENT

DISCHARGE DATE 7/19/04 TIME 0527 AM / PM

RELEASE / TRANSFERRED TO ☑ DOC ☐ AMBULANCE ☐

CONDITION ON DISCHARGE ☐ SATISFACTORY ☐ FAIR ☐ POOR ☐ CRITICAL

NURSE'S SIGNATURE [signature] LPN DATE 7/19/04

PHYSICIAN'S SIGNATURE [signature] DATE

CONSULTATION

INMATE NAME (LAST FIRST MIDDLE) Duff, Antonio

| DOC# | DOB | R/S | FAC |
|---|---|---|---|
| 186551 | [redacted] | B M | BCCF |

0007

(White – Record Copy, Yellow – Pharmacy Copy)

PHS
PRISON HEALTH SERVICES INCORPORATED

# SPECIAL NEEDS COMMUNICATION FORM

**Date:** 7-12-04

**To:** Inmate

**From:** Medical

**Inmate Name:** Duff, Antonio **ID#:** 186551

**The following action is recommended for medical reasons:**

1. House in
2. Medical Isolation
3. Work restrictions
4. May have extra ______ until ______
5. Other

**Comments:**

Bottom bunk profile X 6 months

[illegible] 7-12-04 — 1-12-05

**Date:** 7-12-04 **MD Signature:** Dr Siddiq / M. Jackson **Time:** 0900

60418

(#3 dorm #34 bed)

# EMERGENCY

| DATE | TIME | ORIGINATING FACILITY BCC ☐ SIR ☐ PDL ☐ ESCAPEE ☐ | ☐ SICK CALL ☑ EMERGENCY ☐ OUTPATIENT |
|---|---|---|---|
| 8/25/04 | 1920 PM | | |

PCN

CONDITION ON ADMISSION ☑ GOOD ☐ FAIR ☐ POOR ☐ SHOCK ☐ HEMORRHAGE ☐ COMA

TEMP 99.8 ORAL RECTAL RESP 16 PULSE 60 B/P 128/82 RECHECK IF SYSTOLIC <100> 50 /

INJURY OR ILLNESS

"I have been Taking stool softeners and Dulcolax pills for last couple of days. Colace = 200mg q hs and dulcolax Tabs i-iii q hs." "While running up and down the steps (?) all count tonight my stomach started to hurt around middle area. I had runny stool." "I am here because my stomach hurts and I saw blood in my stool. The toilet water was red and there was a burning down there." "I had some MOM last night." "I take my medicine."

ABRASION /// | CONTUSION # | BURN xx | FRACTURE z | LACERATION / ___ SUTURES

PROFILE RIGHT OR LEFT

RIGHT OR LEFT

PHYSICAL EXAMINATION

O: Bowel sounds in all quadrants are hyperactive. Checked rectum c̄ lite while inmate bent over and opened area c̄ his hands, No hemorrhoids externally noted, area ø redness or irritation

A: Alteration in comfort

P: ① Place file before Dr. Siddiq. ② Evaluate where blood is coming from as no hemorrhoid or irritation noted in rectal area.

| ORDERS / MEDICATIONS / IV FLUIDS | TIME | BY |
|---|---|---|
| | | |

DIAGNOSIS

INSTRUCTIONS TO PATIENT Compliance is necessary if you want the medication to help.

| DISCHARGE DATE | TIME | RELEASE / TRANSFERRED TO | CONDITION ON DISCHARGE |
|---|---|---|---|
| 8/25/04 | 2005 PM | ☑ DOC ☐ AMBULANCE ☐ | ☑ SATISFACTORY ☐ FAIR ☐ POOR ☐ CRITICAL |

| NURSE'S SIGNATURE | DATE | PHYSICIAN'S SIGNATURE | DATE | CONSULTATION |
|---|---|---|---|---|
| [signature] RN | 8/25/04 | [signature] 8/26/04 | | |

| INMATE NAME (LAST, FIRST MIDDLE) | DOC# | DOB | R/S | FAC. |
|---|---|---|---|---|
| [illegible] | [illegible] | [redacted] | B/ | [illegible] |

PHS
PRISON HEALTH SERVICES INCORPORATED

# EMERGENCY

ADMISSION DATE 8/13/04 TIME 1815 AM PM

ORIGINATING FACILITY Bullock
☐ SIR ☐ PDL ☐ ESCAPEE ☐

☐ SICK CALL ☐ EMERGENCY ☐ OUTPATIENT

ALLERGIES PCN

CONDITION ON ADMISSION
☐ GOOD ☐ FAIR ☐ POOR ☐ SHOCK ☐ HEMORRHAGE ☐ COMA

VITAL SIGNS: TEMP ______ ORAL RECTAL RESP. 20 PULSE 66 B/P 122/82 RECHECK IF SYSTOLIC <100> 50
O2 SAT

NATURE OF INJURY OR ILLNESS

S: my chest hurt. the pain is in my chest going down my (L) Arm (L) side of my face
O. Ambulated to HCU escorted by officer Rudolph + Carter in cuffs. Resp even skin w+d. No distress Noted - talking + Laughing -
A. Alt. in comfort due to pain
P EKG done - Mylanta tabs ii PO + Tylenol 650mg given - Released to DOC - To return PRN -

ABRASION /// | CONTUSION # | BURN xx | FRACTURE Z | LACERATION / ____ SUTURES

No pain

PROFILE RIGHT OR LEFT

RIGHT OR LEFT

PHYSICAL EXAMINATION

| ORDERS / MEDICATIONS / IV FLUIDS | TIME | BY |
|---|---|---|
| | | |

DIAGNOSIS

INSTRUCTIONS TO PATIENT

DISCHARGE DATE 8/13/04 TIME 1830 AM PM

RELEASE / TRANSFERRED TO ☒ DOC ☐ AMBULANCE ☐

CONDITION ON DISCHARGE
☒ SATISFACTORY ☐ POOR ☐ FAIR ☐ CRITICAL

NURSE'S SIGNATURE [signature] DATE 8/13/04

PHYSICIAN'S SIGNATURE [signature] 8/16/04 DATE

CONSULTATION

INMATE NAME (LAST, FIRST MIDDLE) Duff, Antonio

DOC# 186551 DOB [redacted] R/S BM FAC BCCF

PHS MD 70037

PHS
PRISON HEALTH SERVICES INCORPORATED

# SPECIAL NEEDS COMMUNICATION FORM

**Date:** 5/13/04

**To:**

**From:**

**Inmate Name:** Duff Antonio **ID#:** 186551

**The following action is recommended for medical reasons:**

1. House in
2. Medical Isolation
3. Work restrictions
4. May have extra ______ until ______
5. Other

**Comments:**

lay in x 3 days
05/13 → 05/16/04

**Date:** 5/13/04 **MD Signature:** Dr. [signature] **Time:** 0840



PRISON HEALTH SERVICES INCORPORATED

## PHYSICIANS' ORDERS

NAME: 186551

D.O.B. / /

ALLERGIES:

Use Last Date 6/17/05

DIAGNOSIS (If Chg'd)

William Chitwood, MD

☐ GENERIC SUBSTITUTION IS NOT PERMITTED

NAME:

D.O.B. / /

ALLERGIES:

Use Fourth Date / /

DIAGNOSIS (If Chg'd)

Serum Copper

Serum CERULOPLASMIN

☐ GENERIC SUBSTITUTION IS NOT PERMITTED

NAME:

