

# PRISON HEALTH SERVICES, INC.
## SICK CALL REQUEST

Print Name: Duff, Antonio Date of Request: 10/16/04
ID # 186551 Date of Birth: [redacted] Location: 3-34
Nature of problem or request: I'm still having stomach pain and it hurts more when I'm walking. Also vomiting

Antonio Duff
Signature

**DO NOT WRITE BELOW THIS LINE**

Date: 10/16/04
Time: 0530 AM PM
Allergies: Penicillin

RECEIVED
Date: 10/16/04
Time: 0530
Receiving Nurse Intials GR

**(S)ubjective:** "My stomach is still hurting me I need to see the doctor again"

**(O)bjective** BP 110/80 P-72 R-16 T-98.8
Wt: 194

**(A)ssessment:**

**(P)lan:**

Refer to: MD/PA Mental Health Dental Daily Treatment Return to Clinic PRN
CIRCLE ONE
Check One: ROUTINE (✓) EMERGENCY ( )
If Emergency was PHS supervisor notified: Yes ( ) No ( )
Was MD/PA on call notified: Yes ( ) No ( )

Gloria Rogers LPN
SIGNATURE AND TITLE

WHITE: INMATES MEDICAL FILE
YELLOW: INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

GLF1000 7/95



PRISON HEALTH SERVICES, INC.
SICK CALL REQUEST

Print Name: Duff, Antonia Date of Request: 11/18/04
ID # 186551 Date of Birth: ——— Location:
Nature of problem or request: I need to know about the IWtb because I'm having chest pain, and coughing up a lot of mucus. I want my lay-in renewed, and breathing treatment renewed

Signature

DO NOT WRITE BELOW THIS LINE

Date: 11/19/04
Time: 0630 AM PM
Allergies: PCN

RECEIVED
Date:
Time:
Receiving Nurse Intials ______

(S)ubjective: "I'm coughing up a lot of stuff"

(O)bjective B/P 110/74 - P-78 - R 18 T98⁸ wgt 194

(A)ssessment: No acute distress noted

(P)lan: IW. return to see MD @ 7:30 pm

Refer to: MD/PA Mental Health Dental Daily Treatment Return to Clinic PRN
CIRCLE ONE

Check One: ROUTINE (✓) EMERGENCY ( )
If Emergency was PHS supervisor notified: Yes ( ) No ( )
Was MD/PA on call notified: Yes ( ) No ( )

SIGNATURE AND TITLE

WHITE: INMATES MEDICAL FILE
YELLOW: INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

GLF1000 7/95



# PRISON HEALTH SERVICES, INC.
# SICK CALL REQUEST

Print Name: Antonio R. Duff Date of Request: 10-10-04
ID # 186551 Date of Birth: [redacted] Location: 3-34
Nature of problem or request: Stomach Pain vomiting, coughing up Blood Sore throat and hard to swallow and also hurts to swallow

Antonio R. Duff
Signature

**DO NOT WRITE BELOW THIS LINE**

Date: 10/10/04
Time: 2345 AM (PM)
Allergies: PCN

RECEIVED
Date: 10/10/04
Time: 2335
Receiving Nurse Intials: [illegible]

**(S)ubjective:** "My stomach hurts right here (pointing to right side upper Abdomen)." I have felt terrible since yesterday. I had no food yesterday." "This morning I vomited - there was mucous c blood (some) present."

**(O)bjective:** BP: 126/74 P = 88 (regular) R = 16 T: 100.2 (oral) Bowel sounds left. Diminished right side. Right + left side lung sound clear. Both ears appear whitish in color, nasal passages red. throat irritated

Describes the following: Thursday: stomach hurt. Received meds. Friday: 8m - 3 little balls - [illegible] Saturday: Bed all day. No food. Felt bad. Sunday: vomited, vomited c fried chicken + [illegible]

**(A)ssessment:** Alteration in Comfort.

**(P)lan:** Monitor - Refer to Dr. Siddiq in AM.

Refer to: (MD) PA Mental Health Dental Daily Treatment (Return to Clinic PRN)
CIRCLE ONE

Check One: ROUTINE (✓) EMERGENCY ( )
If Emergency was PHS supervisor notified: Yes ( ) No (✓)
Was MD/PA on call notified: Yes ( ) No (✓)

E Meuleman
SIGNATURE AND TITLE

WHITE: INMATES MEDICAL FILE
YELLOW: INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

GLF1000 7/95



PRISON HEALTH SERVICES INCORPORATED

**PRISON HEALTH SERVICES, INC.**
**SICK CALL REQUEST**

Print Name: Antonio R Duff Date of Request: 11-9-04
ID # 186551 Date of Birth: [redacted] Location: 3-18
Nature of problem or request: Having severe stomach pains. Very constapated and lower back hurts. My stomach and the lower part of my stomach around my groins hurts when I urinate. I also need my lay-in renewed

Antonio R Duff
Signature

**DO NOT WRITE BELOW THIS LINE**

Date: 11/09/04
Time: 0120 (AM) PM
Allergies: PCN

RECEIVED
Date:
Time:
Receiving Nurse Intials ______

**(S)ubjective:** My stomach hurts

**(O)bjective** B/M in no noted acute distress, B/P 110/70 P-82- R16 Wgt 193

**(A)ssessment:** alteration in comfort 2° pain

**(P)lan:** To return to see MD in am

Refer to: (MD/PA) Mental Health Dental Daily Treatment Return to Clinic PRN
CIRCLE ONE

Check One: ROUTINE (✓) EMERGENCY ( )
If Emergency was PHS supervisor notified: Yes ( ) No ( )
Was MD/PA on call notified: Yes ( ) No ( )

[signature] 11/9/04
SIGNATURE AND TITLE

WHITE: INMATES MEDICAL FILE
YELLOW: INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

F1000 7/95



PHS
PRISON HEALTH SERVICES INCORPORATED

**PRISON HEALTH SERVICES, INC.**
**SICK CALL REQUEST**

Print Name: Duff, Antonia Date of Request: 10/19/04
ID # 186551 Date of Birth: [redacted] Location:
Nature of problem or request: abd pain and constipation since Wednesday

Signature

**DO NOT WRITE BELOW THIS LINE**

Date: 10/19/04
Time: 0545 (AM), PM
Allergies: PCN

RECEIVED
Date: 10/19/04
Time: 0545
Receiving Nurse Intials (M)

**(S)ubjective:** My stomach hurt and no BM since last wednesday

**(O)bjective**

**(A)ssessment:** [illegible] BS any quad, c/o N+V, none noted at this time

**(P)lan:** To return to HCU to see MD @ 7:30 Am

Refer to: (MD/PA) Mental Health Dental Daily Treatment Return to Clinic PRN
CIRCLE ONE

Check One: ROUTINE ( ) EMERGENCY ( )
If Emergency was PHS supervisor notified: Yes ( ) No ( )
Was MD/PA on call notified: Yes ( ) No ( )

[signature]
SIGNATURE AND TITLE

WHITE: INMATES MEDICAL FILE
YELLOW: INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

GLF1000 7/95



PHS
PRISON
HEALTH
SERVICES
INCORPORATED

# PRISON HEALTH SERVICES, INC.
## SICK CALL REQUEST

Print Name: Antonio R. Duff  Date of Request: 8-27-04
ID # 186551  Date of Birth: [redacted]  Location: 3-34
Nature of problem or request: I'm having Pain in my Groin area and sometimes I feel little Knots

Antonio R. Duff
*Signature*

**DO NOT WRITE BELOW THIS LINE**

Date: 8/28/04
Time: 0555 AM PM
Allergies: PCN

RECEIVED
Date: 8.28.04
Time: 0555
Receiving Nurse Intials KW

**(S)ubjective:** "I'm having pain ~~[illegible]~~ in my groin area. Has had a surgery for hernia."

**(O)bjective** Wt. 193 BP 138/78 T98.4 P78 R18

**(A)ssessment:** Alt. in comf

**(P)lan:** Follow ↑ c̄ MD

Refer to: (MD)/PA Mental Health Dental Daily Treatment Return to Clinic PRN
CIRCLE ONE

Check One: ROUTINE (✓) EMERGENCY ( )
If Emergency was PHS supervisor notified: Yes ( ) No ( )
Was MD/PA on call notified: Yes ( ) No ( )

K Williams LPN
*SIGNATURE AND TITLE*

WHITE: INMATES MEDICAL FILE
YELLOW: INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

GLF1000 7/95



# PRISON HEALTH SERVICES, INC.
# SICK CALL REQUEST

8-6-04

Print Name: Antonio Rodrigus Duff Date of Request: 08-03-04
ID # 186551 Date of Birth: [redacted] Location: Seg 16
Nature of problem or request: Follow up - I'm still experiencing Real painful and Stressfull stomach aches. The pain is so excruciating that it's difficult to Put anything on my stomach including water. The pain is so agonizing Sometimes I can barely stand. The pain is also traveling thru my Groins. The doctor has perscribe medication a couple of weeks ago Nothing has seem to prevail from it

Antonio R. Duff
Signature

**DO NOT WRITE BELOW THIS LINE**

Date: ___/___/___
Time: ________ AM PM
Allergies: __________

| RECEIVED |
|---|
| Date: |
| Time: |
| Receiving Nurse Intials ______ |

**(S)ubjective:**

**(O)bjective**

**(A)ssessment:**

**(P)lan:**

Refer to: MD/PA Mental Health Dental Daily Treatment Return to Clinic PRN
CIRCLE ONE

