
**DEFENDANT'S EXHIBIT B**

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ANTONIO RODREGIS DUFF (AIS# 186551), | * |
| | * |
| Plaintiff, | * |
| | * |
| V. | * |
| | *   2:05-CV-627-F |
| BULLOCK COUNTY CORRECTIONAL FACILITY, ET AL., | * |
| | * |
| Defendants. | * |

### AFFIDAVIT OF TAHIR SIDDIQ, M.D.

**STATE OF ALABAMA**

**COUNTY OF BULLOCK**

**BEFORE ME,** _____, a notary public in and for said County and State, personally appeared **TAHIR SIDDIQ, M.D.**, and being duly sworn, deposed and says on oath that the averments contained in the foregoing are true to the best of his ability, information, knowledge and belief, as follows:

"My name is Tahir Siddiq. I am a medical doctor and am over twenty-one years of age. I am personally familiar with all of the facts set forth in this affidavit. I have been licensed as a physician in Alabama since 1996, and have been board certified in internal medicine since 1996. I have served as the Medical Director for Bullock Correctional Facility in Union Springs, Alabama, since 1997. Since November 3, 2003, my employment at Bullock Correctional Facility has been with Prison Health Services,

Inc. ("PHS"), the company which currently contracts with the Alabama Department of Corrections to provide medical services to inmates.

Antonio Duff (AIS # 186551) is currently incarcerated as an inmate at Bullock County Correctional Facility. I am familiar with Mr. Duff's medical history and conditions, and have seen and evaluated him as a patient on numerous occasions. I have also reviewed Mr. Duff's medical records, (certified copies of which are being produced to the Court along with this Affidavit).

Mr. Duff has a history which is significant for mild acid reflux and constipation. It is my opinion that Mr. Duff's constipation is caused by his voluntary refusal to use the public restrooms at Bullock. Mr. Duff has been afforded a multitude of tests and evaluations, however, in order to ensure that his conditions are appropriately treated.

On September 14, 2004, Mr. Duff was afforded a barium enema by John T. Tomberlin, M.D. which returned normal. Mr. Duff has been afforded a series of x-rays by Radiologist Thomas J. Payne, III, M.D. which returned negative for abnormality on September 20, 2004. He was also given a CT scan which showed that Mr. Duff's liver, pancreases, kidneys and spleen were normal.

On November 4, 2004, Duff was referred to Gastroenterologist Joseph W. Jackson, M.D. for specialty care. Duff was afforded an esophagogastroduodenoscopy which showed that he has a healthy and unremarkable esophagus with the exception of evidence of mild acid reflux. Mr. Duff's stomach was found to be free of ulcers and his duodenum was unremarkable as well.

Mr. Duff has also been afforded multiple blood tests which show that his liver enzymes are within normal limits. Mr. Duff has been afforded a CEA test, which shows

2

that he is currently not at risk for colon cancer. In order to treat Mr. Duff's constipation and reflux, I have prescribed Zantac, Prilosec, Metamucil, Colace and Dulcolax. For Duff's intermittent pain I have prescribed Tylenol.

Based on my review of Mr. Duff's medical records, and on my personal knowledge of the treatment provided to him, it is my medical opinion that all of his medical conditions and complaints have been evaluated in a timely fashion at Bullock County Correctional facility, and that his diagnosed conditions have been treated in a timely and appropriate fashion. At all times, he has received appropriate medical treatment for his health conditions at Bullock. At no time has he been denied any needed medical treatment. In other words, it is my opinion that the appropriate standard of care has been adhered to at all times in providing medical care, evaluation, and treatment to this inmate. At no time have I, or any of the medical or nursing staff at Bullock Correctional Facility, denied Mr. Duff any needed medical treatment, nor have we ever acted with deliberate indifference to any serious medical need of Mr. Duff. At all times, Mr. Duff's known medical complaints and conditions have been addressed as promptly as possible under the circumstances."

Further affiant sayith not.

_____
TAHIR SIDDIQ, M.D.      9/9/05

3

STATE OF ALABAMA )

COUNTY OF BULLOCK )

I, **Louis D. Boyd**, a Notary Public in and for said State and County, hereby certify that TAHIR SIDDIQ, M.D. who being known to me and who being duly sworn, and whose name is signed to the foregoing document, acknowledged before me on this date that being first informed of the contents of said document, having read the same, and understanding its purpose and effect, voluntarily executed the same upon the above-stated date.

SWORN TO and SUBSCRIBED BEFORE ME on this the 9th day of September, 2005.

NOTARY PUBLIC
My Commission Expires: 6-7-200_

(NOTARIAL SEAL)

4



**DEFENDANT'S EXHIBIT**
C

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ANTONIO RODREGIS DUFF (AIS# 186551), * | |
| * | |
| Plaintiff, * | |
| V. * | 2:05-CV-627-F |
| BULLOCK COUNTY CORRECTIONAL * | |
| FACILITY, ET AL. * | |
| Defendants. * | |

## AFFIDAVIT OF KATHERINE TAYLOR, L.P.N.

**STATE OF ALABAMA**

**COUNTY OF BULLOCK**

**BEFORE ME,** _____, a notary public in and for said County and State, personally appeared **KATHERINE TAYLOR, L.P.N.**, and being duly sworn, deposed and says on oath that the averments contained in the foregoing are true to the best of her ability, information, knowledge and belief, as follows:

"My name is Katherine Taylor. I am over the age of twenty-one and am personally familiar with all of the facts set forth in this Affidavit. I have been a licensed, practical nurse in Alabama since 1999. I have been employed continuously as a nurse at Bullock County Correctional Facility in Union Springs, Alabama, since 1999. Since November 3, 2003, and at all times relevant to this case, I have been employed by Prison Health Services, Inc., the company which currently contracts with the Alabama Department of Corrections to provide medical services to inmates.

