In The United States District Court
For The Middle District of Alabama
Northern Division

2005 SEP 19 A 10: 12

Antonio Rodregis Duff #186551
  Plaintiff,

V.                                                    Civil Action No. 2:05-CV-627-F

Prison Health Services, et al.,
  Defendants

## Motion to Reconsider Appointment of Counsel

Comes Now the Plaintiff, Antonio Rodregis Duff #186551, and moves this Honorable Court to Reconsider its July 8, 2005 order to appoint Counsel to assist Plaintiff in this matter, and in support of this motion Show as follows:

1. Plaintiff is a segregation inmate and access to Law Library and other legal materials for research are as little to none.

2. Department of Corrections and Prison Officials are not allowing Plaintiff to review medical files.

3. Plaintiff has been advised and also believes that there may be a volume missing from Medical Records office files.

4. Plaintiff is still not getting treatment for stomach conditions.

5. Plaintiff Demands Jury Trial

6. Plaintiff is unable to adequately articulate the facts and Grounds for Relief in the instant matter and difficulty in being seen by the medical Staff and being treated.

Wherefore, the Plaintiff Request that this Honorable Court Grant said Motion and appoint Counsel to assist him in this matter and throughout the course of this action.

Respectfuly Submitted,

Antonio R. Duff 186551
affiant

## Certificate of Service

I hereby certified that I have mailed via U.S. Mail, properly addressed and firstclass postage prepaid, the following document this the 16th day of September, 2005 to the following:

L. Peyton Chapman, III - Alabama State Bar Number CHA060
R. Brett Garrett - Alabama State Bar Number GAR085
   Attorneys for Defendants Prison Health Services, Inc., Anne Groom, R.N., Katherine Taylor, L.P.N. and Tahir Siddiq, M.D.

    Rushton, Stakely,
    Johnston & Garrett, P.A.
    P.O. Box 270
    Montgomery, Alabama
        36101-0270

Respectfuly Submitted
Antonio R. Duff 186551