IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ANTONIO RODREGIS DUFF, #186 551 | * |
| Plaintiff, | * |
| v. | * CIVIL ACTION NO. 2:05-CV-627-F |
| PRISON HEALTH SERVICES, *et al.*, | * |
| Defendants. | * |

**ORDER ON MOTION**

Upon consideration of Plaintiff's Motion for Reconsideration of the court's July 8, 2005 order denying his motion for appointment of counsel (Doc. No. 21), and for good cause, it is

ORDERED that the motion be and is hereby DENIED.

Done this 21st day of September, 2005.

/s/Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE