In The United States District Court
For The Middle District of Alabama
Northern Division

Antonio Rodregis Duff #186551
    Plaintiff

                                                            Civil Action No. 2:05-CV-627-F

V.

Prison Health Services, et al.,
    Defendants.

## Plaintiff's Request For Disclosure

Comes Now the Plaintiff, Antonio Rodregis Duff #186551, and moves this Honorable Court and hereby Requests that the Court order said Defendants, Prison Health Services, at William E. Donaldson Correctional Facility allow Plaintiff to:

1. Inspect and copy or photograph any papers, documents, photographs, X-rays, tangible objects.

2. Inspect and copy any results or reports of physical or mental examinations, whether written or otherwise in medical file.

3. Analyze, inspect and copy any scientific tests or experiments made in connection with this case, whether written or otherwise.

4. Produce any of the above, under Plaintiff and Defendant's continuing duty to disclose Pursuant, Civil Procedure and Rules 26-A

## Certificate of Service

I hereby certify that I have served a copy of the above and foregoing upon the attorney for the Defendants:

Rushton, Stakely, Johnston & Garrett, P.A.
Attorneys at Law
184 Commerce Street
P.O. Box 270
Montgomery, Alabama
36101-0270

Via United States Mail, Postage Prepaid and Properly affixed and delivered on the 20th day of September 2005.

Respectfully Submitted,
Antonio R. Duff #186551