IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION



EXHIBIT A

ANTONIO RODREGIS DUFF,   *
#186 551
    Plaintiff,   *

v.   *   CIVIL ACTION NO. 2:05-CV-627-F
                              (WO)
BULLOCK COUNTY   *
CORRECTIONAL FACILITY, et al.,
                              *
    Defendants.

## AFFIDAVIT

Before me, the undersigned authority, a Notary Public, in and for said County and State of Alabama at Large, personally appeared Harvey Ruffin, who being known to me, and being by me first duly sworn, deposes and says under oath as follows:

My name is Harvey Ruffin, and I am presently employed as a Correctional Officer I, with the Alabama Department of Corrections, Bullock County Correctional Facility, Post Office Box 5107, Union Springs, Alabama 36089. I am over twenty-one (21) years of age.

Duff says he vomited and told me, Officer Harvey Ruffin, he also had severe pain while in the Bullock Correctional Facility Segregation Unit, this June 1 and 2; but, I refused to notify the medical staff.

I do not recall any such thing. Nevertheless, nurses come to Segregation three (3) times a day. Duff had the opportunity to tell the medical staff any complaint.

Page 2

      I know nothing more of this.

*Harvey Ruffin COI*
Harvey Ruffin
Correctional Officer I
Bullock County Correctional Facility

STATE OF ALABAMA)

COUNTY OF BULLOCK)

SWORN TO AND SUBSCRIBED before me and given under my hand and official seal on this the ____30____ day of August 2005.

*Kimberly Weam*
NOTARY PUBLIC

My Commission Expires: 3/3/09 .

SEAL