IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION



| | |
|---|---|
| ANTONIO RODREGIS DUFF, #186 551           Plaintiff, | * * |
| v. | *   CIVIL ACTION NO. 2:05-CV-627-F (WO) |
| BULLOCK COUNTY CORRECTIONAL FACILITY, et al.,           Defendants. | * * |

## AFFIDAVIT

Before me, the undersigned authority, a Notary Public, in and for said County and State of Alabama at Large, personally appeared Mose Foster, who being known to me, and being by me first duly sworn, deposes and says under oath as follows:

My name is Mose Foster, and I am presently employed as a Correctional Officer I, with the Alabama Department of Corrections, Bullock County Correctional Facility, Post Office Box 5107, Union Springs, Alabama 36089. I am over twenty-one (21) years of age.

In response to inmate Duff's allegation that I, Officer Mose Foster, failed to notify the medical staff about him having severe stomach pain; I do not recall inmate Duff telling me he was ill. Had inmate Duff made me aware of his illness, I would have notified my on-duty supervisor of inmate Duff's complaint, and inmate Duff would have been escorted to the Health Care Unit to be seen by medical personnel.

Page 2

    This is all I know.

*Mose Foster C.I*
Mose Foster
Correctional Officer I
Bullock County Correctional Facility

STATE OF ALABAMA)

COUNTY OF BULLOCK)

SWORN TO AND SUBSCRIBED before me and given under my hand and official seal on this the ___30th___ day of August 2005.

_____
NOTARY PUBLIC

My Commission Expires: __2/24/2009__.

SEAL