IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ANTONIO RODREGIS DUFF, #186 551 | * |
| Plaintiff, | * |
| v. | * CIVIL ACTION NO. 2:05-CV-627-F |
| PRISON HEALTH SERVICES, *et al.*, | * |
| Defendants. | * |

**ORDER ON MOTION**

Upon review of Plaintiff's pleading filed September 21, 2005 which the court construes to contain a motion for leave to conduct discovery, and for good cause, it is ORDERED that:

1. Plaintiff's September 21, 2005 pleading, construed as a motion for leave to conduct discovery (Doc. No. 23) be and is hereby GRANTED to the extent Plaintiff seeks *access* to his jail and medical records;

2. The motion for leave to conduct discovery be and is hereby DENIED with respect to all other requests made by Plaintiff as the documents and/or evidence sought is either irrelevant to the disposition of the issues raised in this case or cumulative to the materials previously submitted by Defendants.

3. On or before October 21, 2005, Defendants shall allow Plaintiff to inspect and/or copy his institutional and/or medical files. **Plaintiff is hereby informed that neither jail officials nor medical personnel are required to provide him with copies of documents without prepayment of all costs associated with producing the copies**. Thus, if Plaintiff seeks to obtain photocopies of his records,

he must make prepayment to the appropriate official of all costs related to producing the copies. Plaintiff is advised that he may utilize any means available to him to produce the requisite copies including, but not limited to, handwritten copies of the evidentiary materials he seeks to retain for himself and/or submit to this court.

Done this 30th day of September, 2005.

    /s/Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE