In The United States District Court
For The Middle District of Alabama
Northern Division

RECEIVED
2005 OCT 19 A 9: 41

Antonio Rodregis Duff,
#186551 Plaintiff,

v.

Prison Health Services, et al.,
Defendants.

Civil Action No. 2:05-CV-627-F
(WD)

## Response to Defendants Written Report

Come Now the Plaintiff, Antonio Rodregis Duff #186551, and in accordance with this Honorable Court's Order of October 4, 2005, do hereby submit the following Response to Defendants Special Report and Written Report to Plaintiff's Complaint. For Response to Defendants Special and Written Report, Plaintiff say as follows:

I'm not contesting the facts about being seen by certain Doctors although, I have seen those specialist, but I was never given any results from the tests that was being performed. Everytime I asked Dr. Siddiq he always replied that I was going to see another Doctor. On November 4, 2004 I had another visit to Dr. Jackson's office and it was then that I was told about the possibility of having cancer. I again asked Dr. Siddiq about the results which he wouldn't give. On January 31, 2005 I had another visit to Dr. Jackson's office, however, there is no record of it in the copies of that visit in the medical file that Defendant's sent to me. Also, after reviewing the medical file here at William E. Donaldson Correctional Facility, I still did not see anything about that visit. Also, back in October of 2004, Dr. Siddiq did mention to me that I needed a order for bottle water because the water at the Bullock County Correctional Facility had too much bacteria in it.

1

After I brought the Request to the Captain and Deputy Warden of Bullock County Correctional Facility Dr. Siddiq denied that he made that statement (see exhibit B)

After my last visit with Dr. Jackson I again asked Dr. Siddiq what was the Results from the visit. Dr. Siddiq stated that they wasn't going to spend any more money on me. Therefore, Dr. Siddiq did act with deliberate indifference to my medical needs.

Officers Foster and Ruffin also acted with deliberate indeference because they knew of the possibility that I had been diagnosed with cancer and Refused to notify medical staff of my complaints about vomiting and being constipated. At no time did Officers Foster and Ruffin tried to notify the On-duty Superviser that I may be escorted to the Health Care Unit as he stated in His Affidavit. I have turned in several sick-call Request slips and five (5) of them have Gone unanswered. Everytime the nurse came to the Segregation Unit I tell them of my illness and Problems. They would then tell the Officers to bring me to the Health Care Unit for a body chart and they would call the M.D. but the Officers never take me. Since my Problem was associated with stomach problems it seem of no importance or as being an emergency. However, if I were to complain of Chest Pains or sucide attempts I would be escorted to the Health Care Unit at once without the Officer's having to notify the On-duty Superviser.

Every Officer who worked the Segregation Unit or any officers who knew me Personally knew of my illness. Because Officer's Foster and Ruffin knew of my illness and the expected nature of it and Refused to notify the medical staff and escort me to the Health Care Unit, therefore, both offices acted with deliberate indifference to my medical needs.

Because of these deliberate indifferences from those Defendants I

2

had lost over ten 10 Pounds from worring. My family and friends had been aware of my medical conditions. This has caused me and my family emotional distress and mental anguish, as well as chronic Pain in stomach.

However, I am unable to cite any cases and to review cases that defendants has cited because of limited access to law library and law materials.

## Conclusion

Based on the foregoing, the Plaintiff respectfully request that this Honorable Court enter a summary judgement in his favor and/or set case for trial so Plaintiff can call witnesses.

Respectfully submitted,
Antonio R. Duff #186551
Antonio R. Duff
Affiant

In The United States District Court
For The Middle District of Alabama
Northern Division

Antonio Rodregis Duff,
#186551 Plaintiff,

V.

Prison Health Services, et al.,
Defendants.

