# PHS PRISON HEALTH SERVICE INC
## SICK CALL REQUEST

Exhibits A
X 5.

Print Name: Antonio Rodregis Duff  Date of Request: 05-30-05
ID # 186551  Date of Birth: ▇▇▇▇  Location: SeG 2 cell
Nature of problem or request: I'm continuing to have Stomach Problems, and I feel as if I'm not digesting Properly. I continue to vomit and having Problems having a bowel movement Everyday I feel as if I'm Getting weaker and can hardly walk due to the Stomach Pain. I'm also coughing up Green colored mucus

Antonio R Duff
Signature

### DO NOT WRITE BELOW THIS LINE

Date: __/__/__
Time: _____ AM PM
Allergies: _____

RECEIVED
Date:
Time:
Receiving Nurse Intials _____

(S)ubjective:




(O)bjective




(A)ssessment:





(P)lan:




Refer to:   MD/PA   Mental Health   Dental   Daily Treatment     Return to Clinic PRN
                                   CIRCLE ONE
Check One:   ROUTINE ( )     EMERGENCY ( )
       If Emergency was PHS supervisor notified:   Yes ( )    No ( )
       Was MD/PA on call notified:   Yes ( )    No ( )


_____
SIGNATURE AND TITLE

WHITE:   INMATES MEDICAL FILE
YELLOW: INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

GLF1000 7/95

# PHS HEALTH SERVICE INC.
## SICK CALL REQUEST

Print Name: Antonio R. Duff   Date of Request: 6-02-05
ID #: 186551   Date of Birth: [redacted]   Location: Seg-2
Nature of problem or request: Need something for stomach pain and constipation haven't had a bowel movement since last Thursday

I need to talk with the doctor.

Signature: Antonio R. Duff

**DO NOT WRITE BELOW THIS LINE**

Date: ___/___/___
Time: _____ AM PM
Allergies: _____

RECEIVED
Date:
Time:
Receiving Nurse Initials _____

(S)ubjective:

(O)bjective:

(A)ssessment:

(P)lan:

Refer to:   MD/PA   Mental Health   Dental   Daily Treatment   Return to Clinic PRN
                              CIRCLE ONE
Check One:   ROUTINE ( )   EMERGENCY ( )
   If Emergency was PHS supervisor notified:   Yes ( )   No ( )
            Was MD/PA on call notified:   Yes ( )   No ( )

SIGNATURE AND TITLE

WHITE:   INMATES MEDICAL FILE
YELLOW:   INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

GLF1000 7/95

# PRISON HEALTH SERVICES, INC.
## SICK CALL REQUEST

Print Name: Antonio R. Duff
ID # 186551
Date of Request: 06-20-05
Date of Birth: [redacted]
Location: SeG-4 cell

Nature of problem or request: Need to see the doctor to Renew medication for Stomach (ie. ZANTAC) also something for Pain. I'm still coughing up Mucos. I also need to ask him a few questions.

Signature: Antonio R. Duff

**DO NOT WRITE BELOW THIS LINE**

Date: __/__/__
Time: _____ AM PM
Allergies: _____

RECEIVED
Date:
Time:
Receiving Nurse Initials _____

(S)ubjective:

(O)bjective:

(A)ssessment:

(P)lan:

Refer to: MD/PA   Mental Health   Dental   Daily Treatment   Return to Clinic PRN
CIRCLE ONE
Check One: ROUTINE ( )   EMERGENCY ( )
If Emergency was PHS supervisor notified: Yes ( )  No ( )
Was MD/PA on call notified: Yes ( )  No ( )

SIGNATURE AND TITLE

WHITE: INMATES MEDICAL FILE
YELLOW: INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

GLF1000 7/95



# PRISON HEALTH SERVICES, INC.
# SICK CALL REQUEST

8-6-04

Print Name: Antonio Rodregs Duff   Date of Request: 08-03-04
ID # 186551   Date of Birth: [redacted]   Location: Seg 16
Nature of problem or request: Follow up - I'm still experiencing real painful and stressfull stomach aches. The pain is so excruciating that it's difficult to put anything on my stomach including water. The pain is so agonizing sometimes I can barely stand. The pain is also traveling threw my groins. The doctor has prescribe medication a couple of weeks ago. Nothing has seem to prevent from it.

Signature: Antonio R Duff

**DO NOT WRITE BELOW THIS LINE**

Date: ___/___/___
Time: _____ AM PM
Allergies: _____

RECEIVED
Date:
Time:
Receiving Nurse Intials _____

**(S)ubjective:**

**(O)bjective**

**(A)ssessment:**

**(P)lan:**

Refer to:   MD/PA   Mental Health   Dental   Daily Treatment   Return to Clinic PRN
CIRCLE ONE
Check One:   ROUTINE ( )   EMERGENCY ( )
  If Emergency was PHS supervisor notified:   Yes ( )   No ( )
        Was MD/PA on call notified:   Yes ( )   No ( )

_____
SIGNATURE AND TITLE

WHITE:   INMATES MEDICAL FILE
YELLOW:   INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT



# PRISON HEALTH SERVICES, INC.
## SICK CALL REQUEST

Print Name: **Antonio R. Duff**    Date of Request: **12-29-04**
ID #: **186551**    Date of Birth: ███████    Location: **11-26**
Nature of problem or request: **Stomach Pain, and having blood in stool. Continuing to vomit**

Signature: *Antonio R Duff*

### DO NOT WRITE BELOW THIS LINE

Date: ___/___/___
Time: _____ AM  PM
Allergies: _____

```
RECEIVED
Date:
Time:
Receiving Nurse Initials _____
```

**(S)ubjective:**

**(O)bjective**

**(A)ssessment:**

**(P)lan:**

Refer to:   MD/PA   Mental Health   Dental   Daily Treatment      Return to Clinic PRN
CIRCLE ONE
Check One:  ROUTINE ( )   EMERGENCY ( )
    If Emergency was PHS supervisor notified:   Yes ( )   No ( )
    Was MD/PA on call notified:   Yes ( )   No ( )

*SIGNATURE AND TITLE*

WHITE:   INMATES MEDICAL FILE
YELLOW:  INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

GLF1000 7/95