# EMERGENCY

| ADMISSTION DATE | TIME | ORIGINATING FACILITY |
| --- | --- | --- |
| 11/3/04 | 9³⁰ AM/PM | ☐ SIR ☐ PDL ☐ ESCAPEE ____ |

☐ SICK CALL  ☐ EMERGENCY
☐ OUTPATIENT

ALLERGIES: PCN

CONDITION ON ADMISSION: ☐ GOOD ☐ FAIR ☐ POOR ☐ SHOCK ☐ HEMORRHAGE ☐ COMA

VITAL SIGNS: TEMP 98.6 ORAL/RECTAL   RESP. 20   PULSE 68   B/P 18, 34

RECHECK IF SYSTOLIC <100> 50 _____

**NATURE OF INJURY OR ILLNESS**

S- "My bowels are not moving, I'm uncomfortable". I'm not drinking the water because Dr. Silig told me the water has too much bacteria in it. I need a order for bottled water"

O- A&Ox3, verbal/in response, ē confusion noted, ē a Temp, ē distention noted, ē bloating ē c/o Pain, ē vomiting, able to walk ā right, Bowel sounds ē sluggish.

A- Alt in bowel Movements.

P- MoM 2 tablespoons now per Protocols.
↑ Fluids to promote mobility of bowels.

| ABRASION /// | CONTUSION # | BURN XX XX | FRACTURE Z Z | LACERATION / SUTURES |
| --- | --- | --- | --- | --- |

PROFILE RIGHT OR LEFT

RIGHT OR LEFT

**PHYSICAL EXAMINATION**

| ORDERS / MEDICATIONS / IV FLUIDS | TIME | BY |
| --- | --- | --- |
| MoM 2 tablespoons PO now per nursing Protocols | 9:35 | K |

**DIAGNOSIS**

**INSTRUCTIONS TO PATIENT**

Instructed to drink 3 large cups of water. See M.D. this P.M.

| DISCHARGE DATE | TIME | RELEASE / TRANSFERRED TO | | CONDITION ON DISCHARGE |
| --- | --- | --- | --- | --- |
| 11/3/04 | 9:40 AM/PM | ☐ DOC ☐ AMBULENCE | | ☐ SATISFACTORY ☐ POOR ☐ FAIR ☐ CRITICAL |

| NURSE'S SIGNATURE | DATE | PHYSICIAN'S SIGNATURE | DATE | CONSULTATION |
| --- | --- | --- | --- | --- |
| K | 11/3/04 | | | |

INMATE NAME (LAST, FIRST, MIDDLE)
Duff Antonio

| | DOC# | DOB | R/S | FAC. |
| --- | --- | --- | --- | --- |
| | 186551 | | Blm | Bullock |

HS-MD-70007