IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ANTONIO RODREGIS DUFF, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | )    2:05-cv-00627-MEF-CSC |
| | ) |
| BULLOCK COUNTY | ) |
| CORRECTIONAL FACILITY, | ) |
| et al., | ) |
| | ) |
|     Defendants. | ) |

**MOTION FOR SUBSTITUTION OF COUNSEL**

COMES NOW Assistant Attorney General Bettie J. Carmack and respectfully requests that this Honorable Court substitute her as attorney of record for the Correctional Defendants, as Matthew Y. Beam no longer serves as an Assistant Attorney General.

    Respectfully submitted,

    TROY KING
    ATTORNEY GENERAL

    /s/ *Bettie J. Carmack*
    Bettie J. Carmack
    ASSISTANT ATTORNEY GENERAL

## CERTIFICATE OF SERVICE

I hereby certify that I have on this the 1st day of November, 2006, electronically filed the foregoing the Clerk of the Court using the CM/ECF and mailed a copy postage prepaid to the following:

Antonio Rodregis Duff
AIS# 186551
William E Donaldson Correctional Facility
100 Warrior Lane
Bessemer, AL 35023

     The Clerk of Court using the CM/ECF system will send notification of this filing to the following:

Lewis Peyton Chapman, III
Richard Brett Garrett
Rushton Stakely Johnston & Garrett PC

                                  /s/ *Bettie J. Carmack*
                                  Bettie J. Carmack
                                  ASSISTANT ATTORNEY GENERAL

**ADDRESS OF COUNSEL:**
Office of the Attorney General
Alabama State House
11 South Union Street
Montgomery, Alabama 36130-0152
334-242-7555
334-242-2433 (Fax)