**UNITED STATES DISTRICT COURT**
MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

December 4, 2006

# NOTICE OF CORRECTION

**From:   Clerk's Office**

**Case Style: Antonio Duff vs. Bullock County Correctional Facility**
**Case Number: 2:05cv627-MEF**

**Pleading : #28- Motion for Substitution**

**Notice of Correction is being filed this date to advise that the referenced pleading was e-filed on 12/1/2006 with the wrong pdf document attached.**

**The corrected pdf document is attached to this notice.**