IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

ANTONIO RODREGIS DUFF,               *
#186 551
    Plaintiff,                              *

v.                                              *            2:05-CV-627-MEF

PRISON HEALTH SERVICES, *et al.*,    *

    Defendants.                         *

_____

**ORDER ON MOTION**

Upon consideration of the Motion for Substitution of Counsel, and for good cause, it is

ORDERED that the motion (Doc. No. 28) be and is hereby GRANTED.

The Clerk is DIRECTED to substitute Bettie Carmack for Matthew Beam as attorney of record for the Correctional Defendants.

Done, this 6th day of December 2006.

                                                                  /s/Charles S. Coody
                                                               CHARLES S. COODY
                                                               CHIEF UNITED STATES MAGISTRATE JUDGE