IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ANTONIO RODREGIS DUFF,        ) | |
| ) | |
|    Plaintiff,        ) | |
| ) | |
| v.        ) | CIVIL ACTION NO.  2:05cv627-MEF |
| ) | |
| PRISON HEALTH SERVICES, INC.,        ) | |
| *et al.*,        ) | |
| ) | |
|    Defendants.        ) | |

## ORDER

On September 13, 2005, the medical defendants submitted the unsworn affidavit of Cheryl Bryant, the custodian of medical records at Donaldson Correctional Facility, concerning the plaintiff's medical records.  (Doc. No. 19, Def's Ex. A., Attach. 1.) Accordingly, it is

ORDERED that on or before August 1, 2007, the medical defendants shall submit to this court an appropriately sworn affidavit from the custodian of medical records at Donaldson Correctional Facility.

Done this 27th day of July, 2007.

                                          /s/Charles S. Coody
                                   CHARLES S. COODY
                                   CHIEF UNITED STATES MAGISTRATE JUDGE