IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ANTONIO RODREGIS DUFF (AIS# 186551), | * |
| | * |
| Plaintiff, | * |
| | * |
| v. | *    2:05-CV-627-F |
| | * |
| JAMES STEPHENS, ET AL., | * |
| | * |
| Defendants. | * |

### RESPONSE TO COURT ORDER DATED JULY 27, 2007

COME NOW Prison Health Services, Inc. ("PHS"), Anne Groom, R.N., Katherine Taylor, L.P.N. and Tahir Siddiq, M.D. (hereinafter jointly referred to as "the Medical Defendants") and in response to this Honorable Court's Order dated July 27, 2007, submit a certified and signed affidavit of Custodian of Records, attached hereto as Exhibit "A."

Respectfully submitted,

*s/ R. Brett Garrett*
R. BRETT GARRETT (GAR085)
Attorneys for Defendants, Prison
Health Services, Inc., Tahir Siddiq,
M.D., Anne Groom, R.N., and
Katherine Taylor, L.P.N.

Of Counsel:
RUSHTON, STAKELY, JOHNSTON & GARRETT, P.A.
Post Office Box 270
Montgomery, Alabama 36101-0270
Telephone: (334) 206-3260
Fax: (334) 481-0808
E-mail: bg@rsjg.com

## CERTIFICATE OF SERVICE

I do hereby certify that on the 2<u>nd</u> day of <u>August, 2007</u>, I mailed via U.S. mail, properly addressed and first-class postage prepaid the foregoing document to the following:

Antonio Rodregis Duff (AIS # 186551)
DONALDSON CORRECTIONAL FACILITY
100 Warrior Lane
Bessemer, AL 35023

<u>s/ R. Brett Garrett</u>
Of Counsel
