## AFFIDAVIT OF CUSTODIAN OF RECORDS

STATE OF Alabama

COUNTY OF Jefferson

I, Cheryl Bryant, being first duly sworn, on oath, depose and state that:

1. I am a duly authorized custodian of the medical records of William E. Donaldson facility located at 100 Warrior Lane Bessemer, AL 35023, and have the authority to certify those records.

2. Copies of the records attached to this affidavit are true copies of the medical records of Antonio Duff - 186551

3. The records were prepared by the personnel or staff of the facility, or persons acting under their control, in the regular course of the business at or about the times of this act, conditions or event recorded.

_Cheryl Bryant_
Medical Records Custodian

STATE OF ALABAMA

COUNTY OF JEFFERSON

SUBSCRIBED AND SWORN to before the undersigned on the 1st day of August, 2007.

_Notary Public_

My Commission Expires: MARCH 7TH, 2010

— NOTARY SEAL —


EXHIBIT A