```
DUPLICATE

Court Name: U S DISTRICT COURT - AL/M
Division: 2
Receipt Number: 4602001027
Cashier ID: brobinso
Transaction Date: 11/01/2007
Payer Name: DONALDSON CORRECTIONAL FACILI
----------------------------------------
PLRA CIVIL FILING FEE
 For: ANTONIO DUFF
 Case/Party: D-ALM-2-05-CV-000627-001
 Amount:         $15.00
----------------------------------------
CHECK
 Check/Money Order Num: 14985
 Amt Tendered:   $15.00
----------------------------------------
Total Due:       $15.00
Total Tendered:  $15.00
Change Amt:      $0.00
```