```
Court Name: U S DISTRICT COURT - AL/M
Division: 2
Receipt Number: 4602002745
Cashier ID: christin
Transaction Date: 01/03/2008
Payer Name:   DONALDSON CORRECTIONAL FACILI
------------------------------------
PLRA CIVIL FILING FEE
 For: CHRISTOPHER MCCOLLOUGH
 Case/Party: D-ALM-3-04-CV-000320-001
 Amount:        $10.00
PLRA CIVIL FILING FEE
 For: ANTONIO DUFF
 Case/Party: D-ALM-2-05-CV-000627-001
 Amount:        $26.00
PLRA CIVIL FILING FEE
 For: RONNIE TOWNSEND
 Case/Party: D-ALM-2-06-CV-000564-001
 Amount:        $18.00
------------------------------------
CHECK
 Remitter: WM DONALDSON
 Check/Money Order Num: 15060
 Amt Tendered: $54.00
------------------------------------
Total Due:     $54.00
Total Tendered: $54.00
Change Amt:    $0.00
```