```
DUPLICATE

Court Name: U S DISTRICT COURT - AL/M
Division: 2
Receipt Number: 4602004139
Cashier ID: brobinso
Transaction Date: 03/03/2008
Payer Name:   DONALDSON CORRECTIONAL FACILI
--------------------------------------
PLRA CIVIL FILING FEE
 For: ANTONIO DUFF
 Case/Party: D-ALM-2-05-CV-000627-001
 Amount:         $10.00
--------------------------------------
CHECK
 Check/Money Order Num: 15165
 Amt Tendered:   $10.00
--------------------------------------
Total Due:       $10.00
Total Tendered:  $10.00
Change Amt:      $0.00
```