```
Court Name: U S DISTRICT COURT - AL/M
Division: 2
Receipt Number: 4602004936
Cashier ID: khaynes
Transaction Date: 05/02/2008
Payer Name:   DONALDSON CORRECTIONAL FACILI
------------------------------------
PLRA CIVIL FILING FEE
 For: ANTONIO R DUFF
 Case/Party: D-ALM-2-05-CV-000627-001
 Amount:         $17.00
------------------------------------
CHECK
 Check/Money Order Num: 15285
 Amt Tendered: $17.00
------------------------------------
Total Due:     $17.00
Total Tendered: $17.00
Change Amt:    $0.00
```