```
DUPLICATE

Court Name: U S DISTRICT COURT - AL/M
Division: 2
Receipt Number: 4602005664
Cashier ID: brobinso
Transaction Date: 07/01/2008
Payer Name:  DONALDSON CORRECTIONAL FACILI
------------------------------------
PLRA CIVIL FILING FEE
 For: ANTONIO DUFF
 Case/Party: D-ALM-2-05-CV-000627-001
 Amount:         $24.00
------------------------------------
CHECK
 Check/Money Order Num: 15405
 Amt Tendered:  $24.00
------------------------------------
Total Due:       $24.00
Total Tendered:  $24.00
Change Amt:      $0.00
```