```
Court Name: U S DISTRICT COURT - AL/M
Division: 2
Receipt Number: 4602006342
Cashier ID: khaynes
Transaction Date: 09/04/2008
Payer Name:  DONALDSON CORRECTIONAL FACILI
------------------------------------
PLRA CIVIL FILING FEE
 For: ANTONIO R DUFF
 Case/Party: D-ALM-2-05-CV-000627-001
 Amount:          $10.90
------------------------------------
CHECK
 Check/Money Order Num: 15497
 Amt Tendered:   $10.90
------------------------------------
Total Due:       $10.90
Total Tendered:  $10.90
Change Amt:      $0.00
```