D.O.B. / /

ALLERGIES:

Use Third Date / /

DIAGNOSIS (If Chg'd)

CBC

☐ GENERIC SUBSTITUTION IS NOT PERMITTED

NAME:

D.O.B. / /

ALLERGIES:

Use Second Date / /

DIAGNOSIS (If Chg'd)

(ACE) Angiotensin Converting Enzyme

☐ GENERIC SUBSTITUTION IS NOT PERMITTED

NAME:

D.O.B. / /

ALLERGIES:

First Date / /

DIAGNOSIS

KUB

☐ GENERIC SUBSTITUTION IS NOT PERMITTED



PRISON HEALTH SERVICES INCORPORATED

## PHYSICIANS' ORDERS

NAME:

D.O.B. / /

ALLERGIES:

Use Last Date / /

DIAGNOSIS (If Chg'd)

☐ GENERIC SUBSTITUTION IS NOT PERMITTED

NAME: Duff, Antonio 186551

D.O.B. [redacted]

ALLERGIES: PCN

Use Fourth Date 5/25/05

DIAGNOSIS (If Chg'd) error

Lovastatin 40mg po q d @ 1700 x 90 days

T.O. Dr. Siddiq / [illegible]

☐ GENERIC SUBSTITUTION IS NOT PERMITTED

NAME: Duff, Antonio 186551

D.O.B. [redacted]

ALLERGIES: PCN

Use Third Date 5/18/05

DIAGNOSIS (If Chg'd)

Profile

[illegible] Dr Sanders / [illegible]

☐ GENERIC SUBSTITUTION IS NOT PERMITTED

NAME: Duff, Antonio

DOB [redacted]

ALLERGIES:

Use Second Date 5/16/05

DIAGNOSIS (If Chg'd)

Remove [illegible] Suicide watch

[illegible]

D/C Tram

[illegible] 50 [illegible] x 90

☐ GENERIC SUBSTITUTION IS NOT PERMITTED

NAME: Duff, Antonio 186551

D.O.B. [redacted]

ALLERGIES:

Use First Date 5/12/05

DIAGNOSIS

EKG

Diagnostic

[illegible] Dr Siddiq / [illegible]

☐ GENERIC SUBSTITUTION IS NOT PERMITTED

NHM Correctional Services Dr. Bill Sanders

**.l Services, Inc.** 

## PHYSICIANS' ORDERS

*[Handwritten] , Antonio*
*186551*

ALLERGIES: *PCN*    *Noted J Anderson 4/29/05*

Use Last    Date: *4/29/05*

DIAGNOSIS (If Chg'd)
*[Handwritten illegible]*

*BN Chitwood MD*

☐ GENERIC SUBSTITUTION IS **NOT** PERMITTED

---

NAME: *Duff, Antonio*
*186551*

D.O.B.: *[redacted]*

ALLERGIES: *PCN*    *Noted [illegible] 5/6/05*

Use Fourth    Date: *5/6/05*

DIAGNOSIS (If Chg'd)
*D/C Suicide precautions*
*may have clothes & property*
*— return to POC*

William Chitwood, MD

☐ GENERIC SUBSTITUTION IS **NOT** PERMITTED

---

NAME: *Duff, Antonio*

D.O.B.: *[redacted]*

ALLERGIES: *PCN*
*186551*

Use Third    Date: *5/10/05*

DIAGNOSIS (If Chg'd)
*5:10 pm*
*Place in safe cell segregation; self-injury*
*watch; smock only*
*Haldol 10mg IM now*
*V.O. Dr Sandlin / J Penor RN*

☐ GENERIC SUBSTITUTION IS **NOT** PERMITTED

---

NAME: *Duff Antonio*

D.O.B.: *[redacted]*

ALLERGIES: *PCN*
*186551*

Use Second    Date: *5/11/05*

DIAGNOSIS (If Chg'd)
*A Thomas RN 5/11/05*
*Return to DOC camp in segregation*
*v.o. Dr Sandlin / J. [illegible]*

☐ GENERIC SUBSTITUTION IS **NOT** PERMITTED

---

NAME: *Duff, Antonio*

D.O.B.: *[redacted]*

ALLERGIES: *PCN*    *186551*

Use First    Date: *5/3/05*

DIAGNOSIS
*LPN 8/3/05*
*Place in safe cell in segregation;*
*self injury watch; smock only*
*V/o Dr Sklender / J Penor RN*

☐ GENERIC SUBSTITUTION IS **NOT** PERMITTED

---

**WHITE** – MEDICAL RECORDS COPY    **CANARY** – PHARMACY COPY



PRISON HEALTH SERVICES INCORPORATED

## PHYSICIANS' ORDERS

NAME: Duff, Antonio AIS-186551
DOB: [redacted]
ALLERGIES:
Use Last Date 4/24/05

DIAGNOSIS (If Chg'd)
Phenergan -50 mg IM Now
P.O. Dr. Nevells / A. Thomas RN
A. Thomas RN 4/24/05 13:40 PM
☐ GENERIC SUBSTITUTION IS NOT PERMITTED

NAME: Duff Antonio 186551
DOB: [redacted]
ALLERGIES: PCN
Use Fourth Date 4/22/05

DIAGNOSIS (If Chg'd)
① [illegible] to 60 mg Po d x 9 d
② OK to D/C to Doc [illegible] segregation
safe cell / suicide watch / smock only
Bill [illegible] MD
Noted 4/22/05
☐ GENERIC SUBSTITUTION IS NOT PERMITTED

NAME: Duff, Antonio 186551
DOB: [redacted]
ALLERGIES: PCN
Use Third Date 4/21/05

DIAGNOSIS (If Chg'd)
Administer 50mg Phenergan I.M.
P.O. DR Nevels / [illegible]
Bill [illegible] MD
Noted [illegible] 1:45 LPN
☐ GENERIC SUBSTITUTION IS NOT PERMITTED

NAME: DUFF, ANTONIO 186551
DOB: [redacted]
ALLERGIES: PCN
Use Second Date 4/21/05

DIAGNOSIS (If Chg'd)
Place on Suicide Watch, Smock only, paper sack lunch no property
Psychiatrist to see in Am P.O. V.O.
DR Novelo / [illegible]
Bill [illegible] MD
noted 4/21/05
☐ GENERIC SUBSTITUTION IS NOT PERMITTED

NAME: Duff, Antonio 186551
DOB: [redacted]
ALLERGIES: PCN
Use First Date 4/15/05

DIAGNOSIS
Zantac 150mg po BID x 30d.
Metamucil 1 packet po tid x 90days
Colace 100mg po tid x 90d.
t.o. Dr. Siddiq / A. Groom RN
Noted [illegible]
☐ GENERIC SUBSTITUTION IS NOT PERMITTED