Check One: ROUTINE ( ) EMERGENCY ( )
If Emergency was PHS supervisor notified: Yes ( ) No ( )
Was MD/PA on call notified: Yes ( ) No ( )

____________________
*SIGNATURE AND TITLE*

WHITE: INMATES MEDICAL FILE
YELLOW: INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

GL51000 7/06



# PRISON HEALTH SERVICES, INC.
## SICK CALL REQUEST

Print Name: Duff, Antonia Date of Request: 10-8-04
ID # 186550 Date of Birth: [redacted] Location:
Nature of problem or request: C/O (L) quadrant pain,

Signature

**DO NOT WRITE BELOW THIS LINE**

Date: 10/8/04
Time: 0200 AM PM
Allergies: NKA

RECEIVED
Date: 10/8/04
Time: 2 0?
Receiving Nurse Intials

**(S)ubjective:** My stomach hurt, I haven't had a BM in a week

**(O)bjective**

**(A)ssessment:** T 98.6 P-62 R16 - B/P 100/60 Wgt 198

**(P)lan:** Return to HCU @ 7:30 Am to see MD

Refer to: MD/PA Mental Health Dental Daily Treatment Return to Clinic PRN
CIRCLE ONE Error

Check One: ROUTINE ( ) EMERGENCY ( ) Error
If Emergency was PHS supervisor notified: Yes ( ) No ( )
Was MD/PA on call notified: Yes ( ) No ( )

SIGNATURE AND TITLE

WHITE: INMATES MEDICAL FILE
YELLOW: INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

Follow UP

Choric Care

PHS PRISON HEALTH SERVICES INCORPORATED

**PRISON HEALTH SERVICES, INC.**
**SICK CALL REQUEST**

**Print Name:** Antonio Rodrecis Duff **Date of Request:** 10-5-04
**ID #** 186551 **Date of Birth:** [redacted] **Location:** 3-34
**Nature of problem or request:** I've been feeling constipation for the last 7 days, and every time I eat I throw it up. I'm always feeling nauseated and sometimes it don't come up, And I end up choking off it. Also I need my Profiles renewed

Antonio R. Duff
***Signature***

**DO NOT WRITE BELOW THIS LINE**

**Date:** 10/5/04
**Time:** 0530 **AM** PM
**Allergies:** Ø PCN Ø

**RECEIVED**
**Date:** 10.5.04
**Time:** 0530
**Receiving Nurse Intials** KW

**(S)ubjective:** "I've been throwing ↑ stomach pains, ↓ back pains constipation, n/v profiles renewed, also having h/A cold & hot flashes Also c/o hurting in ↓ abd. when urinating, straining sensation."

**(O)bjective** Wt. 190. B/P 110/70 T 97.8 P 70 R 18.

**(A)ssessment:** AH. in comf.

**(P)lan:** Follow ↑ c̄ MD

**Refer to:** (MD/PA) Mental Health Dental Daily Treatment Return to Clinic PRN
CIRCLE ONE
**Check One:** ROUTINE ( ✓ ) EMERGENCY ( )
If Emergency was PHS supervisor notified: Yes ( ) No ( )
Was MD/PA on call notified: Yes ( ) No ( )

K Williams LPN
***SIGNATURE AND TITLE***

**WHITE:** INMATES MEDICAL FILE
**YELLOW:** INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT



# PRISON HEALTH SERVICES, INC.
## SICK CALL REQUEST

Print Name: Duff Antonio Date of Request: 8-31-04
ID # 186550 Date of Birth: [redacted] Location: 334
Nature of problem or request: Pain in Grain Feels like little Knot. Cont to have pain in abd.

Antonio Duff
Signature

**DO NOT WRITE BELOW THIS LINE**

Date: 8 / 31 / 04
Time: 5 50 AM PM
Allergies: PCN

RECEIVED
Date: 8-31-04
Time: 5 50
Receiving Nurse Intials LA

**(S)ubjective:** pain in Grain, abd pain.

**(O)bjective** alter Comfort

**(A)ssessment:** Wt 195 B/p 120/90 P, 76 Temp 99.6 O2 Sat 97%

**(P)lan:** See MD in Am @ 7 30

Refer to: MD/PA Mental Health Dental Daily Treatment Return to Clinic PRN
CIRCLE ONE
Check One: ROUTINE (X) EMERGENCY ( )
If Emergency was PHS supervisor notified: Yes ( ) No ( )
Was MD/PA on call notified: Yes ( ) No ( )

L. Anderson LPN
SIGNATURE AND TITLE

WHITE: INMATES MEDICAL FILE
YELLOW: INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

GLF1000 7/95



PHS
PRISON
HEALTH
SERVICES
INCORPORATED

**PRISON HEALTH SERVICES, INC.**
**SICK CALL REQUEST**

Print Name: Antonio Rodrecis Duff Date of Request: 08-23-04
ID # 186551 Date of Birth [redacted] Location: 03-34
Nature of problem or request: Feet Peeling Real bad, I think I have alethic feet.

Antonio R. Duff
Signature

**DO NOT WRITE BELOW THIS LINE**

Date: 8 /23 /04
Time: 500 AM PM
Allergies: PCN

RECEIVED
Date: 8-23-04
Time: 500
Receiving Nurse Intials LA

**(S)ubjective:** Problem with feet peeling Bad.

**(O)bjective** alter comfort.

**(A)ssessment:** Wt 198

**(P)lan:** See MD in AM @ 7:30

Refer to: MD/PA Mental Health Dental Daily Treatment Return to Clinic PRN
CIRCLE ONE

Check One: ROUTINE (X) EMERGENCY ( )
If Emergency was PHS supervisor notified: Yes ( ) No ( )
Was MD/PA on call notified: Yes ( ) No ( )

L. Anderson
SIGNATURE AND TITLE

WHITE: INMATES MEDICAL FILE
YELLOW: INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

GLF1000 7/95



PHS
PRISON
HEALTH
SERVICES
INCORPORATED

# PRISON HEALTH SERVICES, INC.
## SICK CALL REQUEST

Print Name: Duff, ~~Antony~~ Antonio Date of Request: 2/19/04
ID # 186574 Date of Birth: [redacted] Location: 3-34
Nature of problem or request: I am having pain in my stomach.

Signature

**DO NOT WRITE BELOW THIS LINE**

Date: 8/19/04
Time: 0545 AM PM
Allergies: PCN

RECEIVED
Date: 8/19/04
Time: 0545
Receiving Nurse Intials PR

**(S)ubjective:** "My stomach is paining me so bad, I can't stand up hardly."

**(O)bjective** BP 130/100 P 82 R-18 T-98.8
Wt. 172

**(A)ssessment:** alteration in comfort

**(P)lan:** See MD

Refer to: MD/PA Mental Health Dental Daily Treatment Return to Clinic PRN
CIRCLE ONE

Check One: ROUTINE (✓) EMERGENCY ( )
If Emergency was PHS supervisor notified: Yes ( ) No ( )
Was MD/PA on call notified: Yes ( ) No ( )

Gloria Rogers LPN
SIGNATURE AND TITLE

WHITE: INMATES MEDICAL FILE
YELLOW: INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

GLF1000 7/95



PHS
PRISON
HEALTH
SERVICES
INCORPORATED

**PRISON HEALTH SERVICES, INC.**
**SICK CALL REQUEST**

Print Name: Antonio R Duff Date of Request: [illegible]
ID # 186851 Date of Birth: [redacted] Location: [illegible]
Nature of problem or request: [illegible]

[illegible]

Signature: [illegible]

**DO NOT WRITE BELOW THIS LINE**

Date: 7/12/04
Time: 6:10 AM PM
Allergies: PCN

| RECEIVED |
|---|
| Date: 7-12-04 |
| Time: 6:10 |
| Receiving Nurse Intials [illegible] |

**(S)ubjective:** My Chest Hurts when I take a deep breath coughing up Green mucus. Cont. Chest pain. Groin Hurts also burns when I use bathroom. I need a bottom bunk profile due back pain.