Antonio Duff (AIS # 186551) is an inmate who is currently incarcerated at Bullock County Correctional Facility. I am familiar with Mr. Duff and have been involved in providing medical services to him at Bullock. I have reviewed Duff's Complaint in this action as well as his medical records (certified copies of which are being produced to the Court along with this Affidavit).

I understand that Mr. Duff has made a complaint in this lawsuit that I prevented him from obtaining an unspecified medication which was prescribed for him on or about June 1, 2005. While I have no memory of any such event, I can say with certainty that I have never failed to give Duff medication that was indicated for him. If medication was indicated for Mr. Duff on June 1, 2005 it would have been given to him pursuant to Dr. Siddiq's orders.

Based on my review of Duff's medical records, and on my personal knowledge of the treatment provided to him, it is my opinion that myself and the other healthcare providers at Bullock County Correctional Facility have exercised the same degree of care, skill, and diligence with regard to him as other similarly situated health care providers would have exercised under the same or similar circumstances. In other words, it is my opinion that the appropriate standard of care has been adhered to at all times in providing medical care, evaluation, and treatment to this inmate. I have never denied Mr. Duff any needed medical treatment, nor have I ever acted with deliberate indifference to any serious medical need of Duff."

Further affiant sayith not.

_____
KATHERINE TAYLOR, L.P.N

2

STATE OF ALABAMA )

COUNTY OF BULLOCK )

I, _Louis D. Boyd_, a Notary Public in and for said State and County, hereby certify that KATHERINE TAYLOR, L.P.N. who being known to me and who being duly sworn, and whose name is signed to the foregoing document, acknowledged before me on this date that being first informed of the contents of said document, having read the same, and understanding its purpose and effect, voluntarily executed the same upon the above stated date.

SWORN TO and SUBSCRIBED BEFORE ME on this the _12th_ day of _September_, 2005.

NOTARY PUBLIC
My Commission Expires: _6-7-200_

(NOTARIAL SEAL)

3



DEFENDANT'S EXHIBIT D

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ANTONIO RODREGIS DUFF (AIS# 186551), | * |
| | * |
| Plaintiff, | * |
| | * |
| V. | * |
| | * 2:05-CV-627-F |
| BULLOCK COUNTY CORRECTIONAL FACILITY, ET AL. | * |
| | * |
| Defendants. | * |

### AFFIDAVIT OF ANNE GROOM, R.N.

**STATE OF ALABAMA**

**COUNTY OF BULLOCK**

BEFORE ME, _____, a notary public in and for said County and State, personally appeared ANNE GROOM, R.N., and being duly sworn, deposed and says on oath that the averments contained in the foregoing are true to the best of her ability, information, knowledge and belief, as follows:

"My name is Anne Groom. I am over the age of twenty-one and am personally familiar with all of the facts set forth in this Affidavit. I have been a licensed, registered nurse in Alabama since 1974. I have been employed as a nurse at Bullock County Correctional Facility in Union Springs, Alabama, for many years, and continuously since December 2003. Since November 3, 2003, and at all times relevant to this case, I have been employed by Prison Health Services, Inc., the company which currently contracts with the Alabama Department of Corrections to provide medical services to inmates.

Antonio Duff (AIS # 186551) is currently incarcerated as an inmate at Bullock County Correctional Facility. I am familiar with Mr. Duff and have been involved in providing medical services to him at Bullock. I have reviewed Duff's Complaint in this action as well as his medical records (certified copies of which are being produced to the Court along with this Affidavit).

I understand that Mr. Duff has made a complaint in this lawsuit that I prevented him from obtaining an unspecified medication which was prescribed for him on or about June 1, 2005. While I have no memory of any such event, I can say with certainty that I have never failed to give Duff medication that was indicated for him. If medication was indicated for Mr. Duff on June 1, 2005 it would have been given to him pursuant to Dr. Siddiq's orders.

Based on my review of Duff's medical records, and on my personal knowledge of the treatment provided to him, it is my opinion that myself and the other healthcare providers at Bullock County Correctional Facility have exercised the same degree of care, skill, and diligence with regard to him as other similarly situated health care providers would have exercised under the same or similar circumstances. In other words, it is my opinion that the appropriate standard of care has been adhered to at all times in providing medical care, evaluation, and treatment to this inmate. I have never denied Mr. Duff any needed medical treatment, nor have I ever acted with deliberate indifference to any serious medical need of Duff."

Further affiant sayeth not.

_Anne Groom, R.N._
ANNE GROOM, R.N.

2

STATE OF ALABAMA            )

COUNTY OF BULLOCK           )

I, _Louis Boyd_____, a Notary Public in and for said State and County, hereby certify that ANNE GROOM, who being known to me and who being duly sworn, and whose name is signed to the foregoing document, acknowledged before me on this date that being first informed of the contents of said document, having read the same, and understanding its purpose and effect, voluntarily executed the same upon the above-stated date.

SWORN TO and SUBSCRIBED BEFORE ME on this the _15th_ day of _September_, 2005.

_____
NOTARY PUBLIC
My Commission Expires: _6-7-2009_

(NOTARIAL SEAL)

3