Civil Action No. 2:05-CV-627-F
(WO)

## Affidavit

Before me, the undersigned authority, a Notary Public, in and for Jefferson County and State of Alabama at Large, personally appeared Antonio Rodregis Duff #186551, who being known to me, and being by me first duly sworn, deposes and says under oath as follows:

The Plaintiff, Antonio Rodregis Duff #186551, is an inmate who was confined at Bullock County Correctional Facility located in Union Springs, Alabama, at all pertinent times to this lawsuit. On July 5, 2005, Plaintiff filed a complaint against PHS, Dr. Siddiq, Nurse Groom and Nurse Taylor alleging denial of appropriate medical treatment. (See Complaint.) Specifically, Plaintiff Duff contends that he has not received appropriate care for stomach pain and constipation and that Nurse Groom and Nurse Taylor have failed to provide him with indicated medication. Plaintiff has also filed claims against Alabama Department of Corrections Officers Foster and Ruffin alleging that they refused to notify the medical staff about increment vomiting and stomach pain.

On June 1 and 2 I complained to Segregation Officers Foster and Ruffin about having severe stomach pain and vomiting. Officer Ruffin says that he do not recall any such thing and that the

1

nurses come to the Segregation Unit three (3) times a day and I had the opportunity to tell the medical staff of any complaints.

On the dates in question I had been vomiting and complaining to this Officer and asked to notify the medical staff. Both Officers Foster and Ruffin knew about my medical problems and I was issued a Red hazardous bag because of the continuing vomiting. Every Officer who worked in the Segregation unit knew of my illness and problems. I have turned in sick call request slips on numerous occassions while in segregation. Five(5) of those Request slips has and have gone unanswered. (See Exhibit A)

Officer Foster claims that he knew nothing of my illness and if I had made him aware of my illness he would have notified the on-duty supervisor and I would have been escorted to the Health Care Unit. This is not so. On the date mention I told the on-duty supervisor of my illness and medical complaints and still I wasn't escorted to the Health Care Unit. If I had complained of Chest pains then I would have been taken to the Health Care Unit without the officers having to notify the on-duty supervisor. Complaining of stomach problems doesn't appear to be of an emergency. No matter how many times I complain to these two officers will not take you to the Health Care Unit unless you're in some kind of distress. These two officers were well aware of my illness and made no attempt to escort me to the Health Care Unit while I was housed in segregation.

Nurse Taylor denied me medical treatment on several occassions. Before being placed in Segregation, I would go to the Health Care Unit to see someone about my stomach problems and Nurse Taylor would be the nurse I was to see. Nurse Taylor would tell me to wait out in the lobby because there was nothing that they could do for me. I would then

sit out there for hours and not be seen. I would then complain to Nurse Grooms who is the Director of Nurses (D.O.N.) without benefit.

Dr. Siddiq would tell me that nothing else will be done because they wasn't going to spend any more money on me. On June 1, 2005 I had a X-Ray taken of abdomen and it showed to have a large amount of fecal material which consists of and with constipation. Dr. Siddiq ordered medication for this on this date but Nurse Taylor wouldn't give it to me. I made several attempts to speak with the D.O.N. Nurse Groom about this but no one would speak to me.

All the Nurses knew of my illness as well as the majority of the officers at Bullock County Correctional Facility.

Further affiant sayith not.

*Antonio R. Duff* #186551
Antonio Rodregis Duff
Affiant

3

State of Alabama,
Jefferson County

I, K.D. Clark, a Notary Public in and for said State and County, hereby certify that Antonio R. Duff #186551, who being known to me and who being duly sworn, and whose name is signed to the foregoing document, acknowledged before me on this date that being first informed of the contents of said document, having read the same, and understand its purpose and effect, voluntarily executed the same upon the above-stated date.

x *Antonio R. Duff*

Sworn To and Subscribed Before Me on this the 8th day of October, 2005.

*K.D. Clark.*
Notary Public

My Commission Expires 2/2/09

4

## Certificate of Service

I hereby certified that I have mailed via U.S. mail, properly addressed and first-class prepaid, the forgoing document this 14th day of October, 2005 to the following:

Rushton, Stakely,
Johnston and Garrett, P.A.
P.O. Box 270
Montgomery, Alabama
    36101-0270

-And-

Matthew Y. Beam
Assistant Attorney General
  Office of Attorney General
11 South Union Street
Montgomery, Alabama
    36130-0152

_Antonio B. Duff_
Signature of Affiant

Sworn to and Subscribed before me this the 8th day of October, 2005.

_____
Notary Public
2-2-09
My Commission expires

4