PRISON HEALTH SERVICES INCORPORATED

## PHYSICIANS' ORDERS

| | |
|---|---|
| NAME: Duff, Antonio AIS-186551<br>DOB [redacted]<br>ALLERGIES: PCN<br>Use Last Date 4/15/05 | DIAGNOSIS (If Chg'd)<br>Release back to segregation<br>DOC care<br>V/O Dr Sanders<br>☐ GENERIC SUBSTITUTION IS NOT PERMITTED |
| NAME: DUFF, ANTONIO<br>D.O.B [redacted]<br>ALLERGIES:<br>Use Fourth Date 4/13/05 | DIAGNOSIS (If Chg'd)<br>~~[illegible]~~<br>D/C Trilafon<br>Prozac 40 mg qd x 90<br>MHM Correctional Services<br>Dr. Bill Sanders<br>☐ GENERIC SUBSTITUTION IS NOT PERMITTED |
| NAME: DUFF, Antonio<br>D.O.B [redacted]<br>ALLERGIES:<br>Use Third Date 4/12/05 | DIAGNOSIS (If Chg'd)<br>Place in cell #2 HCU on suicide watch<br>c smock only<br>MHM Correctional Services<br>Dr. Bill Sanders<br>☐ GENERIC SUBSTITUTION IS NOT PERMITTED |
| NAME: DUFF Antonio 186551<br>D.O.B / /<br>ALLERGIES:<br>Use Second Date / / | DIAGNOSIS (If Chg'd)<br>4/5/05<br>SR noted<br>[illegible] x 10 [illegible]<br>☐ GENERIC SUBSTITUTION IS NOT PERMITTED |
| NAME: Duff Antonio 186551<br>D.O.B. [redacted]<br>ALLERGIES: PCN<br>Use First Date 4/5/05 | DIAGNOSIS<br>4/5/05 SR noted<br>Amoxil 500 po bid x 10<br>Sudafed 1 po bid x 10<br>Advil 800 po bid x 10<br>☐ GENERIC SUBSTITUTION IS NOT PERMITTED |

Noted V.O. [illegible] 11 15 am<br>Noted J Anderson 4-13-05<br>[illegible] 3pm C10 4-12-05<br>4/5/05

**MHM Correctional Services, Inc.** 

## PHYSICIANS' ORDERS

| | |
|---|---|
| NAME:<br>D.O.B.: / /<br>ALLERGIES:<br>Use Last Date: / / | DIAGNOSIS (If Chg'd)<br>❑ GENERIC SUBSTITUTION IS NOT PERMITTED |
| NAME:<br>D.O.B.: / /<br>ALLERGIES:<br>Use Fourth Date: / / | DIAGNOSIS (If Chg'd)<br>❑ GENERIC SUBSTITUTION IS NOT PERMITTED |
| NAME:<br>D.O.B.: / /<br>ALLERGIES:<br>Use Third Date: / / | DIAGNOSIS (If Chg'd)<br>❑ GENERIC SUBSTITUTION IS NOT PERMITTED |
| NAME: Duff Antonio AIS-186551 A. Thomas LPN 12-6-04<br>D.O.B.: [redacted]<br>ALLERGIES:<br>Use Second Date: 12/6/04 | DIAGNOSIS (If Chg'd)<br>Saw but to See<br>❑ GENERIC SUBSTITUTION IS NOT PERMITTED |
| NAME: Duff Antonio 186551 A. Thomas LPN<br>D.O.B.: [redacted]<br>ALLERGIES: PCN<br>Use First Date: 12/05/04 | DIAGNOSIS<br>Place on Suicide watch cell #1 c̄ suicide vest c̄ sack meals will visit in A.M.<br>P.O. Dr. Sander / A. Thomas LPN<br>❑ GENERIC SUBSTITUTION IS NOT PERMITTED |

**WHITE** – MEDICAL RECORDS COPY **CANARY** – PHARMACY COPY



PRISON HEALTH SERVICES INCORPORATED

## PHYSICIANS' ORDERS

| | |
|---|---|
| NAME: Duff Antonio 186551<br>D.O.B. [redacted]<br>ALLERGIES: PCN<br>Use Last Date / / | DIAGNOSIS (If Chg'd)<br>Zantac 150mg ÷ tabs PO BID x 180days<br>Prilosec 20mg ÷ tab PO Qday x 180days<br>☐ GENERIC SUBSTITUTION IS NOT PERMITTED |
| NAME:<br>D.O.B / /<br>ALLERGIES:<br>11/19/04<br>Use Fourth Date / / | DIAGNOSIS (If Chg'd)<br>Motrin 600 po tid prn x 15D<br>11/19/04 1700<br>☐ GENERIC SUBSTITUTION IS NOT PERMITTED |
| NAME: Duff, Antonio 186551<br>D.O.B. [redacted]<br>Noted c Tyson LPN<br>ALLERGIES: PCN<br>Use Third Date 11, 18, 04 | DIAGNOSIS (If Chg'd)<br>prozac 20 mg PO Q hs x 90D<br>☐ GENERIC SUBSTITUTION IS NOT PERMITTED<br>M Wulfcraft |
| NAME: Duff Antonio 186551<br>D.O.B /<br>ALLERGIES:<br>11/18/04<br>Use Second Date / / | DIAGNOSIS (If Chg'd)<br>[illegible] 90 x 10D prn<br>☐ GENERIC SUBSTITUTION IS NOT PERMITTED |
| NAME:<br>D.O.B. / /<br>ALLERGIES:<br>11/18/04<br>First Date / / | DIAGNOSIS<br>① Amoxil 500 po tid x 10D<br>② Actifed T po bid x 10D<br>☐ GENERIC SUBSTITUTION IS NOT PERMITTED |

MEDICAL RECORDS COPY



PRISON HEALTH SERVICES INCORPORATED

## PHYSICIANS' ORDERS

| | |
|---|---|
| E: D.B. / / ERGIES: Last Date / / | DIAGNOSIS (If Chg'd) ☐ GENERIC SUBSTITUTION IS NOT PERMITTED |
| AME: D.O.B. / / ALLERGIES: Use Fourth Date / / | DIAGNOSIS (If Chg'd) ☐ GENERIC SUBSTITUTION IS NOT PERMITTED |
| NAME: D.O.B. / / ALLERGIES: Use Third Date / / | DIAGNOSIS (If Chg'd) ☐ GENERIC SUBSTITUTION IS NOT PERMITTED |
| NAME: D.O.B. / / ALLERGIES: Use Second Date / / | DIAGNOSIS (If Chg'd) ☐ GENERIC SUBSTITUTION IS NOT PERMITTED |
| NAME: Duff Antoni 186510 DOB [redacted] ALLERGIES: PCN Use First Date 10/19/03 noted 10/19/03 @ 9:00 | DIAGNOSIS ① Phenergan 50 mg 9d max x 10d ② Maalox T po x1 now 9/ 10:30 Am ☐ GENERIC SUBSTITUTION IS NOT PERMITTED |

MEDICAL RECORDS COPY



PRISON HEALTH SERVICES INCORPORATED

## PHYSICIANS' ORDERS

NAME:

D.O.B. / /

ALLERGIES:

Use Last Date / /

DIAGNOSIS (If Chg'd)

☐ GENERIC SUBSTITUTION IS NOT PERMITTED

NAME:

D.O.B. / /

ALLERGIES:

Use Fourth Date / /

DIAGNOSIS (If Chg'd)

☐ GENERIC SUBSTITUTION IS NOT PERMITTED

NAME: Duff, Antonia

D.O.B. / /

ALLERGIES: PCN

Use Third Date 10/19/04

DIAGNOSIS (If Chg'd)

1) Sleep in x 30 days
2) Shaving profile x 180 days

☐ GENERIC SUBSTITUTION IS NOT PERMITTED

NAME: Duff, Antonia

D.O.B. / /

ALLERGIES: PCN

Use Second Date 10/19/04

DIAGNOSIS (If Chg'd)