**(O)bjective**

**(A)ssessment:** Wt. 176 B/P 140/90 P. 89 O2 Sat 98%

**(P)lan:** See MD in AM @ 7:30

Refer to: MD/PA Mental Health Dental Daily Treatment Return to Clinic PRN
CIRCLE ONE

Check One: ROUTINE (X) EMERGENCY ( )
If Emergency was PHS supervisor notified: Yes ( ) No ( )
Was MD/PA on call notified: Yes ( ) No ( )

L. Anderson LPN
SIGNATURE AND TITLE

WHITE INMATES MEDICAL FILE
YELLOW INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

GLF1000 7/95



**PRISON HEALTH SERVICES, INC.**
**SICK CALL REQUEST**

Print Name: Antonio R. Duff Date of Request: 04-05-04
ID # 181657 Date of Birth: [redacted] Location: Sec 12-18
Nature of problem or request: I've been having chest pains for about 2 weeks it hurts when I sneeze and when I cough I've also been coughing up green mucus

Antonio Duff
*Signature*

**DO NOT WRITE BELOW THIS LINE**

Date: 7/6/04
Time: 0520 (AM) PM
Allergies: PCN

| RECEIVED |
|---|
| Date: 7/6/04 |
| Time: 0520 |
| Receiving Nurse Intials [initials] |

**(S)ubjective:** "I have been having chest pains for about 2 weeks it hurts when I sneeze," or cough and I have been coughing up green mucus

**(O)bjective**

**(A)ssessment:** alt. in comfort

**(P)lan:** See MD

Refer to: (MD/PA) Mental Health Dental Daily Treatment Return to Clinic PRN
CIRCLE ONE

Check One: ROUTINE (✓) EMERGENCY ( )
If Emergency was PHS supervisor notified: Yes ( ) No ( )
Was MD/PA on call notified: Yes ( ) No ( )

Gloria Rogers
*SIGNATURE AND TITLE*

WHITE: INMATES MEDICAL FILE
YELLOW: INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT



PHS
PRISON
HEALTH
SERVICES
INCORPORATED

# INFIRMARY NURSING PROGRESS NOTES

| Date/Time | |
|---|---|
| 1/31/05 | Inmate returned from off site visits from Dr Jackson office - Inmale, alert & oriented at this time. Resp regular even - No visible distress noted at this time or c/o voiced. Medical records referred to Dr Siddiq for review of follow up and recommendation of consulting. Bobbie J. |

| INMATE NAME (LAST, FIRST, MIDDLE) | DOC# | DOB | R/S | FAC. |
|---|---|---|---|---|
| Duff Antonio | 186551 | [redacted] | B/M | Beef |

PHS-MD-70049

**Complete Both Sides Before Using Another Sheet**

Duff, Antonio
186551

PRISON HEALTH SERVICES INCORPORATED

# PROGRESS NOTES

| Date/Time | Inmate's Name: D.O.B.: [redacted] |
|---|---|
| 10/11/04 | O: Assessed for Chronic Care TB. States "Been coughing up Blood but I have a Stomach problem!" |
| | P: pt has an Outside Dr's appt on Nov. 4th. Dr Sedding to Continue following closely |
| | E: Instructed on Smoking being very harmful to lungs. Verbalized understanding. Given material to read [illegible] |



PRISON HEALTH SERVICES INCORPORATED

# INFIRMARY NURSING PROGRESS NOTES

| Date/Time | |
|---|---|
| 9/25/04 | O cont'd - since Tuesday T-99, P-68, R-20 B/P 120/80 |
| | A- Alteration in Comfort R/T stomach pains |
| | P- Called MD on call Dr Siddiq, Orders |
| | received for Mag Citrate 1bottle po now |
| | And Tylenol #3 i p.o. now. May keep |
| | Inmate in HCU for observation Overnight - CWinsley |
| 0130 | S- None |
| | O Escorted to HCU by officer And placed in |
| | Ward room ——— CWinsley RN |
| 0300 | S- None |
| | O- Resting quietly c eyes closed Resp Reg & ease |
| | A. Stable |
| | P- Continue to Observe on Medical Observation |
| 0600 | S- Nurse my bowels still haven't moved |
| | O- Inmate sitting up on bedside |
| | A- Alteration in Comfort |
| | P- Give warm liquids to stimulate peristalsis CWinsley |
| 9/25/04 | S. "I'm okay right now" |
| @ 0800 | O. B/m amb. to wards. AOx3 Resp. even et unlabored. Stated |
| | he had a Bowel movement and felt better. Skin warm |
| | Et dry to touch. Denies any c/o @ this time. 98, 18, 74, 112/78 |
| | A. Stable! |
| | P. Will allow pt to go to dorm. Scheduled to see MD 8/27/04 |
| | @ 7:30AM ——— C Hees LPN |

| INMATE NAME (LAST, FIRST, MIDDLE) | DOC# | DOB | R/S | FAC |
|---|---|---|---|---|
| Duff, Antonio | 186551 | [redacted] | Bm | BCCF |

PHS-MD-70049

Complete Both Sides Before Using Another Sheet

| Date/Time | Inmate's Name: D.O.B.: / / |
| --- | --- |
| 10/6/04 JW | S) Pt with Hx of Constipation. Recent X Ray showed large amount of fecal material |
| | O) Abdomen soft, no tender, Rebound -ve, [illegible] -ve, Bowel [illegible] -ve, Bowel [illegible] -ve |
| | WR [illegible] 197 |
| | A/P) Will give Mineral oil [illegible] [signature] |

| Date/Time | Inmate's Name: D.O.B.: / / |
|---|---|
| 8/23/04 8A | S C/O needing for [illegible] [illegible] |
| | O) [illegible] [illegible] |
| | A/P wait S AP xray ? |
| 8/31/04 8A | S) C/O having lower abd (bilat) Pain and we have been doing xRays, and one xRay shows non-specific Gas pattern with large amount of fecal material. He was been passing lots of Gas |
| | O) Abdo [illegible] Ex w/ Bowel Sounds OK Rectal w/ no [illegible] [illegible] [illegible] R |
| | A Consti/Prd [illegible] |
| | P Other xRays are done will give Mag citrate 1 Bottle and [illegible] [illegible] Dulcolax. [signature] |

| Date/Time | Inmate's Name: | D.O.B.: / / |
|---|---|---|
| 9/[illegible]/05 [illegible] | S [illegible] | |
| | O [illegible] | |
| | [illegible] | |
| | A/p [illegible] | |
| | P will do [illegible] set [illegible] | |
| | Also do [illegible] | |
| | [signature] | |
| 9/[illegible]/05 [illegible] | S [illegible] | |
| | O [illegible] | |
| | [illegible] | |
| | [illegible] | |
| | [signature] | |



PHS
PRISON
HEALTH
SERVICES
INCORPORATED

# INFIRMARY NURSING PROGRESS NOTES

| Date/Time | |
|---|---|
| 9/26/04 @ 0900 | Pt released for HCU. Denies any c/o @ this time. [signature] |

# MEDICATION ADMINISTRATION RECORD

12/01/2004 (BUL.-465) BULLOCK CORRECTIONAL FAC

STDT01

MEDICATIONS | HOUR | 1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17 18 19 20 21 22 23 24 25 26 27 28 29

| MEDICATIONS | HOUR |
|---|---|
| ATENOLOL (TENORMIN) 50MG TAB<br>TAKE 1 TABLET(S) BY MOUTH DAILY<br>RX: 5018145 SIDDIQ, M D (MD DIR, TAHIR, M<br>START - 01/04/2004 STOP - 01/01/2005 | 1100 |
| ALBUTEROL (PROVENTIL-VENTOLIN) 4MG TAB<br>TAKE 1 TABLET(S) BY MOUTH TWICE DAILY<br>RX: 5018148 SIDDIQ, M D (MD DIR, TAHIR, M<br>START - 01/04/2004 STOP - 01/01/2005 | 1100<br>1700 |
| PSYLLIUM (REGULOID) POW<br>1-TSP BY MOUTH 3 TIMES DAILY<br>RX: 6335008 SIDDIQ, M D (MD DIR, TAHIR, M<br>START - 10/07/2004 STOP - 04/04/2005 | 0400<br>1100<br>1700 |
| DOCUSATE SOD (COLACE) (CARDS) 100MG CAP<br>TAKE 1 CAPSULE(S) BY MOUTH 3 TIMES DAILY<br>*DO NOT CRUSH*<br>RX: 6335009 SIDDIQ, M D (MD DIR, TAHIR, M<br>START - 10/07/2004 STOP - 04/04/2005 | 0400<br>1100<br>1700 |
| PRILOSEC OTC (14 TABS PER BOX) 20MG TAB<br>TAKE ONE TABLET(S) DAILY BY MOUTH FOR 90<br>DAYS >>NON-FORMULARY APPROVED<<<br>RX: 6512961 SIDDIQ, M D (MD DIR, TAHIR, M<br>START - 11/12/2004 STOP - 12/28/2004 | R/O |
| FLUOXETINE (PROZAC) 20MG CAP<br>TAKE 1 CAPSULE(S) BY MOUTH EVERY MORNING<br>RX: 6548126 WEBB, N.P. (MHM PSY), MARTTY,<br>START - 11/20/2004 STOP - 02/17/2005 | 1100 |
| Tylenol 650mg PO TID prN X15D<br>11-19-04 → 12-4-05 | 0400<br>1100<br>1700<br>Stopped |
| Zantac 150mg 2 tabs Bid<br>Stop 12/28/04 | 400<br>1700<br>D/C |
| Zantac 150mg ii tabs PO BID x180days<br>12/04 → 6/01/05 | 1100<br>1700 |

MEDICATIONS | HOUR | 1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17 18 19 20 21 22 23 24 25 26 27 28 29

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

CHARTING FOR 12/01/2004 THROUGH 12/31/2004

Physician WEBB, N.P. (MHM PSY), MARTTY | Telephone No. | Medical Record No

Alt. Physician | Alt. Telephone

Allergies PENICILLINS | Rehabilitative Potential

Diagnosis

Medicaid Number | Medicare Number | Complete Entries Checked: By: [signature] Title: LPN Date: 11/24

PATIENT DUFF, ANTONIO | PATIENT CODE 186551 | ROOM NO 1 | BED | FACILITY BU

# MEDICATION ADMINISTRATION RECORD

II of II

| MEDICATIONS | HOUR | 1–29 |
|---|---|---|
| Prilosec 20mg PO QDay x180days 12/04 → 06/04/05 | 1100 | → [illegible initials] |
| Malox 30cc TID PO x14 Day 12/23–1/16/05 | 0400 1100 1700 | MS MS |
| Mag. Citrate 1 bottle x1 P.O. Dr. Siddiq 12-13-04 | | NT |