1) Sleep in x 30 days
2) Shaving profile x 180 days
V.O. Dr. [illegible]

☐ GENERIC SUBSTITUTION IS NOT PERMITTED

NAME: Duff Antonia

mfaken 10-6-04 0900

D.O.B. / /

ALLERGIES:

Use First Date 10/6/04

DIAGNOSIS

Metamucil 1 tsp PO BID x 180 D

Colace 1 PO BID x 180 D

☐ GENERIC SUBSTITUTION IS NOT PERMITTED

MEDICAL RECORDS COPY



PRISON HEALTH SERVICES INCORPORATED

## PHYSICIANS' ORDERS

| | |
|---|---|
| NAME: Duff Antonio 186551<br>D.O.B: [redacted]<br>ALLERGIES: PCN<br>Use Last Date 9/27/04<br>noted 9/27/04 0920 | DIAGNOSIS (If Chg'd)<br>Prilosec 20mg po QD x 180D<br>☐ GENERIC SUBSTITUTION IS NOT PERMITTED |
| NAME: Duff Antonio 186551<br>D.O.B: [redacted]<br>ALLERGIES: PCN<br>Use Fourth Date 9/25/04<br>noted 9/27/04 0920 | DIAGNOSIS (If Chg'd)<br>① CBC [illegible] ② [illegible] ③ Phaga [illegible] po [illegible] x 10 [illegible]<br>☐ GENERIC SUBSTITUTION IS NOT PERMITTED |
| NAME: Duff Antonio AIS# 186551<br>D.O.B: [redacted]<br>ALLERGIES: PCN<br>Use Third Date / /<br>9/26/04 1500 | DIAGNOSIS (If Chg'd)<br>X-Ray Acute Abdomen Series Tomorrow on 9/27/04 (Request done 9/26/04)<br>☐ GENERIC SUBSTITUTION IS NOT PERMITTED |
| NAME: Duff, Antonio<br>D.O.B: [redacted]<br>ALLERGIES: PCN<br>Use Second Date 9, 25, 04 | DIAGNOSIS (If Chg'd)<br>Give 1 bottle Magnesium Citrate NOW<br>Tylenol #3 ÷ po. NOW<br>May observe in HCU overnight.<br>phone Order Dr. Siddiq / C Winsley, RN<br>☐ GENERIC SUBSTITUTION IS NOT PERMITTED |
| NAME: Duff, Antonio 186551<br>D.O.B: [redacted]<br>ALLERGIES: PCN<br>Use First Date 9 / 17 / 04<br>9/17/04 | DIAGNOSIS<br>Sack Lunch x 30D<br>[illegible] for stomach<br>noted 9/17/04 @ 0930<br>☐ GENERIC SUBSTITUTION IS NOT PERMITTED |

60110 (4/03)

MEDICAL RECORDS COPY



PRISON HEALTH SERVICES INCORPORATED

# PHYSICIANS' ORDERS

NAME:

D.O.B / /

ALLERGIES:

Use Last Date / /

DIAGNOSIS (If Chg'd)

☐ GENERIC SUBSTITUTION IS NOT PERMITTED

NAME:

D.O.B / /

ALLERGIES:

Use Fourth Date / /

DIAGNOSIS (If Chg'd)

☐ GENERIC SUBSTITUTION IS NOT PERMITTED

NAME:

D.O.B / /

ALLERGIES:

Use Third Date / /

DIAGNOSIS (If Chg'd)

☐ GENERIC SUBSTITUTION IS NOT PERMITTED

NAME: Duff, Antonio 186551

D.O.B /

ALLERGIES: DCN 9/22/05 @ 0900

Use Second Date 9/22/04

noted CPOE 9/22

DIAGNOSIS (If Chg'd)

1 Amylase

2 Lipase

3 CARCINOEMBRYONIC Antigen

☐ GENERIC SUBSTITUTION IS NOT PERMITTED

NAME: Antonio Duff 186551

D.O.B / /

ALLERGIES:

Use First Date / /

DIAGNOSIS Annusol Supp Bid X 7d

☐ GENERIC SUBSTITUTION IS NOT PERMITTED

MEDICAL RECORDS COPY



PRISON HEALTH SERVICES INCORPORATED

## PHYSICIANS' ORDERS

| | |
|---|---|
| NAME:<br><br>D.O.B. / /<br>ALLERGIES:<br><br>Use Last Date / / | DIAGNOSIS (If Chg'd)<br><br>☐ GENERIC SUBSTITUTION IS NOT PERMITTED |
| NAME:<br><br>D.O.B. / /<br>ALLERGIES:<br><br>Use Fourth Date / / | DIAGNOSIS (If Chg'd)<br><br>☐ GENERIC SUBSTITUTION IS NOT PERMITTED |
| NAME:<br><br>D.O.B. / /<br>ALLERGIES:<br><br>Use Third Date / / | DIAGNOSIS (If Chg'd)<br><br>☐ GENERIC SUBSTITUTION IS NOT PERMITTED |
| NAME:<br><br>D.O.B. / /<br>ALLERGIES:<br><br>Use Second Date / / | DIAGNOSIS (If Chg'd)<br><br>☐ GENERIC SUBSTITUTION IS NOT PERMITTED |
| NAME: Duff, Antonio<br><br>D.O.B. / 1/186551<br>ALLERGIES: NKA<br><br>Use First Date 9/8/04 | DIAGNOSIS Fleet Enema x 1 today<br>(ay c x 30)<br>[signature]<br><br>☐ GENERIC SUBSTITUTION IS NOT PERMITTED |

MEDICAL RECORDS COPY



**PHS**

PRISON
HEALTH
SERVICES
INCORPORATED

## PHYSICIANS' ORDERS

| NAME: Duff, Antonio | DIAGNOSIS (If Chg'd) |
|---|---|
| D.B _18655_ | 1 Bottle Mag Citrate Now, Check for Impaction po Dr Siddiq *(illegible)* |
| ALLERGIES: 9/8/04 | |
| Use Last    Date / / | ☐ GENERIC SUBSTITUTION IS NOT PERMITTED |

| NAME: *(illegible signature)* | DIAGNOSIS (If Chg'd) |
|---|---|
| D.O.B / / 9/17/04 | Basin Exam |
| ALLERGIES: | |
| Use Fourth    Date / / | ☐ GENERIC SUBSTITUTION IS NOT PERMITTED |

| NAME: Duff, Antonio 9/04 | DIAGNOSIS (If Chg'd) |
|---|---|
| D.O.B ▓▓▓▓▓ | Clindamycin 150 mgs, ī cap tid x 4 days |
| ALLERGIES: PCN | 800 mgs Ibuprofen, ī tablet tid x 3 days |
| Use Third    Date 09,02,200X | ☐ GENERIC SUBSTITUTION IS NOT PERMITTED |

| NAME: Duff, Antonio | DIAGNOSIS (If Chg'd) |
|---|---|
| D.O.B ▓▓▓▓▓ | 500 mgs Amoxicillin, ī cap tid x 4 days |
| ALLERGIES: PCN    omit | 800 mgs Ibuprofen, ī tablet tid x 3 days. |
| Use Second    Date 09,02,200X | ☐ GENERIC SUBSTITUTION IS NOT PERMITTED |

| NAME: Antonio Duff | DIAGNOSIS |
|---|---|
| 18655 | Zadac to 300 Bid x 30d |
| D.O.B / / | *(illegible)* 9/20/04 |
| ALLERGIES: | |
| Use First    Date / / 9/17/04 | ☐ GENERIC SUBSTITUTION IS NOT PERMITTED |