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

CHARTING FOR 12/01/04 THROUGH 12/31/04

Physician

Telephone No

Medical Record No

Alt. Physician

Alt. Telephone

Allergies PCN

Rehabilitative Potential

Diagnosis

Medicaid Number

Medicare Number

Complete Entries Checked: By: K Smith Title LPN Date: 12/04

PATIENT Duff Antonio

PATIENT CODE 186551

ROOM NO

BED

FACILITY BCC

# MEDICATION ADMINISTRATION RECORD

11/01/2004
STDT01

(BUL-465) BULLOCK CORRECTIONAL FAC

| MEDICATIONS | HOUR | 1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17 18 19 20 21 22 23 24 25 26 27 28 29 |
|---|---|---|
| ATENOLOL (TENORMIN) 50MG TAB<br>TAKE 1 TABLET(S) BY MOUTH DAILY<br>RX: 5018145 SIDDIQ, M D (MD DIR, TAHIR, M<br>START - 01/04/2004 STOP - 01/01/2005 | 1100 | [illegible] |
| ALBUTEROL (PROVENTIL-VENTOLIN) 4MG TAB<br>TAKE 1 TABLET(S) BY MOUTH TWICE DAILY<br>RX: 5018148 SIDDIQ, M D (MD DIR, TAHIR, M<br>START - 01/04/2004 STOP - 01/01/2005 | 1100<br>1700 | [illegible] |
| RANITIDINE (ZANTAC) 150MG TAB<br>TAKE 2 TABLET(S) BY MOUTH TWICE DAILY<br>RX: 6169606 SIDDIQ, M D (MD DIR, TAHIR, M<br>START - 09/03/2004 STOP - 11/01/2004 | 1100<br>1700 | [illegible] |
| OMEPRAZOLE (PRILOSEC) 20MG CAP<br>TAKE 1 CAPSULE(S) BY MOUTH DAILY FOR 90 DAYS >>NON-FORMULARY APPROVED<<<br>RX: 6294811 SIDDIQ, M D (MD DIR, TAHIR, M<br>START - 09/30/2004 STOP - 12/28/2004 | 1100 | [illegible] |
| PSYLLIUM (REGULOID) POW<br>1-TSP BY MOUTH 3 TIMES DAILY<br>RX: 6335008 SIDDIQ, M D (MD DIR, TAHIR, M<br>START - 10/07/2004 STOP - 04/04/2005 | 0400<br>1100<br>1700 | [illegible] |
| DOCUSATE SOD (COLACE) (CARDS) 100MG CAP<br>TAKE 1 CAPSULE(S) BY MOUTH 3 TIMES DAILY<br>DO NOT CRUSH*<br>RX: 6335009 SIDDIQ, M D (MD DIR, TAHIR, M<br>START - 10/07/2004 STOP - 04/04/2005 | 0400<br>1100<br>1700 | [illegible] |
| Tylenol 650mg P.O TID x 10<br>10/26/04 — 11/5/04 | 0400<br>1100<br>1700 | [illegible] STOP |
| Dulcolax i po Bid x 7days<br>11/9-11/16/04 Siddiq [illegible] | 1100<br>1700 | [illegible] STOP |
| Amoxil 500mg Po tid x10 days<br>11/18/04 to 11/28/04 | 0400<br>1100<br>1700 | [illegible] |

NURSE'S ORDERS, MEDICATION NOTES AND INSTRUCTIONS ON REVERSE SIDE

CHARTING FOR 11/01/2004 THROUGH 11/30/2004

Physician SIDDIQ, M D (MD DIR, TAHIR
Telephone No
Medical Record No
Alt Physician
Alt Telephone
Allergies PENICILLINS
Rehabilitative Potential
Diagnosis

Medicaid Number
Medicare Number
Complete Entries Checked:
By: Mary Scott
Title: LPN
Date: 11-1-04

PATIENT DUFF, ANTONIO
PATIENT CODE 186551
ROOM NO 1
BED
FACILITY BUL

# MEDICATION ADMINISTRATION RECORD

II of II

| MEDICATIONS | HOUR | 1–29 |
|---|---|---|
| Actifed i po tid x10 days 11/18/04 to 11/28/04 | 0400 1100 1700 | [illegible] |
| Prozac 20mg PO QAm X 90 days 11/18/04 2/11/05 | 1100 | [illegible] |
| TYLenol 650 mg po TID PRN X15 11/19 - 12/4/04 | 0400 1100 1700 | [illegible] |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

CHARTING FOR 11-18-04 THROUGH 11-30-04

Physician: Siddiq

Alt Physician:

Telephone No

Alt Telephone

Medical Record No

Allergies: PCN

Rehabilitative Potential

Diagnosis

Medicaid Number

Medicare Number

Complete Entries Checked:

By: V Slade Title: LPN Date: 11/18/04

PATIENT: Duffy Antonio

PATIENT CODE: 186551

ROOM NO

BED

FACILITY: BCF

# MEDICATION ADMINISTRATION RECORD

Pg II g #

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Tylenol 650 mg Po TID X10 10/26 – 11/5/04 | 0800<br>1100<br>1700 | | | | | | | | | | | | | | | | | | | | | | | | | | | | A | |

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

CHARTING FOR 10/1 THROUGH 10/31/04

Physician | Telephone No | Medical Record No

Alt. Physician | Alt. Telephone

Allergies PCN | Rehabilitative Potential

Diagnosis

Complete Entries Checked:

By: Title: Date:

PATIENT: DUFF, ANTONIO | PATIENT CODE: 186551 | ROOM NO | BED | FACILITY: BUL

# MEDICATION ADMINISTRATION RECORD

10/01/2004 Pg I of II (BUL-465) BULLOCK CORRECTIONAL FAC

| MEDICATIONS | HOUR | 1–29 |
|---|---|---|
| ATENOLOL (TENORMIN) 50MG TAB<br>TAKE 1 TABLET(S) BY MOUTH DAILY<br>RX: 5018145 SIDDIQ M.D. (MD DIR. TAHIR, M<br>START - 01/04/2004 STOP - 01/01/2005 | 1100 | [initials] |
| ALBUTEROL (PROVENTIL-VENTOLIN) 4MG TAB<br>TAKE 1 TABLET(S) BY MOUTH TWICE DAILY<br>RX: 5018148 SIDDIQ M.D. (MD DIR. TAHIR, M<br>START - 01/04/2004 STOP - 01/01/2005 | 1100<br>1700 | [initials] |
| RANITIDINE (ZANTAC) 150MG TAB<br>TAKE 2 TABLET(S) BY MOUTH TWICE DAILY<br>RX: 6169606 SIDDIQ M.D. (MD DIR. TAHIR, M<br>START - 09/03/2004 STOP - 11/01/2004 | 1100<br>1700 | [initials] |
| Prilosec - 20mg i PO q day x - 180 days<br>9-27-04 → 3/27/05 | 1100 | [initials] |
| Phenergan - 50mg i PO TID x - 10 day<br>9-27-04 → 10-07-04 | 0400<br>1100<br>1700 | [initials] DC'd |
| Metamucil i tsp PO Tid x 180 days<br>10-6-04 — 4-6-05 | 0400<br>1100<br>1700 | [initials] |
| Colace 100mg i po Tid x 180 days<br>10-6-04 — 4-6-05 | 0400<br>1100<br>1700 | [initials] |
| Dulcolax ii PO x 1<br>10/19/04 | 1100 | [initials] |
| Phenergan 50mg PO q day PRN x 10 days<br>10/19 → 10/29/04 | PRN | [initials] |

NURSE'S ORDERS, MEDICATION NOTES AND INSTRUCTIONS ON REVERSE SIDE

CHARTING FOR 10/01/2004 THROUGH 10/31/2004

Physician SIDDIQ M.D. (MD DIR. TAHIR | Telephone No | Medical Record No

Alt Physician | Alt Telephone

Allergies PENICILLINS | Rehabilitative Potential

Diagnosis

Medicaid Number | Medicare Number | Complete Entries Checked: By: G. Thomas Title: LPN Date: 10-01-

PATIENT DUFF, ANTONIO | PATIENT CODE 186551 | ROOM NO 1 | BED | FACILITY BUL

# MEDICATION ADMINISTRATION RECORD

09/01/2004

(BUL-465) BULLOCK CORRECTIONAL FAC

STATUS

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ATENOLOL (TENORMIN) 50MG TAB<br>TAKE 1 TABLET(S) BY MOUTH DAILY<br>RX: 5018145 SIDDIQ, M.D (MD DIR, TAHIR, M<br>START - 01/04/2004 STOP - 01/01/2005 | 1100 | [illegible] | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| ALBUTEROL (PROVENTIL-VENTOLIN) 4MG TAB<br>TAKE 1 TABLET(S) BY MOUTH TWICE DAILY<br>RX: 5018148 SIDDIQ, M.D. (MD DIR, TAHIR, M<br>START - 01/04/2004 STOP - 01/01/2005 | 1100<br>1900 | [illegible] | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Zantac 150mg ii po Bid x60days<br>9/2 → 11/2/04 Siddiq/cDees | 1100<br>1700 | [illegible] | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Wellbutrin 100mg tab Take 1 tab by mouth BID<br>5-22-04 - 8-19-04 | 0400<br>1700 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Mag Citrate i bottle P.O. NOW 8/25/04<br>P.O Dr. Siddiq /CWinsley RN | 24:45 | | | | | | | | | | | | | | | | | | | | | | | | | CW | | | | |
| Tylenol #3 i p.o. NOW<br>8/25/04 P.O. Dr. Siddiq/CWinsley RN | 24:45 | | | | | | | | | | | | | | | | | | | | | | | | | CW | | | | |
| Prilosec 20mg i po qd x180days<br>9/27/04 - 3/28/05 Siddiq/cDees | 1100 | | | | | | | | | | | | | | | | | Start when available | | | | | | | | | | | | |
| Phenergan 50mg i po tid x10days<br>9/27 - 10/07/04 Siddiq/cDees | PRN<br>0400<br>1100<br>1700 | | | | | | | | | | | | | | | | | | | | | | | | | | | [illegible] | | |