**MEDICAL RECORDS COPY**

60110 (4/03)



PRISON HEALTH SERVICES INCORPORATED

# PHYSICIANS' ORDERS

NAME:

D.O.B. / /

ALLERGIES:

Use Last Date / /

DIAGNOSIS (If Chg'd)

☐ GENERIC SUBSTITUTION IS NOT PERMITTED

NAME:

D.O.B. / /

ALLERGIES:

Use Fourth Date / /

DIAGNOSIS (If Chg'd)

☐ GENERIC SUBSTITUTION IS NOT PERMITTED

NAME:

D.O.B. / /

ALLERGIES:

Use Third Date / /

DIAGNOSIS (If Chg'd)

☐ GENERIC SUBSTITUTION IS NOT PERMITTED

NAME: Duff Antonio 186551

D.O.B. / / 8/31/04

ALLERGIES:

Use Second Date 8/31/04

DIAGNOSIS (If Chg'd)

Mag citrate x 1 now

Colace po bid x 30d

lax c x 3 days

☐ GENERIC SUBSTITUTION IS NOT PERMITTED

NAME: Duff, Antonio

186551

D.O.B. / /

ALLERGIES:

Use First Date 8/27/04

DIAGNOSIS

① KUB

② up right abdominal xray

☐ GENERIC SUBSTITUTION IS NOT PERMITTED

MEDICAL RECORDS COPY



PHS
PRISON HEALTH SERVICES INCORPORATED

# PHYSICIANS' ORDERS

| | |
|---|---|
| NAME: Duff, Antonio #186551<br>DOB [redacted]<br>ALLERGIES: PCN<br>Use Last Date 08/27/2004<br>M Jackson 8-30-04 0900 | DIAGNOSIS (If Chg'd)<br>150 mgs Clindamycin, i cap tid x 4 days.<br>600 mgs Ibuprofen, i cap tid x 2 days<br>☐ GENERIC SUBSTITUTION IS NOT PERMITTED |
| NAME: Duff Antonio 186551<br>D.O.B / /<br>ALLERGIES:<br>8/23/04<br>Use Fourth Date / / | DIAGNOSIS (If Chg'd)<br>KUB<br>U/A<br>[illegible]<br>☐ GENERIC SUBSTITUTION IS NOT PERMITTED |
| NAME: Duff Antonio 186551<br>D.O.B / /<br>ALLERGIES:<br>8/19/04<br>Use Third Date / / | DIAGNOSIS (If Chg'd)<br>Dulcolax i bid x 5D<br>Colace i po bid x 10D<br>☐ GENERIC SUBSTITUTION IS NOT PERMITTED |
| NAME: Duff Antonio 186551<br>DOB /<br>ALLERGIES:<br>8/19/03<br>Use Second Date / / | DIAGNOSIS (If Chg'd)<br>KUB<br>U/A<br>☐ GENERIC SUBSTITUTION IS NOT PERMITTED |
| NAME: Duff, Antonio 186551<br>DOB [redacted]<br>ALLERGIES: PCN<br>Use First Date 8/9/04<br>NOTED 8-9-04 NJT, RN | DIAGNOSIS<br>Zantac 150 bid x 30D<br>Tylenol 500 po bid x 20<br>☐ GENERIC SUBSTITUTION IS NOT PERMITTED<br>8/9/04 |

MEDICAL RECORDS COPY

60110 (4/03)



PRISON HEALTH SERVICES INCORPORATED

## PHYSICIANS' ORDERS

NAME:

D.O.B. / /

ALLERGIES:

Use Last Date / /

DIAGNOSIS (If Chg'd)

☐ GENERIC SUBSTITUTION IS NOT PERMITTED

NAME:

D.O.B. / /

ALLERGIES:

Use Fourth Date / /

DIAGNOSIS (If Chg'd)

☐ GENERIC SUBSTITUTION IS NOT PERMITTED

NAME:

D.O.B. / /

ALLERGIES:

Use Third Date / /

DIAGNOSIS (If Chg'd)

☐ GENERIC SUBSTITUTION IS NOT PERMITTED

NAME:

D.O.B. / /

ALLERGIES:

Use Second Date / /

DIAGNOSIS (If Chg'd)

☐ GENERIC SUBSTITUTION IS NOT PERMITTED

NAME: Duff Antonio 186551

M Jackson 7-

D.O.B. [redacted]

ALLERGIES: PCN

*First Date 7/26/04

DIAGNOSIS Vistaril 50 / Bid X 20 d

7/26/04

☐ GENERIC SUBSTITUTION IS NOT PERMITTED

MEDICAL RECORDS COPY

601

03)



PRISON HEALTH SERVICES INCORPORATED

## PHYSICIANS' ORDERS

| | |
|---|---|
| NAME:<br>D.O.B / /<br>ALLERGIES:<br>Use Last Date / / | DIAGNOSIS (If Chg'd)<br>☐ GENERIC SUBSTITUTION IS NOT PERMITTED |
| NAME:<br>D.O.B. / /<br>ALLERGIES:<br>Use Fourth Date / / | DIAGNOSIS (If Chg'd)<br>☐ GENERIC SUBSTITUTION IS NOT PERMITTED |
| NAME:<br>D.O.B / /<br>ALLERGIES:<br>Use Third Date / / | DIAGNOSIS (If Chg'd)<br>☐ GENERIC SUBSTITUTION IS NOT PERMITTED |
| NAME:<br>D.O.B. / /<br>ALLERGIES:<br>Use Second Date / / | DIAGNOSIS (If Chg'd)<br>☐ GENERIC SUBSTITUTION IS NOT PERMITTED |
| NAME: Antonio Duff<br>D.O.B. / /<br>ALLERGIES:<br>6/28/03<br>Use First Date / / | DIAGNOSIS<br>INH 900 mg po Twice Weekly X 6 months<br>B6 50 mg po Twice Weekly X 6 months<br>[illegible]<br>☐ GENERIC SUBSTITUTION IS NOT PERMITTED |

MEDICAL RECORDS COPY

60110 (4/03)



PRISON HEALTH SERVICES INCORPORATED

## PHYSICIANS' ORDERS

| | |
|---|---|
| NAME: Duff Antonio 186551<br>D.O.B / /<br>ALLERGIES:<br>Use Last Date / / | DIAGNOSIS (If Chg'd)<br>Bactrim DS Bid x 10d<br>[illegible]<br>☐ GENERIC SUBSTITUTION IS NOT PERMITTED |
| NAME: Duff Antonio<br>D.O.B / /<br>ALLERGIES:<br>Use Fourth Date / / | DIAGNOSIS (If Chg'd)<br>[illegible]<br>[illegible]<br>[illegible]<br>☐ GENERIC SUBSTITUTION IS NOT PERMITTED |
| NAME: Duff Antonio 186551<br>D.O.B [redacted]<br>ALLERGIES: PCN<br>Use Third Date 7.9.04 | DIAGNOSIS (If Chg'd)<br>SGOT per state lab<br>[illegible]<br>☐ GENERIC SUBSTITUTION IS NOT PERMITTED |
| NAME:<br>D.O.B / /<br>ALLERGIES: 7/6/03 Noted 7/6/04<br>Use Second Date / / | DIAGNOSIS (If Chg'd)<br>[illegible] x 10d<br>[illegible] x 70<br>☐ GENERIC SUBSTITUTION IS NOT PERMITTED |
| NAME: DUFF ANTONIO AIS-186551<br>D.O.B [redacted]<br>ALLERGIES: A. Thomas 6-03-04<br>Use First Date 6 13 04 | DIAGNOSIS<br>[illegible]<br>☐ GENERIC SUBSTITUTION IS NOT PERMITTED |