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

CHARTING FOR 09/01/2004 THROUGH 09/30/2004

Physician: SIDDIQ, M.D (MD DIR, TAHIR

Telephone No

Medical Record No

Alt. Physician

Alt. Telephone

Allergies: PENICILLINS

Rehabilitative Potential

Diagnosis

Medicaid Number

Medicare Number

Complete Entries Checked: By: S. Anderson Title: LPN Date: 8/30/04

PATIENT: DUFF, ANTONIO

PATIENT CODE: 186551

ROOM NO: 1

BED

FACILITY: BI

# MEDICATION ADMINISTRATION RECORD

STDT01

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Clindamycin 150mg ↑ tid x 4 days 9/7/04 to 9/11/04 (crossed out) | 0400 1100 1700 | | | | | | | | | | | | | | | | | | ERROR in Charting | | | | | | | | | | | |
| motrin (Advil) 800mg PO tid x 3 days 9/7/04 to 9/10/04 | 0400 1100 1700 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Tenormin 50mg ↑ PO daily 1/4/04 to 1/4/05 | 0400 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Allutool 4mg ↑ PO BID 1/4/04 to 1/1/05 | 0400 1700 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Fleets enema x1 today 9-8-04 | | | | | | | | | | | | | | | | | | Error | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

CHARTING FOR 9-7-04 THROUGH 9-30-04

Physician Siddiq

Alt Physician

Telephone No

Alt Telephone

Medical Record No

Allergies PCN

Rehabilitative Potential

Diagnosis

Medicaid Number

Medicare Number

Complete Entries Checked By: V. Slater Title: LPN Date: 9/7/04

PATIENT Duff, Antonio

PATIENT CODE 186551

ROOM NO.

BED

FACILITY BCC

# MEDICATION ADMINISTRATION RECORD

STDT01

| MEDICATIONS | HOUR | 1–29 |
|---|---|---|
| Dulcolax T BID x 5 days 8/19/04 — 8/23/04 | 1100<br>1700 | A A N / A ... R / R |
| Colace T PO BID x 10 days 8/19/04 — 8/29/04 | 1100<br>1700 | A A N / A ... R R A R ... |
| Anusol / Suppository BID x 7 days 8/26/04 to 9/1/04 | 1100<br>1700 | > ... A N / > O A O |
| Ibuprofen T cap PO tid x 2 days 600mg 8/30/04 — 9/1/04 | 1100<br>1700<br>2100 | |

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

CHARTING FOR THROUGH

Physician Dr Siddiq — Telephone No — Medical Record No

Alt. Physician — Alt. Telephone

Allergies PCN — Rehabilitative Potential

Diagnosis

Medicaid Number — Medicare Number — Complete Entries Checked: By: [signature] Title: LPN Date: 9/04

PATIENT Duff, Antonio — PATIENT CODE 186551 — ROOM NO — BED — FACILITY BCC

# MEDICATION ADMINISTRATION RECORD

08/01/2004

(BUL-465) BULLOCK CORRECTIONAL FAC

STDT01

| MEDICATIONS | HOUR | 1–29 |
|---|---|---|
| ATENOLOL (TENORMIN) 50MG TAB<br>TAKE 1 TABLET(S) BY MOUTH DAILY<br>RX: 5018145 SIDDIQ M.D (MD DIR, TAHIR, M<br>START - 01/04/2004 STOP - 01/01/2005 | 0400 | [illegible initials] |
| ALBUTEROL (PROVENTIL-VENTOLIN) 4MG TAB<br>TAKE 1 TABLET(S) BY MOUTH TWICE DAILY<br>RX: 5018148 SIDDIQ, M.D (MD DIR, TAHIR, M<br>START - 01/04/2004 STOP - 01/01/2005 | 0400<br>1100 | [illegible initials] |
| FLUOXETINE (PROZAC) 20MG CAP<br>TAKE 1 CAPSULE(S) BY MOUTH IN THE MORNING<br>RX: 5635086 KERN, M D (MHM PSY), EDWARD,<br>START - 05/16/2004 STOP - 08/13/2004 | 0400 | [illegible initials] |
| BUPROPION (WELLBUTRIN) 100MG TAB<br>TAKE 1 TABLET(S) BY MOUTH TWICE DAILY<br>RX: 5666124 KERN, M D (MHM PSY), EDWARD,<br>START - 05/22/2004 STOP - 08/19/2004 | 0400<br>1700 | [illegible initials] |
| Zantac 150mg p.o BID x 30 Days . Dr. Siddiq<br>8-9-04 — 9-9-04 | 0400<br>1700 | [illegible initials] |
| Tylenol 650mg p.o. x 7-days/tid / Dr. Siddiq<br>8-9-04 — 8-16-04 | 0400<br>1100<br>1700 | [illegible initials] |
| Dulcolax i po Bid x 5day<br>8/19-8/24/04 Siddiq/[illegible] | 0400<br>1700 | [illegible initials] |
| Colace i po Bid x 10day<br>8/19-8/29/04 Siddiq/[illegible] | 0400<br>1700 | [illegible initials] |
| Clindamycin 150mg i cap Tid x 4 days<br>8/31-04 - 9-3-04 | 1100<br>1700<br>2100 | |

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

CHARTING FOR 08/01/2004 THROUGH 08/31/2004

Physician KERN, M.D (MHM PSY), EDWARD

Telephone No

Medical Record No

Alt. Physician

Alt Telephone

Allergies PENICILLINS

Rehabilitative Potential

Diagnosis

Medicaid Number

Medicare Number

Complete Entries Checked: By: Caroline Tyson Title: LPN Date: 8/30/04

PATIENT DUFF, ANTONIO

PATIENT CODE 186551

ROOM NO 1

BED

FACILITY BUL

# MEDICATION ADMINISTRATION RECORD

STDT01

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Vit B6 50mg ÷ PO QMon et Thurs x180days 7/1/04 → 1/5/05 | 0500 | | [illegible] | | | [illegible] | | | | [illegible] | | | [illegible] | | | | [illegible] | | | [illegible] | | | | [illegible] | | | | | | |
| INH 900mg PO QMon et Thurs x180days 7/1/04 → 1/5/05 | 0500 | | [illegible] | | | [illegible] | | | | [illegible] | | | [illegible] | | | | [illegible] | | | [illegible] | | | | [illegible] | | | | | | |

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

CHARTING FOR 8/01/04 THROUGH 8/31/04

Physician Dr. Siddiq

Alt. Physician

Allergies —

Diagnosis

Telephone No.

Alt. Telephone

Rehabilitative Potential

Medical Record No.

Medicaid Number

Medicare Number

Complete Entries Checked: By: Vickie Smith Title LPN Date: 8/01/04

PATIENT Diff Antonio

PATIENT CODE 186551

ROOM NO.

BED

FACILITY

# MEDICATION ADMINISTRATION RECORD

11

| MEDICATIONS | HOUR | 1–29 |
|---|---|---|
| Actifed 60mg po Tid X 10 days 7-15-04 — 7-25-04 | 1100 / 1700 / 2100 | [handwritten initials, days 15–25] |
| Zantac 150mg po Bid X 20 days 7-26-04 — 8-16-04 | 1100 / 1700 | [handwritten initials, days 26–29] |

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

CHARTING FOR 7-15-04 THROUGH 7-31-04

Physician: Siddiq

Telephone No.