MEDICAL RECORDS COPY



PRISON HEALTH SERVICES INCORPORATED

## PHYSICIANS' ORDERS

| | |
|---|---|
| NAME: Duff, Antonio 186551<br>D.O.B. [redacted]<br>ALLERGIES: NKDA<br>Use Last Date 06,01,04<br>A. Thomas 6/01/04 | DIAGNOSIS (If Chg'd) Suicide watch in infirmary (C131)<br>☐ GENERIC SUBSTITUTION IS NOT PERMITTED [signature] |
| NAME: Duff, Antonio # 186551<br>D.O.B. [redacted]<br>ALLERGIES: PCN<br>noted [signature] 5/21/04<br>Use Fourth Date 5/21/04 | DIAGNOSIS (If Chg'd)<br>D/C back to seg<br>↑ Wellbutrin 100mg po BID x 90d<br>☐ GENERIC SUBSTITUTION IS NOT PERMITTED [signature] |
| NAME: DUFF ANTONIO AIS# 186551<br>D.O.B. [redacted]<br>ALLERGIES: PCN<br>Noted A.D. Hunt LPN 5/20/04<br>Use Third Date 5/20/04 | DIAGNOSIS (If Chg'd)<br>Please Give All Psych Meds on 1st Shift While in The Infirmary<br>☐ GENERIC SUBSTITUTION IS NOT PERMITTED [signature] |
| NAME: DUFF, ANTONIO AIS# 186551<br>D.O.B. [redacted]<br>ALLERGIES: PCN<br>noted A.D. Hunt LPN 5/19/04<br>Use Second Date 5/19/04 | DIAGNOSIS (If Chg'd)<br>Please Give Pt's Wellbutrin + Prozac now as he did not get it last night<br>☐ GENERIC SUBSTITUTION IS NOT PERMITTED [signature] |
| NAME: Duff Antonio AIS 186551<br>D.O.B. / /<br>ALLERGIES:<br>noted [signature]<br>Use First Date 5/13/04 | DIAGNOSIS Admit Seg [illegible] x [illegible]<br>[illegible] x 3 days<br>☐ GENERIC SUBSTITUTION IS NOT PERMITTED [signature] |

MEDICAL RECORDS COPY

5/13/03

60110 (4/03)



PRISON HEALTH SERVICES INCORPORATED

## PHYSICIANS' ORDERS

NAME:

D.O.B / /

ALLERGIES:

Use Last Date / /

DIAGNOSIS (If Chg'd)

☐ GENERIC SUBSTITUTION IS NOT PERMITTED

NAME:

D.O.B / /

ALLERGIES:

Use Fourth Date / /

DIAGNOSIS (If Chg'd)

☐ GENERIC SUBSTITUTION IS NOT PERMITTED

NAME: Duff Antonio 186551

D.O.B [redacted]

ALLERGIES: PCN

noted m. Scruggs 5/17/04 1530

Use Third Date 5/17/04

DIAGNOSIS (If Chg'd)

Wellbutrin 100 mg po q AM x 30d

☐ GENERIC SUBSTITUTION IS NOT PERMITTED

NAME: Duff, Antonio #186551

D.O.B [redacted]

ALLERGIES: PCN

Noted Curtis 5/14/04

Use Second Date 5/14/04

DIAGNOSIS (If Chg'd)

Admit on SW suicide watch

Vistaril 100 mg po q HS prn x 7d

Prozac 20mg 1po now, then q AM x 90 d

☐ GENERIC SUBSTITUTION IS NOT PERMITTED

NAME: Duff Antonio 186551

D.O.B [redacted]

ALLERGIES: PCN

Noted Johnson 5/12/04 0930

Use First Date 5/13/04

DIAGNOSIS

Admit SW [illegible]

☐ GENERIC SUBSTITUTION IS NOT PERMITTED

5/12/03

MEDICAL RECORDS COPY

60110 (4/03)



PRISON HEALTH SERVICES INCORPORATED

# PROGRESS NOTES

| Date/Time | Inmate's Name: D.O.B.: / / |
|---|---|
| 11/18/04 | S [illegible] |
| | O [illegible] |
| | A [illegible] |
| | P [illegible] |
| 11/19/04 | S) Pt called to address, his [illegible] |
| | O) [illegible] |
| | A [illegible] |
| | P [illegible] |

Noted [illegible] 11-19-04

60111 (5/85)

Complete Both Sides Before Using Another Sheet



PRISON HEALTH SERVICES INCORPORATED

# PROGRESS NOTES

| Date/Time | Inmate's Name: D.O.B.: / / |
|---|---|
| 10/26/04 8am | S/ [illegible handwriting] |
| | O) [illegible handwriting] |
| | Awaiting EGD |
| | A/ Abd Pain 2° Constipation |
| | P will Contin Conservative management [illegible] Dr Jackson |
| 11/4/04 | S [illegible] EGD |
| | O/ normal EGD |
| | P/ will Contin on Zantac 150 bid |
| | [signature] |



PHS

PRISON HEALTH SERVICES INCORPORATED

# PROGRESS NOTES

| Date/Time | Inmate's Name: D.O.B.: / / |
|---|---|
| 10/19/03 Sn | S: c/o Constipated, Vomiting |
| | O) Hx of and PE |
| | Chronic Constipation |
| | Normal Bowel Sounds |
| | [illegible] |
| | no [illegible] |
| | no acute findings |
| | [illegible] |
| | awaiting EGD |
| | |
| | A) Constipation |
| | P) Will continue on fibers, [illegible], and ↑ fluid intake, [illegible] for PE, wait for EGD. He is on Prilosec, Zantac. |
| | [signature] |

60111 (5/85)

Complete Both Sides Before Using Another Sheet



PRISON
HEALTH
SERVICES
INCORPORATED

# PROGRESS NOTES

| Date/Time | Inmate's Name: D.O.B.: / / |
|---|---|
| 10/18/03 [illegible] | S C/O having pain to stomach when walking |
| | O) [illegible] |
| | [illegible] |
| | no acute [illegible] |
| | [illegible] |
| | [illegible] |
| | no wt loss |
| | waiting for EGD |
| | taking [illegible] Zantac |
| | A [illegible] (constipation) |
| | P [illegible] continue to observe & wait for EGD |
| | [illegible signature] |



PRISON
HEALTH
SERVICES
INCORPORATED

# PROGRESS NOTES

| Date/Time | Inmate's Name: D.O.B.: / / |
|---|---|
| 10/12/03 [illegible] | S) c/o having vomiting upon eating greasy food made in [illegible] up |
| | O) [illegible] 98 T |
| | [illegible] |
| | [illegible] |
| | [illegible] |
| | Ex [illegible] |
| | [illegible] |
| | Pt is being worked up for [illegible] pain. He is not [illegible] now. |
| | A) Stomach Pain |
| | P) will continue with current meds & wait for endoscopy by Dr Jackson and meanwhile symptomatic treatment |
| | [signature] 10/12/03 |

60111 (5/85)

Complete Both Sides Before Using Another Sheet



Duff, Antonio
186551
DOB- ███████
All. PCN



PRISON
HEALTH
SERVICES
INCORPORATED

**PROGRESS NOTES**

| Date/Time | Inmate's Name: | D.O.B.: / / |
|-----------|----------------|-------------|

9-17-04  5) Rt lower abd Pc upn
exting. He has buts Qt/88
visited up for Rt lower quadrant -
He just had Barium enema, results
are awaiting

8) No Mass
Rt lower quadrant Pc
He hurts when he eats,
apparently has lost weight?
BM good.
x Rays showed Bs of Bowl &
abnormal gas pattern.
Awaits GI consult.