Medical Record No: 186551

Alt. Physician:

Alt. Telephone

Allergies: NKA

Rehabilitative Potential

Diagnosis

Medicaid Number

Complete Entries Checked: By: [signature] Title: LPN Date: 7-12

PATIENT: Deese Antonio

PATIENT CODE | ROOM NO | BED | FACILITY: Bullock

# MEDICATION ADMINISTRATION RECORD

07/01/2004

(BB2-465) BULLOCK CORRECTIONAL FAC

STDT01

| MEDICATIONS | HOUR | Administration (days 1–29) |
|---|---|---|
| TENOLOL (TENORMIN) 50MG TAB<br>TAKE 1 TABLET(S) BY MOUTH DAILY<br>RX: 5018145 SIDDIQ, M.D (MD DIR, TAHIR , M<br>START - 01/04/2004 STOP - 01/01/2005 | 1100<br>0400 | Time Δ |
| ALBUTEROL (PROVENTIL-VENTOLIN) 4MG TAB<br>TAKE 1 TABLET(S) BY MOUTH TWICE DAILY<br>RX: 5018148 SIDDIQ, M.D (MD DIR, TAHIR , M<br>START - 01/04/2004 STOP - 01/01/2005 | 1100<br>1700 | [illegible] |
| FLUOXETINE (PROZAC) 20MG CAP<br>TAKE 1 CAPSULE(S) BY MOUTH IN THE MORNING<br>RX: 5635086 KERN, M.D. (MHM PSY), EDWARD<br>START - 05/16/2004 STOP - 08/13/2004 | 1100<br>0400 | time 7/15/04 |
| BUPROPION (WELLBUTRIN) 100MG TAB<br>TAKE 1 TABLET(S) BY MOUTH TWICE DAILY<br>RX: 5666124 KERN, M.D. (MHM PSY), EDWARD<br>START - 05/22/2004 STOP - 08/19/2004 | 1100<br>1700<br>0400 | time 7/15/04 |
| Amoxil 500g PO TID x 10 day<br>7-6-04 - 7-16-04 | 1100<br>1700<br>2100 | R/O 7/16/04 |
| Advil 800g PO TID x 10 day<br>7-6-04 - 7-16-04 | 1100<br>1700<br>2100 | 7/16/04 |
| Amoxil 500mg po TID x 10 days<br>7/12 - 7/22/04 | 1100<br>1700<br>2100 | D/C D/C |
| Advil 800mg po Tid x 10 day<br>7/12 - 7/22/04 | 1100<br>1700<br>2100 | S/C |
| Bactrim DS po Bid x 10 days<br>7-15-04 — 7-25-04 | 1100<br>1700 | |

NURSE'S ORDERS, MEDICATION NOTES AND INSTRUCTIONS ON REVERSE SIDE

CHARTING FOR 07/01/2004 THROUGH 07/31/2004

Physician: KERN, M D (MHM PSY), EDWARD

Telephone No

Medical Record No

Alt Physician

Alt. Telephone

Allergies: PENICILLINS

Rehabilitative Potential

Diagnosis

Medicaid Number

Medicare Number

Complete Entries Checked:

By: A. A. Grant Title: LPN Date: 7/2/04

PATIENT

PATIENT CODE: 184551

ROOM NO: 1

BED

FACILITY: BUL

# MEDICATION ADMINISTRATION RECORD

06/01/2004

(BUL-465) BULLOCK CORRECTIONAL FAC

STDT01

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ATENOLOL (TENORMIN) 50MG TAB<br>TAKE 1 TABLET(S) BY MOUTH DAILY<br>RX: 5018145 SIDDIQ, M.D. (MD DIR, TAHIR, M<br>START - 01/04/2004 STOP - 01/01/2005 | 1100 | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| ALBUTEROL (PROVENTIL-VENTOLIN) 4MG TAB<br>TAKE 1 TABLET(S) BY MOUTH TWICE DAILY<br>RX: 5018148 SIDDIQ, M.D. (MD DIR, TAHIR, M<br>START - 01/04/2004 STOP - 01/01/2005 | 1100<br>1700 | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| FLUOXETINE (PROZAC) 20MG CAP<br>TAKE 1 CAPSULE(S) BY MOUTH IN THE MORNING<br>RX: 5635086 KERN, M.D. (MHM PSY), EDWARD,<br>START - 05/16/2004 STOP - 08/13/2004 | 1100 | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| BUPROPION (WELLBUTRIN) 100MG TAB<br>TAKE 1 TABLET(S) BY MOUTH TWICE DAILY<br>RX: 5666124 KERN, M.D. (MHM PSY), EDWARD,<br>START - 05/22/2004 STOP - 08/19/2004 | 1100<br>1700 | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 |

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

CHARTING FOR 06/01/2004 THROUGH 06/30/2004

Physician: KERN, M.D. (MHM PSY), EDWARD | Telephone No | Medical Record No

Alt. Physician | Alt. Telephone

Allergies: PENICILLINS | Rehabilitative Potential

Diagnosis

Medicaid Number | Medicare Number | Complete Entries Checked:

By: | Title: | Date:

| PATIENT | PATIENT CODE | ROOM NO | BED | FACILITY |
|---|---|---|---|---|
| DUFF, ANTONIO | 186551 | 1 | | BUL |

# MEDICATION ADMINISTRATION RECORD

STDT01

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Vit B-6 50mg ¼ PO on Mon & Thurs x180 days | 0500 | | | | | | | | | | | | | | | | | | | | | | | | | | | | KW | |
| INH 900 mg ¼ PO on Mon & Thurs x180 days | 0500 | | | | | | | | | | | | | | | | | | | | | | | | | | | | KW | |

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

CHARTING FOR 6-01-04 THROUGH 6-30-04

Physician Dr. Siddiq

Alt. Physician

Telephone No

Alt. Telephone

Medical Record No 186551

Allergies

Rehabilitative Potential

Diagnosis

Medicaid Number

Medicare Number

Complete Entries Checked:

By: L. Anderson Title: LPN Date: 6-28

PATIENT Todd Cartron

PATIENT CODE ROOM NO BED FACILITY

# MEDICATION ADMINISTRATION RECORD

05/01/2004 (BUL-465) BULLOCK CORRECTIONAL FAC

STDT01

| MEDICATIONS | HOUR | 1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17 18 19 20 21 22 23 24 25 26 27 28 29 |
|---|---|---|
| TENOLOL (TENORMIN) 50MG TAB<br>AKE 1 TABLET(S) BY MOUTH DAILY<br>RX: 5018145 SIDDIQ, M.D. (MD DIR, TAHIR, M<br>START - 01/04/2004 STOP - 01/01/2005 | 1100<br>0400 | 8 8 9 9 8 8 Time |
| ALBUTEROL (PROVENTIL-VENTOLIN) 4MG TAB<br>TAKE 1 TABLET(S) BY MOUTH TWICE DAILY<br>RX: 5018148 SIDDIQ, M.D. (MD DIR, TAHIR, M<br>START - 01/04/2004 STOP - 01/01/2005 | 1100<br>1700 | |
| FLUOXETINE (PROZAC) 20MG CAP<br>TAKE 1 CAPSULE(S) BY MOUTH DAILY AT BEDTIME ON MONDAY, WEDNESDAY AND FRIDAY<br>RX: 5496668 SANDERS, M.D. (MHM), WILLIAM<br>START - 04/16/2004 STOP - 07/14/2004 | 1700 | D/C 5/10/04 |
| Advil 800mg po tid x 10days<br>5/12 - 5/22/04 Siddiq | 0400<br>1100<br>1700 | |
| Vistaril 100mg PO q HS x 7 day<br>5/14/04 — 5/21/04 | PRN | |
| Prozac 20mg PO now<br>5/14/04 — now | now | |
| Prozac 20mg AM x 90 Days<br>5-14-04 — 8-14-04 | 1100<br>0700 | |
| Wellbutrin 100mg po q AM x 30 days<br>5/17/04 - 6/17/04 | 1100<br>0700 | D/C 5/21/04 |
| Wellbutrin 100mg po bid x 90 days<br>5/21/04 8/21/04 | 1100<br>1700 | |

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

CHARTING FOR 05/01/2004 THROUGH 05/31/2004

Physician SANDERS, M.D. (MHM), WILLIAM | Telephone No | Medical Record No

Alt. Physician | Alt. Telephone

Allergies PENICILLINS | Rehabilitative Potential

Diagnosis

Medicaid Number | Medicare Number | Complete Entries Checked: By: A.D. Grant Title: LPN Date: 4/28/0

PATIENT DUFF, ANTONIO | PATIENT CODE 186551 | ROOM NO 1 | BED | FACILITY BUL

# MEDICATION ADMINISTRATION RECORD

04/01/2004

(BUL-465) BULLOCK CORRECTIONAL FAC

STDT01

| MEDICATIONS | HOUR | 1–29 |
|---|---|---|
| TENOLOL (TENORMIN) 50MG TAB<br>TAKE 1 TABLET(S) BY MOUTH DAILY<br>RX: 5018145 SIDDIQ, M D (MD DIR, TAHIR, M<br>START - 01/04/2004 STOP - 01/01/2005 | 0400 | [initials] |
| ALBUTEROL (PROVENTIL-VENTOLIN) 4MG TAB<br>TAKE 1 TABLET(S) BY MOUTH TWICE DAILY<br>RX: 5018148 SIDDIQ, M D (MD DIR, TAHIR, M<br>START - 01/04/2004 STOP - 01/01/2005 | 1100<br>1700 | [initials] |
| FLUOXETINE (PROZAC) 20MG CAP<br>TAKE 1 CAPSULE(S) BY MOUTH AT 5PM<br>RX: 5226210 SANDERS, M D (MHM), WILLIAM,<br>START - 02/18/2004 STOP - 05/17/2004 | | R/O |
| Prozac -20mg PO @ 5PM M-W-Friday 4-1-04 x-90 days | 5PM | X XXX X X XXX X X X XX X X XX X X — R/O 4/15/04 |
| Prozac 20mg qday, Mon, Wed & Fri x 90 days 4/15 → 7/15/04 Sanders | 1700 | → X X X X A X X X X A X X X |
| | | |
| | | |
| | | |
| | | |

MEDICATIONS HOUR 1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17 18 19 20 21 22 23 24 25 26 27 28 29

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

CHARTING FOR 04/01/2004 THROUGH 04/30/2004

Physician SANDERS, M.D. (MHM), WILLIAM

Telephone No

Medical Record No

Alt Physician

Alt Telephone

Allergies NONE KNOWN

Rehabilitative Potential

Diagnosis

Medicaid Number

Medicare Number

Complete Entries Checked: By: A. Thomas Title: LPN Date:

PATIENT

PATIENT CODE 186551

ROOM NO 1

BED

FACILIT

ALABAMA DEPAR T OF PUBLIC HEALTH
BUREAU OF CL...ICAL LABORATORIES
8140 AUM DRIVE
MONTGOMERY, ALABAMA 36124-4018
PHONE: (334) 260-3400

PATIENT: DUFF ANTONIO
UMR NO.: 02X18:551
DOB: SEX: F RACE: BLACK
CLINIC: CORR
PHYSICIAN:
PROVIDER: BULLOCK CC

LAB NO: 11117
DATE COLLECTED: 06 04 04
DATE RECEIVED: 060804
DATE REPORTED: 06 08 04

| TEST NAME | RESULT | FLAG | NORMAL RANGE | UNITS | GRAPH |
|---|---|---|---|---|---|
| AST SGOT | 31 | | 0 - 32 | U/L | [ *] |

COMMENTS:

ORIGINAL REPORT DATE:
06/08/04

REVIEWED BY: RGG

Page 1 of 1

6/11/04

LabCorp®

| Specimen # | Type | Primary Lab | R | | |
|---|---|---|---|---|---|
| 267-205-5172-0 | S | MB | FINAL | PG | 20 1 |

Additional Information: DOB: [redacted] CD- 53275616971

Choice Information: 09/24/04 11:14 ET

| Physician ID | Patient ID |
|---|---|
| | 186551 |

| Patient Name | Sex | Age (Yr/Mos) |
|---|---|---|
| D F, ANTONIO | M | 030/07 |

Patient Address

Account: Bullock Correctional Facility 01389005
Prison Health Services 01
104 Bullock Dr. 01
Union Springs , AL 36089-5107
334-738-5625 ALY

| Date Collected | Date Entered | Date Reported | |
|---|---|---|---|
| 09/23/04 | 09/23/04 | 09/24/04 | 1497 |

| TESTS | RESULT | FLAG | UNITS | REFERENCE INTERVAL | LAB |
|---|---|---|---|---|---|
| CBC With Differential/Platelet | | | | | |
| White Blood Cell (WBC) Count | 5.1 | | x10E3/uL | 4.0 - 10.5 | MB |
| Red Blood Cell (RBC) Count | 4.99 | | x10E6/uL | 4.10 - 5.60 | MB |
| Hemoglobin | 15.6 | | g/dL | 12.5 - 17.0 | MB |
| Hematocrit | 46.1 | | % | 36.0 - 50.0 | MB |
| MCV | 92 | | fL | 80 - 98 | MB |
| MCH | 31.2 | | pg | 27.0 - 34.0 | MB |
| MCHC | 33.8 | | g/dL | 32.0 - 36.0 | MB |
| RDW | 14.7 | | % | 11.7 - 15.0 | MB |
| Platelets | 169 | | x10E3/uL | 140 - 415 | MB |
| Neutrophils | 39 | L | % | 40 - 74 | MB |
| Lymphs | 48 | H | % | 14 - 46 | MB |
| Monocytes | 7 | | % | 4 - 13 | MB |
| Eos | 6 | | % | 0 - 7 | MB |
| Basos | 0 | | % | 0 - 3 | MB |
| Neutrophils (Absolute) | 2.0 | | x10E3/uL | 1.8 - 7.8 | MB |
| Lymphs (Absolute) | 2.4 | | x10E3/uL | 0.7 - 4.5 | MB |
| Monocytes(Absolute) | 0.4 | | x10E3/uL | 0.1 - 1.0 | MB |
| Eos (Absolute) | 0.3 | | x10E3/uL | 0.0 - 0.4 | MB |
| Baso (Absolute) | 0.0 | | x10E3/uL | 0.0 - 0.2 | MB |
| Comp. Metabolic Panel (14) | | | | | |
| Glucose, Serum | 86 | | mg/dL | 65 - 99 | MB |
| BUN | 9 | | mg/dL | 5 - 26 | MB |
| Creatinine, Serum | 1.2 | | mg/dL | 0.5 - 1.5 | MB |
| BUN/Creatinine Ratio | 8 | | | 8 - 27 | |
| Sodium, Serum | 140 | | mmol/L | 135 - 148 | MB |
| Potassium, Serum | 4.3 | | mmol/L | 3.5 - 5.5 | MB |
| Chloride, Serum | 102 | | mmol/L | 96 - 109 | MB |
| Carbon Dioxide, Total | 22 | | mmol/L | 20 - 32 | MB |
| Calcium, Serum | 10.7 | H | mg/dL | 8.5 - 10.6 | MB |
| Protein, Total, Serum | 7.7 | | g/dL | 6.0 - 8.5 | MB |
| Albumin, Serum | 4.9 | | g/dL | 3.5 - 5.5 | MB |
| Globulin, Total | 2.8 | | g/dL | 1.5 - 4.5 | |
| A/G Ratio | 1.8 | | | 1.1 - 2.5 | |
| Bilirubin, Total | 0.4 | | mg/dL | 0.1 - 1.2 | MB |
| Alkaline Phosphatase, Serum | 58 | | IU/L | 25 - 150 | MB |
| AST (SGOT) | 36 | | IU/L | 0 - 40 | MB |
| ALT (SGPT) | 70 | H | IU/L | 0 - 40 | MB |
| CEA | | | | | |
| CEA | 0.6 | | ng/mL | 0.0 - 2.5 | MB |
| | Bayer ICMA methodology | | | Nonsmokers <2.5<br>Smokers <5.0 | |
| | ***Please Note Reference Interval Change*** | | | | |
| Amylase, Serum | 83 | | U/L | 0 - 99 | MB |
| Lipase, Serum | 30 | | U/L | 0 - 59 | MB |

9/24/04

9/27/04

DUFF, ANTONIO PATID: 186551 REPORTED DATE: 09/23/2004

©2003 Laboratory Corporation of America® Holdings All Rights Reserved

LabCorp®

| Specimen # | Type | Lab | Report Status | | |
|---|---|---|---|---|---|
| ?-205-5218-0 | S | MB | FINAL | PG 1 | 00 1 |

1225   05/12/04 11:15 E

Additional Information: DOB: [redacted]

CD- 53224765463 FASTING N

Clinical Information:

Physician ID:   Patient ID: 186551

| Name | Sex | Age (Yr/Mos) |
|---|---|---|
| F, ANTONIO | M | 030/02 |

Address:

| Date Collected | Date Entered | Date Reported | |
|---|---|---|---|
| 05/11/04 | 05/11/04 | 05/12/04 | 0483 |

Account:
BULLOCK CORRECTIONAL FACILITY 013890
PRISON HEALTH SERVICES 01
104 BULLOCK DR. 01
UNION SPRINGS , AL 36089-5107
334-738-5625 ALY

| TESTS | RESULT | FLAG | UNITS | REFERENCE INTERVAL | LAB |
|---|---|---|---|---|---|
| Comp. Metabolic Panel (14) | | | | | |
| Glucose, Serum | 89 | | mg/dL | 65 - 99 | |
| BUN | 7 | | mg/dL | 5 - 26 | |
| Creatinine, Serum | 0.9 | | mg/dL | 0.5 - 1.5 | |
| BUN/Creatinine Ratio | 8 | | | 8 - 27 | |
| Sodium, Serum | 142 | | mmol/L | 135 - 148 | |
| Potassium, Serum | 3.8 | | mmol/L | 3.5 - 5.5 | |
| Chloride, Serum | 101 | | mmol/L | 96 - 109 | |
| Carbon Dioxide, Total | 25 | | mmol/L | 20 - 32 | |
| Calcium, Serum | 10.1 | | mg/dL | 8.5 - 10.6 | |
| Protein, Total, Serum | 7.7 | | g/dL | 6.0 - 8.5 | |
| Albumin, Serum | 4.5 | | g/dL | 3.5 - 5.5 | |
| Globulin, Total | 3.2 | | g/dL | 1.5 - 4.5 | |
| A/G Ratio | 1.4 | | | 1.1 - 2.5 | |
| Bilirubin, Total | 0.3 | | mg/dL | 0.1 - 1.2 | |
| Alkaline Phosphatase, Serum | 72 | | IU/L | 25 - 150 | |
| AST (SGOT) | 31 | | IU/L | 0 - 40 | |
| ALT (SGPT) | 34 | | IU/L | 0 - 40 | |
| Lipid Panel With LDL/HDL Ratio | | | | | |
| Cholesterol, Total | 216 | H | mg/dL | 100 - 199 | |
| Triglycerides | 122 | | mg/dL | 0 - 149 | |
| HDL Cholesterol | 52 | | mg/dL | 40 - 59 | |
| VLDL Cholesterol Cal | 24 | | mg/dL | 5 - 40 | |
| LDL Cholesterol Calc | 140 | H | mg/dL | 0 - 99 | |
| Comment | | | | | |

If initial LDL-cholesterol result is >100 mg/dL, assess for risk factors and refer to the ATP-III table below.

| Risk Category | LDL Goal mg/dL | LDL Level (mg/dL) at which to initiate Therapeutic Lifestyle Changes (TLC) | LDL Level (mg/dL) at which to consider Drug Therapy |
|---|---|---|---|
| CHD | <100 | >100 | >or=130 |
| 2+ Risk Factors | <130 | >or=130 | >or=130 |
| 0-1 Risk Factors | <160 | >or=160 | >or=190 |

| | | | | |
|---|---|---|---|---|
| LDL/HDL Ratio | 2.7 | | ratio units | 0.0 - 3.6 |

LDL/HDL

| | Men | Women |
|---|---|---|
| 1/2 Avg.Risk | 1.0 | 1.5 |
| Avg.Risk | 3.6 | 3.2 |
| 2X Avg.Risk | 6.3 | 5.0 |
| 3X Avg.Risk | 8.0 | 6.1 |

LAB: MB LabCorp Birmingham   DIRECTOR: Arthur Kelly, MD
1801 First Avenue South Birmingham, AL 35233-0000

DUFF, ANTONIO   PATID: 186551   REPORT REC DATE: 05/11/2004

©2003 Laboratory Corporation of America® Holdin All Rights Reserv

SEP 2003 BBF PRINTING SOLUTIONS - BURL. N. NC 27216-2305 - (336) 228-8338 L228601



duff,antonio
ID: 186551
01/30/2004 16:31:16
REGULAR SUPRAVENTRICULAR RHYTHM
Extensive T wave changes
CHANGES ARE ABNORMAL FOR AGE AND GENDER.
D.O.B.:
29 YEARS
MALE
Dr: siddiq
Tech: kt
Vent. Rate: 69 bpm
RR Interval: 864 ms
PR Interval:
QRS Duration: 80 ms
QT Interval: 390 ms
QTc Interval: 405 ms
QT Dispersion: 68 ms
P-R-T AXIS: ° 23° 46°
Summary: ABNORMAL ECG*
* Unconfirmed Analysis *
Comment: none
I
aVR
V1
V4
II
aVL
V2
V5
III
aVF
V3
V6
II
II
II
II
C: 10 mm/mV
SPACELABS MEDICAL
QTc=Hodges
Bullock Correctional Facility
25 mm/s

BULLOCK COUNTY HOSPITAL
102 W. CONECUH AVE.
UNION SPRINGS, AL 36089
(334) 738-2140 EXT. 130

X-RAY REPORT

| | | |
|---|---|---|
| NAME: ANTONIO DUFF | ROOM#: OP | HOSP#: 328056 |
| ATTENDING PHYSICIAN: DR. SIDDIQ | SEX: M | AGE: 30 |
| | DOB: [redacted] | X-RAY#: 29002 |

REPORT: DATE: 09/14/04

BARIUM ENEMA:

Complete filling of the colon was achieved with reflux into a normal appearing terminal ileum. There are no constricting lesions or constant intraluminal filling defects identified. Mucosa pattern is unremarkable.

OPINION: NEGATIVE BARIUM ENEMA.

DR. JOHN C. TOMBERLIN

JCT/oc

D-09/15/04
T-09/15/04

9/17/04

3-39

DEPARTMENT OF CORRECTIONS

**RADIOLOGY SERVICES REQUEST AND REPORT**

INSTITUTION: Bullock

Name: Duff, Antonio

State ID No: 186551

DOB

Race: Blk Sex: M

NOTE: PERTINENT CLINICAL INFORMATION AND TENTATIVE DIAGNOSIS MUST BE PROVIDED FOR X-RAY EXAMINATION TO BE PERFORMED

| Requesting Physician/PA/NP | Date of request | Time of request | Routine | Priority | Transportation or special needs |
|---|---|---|---|---|---|
| Dr Siddiq | 8-27-04 | | | | |

HISTORY/DIAGNOSIS:

X-RAY REQUEST

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| ✓ | ABDOMEN/KUB & Upright | | FINGERS | | NAVICULAR VIEW | | SOFT TISSUE STUDIES |
| | ACROMIO CLAVICULAR JOINTS (W/WO WEIGHT) | | FOOT | | ORBITS | | STERNUM |
| | ANKLE | | HAND | | OS CALCIS (HEEL) | | TEMPORO-MANDIBULAR JOINTS |
| | CERVICAL SPINE | | HIP | | PELVIS | | THORACIC SPINE |
| | CHEST PA / LATERAL | | HUMERUS | | RADIUS/ULNA | | TIBIA/FIBULA |
| | COCCYX | | KNEE | | RIBS | | TOES |
| | CONE DOWN SELLA TURCICA | | LUMBAR SPINE | | SACRO-ILLIAC JOINTS | | WRIST |
| | ELBOW | | MANDIBLE | | SCAPULA | | ZYGOMA |
| | FACIAL BONES | | MAXILLA | | SHOULDER | | ZYGOMATIC ARCH |
| | FEMUR | | NASAL BONES | | SKULL | | |

Duff

**REPORT**

KUB AND UPRIGHT VIEWS OF THE ABDOMEN: There is scattered fecal material in the colon with a nonspecific but mildly abnormal bowel gas pattern with a few air-fluid levels seen in the right side of the abdomen. There are no other significant findings. It is noted that the diaphragms are not included in the upright projection and therefore the possibility of free air cannot be excluded.

IMPRESSION: NONSPECIFIC BUT ABNORMAL BOWEL GAS PATTERN PLEASE SEE ABOVE COMMENTS FOLLOW-UP IS SUGGESTED

D: & T: 08-30-04 Howard P Schiele M D /jhi Board Certified Radiologist (Signature on file)

X-RAY TECHNOLOGIST'S NAME (PRINT)

Kimberly Trent RT(R)

X-RAY TECHNOLOGIST'S SIGNATURE

8-27-04

DATE, TIME EXAM PERFORMED

RADIOLOGIST'S NAME (PRINT)

RADIOLOGIST'S SIGNATURE

DATE SIGNED

(MON) AUG 30 2004 15:24/ST 15:23/NO. 6312786551 P 4

DEPARTMENT OF CORRECTIONS

Name: Duff, Antonio

State ID No.: 186551

DOB

Race: Blk Sex: M

# RADIOLOGY SERVICES REQUEST AND REPORT

INSTITUTION: Bullock

NOTE: PERTINENT CLINICAL INFORMATION AND TENTATIVE DIAGNOSIS MUST BE PROVIDED FOR X-RAY EXAMINATION TO BE PERFORMED

| Requesting Physician/PA/NP | Date of request | Time of request | Routine | Priority | Transportation or special needs |
|---|---|---|---|---|---|
| Dr Siddiq | 8-27-04 | | | | |

HISTORY/DIAGNOSIS:

X-RAY REQUEST

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| ✓ | ABDOMEN/KUB & Upright | | FINGERS | | NAVICULAR VIEW | | SOFT TISSUE STUDIES |
| | ACROMIO-CLAVICULAR JOINTS (W/WO WEIGHT) | | FOOT | | ORBITS | | STERNUM |
| | ANKLE | | HAND | | OS CALCIS (HEEL) | | TEMPORO-MANDIBULAR JOINTS |
| | CERVICAL SPINE | | HIP | | PELVIS | | THORACIC SPINE |
| | CHEST PA / LATERAL | | HUMERUS | | RADIUS/ULNA | | TIBIA/FIBULA |
| | COCCYX | | KNEE | | RIBS | | TOES |
| | CONE DOWN SELLA TURCICA | | LUMBAR SPINE | | SACRO-ILIAC JOINTS | | WRIST |
| | ELBOW | | MANDIBLE | | SCAPULA | | ZYGOMA |
| | FACIAL BONES | | MAXILLA | | SHOULDER | | ZYGOMATIC ARCH |
| | FEMUR | | NASAL BONES | | SKULL | | |

Duff

## REPORT

KUB AND UPRIGHT VIEWS OF THE ABDOMEN: There is scattered fecal material in the colon with a nonspecific but mildly abnormal bowel gas pattern with a few air-fluid levels seen in the right side of the abdomen. There are no other significant findings. It is noted that the diaphragms are not included in the upright projection and therefore the possibility of free air cannot be excluded.

IMPRESSION: NONSPECIFIC BUT ABNORMAL BOWEL GAS PATTERN. PLEASE SEE ABOVE COMMENTS. FOLLOW-UP IS SUGGESTED.

D: & T: 08-30-04 Howard P. Schiele, M.D./jhl Board Certified Radiologist (Signature on file)

[signature] 9/3/04

X-RAY TECHNOLOGIST'S NAME (PRINT) | [signature] RT(R) X-RAY TECHNOLOGIST'S SIGNATURE | 8-27-04 DATE, TIME EXAM PERFORMED

RADIOLOGIST'S NAME (PRINT) | RADIOLOGIST'S SIGNATURE | DATE SIGNED

PI-3030 (REV. 12/95) WHITE-CHART COPY: CANARY-PHYSICIAN'S COPY: PINK-FILE COPY

# Radiology Services Report

**NAME:** DUFF, ANTONIO
**FACILITY:** BCF
**D.O.B.:** [redacted]
**ID NUMBER:** 186551

PA CHEST 02/12/04

FINDINGS: The heart, lungs, and osseous structures are normal. There is no evidence of active T.B. No pleural fluid or pneumonia.

IMPRESSION: No acute process in the chest. No change since the previous study of 2003.

RP
S. Loveless, M.D.

2/13/03