A/) Abd Pc/ Abnormal x Rays

I will wait for GI consult. Meanwhile
I will enourage him to continue
wt Meds eg Zatac. [signature]

9-28-04  1:50 pm  Inmate left for outside Appointment per Doc
M. Jackson

**Complete Both Sides Before Using Another Sheet**



PRISON HEALTH SERVICES INCORPORATED

Antoine Duff

## PROGRESS NOTES

| Date/Time | Inmate's Name: D.O.B.: / / |
|---|---|
| 8/26/04 | S/O [illegible] |
| 8P | O) [illegible] |
| | no blood noted |
| | [illegible] |
| | [illegible] |
| 9/21/04 | @1335 Pt released to DOC for freeworld appointment c̄ Dr Jackson ——— [signature] |

60111 (5/85)

Complete Both Sides Before Using Another Sheet



PRISON HEALTH SERVICES INCORPORATED

## PROGRESS NOTES

| Date/Time | Inmate's Name: D.O.B.: / / |
|---|---|
| 9/8/04 | S [illegible] |
| | O x [illegible] passing gas |
| | A Constipation |
| | P will [illegible] and [illegible] |
| 9/13/04 1730 | O: Resting. No difficulty expressed — E Meuleman RN |
| | P: Monitor — E Meuleman RN |
| 1930 | O: Resting. No complaints — E Meul RN |
| 2100 | S: "I am ready for the test." |
| | O: Took 4 Ducolax Tabs as directed. |
| | A: Alteration in comfort |
| | P: Monitor — E Meul RN |
| 2300 | O: Asleep. No problems observed — E Meul RN |
| 0100 | O: Asleep. — E Meul RN |
| 9/14/04 0530 | O- Inmate is alert et. Oriented X 3. Resp regular ē ease, transported to Bullock County Hospital for appointment per Officer Tatum, condition satisfactory. [signature] |
| 9/25/04 01:00 Am | S- I'm having bad stomach pains, I've been feeling like this for about 3 months |
| | O- Inmate Alert and Oriented X 3 Ambulated to HCU holding Left side facial grimacing noted Inmate states no B.M. |

60111 (5/85)

Complete Both Sides Before Using Another Sheet

C [signature] RN

Duff, Antonio
186551
DOB- [redacted]
All: PCN

PRISON HEALTH SERVICES INCORPORATED

## PROGRESS NOTES

| Date/Time | Inmate's Name: D.O.B.: 2/19/74 |
|---|---|
| 7/26/04 | [illegible] |
| | [illegible] |
| | [illegible] |
| 9-7-04 | 9:30 Am Inmate left for freeworld Appointment per DOC — M Jackson |
| 9-7-04 | 1315 Return from free world appointment c DOC [illegible] |
| 9/7/04 | S/ pt seen upon arrival |
| | case discussed c Dr [illegible] who wants to have Barium [illegible] |
| | A Abnormal [illegible] / Constipation |
| | P will get Barium & [illegible] [illegible] |
| 9/8/04 | pt c/o abd discomfort and no Results from fleets enema given earlier. No noted distention Checked for Impaction. No Noted Fecal impaction [signature] |

60111 (5/85)

Complete Both Sides Before Using Another Sheet



PRISON HEALTH SERVICES INCORPORATED

# PROGRESS NOTES

| Date/Time | Inmate's Name: D.O.B.: / / |
|---|---|
| 8/9/04 8M | S/ Pt with [illegible] Epsom [illegible] |
| | O/ NAD [illegible] |
| | [illegible] Epsom [illegible] |
| | [illegible] |
| | no Acute discomfort |
| | A/ Epsom [illegible] |
| | P/ will give Zantac 150 Bid and [illegible] |
| 8/19/05 8M | S/ [illegible] Pt [illegible] Abd [illegible] |
| | O/ NAD [illegible] |
| | [illegible] |
| | [illegible] |
| | [illegible] |
| | no mass |
| | Rebound [illegible] |
| | no mass |
| | [signature] 8/19/05 |
| | A/ Pt [illegible] abd [illegible] |
| | P/ will do KUB [illegible] Colace [illegible] Constipation. Pt is [illegible] |
| | [illegible] PRO |



PRISON HEALTH SERVICES INCORPORATED

# PROGRESS NOTES

Date/Time | Inmate's Name: | D.O.B.: / /

5/13/03 S/ to Pi to Kodall
O/ Hx of Hernia Surgery
A/P will g Advil x 20

7/6/03 S Complaint
O/ Medical Complaint
Upper yellow
Ql - upper Complaint
A/P will g Advil/Advil x 20

111 (5/85)

Complete Both Sides Before Using Another Sheet



PRISON HEALTH SERVICES INCORPORATED

Antonio Duff

## PROGRESS NOTES

| Date/Time | Inmate's Name: D.O.B.: / / |
|---|---|
| 3/18/04 8A | S/c/o low Back Pain |
| | O) [illegible] |
| | [illegible] |
| | [illegible] |
| | [illegible] |
| | [illegible] |
| | [illegible] low Back Pain |
| | [illegible] x 7d |
| 4/15/05 8A | S - c/o Breathing [illegible] |
| | O) Hx of asthma |
| | [illegible] |
| | asthma |
| | A asthma |
| | P will give breathing [illegible] |

60111 (5/85)

Complete Both Sides Before Using Another Sheet

Bullock Co. Corrections
(INSTITUTION)

# SEGREGATION UNIT RECORD SHEET

INMATE NAME: Antonio Duff
AIS NO: B/186551
CELL: # 19B
VIOLATION OR REASON: #31 - Assault on Another Inmate
ADMITTANCE AUTHORIZED BY: Sgt. Williams
DATE & TIME RECEIVED: 4/7/05 2:10 p.m.
DATE & TIME RELEASED:
PERTINENT INFORMATION:

| DATE | SHIFT | MEALS B | MEALS D | MEALS S | SH | EXERCISE | MEDICAL VISIT | PSYCH VISIT | COMMENTS* | OIC SIGNATURE |
|---|---|---|---|---|---|---|---|---|---|---|
| 4/11 | MORN | Y | | | no | no | [illegible] | no | Refused Med | Julia Elloy |
| | DAY | Y | Y | | N | N | [illegible] | N | Rec'd Med | Hall, COI |
| | EVE | | | Y | N | N | [illegible] | [illegible] | Rec'd Meds | Pennington COI |
| MON | | | | | | | | | | |
| 4/12 | MORN | Y | | | no | no | [illegible] | no | Rec'd Med | Julia Elloy |
| | DAY | Y | Y | | N | Y | [illegible] | N | Rec'd Med | Hall, COI |
| | EVE | | | | | N | | N | | [illegible] COI |
| TUE | | | | | | | | | | |
| 4/13 | MORN | | | | | | | | | |
| | DAY | | | | | | | | | |
| | EVE | | | | | | | | | |
| WED | | | | | | | | | | |
| 4/14 | MORN | | | | | | | | | |
| | DAY | | | | | | | | | |
| | EVE | | | | | | | | | |
| THUR | | | | | | | | | | |
| 4/15 | MORN | | | | | | | | | |
| | DAY | N | | | N | N | — | N | None | Hall, COI |
| | EVE | | | Y | N | N | [illegible] | N | Rec'd Med | [illegible] COI |
| FRI | | | | | | | | | | |
| 4/16 | MORN | N | | | N | N | [illegible] | N | Refused med | H. Johnson, COI |
| | DAY | Y | Y | | N | N | [illegible] | N | Rec'd Med | [illegible] COI |
| | EVE | | | Y | Y | ND | [illegible] | ND | rec meds | B. Davis COI |
| SAT | | | | | | | | | | |
| 4/17 | MORN | N | | | N | N | Cain | N | Refused med | H. Johnson, COI |
| | DAY | Y | N | | N | Refused | MSGD | N | meds given | [illegible] COI |
| | EVE | | | Y | Y | N | [illegible] | N | rec meds | [illegible] COI |
| SUN | | | | | | | | | | |

**Pertinent Info:** i.e., Epileptic; Diabetic; Suicidal; Assaultive; etc.
**Meals/ SH:** Shower- Yes (Y); No (N); Refused (R)
**Exercise:** Enter Actual Time Period and Inside or Outside (i.e., 9:30/10:00 IN; 2:00/2:30 OUT)
**Medical:** Physician will sign each time the inmates is seen.
**Psych:** Psychological Counselor will sign each time the inmate is seen.
**Comments:** i.e., Conduct; Attitude, etc. *Use reverse side for additional comments and include date, signature, and title.
**OIC Signature:** OIC must sign all record sheets each shift.

DOC FORM N912



# PRISON HEALTH SERVICES, INC.
## SICK CALL REQUEST

Print Name: Antonio R. Duff Date of Request: 02-04-05

ID # 186531 Date of Birth: [redacted] Location: 11 26

Nature of problem or request: need to see the doctor about profiles, and to check on medication.

Antonio R. Duff
*Signature*

**DO NOT WRITE BELOW THIS LINE**

Date: 2/5/05
Time: 0500 AM PM
Allergies: PCN

| RECEIVED |
|---|
| Date: 2-5-04 |
| Time: 0500 |
| Receiving Nurse Intials ______ |

**(S)ubjective:** I Need My profiles updated

**(O)bjective** 94 20 80 110/80

**(A)ssessment:**

**(P)lan:** See MD

Refer to: MD/PA Mental Health Dental Daily Treatment Return to Clinic PRN
CIRCLE ONE

Check One: ROUTINE ( ) EMERGENCY ( )

If Emergency was PHS supervisor notified: Yes (✓) No ( )

Was MD/PA on call notified: Yes ( ) No ( )

Martha Jackson
*SIGNATURE AND TITLE*

WHITE: INMATES MEDICAL FILE

YELLOW: INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

GLF1000 7/95



# PRISON HEALTH SERVICES, INC.
## SICK CALL REQUEST

Print Name: Antonio R. Duff Date of Request: 12-29-04
ID # 186551 Date of Birth: [redacted] Location: 11-26
Nature of problem or request: Stomach Pain, and having blood in stool. Continuing to Vomit

Antonio R. Duff
Signature

**DO NOT WRITE BELOW THIS LINE**

Date: __/__/__
Time: ______ AM PM
Allergies: ______

RECEIVED
Date:
Time:
Receiving Nurse Intials ____

**(S)ubjective:**

**(O)bjective**

**(A)ssessment:**

**(P)lan:**

Refer to: MD/PA Mental Health Dental Daily Treatment Return to Clinic PRN
CIRCLE ONE
Check One: ROUTINE ( ) EMERGENCY ( )
If Emergency was PHS supervisor notified: Yes ( ) No ( )
Was MD/PA on call notified: Yes ( ) No ( )

*SIGNATURE AND TITLE*

WHITE: INMATES MEDICAL FILE
YELLOW: INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

GLF1006 7/95



# PRISON HEALTH SERVICES, INC.
## SICK CALL REQUEST

Print Name: Antonio Rodrecus Duff Date of Request: 01-11-05

ID # 186551 Date of Birth: [redacted] Location: 11-26

Nature of problem or request: I need to see the doctor to get my bottom bunk profile, and breathing treatment profile renewed. Also I'm having pain in my groin area and I notice that there was a lump in my scrotum sack.

Antonio R. Duff
Signature

**DO NOT WRITE BELOW THIS LINE**

Date: 1/12/05
Time: 0600 (AM) PM
Allergies: PHC

| RECEIVED |
|---|
| Date: 1/12/05 |
| Time: 0600 |
| Receiving Nurse Intials JH |

**(S)ubjective:** "I need my profiles renewed."

**(O)bjective** Alert, verbally able to make needs known. Wt: 186
120/80 98.8 82 18.

**(A)ssessment:** alteration in comfort.

**(P)lan:** Refer to M.D. Thur A.M. @ 0730.

Refer to: (MD)/PA Mental Health Dental Daily Treatment Return to Clinic PRN
CIRCLE ONE

Check One: ROUTINE (✓) EMERGENCY ( )
If Emergency was PHS supervisor notified: Yes ( ) No ( )
Was MD/PA on call notified: Yes ( ) No ( )

[signature] LPN
SIGNATURE AND TITLE

WHITE: INMATES MEDICAL FILE
YELLOW: INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

GI F1000 7/95



PHS PRISON HEALTH SERVICES INCORPORATED

**PRISON HEALTH SERVICES, INC.**
**SICK CALL REQUEST**

Print Name: Antonio Duff Date of Request: 12-12-04
ID # 186551 Date of Birth: [redacted] Location: 11-26
Nature of problem or request: I'm still having Real bad stomach Pains, and vomiting blood on Saturday morning. The Pain and Constipation is Getting worser

Antonio B. Duff
Signature

**DO NOT WRITE BELOW THIS LINE**

Date: 12/13/04
Time: 5 45 AM PM
Allergies: NKA

RECEIVED
Date: 12-13-04
Time: 5 45
Receiving Nurse Intials [initials]

**(S)ubjective:** BP 130/84 P. 80 R. 20. Temp 998
I was passing blood in stool on Sat. I feel weak at times and when stomach also back hurts. I am not well.

**(O)bjective** ambulated to HCU with above Complaints,

**(A)ssessment:**

**(P)lan:** See MD in Am @ 7 30

Refer to: MD/PA Mental Health Dental Daily Treatment Return to Clinic PRN
CIRCLE ONE
Check One: ROUTINE (X) EMERGENCY ( )
If Emergency was PHS supervisor notified: Yes ( ) No ( )
Was MD/PA on call notified: Yes ( ) No ( )

L. Anderson LPN
SIGNATURE AND TITLE

WHITE: INMATES MEDICAL FILE
YELLOW: INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT